Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> CATHOLIC BISHOP OF NORTHERN ALASKA, <br><br> Defendant. | Case No. 3:06-cv-____ ____ |

CONTINENTAL'S DISCLOSURE STATEMENT

The Continental Casualty Company d/b/a The Continental Insurance Company, by and through its attorneys, Guess & Rudd P.C., hereby complies with Rule 7.1(a) of the Federal Rules of Civil Procedure by identifying The Continental Insurance Company as an insurance company domesticated in the State of South Carolina with a principal place of business in Chicago, Illinois.

The Continental Insurance Company's stock is not publicly traded. All of Continental Insurance Company's common stock is owned by Continental Casualty Company, which is not publicly traded. All of Continental Casualty's common stock is owned by The Continental Corporation, which is not publicly traded. All of the common stock of The Continental Corporation is owned by CNA Financial Corporation, which has issued shares to the public. Loews Corporation owns the majority of the stock of CNA Financial Corporation and is publicly traded. No other corporation owns 10% or more of the stock of CNA Financial Corporation.

DATED at Anchorage, Alaska, this 19th day of January, 2006.

                                GUESS & RUDD P.C.
                                Attorneys for Plaintiff

                                By:     S/Gary A. Zipkin
                                      Guess & Rudd P.C.
                                      510 L Street, Suite 700
                                      Anchorage, Alaska 99501
                                      Phone: 907-793-2200
                                      Fax:   907-793-2299
                                      Email: gzipkin@guessrudd.com
                                      Alaska Bar No. 7505048