RECEIVED
FEB - 1 2006
GUESS & RUDD P.C.

Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>vs.<br><br>CATHOLIC BISHOP OF NORTHERN ALASKA,<br><br>      Defendant. | Case No. 3:06-cv-19- RRB |

WAIVER OF SERVICE OF SUMMONS

TO:   Gary A. Zipkin, Esq.
      Guess & Rudd P.C.
      510 L Street, Suite 700
      Anchorage, Alaska  99501
      Attorney for Continental Insurance Company

The undersigned, attorney for defendant Catholic Bishop of Northern Alaska, defendant in the above-captioned action, hereby acknowledges receipt of your request that I waive

Continental Insurance Company v. Catholic Bishop of Northern Alaska; Case No. 3:06-cv-_____, _____
Waiver of Service of Summons

Page 1 of 3

service of a summons in the above-captioned action. I have also received a copy of the Complaint in the action, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and additional copy of the complaint in this lawsuit by not requiring that Catholic Bishop of Northern Alaska be served with judicial process in the manner prescribed by Fed. R. Civ. P. 4.

Catholic Bishop of Northern Alaska will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Catholic Bishop of Northern Alaska, if an answer or motion under Rule 12 is not served upon you within 60 days after the date of this Waiver.

Continental Insurance Company v. Catholic Bishop of Northern Alaska; Case No. 3:06-cv-____, _____
Waiver of Service of Summons

Page 2 of 3

DATED at Fairbanks, Alaska, this 30 day of January, 2006.

                COOK, SCHUHMANN & GROSECLOSE, INC.
                Attorneys for Catholic Bishop of
                Northern Alaska

                By: _____
                Robert B. Groseclose
                Alaska Bar No. 7605032

Continental Insurance Company v. Catholic Bishop of Northern Alaska; Case No. 3:06-cv-____, _____
Waiver of Service of Summons

Page 3 of 3