IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CONTINENTAL INSURANCE COMPANY,  )
                                )
                    Plaintiff,  )
                                )
v.                              )
                                )
CATHOLIC BISHOP OF NORTHERN     )
ALASKA,                         )
                                )
                    Defendant.  )
_____)

Case No. 3:06-cv-00019 RRB

## DEMAND FOR JURY TRIAL

The Catholic Bishop of Northern Alaska, by and through counsel, the law firm of Cook Schuhmann & Groseclose, Inc., hereby requests trial by jury in the above-entitled matter.

DATED at Fairbanks, Alaska, this _22_ day of March, 2006.

COOK, SCHUHMANN & GROSECLOSE

By: _____
Robert B. Groseclose
Alaska Bar No. 7605032

**CERTIFICATE OF SERVICE**

This is to certify that on the _22_ day of March, 2006, a copy of the foregoing is being mailed via first class mail fully prepaid to the following attorney(s) or party(s) of record:

Gary A. Zipkin, Esq.
Guess & Rudd P.C.
501 L Street, Suite 700
Anchorage, AK 99501

_____
for Cook Schuhmann & Groseclose, Inc.

COOK SCHUHMANN
& GROSECLOSE, INC.
714 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154