Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY,<br>      Plaintiff,<br><br>vs.<br><br>CATHOLIC BISHOP OF NORTHERN ALASKA,<br><br>      Defendant. | Case No. 3:06-cv-19-RRB |

SCHEDULING AND PLANNING REPORT

1.   Meeting.  In accordance with F.R.Civ.P.26(f), the parties met through telephone and email exchange held on April 17 - 19, 2006, and was attended by:

Gary A. Zipkin, Esq.          Attorney for Plaintiff

Robert Groseclose, Esq.       Attorney for Defendant

The parties recommend the following:

2.   Pre-Discovery Disclosures.  The information required by F.R.Civ.P.26(a)(1):

Continental Insurance Co. v. Catholic Bishop of Northern Alaska; Case No. 3:06-cv-19 RRB
Scheduling and Planning Conference Report

Page 1 of 7

    _____    have been exchanged by the parties

    __X__    will be exchanged by the parties by **May 15, 2007.**

Proposed changes to disclosure requirements:

Preliminary witness lists (excepting experts)

    _____    have been exchanged by the parties

    __X__    will be exchanged by the parties by **November 1, 2006.**

3.   Contested Issues of Fact and Law.

    a.   Preliminarily, defendant believes there is a jurisdictional and threshold issue that it expects to raise by early motion.

    b.   The further issues are (i) the existence of the liability policy supposedly issued by Continental Insurance Company and (ii) the duties and obligations of the parties with respect to any insurance coverage which may be found, including the liability limits of any such policy.

4.   Discovery Plan.  The parties jointly propose to the court the following discovery plan.

    A.   Discovery will be needed on the following issues:

    <u>See</u> 3(b) above.

    B.   All discovery commenced in time to be completed by **January 1, 2007** with respect to fact or lay witness discovery and by **February 1, 2007**, with respect to expert witness discovery and/or depositions.

    C.   Limitations on Discovery.

        1.   Interrogatories.

            __X__    No change from F.R.Civ.P.33(a).

Continental Insurance Co. v. Catholic Bishop of Northern Alaska; Case No. 3:06-cv-19 RRB
Scheduling and Planning Conference Report

Page 2 of 7

        \_\_\_\_\_      Maximum of \_\_\_\_ by each party to any other party.

        Responses due in \_\_\_ days.

2. Requests for Admissions.
     X      No change from F.R.Civ.P.33(a).

    \_\_\_\_\_      Maximum of \_\_\_\_ requests.

   Responses due in \_\_\_ days.

3. Depositions.
     X      No change from F.R.Civ.P.33(a).

    \_\_\_\_\_      Maximum of \_\_\_\_ depositions by each party.

   Depositions not to exceed \_\_\_\_ hours unless agreed to by all parties.

D. Reports from retained experts.

 \_\_\_\_\_ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

  X    Reports due:

From plaintiff: On the date set for the close of fact or lay witness discovery, **January 1, 2007**.

From defendant: On the date set for the close of fact or lay witness discovery, **January 1, 2007**.

Not later than **November 1, 2006** in advance of listing expert witnesses, the parties shall disclose "areas of expert testimony" for which it is anticipated the party will list an expert.

Continental Insurance Co. v. Catholic Bishop of Northern Alaska; Case No. 3:06-cv-19 RRB
Scheduling and Planning Conference Report

Page 3 of 7

  E. Supplementation of disclosures and discovery responses are to be made:

   \_\_\_\_\_ Periodically at 60-day intervals from the entry of scheduling and planning order.

   __X__ As new information is acquired, but not later than 60 days before the close of discovery.

  F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

   \_\_\_\_\_ 45 days prior to the close of discovery.

   __X__ not later than **February 1, 2007**, following the close of fact or lay witness discovery, and no witnesses may be included on the final witness list who were not previously disclosed on the preliminary witness list without consent of the opposing party or court approval upon a showing of good cause. In the event that additional witnesses who were not deposed are permitted to be added to a party's final witness list, the opposing party shall be provided the opportunity to depose such witnesses.

5. Pretrial Motions.

   \_\_\_\_\_ No change from D.Ak.LR 16.1(c).

 The following changes to D.Ak.LR 16.1(c). [Check and complete all that apply]

   __X__ Motions to amend pleadings or add parties to be filed not later than **July 1, 2006.**

Continental Insurance Co. v. Catholic Bishop of Northern Alaska; Case No. 3:06-cv-19 RRB
Scheduling and Planning Conference Report

Page 4 of 7

     <u>  X  </u>    Motions under the discovery rules must be filed not later than **March 1, 2007,** (i.e. 30 days after the date set for the close of discovery (including lay and expert discovery)).

     <u>  X  </u>    Motions in limine and dispositive motions must be filed not later than 60 days prior to the date set for trial.

6.   Other Provisions:

   A.   <u>  X  </u>   The parties do not request a conference with the court before the entry of the scheduling order.

     <u>     </u>   The parties request a scheduling conference with the court on the following issues:

     (Insert issues)

   B.   Alternative Dispute Resolution [D.Ak.LR 16.2]

     <u>     </u>   This matter is not considered a candidate for court-annexed alternative dispute resolution.

     <u>  X  </u>   The parties will file a request for alternative dispute resolution not later than the date set for the filing of dispositive motions (if the parties jointly agree).

     <u>  X  </u>   Mediation     <u>     </u>   Early neutral evaluation

   C.   The parties <u>    </u> do <u>  X  </u> not consent to trial before a magistrate judge.

   D.   Compliance with the Disclosure Requirements of F.R.Civ.P.7.1

     <u>  X  </u>   All parties have complied.

Continental Insurance Co. v. Catholic Bishop of Northern Alaska; Case No. 3:06-cv-19 RRB
Scheduling and Planning Conference Report

Page 5 of 7

    \_\_\_\_\_ Compliance not required by any party.

7. Trial.

    A. The matter will be ready for trial:

    __120__ days after the discovery close date (pertaining to expert discovery)(i.e. by **June 1, 2007**).

    \_\_\_\_\_ not later than (date).

    B. This matter is expected to take __5__ days to try.

    C. Jury demanded __X__ Yes \_\_\_\_\_ No

    Right to jury trial disputed? \_\_\_\_\_ Yes __x__ No

    DATED at Anchorage, Alaska, this 25th day of April, 2006.

    GUESS & RUDD P.C.
    Attorneys for Plaintiff

    By: _____S/Gary A. Zipkin_____
        Guess & Rudd P.C.
        510 L Street, Suite 700
        Anchorage, Alaska  99501
        Phone: 907-793-2200
        Fax:   907-793-2299
        Email: gzipkin@guessrudd.com
        Alaska Bar No. 7505048

Continental Insurance Co. v. Catholic Bishop of Northern Alaska; Case No. 3:06-cv-19 RRB
Scheduling and Planning Conference Report

Page 6 of 7

DATED at Fairbanks, Alaska, this 25th day of April, 2006.

                              Cook Schuhmann & Groseclose, Inc.
                              Attorneys for Defendant


                    By:     S/Robert B. Groseclose
                            Cook Schuhmann & Groseclose, Inc.
                            714 4th Avenue, Suite 200
                            Fairbanks, Alaska  99701
                            Phone: 907-452-1855
                            Fax:   907-452-8154
                            Email: bob@alaskalaw.com
                            Alaska Bar No. 7605032

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
25th day of April, 2006, a copy
of the foregoing document was served
electronically on:

Robert B. Groseclose, Esq.


Guess & Rudd P.C.


By:   S/Gary A. Zipkin

Continental Insurance Co. v. Catholic Bishop of Northern Alaska; Case No. 3:06-cv-19 RRB
Scheduling and Planning Conference Report

Page 7 of 7