Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY,<br>      Plaintiff,<br><br>vs.<br><br>CATHOLIC BISHOP OF NORTHERN ALASKA,<br><br>      Defendant. | Case No. 3:06-cv-19-RRB |

APPLICATION OF NON-RESIDENT
ATTORNEY TO APPEAR AND PARTICIPATE

     Pursuant to Rule 83.1(C)(2), Rules of the United States District Court for the District of Alaska, Philip Cornelius Stahl requests that he be permitted to appear and participate in the above matter as co-counsel for plaintiff Continental Insurance Company.  Applicant has been retained by Continental and certifies that he is of good professional character and is a member in good standing of the Bar of Illinois.  Attached is the

original certificate of good standing, as well as the Affidavit of Philip Stahl.

Applicant will be associated with Gary A. Zipkin, Esq. of Guess & Rudd P.C., whose address is 510 L Street, Suite 700, Anchorage, Alaska 99501, telephone (907) 793-2200, who maintains his office in Anchorage, Alaska, and is a member in good standing of the Bar of Alaska.

DATED at Chicago, Illinois, this 9th day of February, 2006.

GRIPPO & ELDEN LLC

By: *Philip C. Stahl*
Philip Cornelius Stahl

CONSENT TO PARTICIPATE

I hereby consent to the foregoing application and to the granting thereof.

DATED at Anchorage, Alaska, this 13th day of February, 2006.

GUESS & RUDD P.C.
Attorneys for Plaintiff

By: _____
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska  99501
Phone: 907-793-2200
Fax:   907-793-2299
Email: gzipkin@guessrudd.com
Alaska Bar No. 7505048

CERTIFICATE OF SERVICE
I hereby certify that on the 25th day of May, 2006, a copy of the foregoing document was served electronically on:

Robert B. Groseclose, Esq.

Guess & Rudd P.C.

By:   S/Gary A. Zipkin