Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>vs.<br><br>CATHOLIC BISHOP OF NORTHERN ALASKA,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)      Case No. 3:06-cv-19-RRB<br>)<br>)<br>)<br>)<br>)<br>) |


DECLARATION OF PHILIP STAHL


I, Philip Stahl, declare as follows:


1.    I am an attorney and a member of Grippo & Elden

LLC, attorneys for plaintiff, Continental Insurance Company, in

this action.  I make this declaration of my personal firsthand

knowledge and, if called and sworn as a witness, I could and

would testify competently to the facts stated herein.


Continental v. Catholic Bishop; Case No. 3:06-cv-19-RRB
Declaration of Philip Stahl

Page 1 of 3

2.    My home address is 180 East Pearson Street, Apt. 4605, Chicago, Illinois 60611.  I am a member of the law firm of Grippo & Elden LLC, Chicago, Illinois  60606.

3.    I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.  I was admitted to the Bar of the State of Illinois, October 31, 1974. I am also admitted to practice in the following courts: United States District Court, Northern District of Illinois, Trial Bar, District of Columbia, U.S. Court of Appeals, Sixth and Seventh Circuit and the U.S. Supreme Court.

4.    I am not the subject of any pending disciplinary action in any jurisdiction or before any court to which I have been admitted to practice.

5.    I certify that I have read the local rules of this court and will faithfully abide by same.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Continental v. Catholic Bishop; Case No. 3:06-cv-19-RRB
Declaration of Philip Stahl

Executed this 9th day of February, 2006, at Chicago,

Illinois.

_____
Philip Stahl

Continental v. Catholic Bishop; Case No. 3:06-cv-19-RRB
Declaration of Philip Stahl

Page 3 of 3