IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CONTINENTAL INSURANCE COMPANY, )
)
            Plaintiff, )
)
v. )
)
CATHOLIC BISHOP OF NORTHERN )
ALASKA, )
)
            Defendant. )
_____ )

Case No. 3:06-cv-00019 RRB

## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure (FRCP) 12(b)(6) and 56, defendant Catholic Bishop of Northern Alaska ("CBNA"), by and through counsel, moves this court for an order dismissing plaintiff's complaint. For the reasons explained in the accompanying memorandum of counsel, plaintiff has waived and is estopped from disputing its obligation to provide a defense to CBNA in certain "clergy abuse" litigation. Given that no basis for indemnification has occurred, the plaintiff's complaint is not ripe such that the court should decline jurisdiction.

DATED at Fairbanks, Alaska, this 1st day of June, 2006.

                                  COOK, SCHUHMANN & GROSECLOSE

                                  By: s/Robert B. Groseclose
                                       714 Fourth Avenue, Suite 200
                                       Fairbanks, Alaska 99701
                                       (907) 452-1855
                                       (907) 452-8154
                                       bob@alaskalaw.com
                                       Alaska Bar No. 7605032

COOK SCHUHMANN
& GROSECLOSE, INC.
714 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

This is to certify that on the 1st day of June, 2006, a copy of the foregoing is being mailed via first class mail fully prepaid to the following attorney(s) or party(s) of record:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501

  s/Robert B. Groseclose
for Cook Schuhmann & Groseclose, Inc.

COOK SCHUHMANN
& GROSECLOSE, INC.
714 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

Motion to Dismiss
Continental Insurance Company v. Catholic Bishop of Northern Alaska
Page 2 of 2