IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CATHOLIC BISHOP OF NORTHERN ALASKA, | ) ) ) ) |
| Defendant. | ) ) |

Case No. 3:06-cv-00019 RRB

### PROPOSED ORDER TO DISMISS

Based upon defendant Catholic Bishop of Northern Alaska's ("CBNA") Motion to Dismiss, and the court being advised in the premises,

IT IS HEREBY ORDERED that CBNA's Motion to Dismiss is GRANTED. Accordingly, plaintiff's complaint is dismissed.

IT IS SO ORDERED this _____ day of _____, 2006.

By:_____
Ralph R. Beistline
District Court Judge

COOK SCHUHMANN
& GROSECLOSE, INC.
714 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154