January 15, 1970

Reverend John J. Buchanan, S. J.
P. O. Box 2036
Renton, Washington 98055

Dear Father Buchanan:

I was informed recently from Jim McKeown at LaBow, Haynes of Alaska, Inc. office that we are carrying insurance on two cars in Seattle – a 1964 Ford, 4 door sedan and a 1959 Nash Rambler.

Are these cars still in use? If so, and if you intend to use them I would ask you to insure them and notify me immediately when the insurance takes effect.

Please let me know also if they are not in use.

I have had a lot of traveling within the past four months and I am beginning to understand how you must have felt with all the traveling you have been doing over the past years.

With best personal wishes, I remain

Yours sincerely in Christ,

* Robert L. Whelan, S. J.


cc: Helen M. Frick
    P. O. Box 2036
    Renton, Washington 98055

Exhibit __2__
Page __1__ of __7__

CBNA.INS.343

Fall of 1973   LaBow, Haynes

With — $600.00 of present payment
                        present     new
Workmens Compensat.   1,600.00  — 2,192.00

$150.00 prop. Oates

A.C. 2,016.00
John 5,00

[illegible] 746.00
[illegible]  50.00
[illegible]  48.00

Life, [illegible]   Present  11,976      1000.00 deductible on [illegible]    100.00 deductible
                   Proposed 12,066      [illegible] 6.00 per thousand         present
                             plus       500.00 deductible on [illegible]
                             [illegible]

———————————————————————

? T— with John Kohler, Bp. Whelan, [illegible] Schaefer
   Fr. McCaffrey, Bro. [illegible]

Feb. 27, 1976  to discuss shifting insurance
policies to State Farm (auto) & return to
Catholic Mutual of America

Exhibit  2
Page  2  of  7

CBNA.INS.344

CHANCERY OFFICE
## DIOCESE OF FAIRBANKS
1312 Peger Road
FAIRBANKS, ALASKA 99701

February 28, 1974

Mr. Julian Robb
Continental Ins. Company
2200 - 6th Avenue
Seattle, Washington 98121

Dear Mr. Robb:

Enclosed is the card which indicates that the recommendations made in your letter of February 19th have been complied with.

As a point of information I would be pleased to know whether water base paints would be included among flammables and hence have to be stored in metal enclosed cabinets? Our maintenance man had raised this question; so, I promised to obtain information on this technicality.

We appreciate your overall evaluation of our housekeeping and hope that we can maintain this level of tidiness in the future.

Yours truly,

(Rev.) Francis E. Mueller, S.J.
Chancellor


Insured: Catholic Bishops of Northern Alaska
Policy No. SMP 2 35 06 21
Location: 1312 Peger Road, Fairbanks, Alaska

The recommendations referred to in your

letter of February 19, 1974 have been completed


February 28, 1974
Date

Rev. Francis E. Mueller, S.J.
Chancellor

Exhibit 2
Page 3 of 7

CBNA.INS.345

CHANCERY OFFICE

## DIOCESE OF FAIRBANKS

1316 Peger Road

FAIRBANKS, ALASKA 99701

July 30, 1974

Mr. C. L. Fields
Supervising Inspector
Hartford Steam Boiler Insurance Co.
200 First Ave. Suite 300 West
Seattle, Washington 98119

Dear Mr. Fields:

    Pursuant to the enclosed notification regarding correction of certain conditions at two different locations, viz. Loyola Hall and the Sisters Residence, I wish to inform your office that these problems have been taken care of.

    Hopefully these modifications will result in more secure and efficient service -- especially during the winter months.

Yours truly,

*Francis E. Mueller, S.J.*

(Rev.) Francis E. Mueller, S.J.
Chancellor

Enc

P.S.  We would like to call to the attention of your office the fact that the Catholic Diocese of Fairbanks is no longer (i.e. as of October 1973) insured through The Catholic Mutual Relief Society of America, but rather through LaBow, Haynes of Alaska, Inc.

F.M.

Exhibit __2__
Page __4__ of __7__

CBNA.INS.346



## The CONTINENTAL INSURANCE COMPANIES

THE CONTINENTAL INSURANCE COMPANY · FIREMEN'S INSURANCE COMPANY · NIAGARA FIRE INSURANCE COMPANY
THE FIDELITY AND CASUALTY COMPANY · COMMERCIAL INSURANCE COMPANY · BOSTON OLD COLONY INSURANCE COMPANY
NATIONAL BEN FRANKLIN COMPANIES · SEABOARD FIRE & MARINE INSURANCE COMPANY · BUFFALO UNION INSURANCE COMPANY
KANSAS CITY FIRE & MARINE INSURANCE COMPANY · THE GLENS FALLS INSURANCE COMPANY · PACIFIC INSURANCE COMPANY

*Denny Building, 2200 Sixth Avenue, Seattle, Washington 98121*

March 11, 1974

Chancery Office
Diocese of Fairbanks
1316 Peger Road
Fairbanks, Alaska 99701

Dear Rev. Mueller:

In regard to your letter of February 28, we wish to advise that it would not be necessary to put water-based paints in a metal cabinet, however, we would suggest that this be done to prevent any confusion between flammable and non-flammable paints and painting material.

We hope that this will clarify the situation and if we can be of any further service, please advise.

Yours very truly,

*Julian Robb*

J. A. Robb
Superintendent
Commercial Multi-Peril

JAR/gr

Exhibit __2__
Page __5__ of __7__

CBNA.INS.347



**The HARTFORD STEAM BOILER
INSPECTION and INSURANCE COMPANY
HARTFORD, CONNECTICUT 06102**

SEATTLE OFFICE - SUITE 500, 100 FIRST AVENUE WEST, SEATTLE, WASHINGTON 98119 — (206) 284-6750

May 31, 1974

The Catholic Mutual Relief Society of America
Fairbanks, Alaska

Date of Inspection: 5/8/74
Location: See Below
Inspector: Herbert Wright

The following equipment was carefully examined and the conditions noted should receive attention as indicated.

Location: Loyola Hall
Hot Water Heating Boiler

This object is not protected against possible damage from excess pressure. The object should be provided with one or more A.S.M.E. spring loaded relief valves having a total relieving capacity of 41,000 Btu/hr. and set to relieve at 30 lbs. There should be no shut-off valve between the relief valve and the object.

Location: Sisters Residence
Steam Heating Boiler

This boiler is constructed for a safe working pressure of 15 lbs. The present safety valve is set at a pressure of 30 lbs. We recommend that it be replaced by an A.S.M.E. valve of 3/4 inch pipe size, set to relieve at a pressure not to exceed 15 lbs., with a relieving capacity of 346,000 Btu/hr.

Our experience indicates that these conditions are serious enough to warrant your prompt attention. Please notify this office when the recommendations have received your attention.

The condition outlined was discussed with Bro Fox, Custodian, at the time of inspection.

Yours very truly,

C.L. Fields
Supervising Inspector

This report does not purport to set forth all hazards nor to indicate that other hazards do not exist. By issuing this report, neither the Company nor any of its employees makes any warranty, express or implied, concerning the object(s) described in this report. Furthermore, neither the Company nor any of its employees shall be liable for any hazards (other than are liabilities that may be imposed in any policy of insurance that may be issued by the Company) for personal injury or property damage or loss of any kind arising from or connected with this inspection or failure to inspect.

CLF:mr

5/13/74

Exhibit 2
Page 6 of 7

CBNA.INS.348

/(a)    **Workmen's Compensation**

1. Coverage for teachers (volunteers) 24 hours, by Workmen's Compensation. If they have school insurance, is it necessary for this double coverage?

   Example: (Re: ~~Students~~) (Volunteer) playing basketball - no relation to teaching - no student involved - strictly recreational - in school gymnasium. Would volunteer be covered for accident?

   b) Clarification of HOW to handle Workmen's Compensation. What happens after accident reports are sent in? Who handles the follow-up?

   c) How does this insurance relate to the mandatory coverage required by the State regarding pilots? *Keep doing what you have been doing on private & pilots.*

   *1) ESC - unemployment payments tax*
   *2) Workmen's Compensation — get a new form*

**VEHICLES**

1. Can Jesuit and personal cars be insured under this policy? *Yes*

**BUILDINGS**

1. We want to cover Barrow, Nome, Bethel, Delta, Holy Cross, Nulato

   *Bound 1/1/73*

**BOILERS**

1. We were talking about 2 boilers. We have 6.
2. Are we talking about furnaces or boilers or both?

*Extended coverage takes care of regular hot water boiler, e.g. explosion.*
*Steam boiler needs special coverage policy.*

Exhibit 2
Page 7 of 7

CBNA.INS.349