RECEIVED
JUN 0 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> CATHOLIC BISHOP OF NORTHERN ALASKA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 3:06-cv-19-RRB <br> ) <br> ) <br> ) <br> ) <br> ) |

APPLICATION OF NON-RESIDENT
ATTORNEY TO APPEAR AND PARTICIPATE

Pursuant to Rule 83.1(C)(2), Rules of the United States District Court for the District of Alaska, Laura Kathleen McNally requests that she be permitted to appear and participate in the above matter as co-counsel for plaintiff Continental Insurance Company. Applicant has been retained by Continental and certifies that she is of good professional character and is a member in good standing of the Bar of Illinois. Attached is the

original certificate of good standing, as well as the Declaration of Laura McNally.

Applicant will be associated with Gary A. Zipkin, Esq. of Guess & Rudd P.C., whose address is 510 L Street, Suite 700, Anchorage, Alaska 99501, telephone (907) 793-2200, who maintains his office in Anchorage, Alaska, and is a member in good standing of the Bar of Alaska.

DATED at Chicago, Illinois, this 9th day of February, 2006.

GRIPPO & ELDEN LLC

By: *Laura K. McNally*
Laura Kathleen McNally

CONSENT TO PARTICIPATE

I hereby consent to the foregoing application and to the granting thereof.

DATED at Anchorage, Alaska, this 2nd day of June, 2006.

                        GUESS & RUDD P.C.
                        Attorneys for Plaintiff

By: _____
    Guess & Rudd P.C.
    510 L Street, Suite 700
    Anchorage, Alaska  99501
    Phone: 907-793-2200
    Fax:   907-793-2299
    Email: gzipkin@guessrudd.com
    Alaska Bar No. 7505048

CERTIFICATE OF SERVICE
I hereby certify that on the 2nd day of June, 2006, a copy of the foregoing document was served electronically on:

Robert B. Groseclose, Esq.

Guess & Rudd P.C.

By: _____

F:\data\6024\3\pleading\05appappear (McNally).doc

Continental v. Catholic Bishop; Case No. 3:06-cv-19-RRB
Application of Non-Resident Attorney to Appear and Participate
Page 3 of 3