```
            UNITED STATES
           DISTRICT COURT
            District of Alaska
            Anchorage Division

        #  00128323  -  PS
             June 2, 2006

  Code    Case #     Qty      Amount

  6855XX-N 06-19              150.00 CK


        TOTAL→         150.00


  FROM: GUESS & RUDD FOR
        LAURA KATHLEEN MCNALLY
        PRO HAC VICE
        3:06-CV-00019 RRB
```