Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff



RECEIVED
JUN 0 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>vs.<br><br>CATHOLIC BISHOP OF NORTHERN ALASKA,<br><br>       Defendant. | Case No. 3:06-cv-19-RRB |

DECLARATION OF LAURA McNALLY

I, Laura McNally, declare as follows:

1.  I am an attorney and a member of Grippo & Elden LLC, attorneys for plaintiff, Continental Insurance Company, in this action. I make this declaration of my personal firsthand knowledge and, if called and sworn as a witness, I could and would testify competently to the facts stated herein.

2. My home address is 2450 North Racine Ave., Chicago, Illinois, 60614. I am member of the law firm of Grippo & Elden LLC, Chicago, Illinois 60606.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. I was admitted to the Bar of the State of Illinois, May 2, 1995. I am also admitted to practice in the following courts: United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Federal Circuit, United States Court of Appeals for the District of Columbia Circuit, United States District Court for the Northern District of Illinois, United States District Court for the District of Columbia, and the state courts of Washington D.C. (inactive), and Louisiana (inactive).

4. I am not the subject of any pending disciplinary action in any jurisdiction or before any court to which I have been admitted to practice.

5. I certify that I have read the local rules of this court and will faithfully abide by same.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed this 2nd day of June, 2006, at Chicago, Illinois.

*Laura K. McNally*
Laura McNally



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Laura K. McNally
Grippo & Eiden LLC
111 S. Wacker Drive, Suite 5100
Chicago, IL 60606-4301

Chicago
Friday, January 20, 2006

In re: Laura Kathleen McNally
Admitted: 5/2/1995
Attorney No. 6226965

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Mary Robinson
Administrator

By: _____
Darryl R. Evans
Deputy Registrar

DRE