Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY,<br>          Plaintiff,<br><br>vs.<br><br>CATHOLIC BISHOP OF NORTHERN ALASKA,<br><br>          Defendant. | Case No. 3:06-cv-19-RRB |

~~[PROPOSED]~~
ORDER PERMITTING ATTORNEY TO
APPEAR AND PARTICIPATE PRO HAC VICE

Laura McNally, having moved to appear and participate *pro hac vice* in the above-captioned case, and having satisfied the requirements of Local Rule 83.1 of the U.S. District Court for the District of Alaska for permission to appear and participate in the United States District Court for the District of Alaska, the court orders that Laura McNally may appear and participate *pro hac vice* in the above-captioned case.

Continental Insurance v. Catholic Bishop; Case No. 3:06-cv-19-RRB
[proposed] Order Permitting Attorney to Appear Pro Hac Vice
Page 1 of 2

DATED at Anchorage, Alaska, this 12 day of June, 2006.

_____
The Honorable Ralph R. Beistline
U.S. District Court Judge

Continental Insurance v. Catholic Bishop; Case No. 3:06-cv-19-RRB
[proposed] Order Permitting Attorney to Appear Pro Hac Vice
Page 2 of 2