MAR-19-2003-WED 10:42 AM   DIOCESE OF FAIRBANKS   FAX No. 1 907 474 8009   P. 013

LAW OFFICES

## HEDLAND, BRENNAN, HEIDEMAN & COOKE
A PROFESSIONAL CORPORATION

ANCHORAGE:
JOHN S. HEDLAND
JAMES T. BRENNAN
SARA E. HEIDEMAN
AMY L. VAUDREUIL
PATRICK M. ANDERSON

BETHEL:
CHRISTOPHER R. COOKE
JIM J. VALCARCE
KENNETH S. ROOSA
THOMAS WAYNE CARY

1227 WEST NINTH AVENUE, SUITE 300
ANCHORAGE, ALASKA 99501-3218
TELEPHONE (907) 279-5528
TELEFAX (907) 278-0877

BETHEL OFFICE:
800 THIRD AVENUE
P. O. BOX 409
BETHEL, AK 99559-0409
(907) 543-2744

January 28, 2003

Robert B. Groseclose, Esq.
Cook, Schumann, & Groseclose, Inc.
714 Fourth Avenue, Suite 200
Fairbanks, Alaska 99701-4470

Re: Various Clients v. The Diocese of Fairbanks

Dear Bob:

I last wrote to Rev. Case on November 6, 2002, clarifying my clients' position, enclosing a draft complaint, and suggesting that the diocese may wish to consider settlement of this case before litigation is commenced. In the interim you and I have conversed and you have written me, keeping me updated as to the status of the case from your perspective and advising me of your efforts to determine the availability of insurance coverage. By now you should know or have a very good idea as to the availability and extent of insurance coverage; it appears to me that your client has no liability coverage, and only partial coverage (if any) for defense of the case. Additional delay will, it seems, serve little constructive purpose.

I am confident that you and your clients have discussed this case, and now have a good idea of how, tactically speaking, you wish to proceed. My earlier offer remains open, i.e., to allow you and a representative of the diocese to interview each of my clients off the record to assess their individual credibility and individual damages. I believe that such an approach is most likely to allow you a fair opportunity to evaluate the case, and to do justice to these men without unnecessarily causing them additional injury.

Accordingly, I ask that you let me know how you wish to proceed no later than the close of business on Wednesday, February 12, 2003. If I do not hear from you on or before that date, I will assume that you do not wish to pursue a pre-litigation settlement strategy, and will file suit as earlier discussed.

We await your response.

Sincerely,

Kenneth S. Roosa

KSR:dp
cc: Clients
B2533\Groseclose Ltr