# Cook Schuhmann & Groseclose, Inc.

*Attorneys at Law*

Dennis E. "Skip" Cook
Barbara L. Schuhmann
Robert B. Groseclose
Jo A. Kuchle
Zane D. Wilson
Michael C. Kramer
Craig B. Partyka
Peter M. LeBlanc
Dayle L. Wallien
Mila A. Neubert

Telephone 907.452.1855 • Facsimile 907.452.8154 • Toll Free in Alaska 800.550.1855
714 Fourth Avenue, Suite 200 • Fairbanks, Alaska 99701-4470

July 29, 2003

*Sender's e-mail address:*
bob@alaskalaw.com

Tracy Smith
CNA
333 S. Wabash Floor 38 South
Chicago, IL 60604

Re:  Catholic Bishop of Northern Alaska (CBNA)
     St. Mary's plaintiff's John Does 1-6
     Policy: SMP 239 0621

Dear Ms. Smith:

I can supplement my earlier explanation by providing the following:

   1.   Plaintiffs' First Amended Complaint (filed recently, which adds 2 further plaintiffs).

   2.   CBNA's 12(b)(6) Motion to Dismiss, together with the supporting affidavit, memorandum of counsel, and companion motion for stay.

The enclosed Affidavit of Richard D. Case, S.J., provides the information which I understand you desired by your further letter.

CBNA is tendering defense of this matter to CNA. CBNA regrets the timing issues associated with this matter, and trusts that CNA can appreciate the difficulty encountered in reconstructing insurance records from 40+ years ago. CBNA anxiously awaits CNA's assessment and response to this tender of defense. In the meantime, CBNA is proceeding with those steps which serve its interest.

Please advise should you have questions.

Sincerely,

COOK SCHUHMANN & GROSECLOSE, INC.

By _____
    Robert B. Groseclose  (Sy/ASJ)

Enclosures as stated
cc w/enc:   CBNA (attention: Fr. Case)
            Catholic Mutual (attention: Dick Novak)