RECEIVED JUN 1 2 2006 S.J.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CONTINENTAL INSURANCE COMPANY, )
)
Plaintiff, )
)
v. )
)
CATHOLIC BISHOP OF NORTHERN )
ALASKA, )
)
Defendant. )
_____)



RECEIVED MAY 2 4 2006 GUESS & RUDD P.C.

CLIENT COPY
DJ 000869

Case No. 3:06-cv-00019 RRB

## CBNA's PRE-DISCOVERY DISCLOSURES

Defendant Catholic Bishop of Northern Alaska (CBNA), by and through counsel, the law firm of Cook Schuhmann & Groseclose, Inc., submits its pre-discovery disclosures pursuant to the Federal Rules of Civil Procedure Rule 26 and the court's pre-trial order.

**Rule 26(a)(1)(A): the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

1.     CBNA
    c/o Robert Groseclose
    Cook Schuhmann & Groseclose, Inc.
    714 Fourth Avenue, Suite 200
    Fairbanks, AK 99701
    (907) 452-1855

    CBNA is knowledgeable regarding the insurance policies purchased or maintained during the timeframe in question.

2.     Continental Insurance Company
    c/o Gary Zipkin
    Guess & Rudd, P.C.
    510 L Street, Suite 700
    Anchorage Alaska 99501
    (907) 793-2200

OK SCHUHMANN
ROSECLOSE, INC.
OURTH AVE., SUITE 200
ST OFFICE BOX 70810
BANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

Continental Insurance Company is knowledgeable regarding the insurance policies purchased or maintained during the timeframe in question.

3. Catholic Mutual Group
10843 Old Mill Rd., Suite 300
Omaha NE 68154

Catholic Mutual is knowledgeable regarding when it took on insuring CBNA.

4. Fr. Richard Case, S.J.
c/o CBNA's counsel

Fr. Case is expected to testify regarding his investigation as to policies in effect during the timeframe in question and to locating correspondence and documents implicating a policy of coverage being issued to CBNA by Continental Insurance Company in late 1973. An attorney client privileged is claimed as to Fr. Case.

5. George Bowder
c/o CBNA's counsel

Mr. Bowder is CBNA's Finance Director and an attorney client privilege is claimed as to his role. Mr. Bowder commenced employment with CBNA in 1978. He has knowledge of CBNA's insurance dealings from the time of his employment and has limited knowledge as to prior insurance relationships.

6. Mr. Julian Robb (current address unknown)

Mr. Robb is referred to as the "Superintendent of Commercial Multi-Peril" in letters from Continental to CBNA. In particular, a letter dated March 11, 1974 (CBNA.INS.347). He is believed to have authored a letter of February 19, 1974 (that letter is referenced in CBNA.INS.345). Mr. Robb is presumed to be knowledgeable of Continental's insurance dealings with CBNA in the 1970s.

7. Records Custodian
Labow, Haynes of Alaska, Inc. (or its successor in interest)

An 11/7/73 letter by CBNA's then bishop (Bishop Robert Whelan, S.J. [deceased])(CBNA.INS 0342) identifies LaBow Haynes as the broker of coverage acquired by CBNA effective as of October 14, 1973. The records of Labow Haynes, to the extent they still exist, are relevant as to the business relationship CBNA had with Continental.

)OK SCHUHMANN
;ROSECLOSE, INC.
FOURTH AVE., SUITE 200
)ST OFFICE BOX 70810
RBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

**Rule 26(a)(1)(B): a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Attached are the following documents:

1. Tender of Defense letters, correspondence and Catholic Mutual policies, identified as CBNA.INS.1 – 324. Much of these items relate to insurance issues beyond the question of when CBNA acquired coverage from Continental. Without in any way conceding their relevance to the facts pled with particularly in the instant litigation, these items are nevertheless disclosed to provide the complete context of the document control numbering used by CBNA's disclosures.

2. Correspondence relating to transfer of property from Fairbanks to Anchorage Diocese and insurance coverage purchased from LaBow-Haynes, identified as CBNA.INS.331-CBNA.INS.355.

3. Documents discussing obtaining insurance policy through LaBow Haynes, identified as CBNA.JP.2204, CBNA.JP.2208, CBNA.JP.2224 (2222-2223 are included to provide the context), and CBNA.JP.1064 (circa 1975-1977).

**Rule 26(a)(1)(C): a computation of any category of damages claimed by the disclosing party.**

This is a declaratory relief action. As such, damages are not being claimed by CBNA. This is not intended to waive CBNA's right to seek costs or fees under court rule or as otherwise authorized.

OK SCHUHMANN
ROSECLOSE, INC.
FOURTH AVE., SUITE 200
OST OFFICE BOX 70810
RBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

Rule 26(a)(1)(D) for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

CBNA seeks a judgment that insurance policy SMP 239 06 21 was issued by Continental Insurance Company, was in effect starting in late 1973 (October 14, 1973), and extended until the date CBNA acquired substitute coverage in 1979.

In lieu of the actual policy of insurance being located and introduced, CBNA seeks a judgment establishing Continental's liability, as CBNA's insurer, to cover defense of certain claims and provide indemnity upon coverage terms comparably marketed for "SMP" policies issued during the period in question.

DATED at Fairbanks, Alaska, this _17_ day of May, 2006.

COOK, SCHUHMANN & GROSECLOSE
Attorneys for CBNA

By: _____
Robert B. Groseclose
Alaska Bar No. 7605032

CERTIFICATE OF SERVICE
This is to certify that on the ____ day of May, 2006, a copy of the foregoing is being mailed via first class mail fully prepaid to the following attorney(s) or party(s) of record:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501

_EWaters_ CP
for Cook Schuhmann & Groseclose, Inc.

COOK SCHUHMANN
& GROSECLOSE, INC.
FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154