IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CONTINENTAL INSURANCE COMPANY,    )
                                  )
            Plaintiff,            )
                                  )
v.                                )
                                  )
CATHOLIC BISHOP OF NORTHERN       )
ALASKA,                           )
                                  )
            Defendant.            )
_____)

Case No. 3:06-cv-00019 RRB

## UNOPPOSED MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO FILE CBNA'S REPLY TO OPPOSITION TO MOTION TO DISMISS

Defendant, Catholic Bishop of Northern Alaska ("CBNA"), by and through counsel, the law firm of Cook Schuhmann & Groseclose, Inc., files this unopposed motion for an extension of time until Friday, July 14, 2006, in which to file their reply to plaintiff's Opposition to Motion to Dismiss.

The undersigned corresponded with plaintiff's attorneys, Laura McNally and Gary Zipkin, on June 28, 2006. Ms. McNally indicated that plaintiff does not oppose this extension of time.

DATED at Fairbanks, Alaska, this 29th day of June, 2006.

COOK, SCHUHMANN & GROSECLOSE

By: s/Robert B. Groseclose
714 Fourth Avenue, Suite 200
Fairbanks, Alaska 99701
(907) 452-1855
(907) 452-8154
bob@alaskalaw.com
Alaska Bar No. 7605032

COOK SCHUHMANN
& GROSECLOSE, INC.
714 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

**CERTIFICATE OF SERVICE**
This is to certify that on the 29th day
of June, 2006, a copy of the foregoing
is being mailed via first class mail fully prepaid
to the following attorney(s) or party(s) of record:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501

Laura K. McNally
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

Philip C. Stahl
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

s/Robert B. Groseclose
for Cook Schuhmann & Groseclose, Inc.

COOK SCHUHMANN
& GROSECLOSE, INC.
714 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

Unopposed Motion for Extension of Time
*Continental Insurance v. CBNA*; Case No. 3:06-cv-00019 RRB
Page 2 of 2