IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CONTINENTAL INSURANCE COMPANY,  )
)
          Plaintiff,  )
)
v.  )
)
CATHOLIC BISHOP OF NORTHERN  )
ALASKA,  )
)
          Defendant.  )
)

Case No. 3:06-cv-00019 RRB

## NOTICE REGARDING MOTION FOR EXTENSION OF TIME (DOCKET ENTRY NO. 21)

Defendant, Catholic Bishop of Northern Alaska ("CBNA"), by and through counsel, the law firm of Cook Schuhmann & Groseclose, Inc., gives notice that the proposed order was inadvertently not attached to CBNA's Unopposed Motion And Memorandum For Extension Of Time To File CBNA's Reply To Opposition To Motion To Dismiss filed as Docket No. 21.

The proposed order is attached to this notice.

DATED at Fairbanks, Alaska, this 29th day of June, 2006.

          COOK, SCHUHMANN & GROSECLOSE

          By: s/Robert B. Groseclose
              714 Fourth Avenue, Suite 200
              Fairbanks, Alaska 99701
              (907) 452-1855
              (907) 452-8154
              bob@alaskalaw.com
              Alaska Bar No. 7605032

COOK SCHUHMANN
& GROSECLOSE, INC.
714 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

**CERTIFICATE OF SERVICE**
This is to certify that on the 29th day
of June, 2006, a copy of the foregoing
is being mailed via first class mail fully prepaid
to the following attorney(s) or party(s) of record:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501

Laura K. McNally
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

Philip C. Stahl
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

s/Robert B. Groseclose
for Cook Schuhmann & Groseclose, Inc.

COOK SCHUHMANN
& GROSECLOSE, INC.
714 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154