IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CONTINENTAL INSURANCE COMPANY,  )
                                )
            Plaintiff,              )
                                )
v.                              )
                                )
CATHOLIC BISHOP OF NORTHERN     )
ALASKA,                         )
                                )
            Defendant.              )
_____)

Case No. 3:06-cv-00019 RRB

## PROPOSED ORDER FOR MOTION FOR EXTENSION OF TIME

Based upon defendant Catholic Bishop of Northern Alaska's ("CBNA") Unopposed Motion for Extension of Time, and the court being advised in the premises,

IT IS HEREBY ORDERED that CBNA will have until July 14, 2006 in which to file their reply to opposition to motion to dismiss.

IT IS SO ORDERED this _____ day of _____, 2006.

By:_____
Ralph R. Beistline
District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that on the 29th day of June, 2006, a copy of the foregoing is being mailed via first class mail fully prepaid to the following attorney(s) or party(s) of record:

| Gary A. Zipkin, Esq.<br>Guess & Rudd, P.C.<br>510 L Street, Suite 700<br>Anchorage, AK 99501 | Laura K. McNally<br>Grippo & Elden LLC<br>111 S. Wacker Drive<br>Chicago, IL 60606 |
|---|---|
| Philip C. Stahl<br>Grippo & Elden LLC<br>111 S. Wacker Drive<br>Chicago, IL 60606 | |

s/Robert B. Groseclose
for Cook Schuhmann & Groseclose, Inc.

COOK SCHUHMANN
& GROSECLOSE, INC.
714 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154