UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  CONTINENTAL INSURANCE CO.  </u>   v.   <u>  CATHOLIC BISHOP OF  </u>
                                         <u>   NORTHERN ALASKA  </u>

DATE:  <u>  June 29, 2006  </u>   CASE NO.   <u>  3:06-CV-0019-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS
                 GRANTING EXTENSION**

---

      Defendant's Unopposed Motion for Extension of Time to File CBNA's Reply (Docket 21) is hereby **GRANTED**.  Defendant shall have until the close of business on **July 14, 2006**, in which to file its reply to Plaintiff's Motion to Dismiss.

M.O. GRANTING EXTENSION