Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, <br>     Plaintiff, <br> vs. <br> CATHOLIC BISHOP OF NORTHERN ALASKA, <br>     Defendant. | Case No. 3:06-cv-19-RRB |

REQUEST FOR ORAL ARGUMENT

      Pursuant to Local Rule 7.2(a), Continental Insurance Company hereby requests oral argument on the following motion:

      1.    Defendants' Motion to Dismiss (Dkt. 12).

DATED at Anchorage, Alaska, this 19th day of July, 2006.

GUESS & RUDD P.C.
Attorneys for Plaintiff

By:  _____S/Gary A. Zipkin_____
     Guess & Rudd P.C.
     510 L Street, Suite 700
     Anchorage, Alaska  99501
     Phone: 907-793-2200
     Fax:   907-793-2299
     Email: gzipkin@guessrudd.com
     Alaska Bar No. 7505048

CERTIFICATE OF SERVICE
I hereby certify that on the
19th day of July, 2006, a copy
of the foregoing document was served
electronically on:

Robert B. Groseclose, Esq.

Guess & Rudd P.C.


By:   S/Gary A. Zipkin

F:\DATA\6024\3\pleading\10 req oral argument.DOC