**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>CONTINENTAL INSURANCE CO.</u>   v.   <u>CATHOLIC BISHOP</u>

DATE:   <u>July 20, 2006</u>   CASE NO.   <u>3:06-CV-0019-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING ORAL ARGUMENT**

---

Pursuant to Plaintiff's request, oral argument on Defendant's Motion to Dismiss (Docket 12) will be held on **Friday, August 18, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.