Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CONTINENTAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 3:06-cv-19-RRB |
| CATHOLIC BISHOP OF NORTHERN ALASKA, | ) ) ) | REQUEST FOR LEAVE TO <u>APPEAR TELEPHONICALLY</u> |
| Defendant. | ) ) | |

      Continental Insurance Company, by and through its attorneys, Guess & Rudd P.C., requests that its attorney, Laura McNally, be allowed to participate telephonically at the hearing on its motion to dismiss, currently scheduled for August 18, 2006, at 9:00 a.m.  In the event that the court will initiate the call, Ms. McNally's number is (312) 704-7719.

Request for Leave to Appear Telephonically
Continental Insurance Company v. Catholic Bishop of Northern Alaska; Case No. 3:06-cv-19-RRB
Page 1 of 2

DATED at Anchorage, Alaska, this 9th day of August, 2006.

                GUESS & RUDD P.C.
                Attorneys for Plaintiff

By:     S/Gary A. Zipkin
     Guess & Rudd P.C.
     510 L Street, Suite 700
     Anchorage, Alaska  99501
     Phone: 907-793-2200
     Fax:   907-793-2299
     Email: gzipkin@guessrudd.com
     Alaska Bar No. 7505048

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the <u>9th</u> day of August, 2006, a copy of the foregoing document was served electronically on:

Robert B. Groseclose, Esq.

Guess & Rudd P.C.


By:   S/Gary A. Zipkin

F:\data\6024\3\pleading\11gazreqforleave.DOC

Request for Leave to Appear Telephonically
Continental Insurance Company v. Catholic Bishop of Northern Alaska; Case No. 3:06-cv-19-RRB
Page 2 of 2