Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CATHOLIC BISHOP OF NORTHERN )<br>ALASKA, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cv-19-RRB<br><br>[PROPOSED] ORDER GRANTING<br><u>TELEPHONIC PARTICIPATION</u> |

      Continental Insurance Company having requested permission for its attorney to participate telephonically at the August 18, 2006 hearing on its motion to dismiss, and the court being duly advised in the premises,

      IT IS HEREBY ORDERED that Continental Insurance Company's request is hereby GRANTED.

DATED at Anchorage, Alaska, this _____ day of August, 2006.

_____
The Honorable Ralph R. Beistline
U.S. District Court Judge


CERTIFICATE OF SERVICE
I hereby certify that on the
9th day of August, 2006, a copy
of the foregoing document was served
electronically on:

Robert B. Groseclose, Esq.

Guess & Rudd P.C.

By:   S/Gary A. Zipkin

F:\data\6024\3\pleading\12gazordertelepart.DOC

Order Granting Telephonic Participation
Continental Insurance Company v. Catholic Bishop of Northern Alaska; Case No.
3:06-cv-19-RRB
Page 2 of 2