UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>CONTINENTAL INSURANCE</u>   v.   <u>CATHOLIC BISHOP</u>

DATE:   <u>August 10, 2006</u>      CASE NO.   <u>3:06-CV-0019-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING TELEPHONIC PARTICIPATION**

---

      Continental Insurance Company's Request for Leave to Appear Telephonically (Docket 27) is hereby **GRANTED**.  Parties and counsel may attend telephonically by calling Meet Me Bridge "A" at 907-677-6246.