IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CONTINENTAL INSURANCE COMPANY,  )
                                )
            Plaintiff,           )
                                )
v.                              )
                                )
CATHOLIC BISHOP OF NORTHERN     )
ALASKA,                         )
                                )
            Defendant.           )
_____)

Case No. 3:06-cv-00019 RRB

## MOTION FOR STATUS HEARING

Pursuant to the Court's Minute Order of May 22, 2007, The Catholic Bishop of Northern Alaska ("CBNA") hereby moves the Court for a status hearing in the above-referenced case. CBNA requests that the Court schedule this hearing after the medication set for the week of June 25, 2007.

DATED at Fairbanks, Alaska, this 30th day of May, 2007.

COOK, SCHUHMANN & GROSECLOSE

By: s/Zane D. Wilson
Zane D. Wilson, #9111108

### CERTIFICATE OF SERVICE

This is to certify that on the 30th day
of May, 2007, a copy of the foregoing
is being mailed via first class mail fully prepaid
to the following attorney(s) or party(s) of record:

Gary A. Zipkin, Esq.           Laura K. McNally and Philip C. Stahl
Guess & Rudd, P.C.             Grippo & Elden, LLC
510 L Street, Suite 700        111 S. Wacker Drive
Anchorage, AK  99501           Chicago, IL  60606

s/Zane D. Wilson
for Cook, Schuhmann & Groseclose, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CONTINENTAL INSURANCE COMPANY, )
)
               Plaintiff, )
)
v. )
)
CATHOLIC BISHOP OF NORTHERN )
ALASKA, )
)
               Defendant. )
_____)

Case No. 3:06-cv-00019 RRB

## ORDER

Catholic Bishop of Northern Alaska ("CBNA") having moved to request a status hearing and the court having considered any opposition thereto;

IT IS HEREBY ORDERED that CBNA's motion to request a status hearing is GRANTED and status hearing will be held on the _____ day of June, 2007 at _____ a.m./p.m..

DATED at Anchorage, Alaska, this _____ day of _____ 2007.

                                                           _____
                                                           Ralph R. Beistline
                                                          District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that on the 30th day
of May, 2007, a copy of the foregoing
is being mailed via first class mail fully prepaid
to the following attorney(s) or party(s) of record:

Gary A. Zipkin, Esq.          Laura McNally and Philip C. Stahl
Guess & Rudd, P.C.            Grippo & Elden LLC
510 L Street, Suite 700        111 S. Wacker Drive
Anchorage, AK 99501          Chicago, IL 60606

_s/Zane D. Wilson/Robert B. Groseclose_
for Cook Schuhmann & Groseclose, Inc.