```
Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>CATHOLIC BISHOP OF NORTHERN )<br>ALASKA, )<br>)<br>      Defendant. ) | Case No. 3:06-cv-19-RRB |

NON-OPPOSITION TO MOTION FOR STATUS CONFERENCE

Continental Insurance Company does not oppose the motion for a status conference filed by the Catholic Bishop of Northern Alaska.

Non-Opposition to Motion for Status Conference
Continental Insurance Company v. Catholic Bishop of Northern Alaska;
Case No. 3:06-cv-19-RRB
Page 1 of 2

DATED at Anchorage, Alaska, this 11th day of June, 2007.

                GUESS & RUDD P.C.
                Attorneys for Plaintiff

By:     s/Gary A. Zipkin
     Guess & Rudd P.C.
     510 L Street, Suite 700
     Anchorage, Alaska  99501
     Phone: 907-793-2200
     Fax:   907-793-2299
     Email: gzipkin@guessrudd.com
     Alaska Bar No. 7505048

CERTIFICATE OF SERVICE
I hereby certify that on the
11th day of June, 2007, a copy
of the foregoing document was served
electronically on:

Robert B. Groseclose, Esq.


Guess & Rudd P.C.


By:   s/Gary A. Zipkin

Non-Opposition to Motion for Status Conference
Continental Insurance Company v. Catholic Bishop of Northern Alaska;
Case No. 3:06-cv-19-RRB
Page 2 of 2