IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CONTINENTAL INSURANCE COMPANY,    )
                                  )
                    Plaintiff,    )
                                  )
v.                                )
                                  )
CATHOLIC BISHOP OF NORTHERN       )
ALASKA,                           )
                                  )
                    Defendant.    )
_____)

Case No. 3:06-cv-00019 RRB

## ORDER

Catholic Bishop of Northern Alaska ("CBNA") having moved to request a status

hearing and the court having considered any opposition thereto;

IT IS HEREBY ORDERED that CBNA's motion to request a status hearing is

GRANTED and status hearing will be held on the 19 day of July, 2007 at

9:00 a.m./p.m..

DATED at Anchorage, Alaska, this 19 day of June 2007.

_____
Ralph R. Beistline
District Court Judge

CERTIFICATE OF SERVICE
This is to certify that on the 30th day
of May, 2007, a copy of the foregoing
is being mailed via first class mail fully prepaid
to the following attorney(s) or party(s) of record:

Gary A. Zipkin, Esq.            Laura McNally and Philip C. Stahl
Guess & Rudd, P.C.             Grippo & Elden LLC
510 L Street, Suite 700        111 S. Wacker Drive
Anchorage, AK  99501          Chicago, IL  60606

 s/Zane D. Wilson/Robert B. Groseclose
for Cook Schuhmann & Groseclose, Inc.