IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CONTINENTAL INSURANCE COMPANY,   )
                                 )
            Plaintiff,            )
                                 )
v.                                )
                                 )
CATHOLIC BISHOP OF NORTHERN       )    MOTION FOR LEAVE TO
ALASKA,                           )    APPEAR TELEPHONICALLY
                                 )
            Defendant.            )
_____ )

Case No. 3:06-cv-00019 RRB

Catholic Bishop of Northern Alaska ("CBNA"), hereby requests that its attorney, Robert B. Groseclose of Cook, Schuhmann and Groseclose, be allowed to participate telephonically at the Status Hearing currently scheduled for Thursday, July 19, 2007 at 9:00 a.m. In the event that the court will initiate the call, Mr. Groseclose's number is 1-800-550-1855.

DATED at Fairbanks, Alaska, this 13th day of July, 2007.

                          COOK, SCHUHMANN & GROSECLOSE

                          By:___S/Robert B. Groseclose___
                             Robert B. Groseclose
                             Alaska Bar No. 7605032

CERTIFICATE OF SERVICE
This is to certify that on the 13th day
of July, 2007, a copy of the foregoing
is being mailed via first class mail fully prepaid
to the following attorney(s) or party(s) of record:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501

Laura K. McNally and Philip C. Stahl
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

 S/Robert B. Groseclose
for Cook Schuhmann & Groseclose, Inc.

Request for Leave to Appear Telephonically
Continental Insurance Company v. Catholic Bishop of Northern Alaska
3:06-cv-19-RRB
Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CATHOLIC BISHOP OF NORTHERN ) <br> ALASKA, ) <br> ) <br> Defendant. ) <br> _____ ) | {PROPOSED} ORDER GRANTING TELEPHONIC PARTICIPATION |

Case No. 3:06-cv-00019 RRB

Catholic Bishop of Northern Alaska having moved for permission for its attorney to participate telephonically at the July 19, 2007 Status Hearing, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Catholic Bishop of Northern Alaska's request is hereby GRANTED.

DATED at Anchorage, Alaska, this____day of July, 2007

_____
The Honorable Ralph R. Beistline
U.S. District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that on the 13th day
of July, 2007, a copy of the foregoing
is being mailed via first class mail fully prepaid
to the following attorney(s) or party(s) of record:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501

Laura K. McNally and Philip C. Stahl
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

____S/Robert B. Groseclose____
for Cook Schuhmann & Groseclose, Inc.

Proposed Order for Request for Leave to Appear Telephonically
Continental Insurance Company v. Catholic Bishop of Northern Alaska
3:06-cv-19-RRB
Page 1 of 1