Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:      (907) 793-2200
Fax:   (907) 793-2299
E-mail:      gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>CATHOLIC BISHOP OF NORTHERN )<br>ALASKA,  )<br>)<br>Defendant.  )<br>) | Case No. 3:06-cv-19-RRB |

NOTICE OF TELEPHONIC PARTICIPATION

Continental Insurance Company hereby gives notice that its attorney, Laura McNally, will participate in the status conference on July 19, 2007 by telephone.

DATED at Anchorage, Alaska, this 16th day of July, 2007.

                GUESS & RUDD P.C.
                Attorneys for Plaintiff

                By:        s/Gary A. Zipkin
                      Guess & Rudd P.C.
                      510 L Street, Suite 700
                      Anchorage, Alaska 99501
                      Phone: 907-793-2200
                      Fax:  907-793-2299
                      Email: gzipkin@guessrudd.com
                      Alaska Bar No. 7505048

CERTIFICATE OF SERVICE
I hereby certify that on the
16th day of July, 2007, a copy
of the foregoing document was served
electronically on:

Robert B. Groseclose, Esq.
Laura K. McNally, Esq.

and by mail on:

Philip C. Stahl, Esq.
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, Illinois 60606

Guess & Rudd P.C.

By:    s/Gary A. Zipkin
F:\DATA\6024\3\pleading\25 gaz Not re Telephonic Part.DOC

Notice of Telephonic Participation
Continental Insurance Company v. Catholic Bishop of Northern Alaska;
Case No. 3:06-cv-19-RRB
Page 2 of 2