```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

CONTINENTAL INSURANCE COMPANY  vs.  CATHOLIC BISHOP OF NORTHERN ALASKA

BEFORE THE HONORABLE RALPH R. BEISTLINE  CASE NO. 3:06-cv-00019-RRB

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:   PLAINTIFF:     GREGORY SILVEY FOR GARY ZIPKIN
                              LAURA MCNALLY - TELEPHONIC

               DEFENDANT:     ROBERT GROSECLOSE - TELEPHONIC

PROCEEDINGS: STATUS HEARING HELD JULY 19, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. court convened.

Court and counsel heard re completed discovery and possible settlement. Dispositive Motions due by **October 1, 2007.**

At 9:07 a.m. court adjourned.

DATE:      July 19, 2007      DEPUTY CLERK'S INITIALS:   amk

Revised 6/18/07