Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:   (907) 793-2200
Fax:     (907) 793-2299
E-mail:  gzipkin@guessrudd.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>vs.<br><br>CATHOLIC BISHOP OF NORTHERN ALASKA,<br><br>      Defendant. | Case No. 3:06-cv-00019 TMB |

## CONTINENTAL INSURANCE COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

      Plaintiff Continental Insurance Company ("Continental"), by and through its counsel, moves this Court, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, to enter summary judgment against the Catholic Bishop of Northern Alaska ("CBNA") and declare that Continental does not owe CBNA any coverage under alleged policies SMP 2390621 and SMP 2397996 (the "Alleged Policies") for the underlying claim against CBNA in which plaintiffs allege that they were sexually abused by priests or volunteers affiliated with CBNA.  In support of its motion for summary judgment, Continental incorporates herein by this reference **Continental Insurance Company's Brief In Support Of Its Motion For Summary Judgment**, filed concurrently and states the following:

Continental Insurance Company v. Catholic Bishop of Northern Alaska,
Case No. 3:06-cv-00019 TMB
CNA's Motion for Summary Judgment
Page 1 of 3

1. Neither party has located a copy of the Alleged Policies.

2. CBNA must prove the policy period, terms, conditions and limits of the Alleged Policies.

3. The documents upon which CBNA will try to rely are inadmissible and therefore cannot be relied upon to defeat summary judgment.

4. The undisputed facts establish that CBNA cannot prove the terms, conditions and limits of the Alleged Policies through their purported secondary evidence.

5. No witnesses provide evidence regarding the existence of Alleged Policy SMP 2397996 or the terms and conditions of either Alleged Policy.

6. The insurance issued to other entities is not probative of coverage allegedly issued to CBNA, so CBNA cannot rely on the Archdiocese of Anchorage policy or any other "sample" policy to demonstrate the terms, conditions, and limits of the Alleged Policies/

WHEREFORE, Plaintiff Continental respectfully requests that this Court grant summary judgment in its favor.

DATED at Anchorage, Alaska this 1st day of October 2007.

> GUESS & RUDD P.C.
> Attorneys for Plaintiff
>
> By:   /s/ Gary A. Zipkin
>       Guess & Rudd P.C.
>       510 L Street, Suite 700
>       Anchorage, Alaska  99501
>       Phone: 907-793-2200
>       Fax:   907-793-2299
>       Email: gzipkin@guessrudd.com
>       Alaska Bar No. 7505048

Continental Insurance Company v. Catholic Bishop of Northern Alaska,
Case No. 3:06-cv-00019 TMB
CNA's Motion for Summary Judgment
Page 2 of 3

CERTIFICATE OF SERVICE
I hereby certify that on the
1ST day of October, 2007, a copy
of the foregoing document was served
electronically on:

Robert B. Groseclose, Esq.

Guess & Rudd P.C.

By: ____S/Gary A. Zipkin_____
F:\DATA\6024\3\pleading\26Motion for summary judgment.DOC

Continental Insurance Company v. Catholic Bishop of Northern Alaska,
Case No. 3:06-cv-00019 TMB
CNA's Motion for Summary Judgment
Page 3 of 3