# Exhibit A

Message                                                                                   Page 1 of 1

## Bertermann,David Allen

*Policy search 3/18/03*

**From:** Bertermann,David Allen
**Sent:** Wednesday, March 19, 2003 7:40 AM
**To:** 'Rev. Richard D. Case, S.J.'
**Subject:** RE: Tender of claim

Dear Father Case,
    My thanks for promptly submitting the email to me. As I told you, we will search for a policy based upon your provided
    information. At the same time I request that you again search for further policy information at your end. Please do send to
    me the complaint that you have mentioned so that I might review it. At this time I must Reserve the Rights of the
    CNA/Continental Insurance Company and tell you that we will look into the claim at this time but that CNA/Continental
    does not waive any rights that it has or may have by doing so. Although you have provided a possible policy number,
    we have not been able to verify it so far, but will attempt to do so. If you receive further information on this claim
    continue to keep me up to date. I also request the name, address and phone number of the handling claims person at
    Catholic Mutual. When I have established a file number I will give it to you and keep you apprised as to the status of our
    search. If you have any questions, please contact me at your convenience. Sincerely, Dave Bertermann

    -----Original Message-----
    **From:** Rev. Richard D. Case, S.J. [mailto:chancllr@cbna.org]
    **Sent:** Tuesday, March 18, 2003 3:47 PM
    **To:** david.bertermann@cna.com
    **Subject:** Tender of claim

    Dear Mr. Bertermann
        Thank you for being so helpful on the phone.
        In October of 2002 attorney Kenneth Roosa of Anchorage contacted our office with a complaint from four unnamed complainants that they were sexually abused by a priest working in the diocese from 1972 to 1977. So far no formal litigation has started. We are working on setting up a meeting to begin mediation. We have contacted Catholic Mutual Group which presently insures the diocese. They have accepted defense with reservation of rights based on a policy that terminated in Nov. 1973. Attorney Bob Groseclose in Fairbanks (907-452-1855) has been engaged to defend.
        We have established that the **Catholic Bishop of Northern Alaska** had policy #**SMP 239 0621** with the Continental Insurance Company in 1974. We are interested in establishing coverage for the years 1975, 76, and 77. On the basis of the 1974 policy, I hereby tender the claim to CNA. I have been working on this for the last four months. Finally, there is some light at the end of the tunnel. Let me know if you want me to fax the original complaint.

    Richard D. Case, S.J.
    Chancellor of the Diocese of Fairbanks
    1316 Peger Road
    Fairbanks, AK 99709
    Tel: 907-474-0753
    Fax: 907-474-8009

3/19/2003                                            EXHIBIT __A__
                                                     Page __1__ of __1__                CIC 02825