# Exhibit D

ATTN SEATTLE

WU MSGS 10008728165 10 11/20/1973
TO:    CHS SEATTLE
FR:    CHS INS SVC, ANCHORAGE ALASKA   ST 11-20-1973 ATT
RE: CLAIM 2050 ETL SEATTLE
CONTINENTAL INSURANCE CO. ATTN JILLIAN ROBB  624-0152
3011 AVE
SEATTLE WA 98121F
SHD YOU APPROVE, CATHOLIC BISHOP NORTHERN ALASKA FOR HARBOR
HAVES   THEY ARE ASKING ME TO ISSUE POLICY HERE. THEY WANT
RATES TO CONCUR WITH OTHER SMF FOR THE ANCHORAGE LOCATIONS. SO
FIRST YEAR TO RUN 10-12-73 TO 10-15-74. PLEASE TELEX REPLY.
ASK I AM TO BE IN THEIR OFFICE TOMORROW TO SET UP POLICY.
EVELYN CHRISTOFER ANCHORAGE OFFICE

BUM EST
CHS SEATTLE

EXHIBIT
D
Page 1 of 1


EXHIBIT
4
J. Brown

900226