# Exhibit E

CHANCERY OFFICE
## DIOCESE OF FAIRBANKS
1316 Peger Road
FAIRBANKS, ALASKA 99701

February 28, 1974

Mr. Julian Robb
Continental Ins. Company
2200 - 6th Avenue
Seattle, Washington 98121

Dear Mr. Robb:

Enclosed is the card which indicates that the recommendations made in your letter of February 19th have been complied with.

As a point of information I would be pleased to know whether water base paints would be included among flammables and hence have to be stored in metal enclosed cabinets? Our maintenance man had raised this question; so, I promised to obtain information on this technicality.

We appreciate you overall evaluation of our housekeeping and hope that we can maintain this level of tidiness in the future.

Yours truly,

(Rev.) Francis E. Mueller, S.J.
Chancellor


Insured: Catholic Bishops of Northern Alaska
Policy No.  SMP 2 39 06 21
Location: 1312 Peger Road  Fairbanks, Alaska

The recommendations referred to in your

letter of  February 19, 1974  have been completed


February 28, 1974
Date

Rev. Francis E. Mueller, S.J.
Chancellor

CBNA.INS.345

EXHIBIT  E
Page  1  of  1