# Exhibit F



## The CONTINENTAL INSURANCE COMPANIES

THE CONTINENTAL INSURANCE COMPANY · FIREMEN'S INSURANCE COMPANY · NIAGARA FIRE INSURANCE COMPANY
THE FIDELITY AND CASUALTY COMPANY · COMMERCIAL INSURANCE COMPANY · BOSTON OLD COLONY INSURANCE COMPANY
NATIONAL BEN FRANKLIN COMPANIES · SEABOARD FIRE & MARINE INSURANCE COMPANY · BUFFALO UNION INSURANCE COMPANY
KANSAS CITY FIRE & MARINE INSURANCE COMPANY · THE GLENS FALLS INSURANCE COMPANY · PACIFIC INSURANCE COMPANY

*Denny Building, 2200 Sixth Avenue, Seattle, Washington 98121*

March 11, 1974

Chancery Office
Diocese of Fairbanks
1316 Peger Road
Fairbanks, Alaska 99701

Dear Rev. Mueller:

In regard to your letter of February 28, we wish to advise that it would not be necessary to put water-based paints in a metal cabinet, however, we would suggest that this be done to prevent any confusion between flammable and non-flammable paints and painting material.

We hope that this will clarify the situation and if we can be of any further service, please advise.

Yours very truly,

*Julian Robb*

J. A. Robb
Superintendent
Commercial Multi-Peril

JAR/gr

CBNA.INS.347

EXHIBIT F
Page 1 of 1