# Exhibit I

OCT. 27. 2006 10:26AM    COOK SCHUHMANN GROSECLOSE                    NO. 400    P. 17

## CONTINENTAL INSURANCE COMPANY
### AS OF 03/31/74   99999   LARRY HAYNES OF ALASKA, INC.

| ACC | ASSURED NAME | TYPE | POLICY # | EFF DATE | INV # | INV DATE | GR PRF |
|---|---|---|---|---|---|---|---|
| 21251 | CATHOLIC BISHOP OF NO AK | 06 | SNP2390621 | 02-74 | 08209 | 3-19 | 5 |
| 21762 | HINECK W R | 06 | SNP6804668 | 03-74 | 68701 | 3-07 | 4 |
| 21251 | CATHOLIC BISHOP OF NO AK | 06 | SNP2390621 | 04-74 | 69010 | 3-19 | 135 |
| 20708 | CORP OF CATHOLIC ARCHBISH | 06 | SNP8288602 | VA-US | 69021 | 3-22 | |
| 20999 | DIOCESE OF JUNEAU | 06 | SNP8288602 | VA-US | 69022 | 3-22 | 1 |
| 21002 | BRISTOL BAY BOROUGH | 06 | CBP902372 | 01-74 | 67757 | 3-28 | 93 |
| 21002 | BRISTOL BAY BOROUGH | 06 | CBP902372 | 01-74 | 67758 | 3-28 | 19 |

*TYPE TOTAL                                                    $25,381.00

| 21251 | CATHOLIC BISHOP OF NO AK | 09 | L4420683 | 11-73 | 08280 | 3-11 | |
| 21251 | CATHOLIC BISHOP OF NO AK | 09 | L4420693 | 02-74 | 08201 | 3-11 | |
| 21251 | CATHOLIC BISHOP OF NO AK | 09 | L4420683 | 02-74 | 08202 | 3-11 | |
| 25691 | COLORAMA PAINTING SER | 09 | L441195I | 01-74 | 08267 | 3-07 | |
| 20708 | CORP OF CATHOLIC ARCHBISH | 09 | L4420683 | 12-73 | 08311 | 3-13 | |
| 20708 | CORP OF CATHOLIC ARCHBISH | 09 | L4420693 | 11-73 | 08312 | 3-13 | |
| 20708 | CORP OF CATHOLIC ARCHBISH | 09 | L4420683 | 02-74 | 08310 | 3-12 | |
| 20708 | CORP OF CATHOLIC ARCHBISH | 09 | L4420683 | 01-74 | 08303 | 3-12 | |
| 20708 | CORP OF CATHOLIC ARCHBISH | 09 | L4420683 | 11-73 | 09285 | 3-11 | |

CBNA.INS.369

EXHIBIT I
Page 1 of 1