# Exhibit J

OCT. 27. 2006 10:23AM    COOK SCHUHMANN GROSECLOSE                NO. 400    P. 13

NAME: LA BOW HAYNES CO OF ALASKA INC  CITY: ANCHORAGE  STATE: AK  S/C: 051

PREMIUM REGISTER APR 1974

| Policy | Insured | Sow Age | C O | Y 2 | Eff. Mo. Yr. | Exp. Mo. Yr. | L C | Premium | Comm Rate | Net | R C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLP 0402372 | R BRISTOL BAY BOROU | | 70 99 | 1 | 01 74 | 01 75 | 1 | 11,207.00 | 15.3 | 9,492.33 | 2 |
| BND 1926774 | GODDARD J | | 70 71 | 1 | 04 74 | 04 75 | 1 | 258.00 | 20.0 | 206.40 | 4 |
| BND 1926797 | ANCHORAGE SAND GR | | 70 71 | 1 | 04 74 | 04 75 | 1 | 652.00 | 20.0 | 521.60 | 4 |
| BND 1926892 | BLACKARD JOE | | 70 71 | 1 | 04 74 | 04 75 | 1 | 157.00 | 20.0 | 125.60 | 4 |
| BND 1926952 | BLACKARD JOE D | | 70 71 | 1 | 04 74 | 04 75 | 1 | 118.00CR | 20.0 | 94.40CR | 4 |
| BND 1952029 | R WOLF'S HOME | | 70 71 | 4 | 04 74 | 04 75 | 1 | 169.00 | 20.0 | 135.20 | 2 |
| BND 1952136 | BLACKARD JOE D | | 70 71 | 4 | 01 74 | 01 75 | 1 | 173.00 | 20.0 | 138.40 | 2 |
| BND 2390621 | R CATHOLIC BISHOP | | 70 07 | 3 | 04 73 | 04 74 | 1 | 42.00CR | 20.0 | 33.60CR | 2 |
| SMP 2390621 | CATHOLIC BISHOP | | 70 07 | 3 | 04 74 | 04 75 | 1 | 13,494.00 | 20.0 | 10,795.20 | 4 |
| SMP 2390621 | CATHOLIC BISHOP | | 70 07 | 3 | 04 74 | 04 75 | 1 | 140.00 | 20.0 | 112.00 | 4 |
| SMP 2390621 | CATHOLIC BISHOP | | 70 07 | 3 | 04 74 | 04 75 | 1 | 30.00 | 20.0 | 24.00 | 4 |
| SMP 2390627 | CATHOLIC BISHOP | | 70 07 | 3 | 04 74 | 04 75 | 1 | 284.00 | 20.0 | 227.20 | 4 |
| SMP 2390621 | CATHOLIC BISHOP | | 70 07 | 3 | 04 74 | 04 75 | 1 | 383.00CR | 20.0 | 306.40CR | 4 |
| SMP 4417651 | COLORAMA PAINTING | | 70 41 | 1 | 04 74 | 04 75 | 1 | 291.00 | 25.0 | 218.25 | 4 |
| L 4417651 | COLORAMA PAINTING | | 70 51 | 3 | 04 73 | 04 74 | 1 | 234.00 | 20.0 | 187.20 | 2 |
| WC 4642418 | DESIGN CRAFT | | 70 31 | 3 | 11 73 | 11 74 | 1 | 974.00 | 15.0 | 827.90 | 2 |
| WC 4642418 | DESIGN CRAFT | | 70 31 | 3 | 11 73 | 11 74 | 1 | 974.00CR | 15.0 | 827.90CR | 2 |
| WC 4709966 | COLORAMA PAINTING | | 70 31 | 4 | 04 74 | 04 75 | 1 | 1,272.00CR | 14.5 | 1,087.56CR | 2 |
| WC 4709966 | COLORAMA PAINTING | | 70 31 | 4 | 04 74 | 04 75 | 1 | 1,272.00 | 14.5 | 1,087.56 | 2 |
| BSH 6736538 | WILLIAMSON A | | 70 06 | 1 | 04 74 | 04 75 | 1 | 299.00 | 20.0 | 239.20 | 2 |
| TC 7074555 | COLLINS | | 11 01 | 3 | 04 73 | 04 74 | 1 | 20.00CR | 15.0 | 17.00CR | 2 |
| F 7241923 | H MOORE MOTOR CO | | 70 01 | 4 | 03 74 | 03 75 | 1 | 67.00 | 25.0 | 50.25 | 2 |
| SMP 8238043 | REORGANIZED CHURC | | 70 07 | 3 | 10 73 | 10 74 | 1 | 95.00CR | 20.0 | 76.00CR | 2 |
| SMP 8283602 | THE CORPORATION | | 70 07 | 3 | 04 74 | 04 75 | 1 | 46,561.00 | 15.0 | 39,576.85 | 4 |
| SMP 8286602 | CORPORATION OF CA | | 70 07 | 3 | 04 74 | 04 75 | 1 | 47,550.00CR | 15.0 | 40,417.50CR | 4 |
| SMP 8286602 | CORPORATION OF TH | | 70 07 | 3 | 04 74 | 04 75 | 1 | 22.00CR | 15.0 | 18.70CR | 4 |
| SMP 8283602 | THE CORPORATION | | 70 07 | 3 | 04 74 | 04 75 | 1 | 85.00CR | 15.0 | 72.25CR | 4 |
| SMP 8283602 | CORPORATION OF TH | | 70 07 | 3 | 04 74 | 04 75 | 1 | 125.00CR | 20.0 | 100.00CR | 4 |
| SMP 8283602 | CORPORATION OF TH | | 70 07 | 3 | 04 74 | 04 75 | 1 | 252.00 | 20.0 | 201.60 | 4 |
| SMP 8286602 | CORPORATION OF CA | | 70 07 | 3 | 04 74 | 04 75 | 1 | 29.00 | 20.0 | 23.20 | 4 |
| SMP 8286602 | CORPORATION OF CA | | 70 07 | 3 | 04 74 | 04 75 | 1 | 26.00 | 20.0 | 20.80 | 4 |
| SMP 8286602 | CORPORATION OF CA | | 70 07 | 3 | 04 74 | 04 75 | 1 | 89.00 | 20.0 | 71.20 | 4 |
| SMP 8286602 | CORPORATION OF CA | | 70 07 | 3 | 04 74 | 04 75 | 1 | 1,013.00 | 15.0 | 861.05 | 4 |
| SMP 8286602 | CORPORATION OF CA | | 70 07 | 3 | 04 74 | 04 75 | 1 | 38,550.00 | 20.0 | 30,840.00 | 4 |
| SMP 8286602 | CORPORATION OF CA | | 70 07 | 3 | 04 74 | 04 75 | 1 | 75.00CR | 15.0 | 63.75CR | 4 |
| SMP 8286602 | CORPORATION OF TH | | 70 07 | 3 | 04 74 | 04 75 | 1 | 165.00 | 20.0 | 132.00 | 4 |
| SMP 8286602 | CORPORATION OF CA | | 70 07 | 3 | 04 74 | 04 75 | 1 | 135.00 | 20.0 | 108.00 | 4 |
| SMP 8286602 | CORPORATION OF CA | | 70 07 | 3 | 04 74 | 04 75 | 1 | 44.00 | 15.0 | 37.40 | 4 |
| SMP 8286602 | CORPORATION OF CA | | 70 07 | 3 | 04 74 | 04 75 | 1 | 9,000.00 | 20.0 | 7,200.00 | 4 |
| SMP 8286602 | CORPORATION OF CA | | 70 07 | 3 | 04 74 | 04 75 | 1 | 5,371.00CR | 20.0 | 4,296.80CR | 4 |
| SMP 8286602 | CORPORATION OF CA | | 70 07 | 3 | 04 74 | 04 75 | 1 | 114.00 | 15.0 | 96.90 | 4 |
| SMP 8289502 | CORPORATION OF TL | | 70 07 | 3 | 04 74 | 04 75 | 1 | 22.00 | 20.0 | 17.60 | 4 |

CBNA.INS.365

EXHIBIT J
Page 1 of 1