# Exhibit K

Page 1

1          IN THE UNITED STATES DISTRICT COURT

            FOR THE DISTRICT OF ALASKA

2

3   CONTINENTAL INSURANCE COMPANY,

          Plaintiff,

4

    vs.

5

    CATHOLIC BISHOP OF NORTHERN

6   ALASKA,

          Defendant.

7   _____

    Case No. 3:06-cv-00019RRB

8

9

10              DEPOSITION OF JUANITA BROWN,

11              Pages 1-75, inclusive

12              Commencing at 2:08 p.m.

13              Monday, February 5, 2007

14                 Anchorage, Alaska

15

16

17              Alaska Stenotype Reporters

                511 West Ninth Avenue

18              Anchorage, AK 99501-3520

                Serving Alaska Since 1953

19

20  Rick D. McWilliams, RPR, Ret.        Telephone 907.276.1680

    Fred M. Getty, RPR, Ret.            Email AkSteno@aol.com

21                                        Fax 907.276-8016

22

23

24                              EXHIBIT ___K___

25                              Page __1__ of _25_

Juanita Brown

1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF ALASKA
2

3      CONTINENTAL INSURANCE COMPANY,
            Plaintiff,
4

       vs.
5

       CATHOLIC BISHOP OF NORTHERN
6      ALASKA,
            Defendant.
7      _____
       Case No. 3:06-cv-00019RRB
8

9

10                DEPOSITION OF JUANITA BROWN,
11     taken on behalf of the defendant, pursuant to notice, at
12     Alaska Stenotype Reporters, 511 West Ninth Avenue,
13     Anchorage, Alaska, before Rosie S. Scott, Certified
14     Shorthand Reporter for Alaska Stenotype Reporters and
15     Notary Public for the State of Alaska.
16

17

18

19

20

21

22

23

24

25                                         EXHIBIT __K__
                                           Page _2_ of _25_

```
                                                            Page 3
 1                      A-P-P-E-A-R-A-N-C-E-S

 2

 3     For the Plaintiff:   GUESS & RUDD
                            By:  Gary A. Zipkin
 4                          510 L Street
                            Suite 700
 5                          Anchorage, AK 99501
                            (907) 793-2200

 6

 7

       For the Defendant:  COOK SCHUHMANN & GROSECLOSE
 8                          By:   Robert B. Groseclose
                            714 Fourth Avenue
 9                          Suite 200
                            Fairbanks, AK 99707
10                          (907) 452-8154

11

12

13

14

15

16

17

18

19     Reported By:        Rosie S. Scott, Certified
                           Shorthand Reporter
20

21

22

23

24

25
```

EXHIBIT K
Page 3 of 25

Page 4

```
 1                          I-N-D-E-X

 2

 3

    EXAMINATION BY:                                  PAGE

 4

 5   Mr. Groseclose                                  5

 6   Mr. Zipkin                                      54

 7   Further by Mr. Groseclose                       68

 8

 9   EXHIBITS:
```

```
10   Exhibit 1, 2/20/75 Inter-office Memo            17

11   Exhibit 2, Documents                            26

12   Exhibit 3, Documents                            26

13   Exhibit 4, 11/06/73 Note                        26

14   Exhibit 5, Premium Register                     42

15   Exhibit 6, ISO Sample                           52

16   Exhibit 7, Application-SMP                       54
```

```
17

18

19

20

21

22

23

24

25
```

EXHIBIT __K__
Page __4__ of __25__

Page 5

1    Anchorage, Alaska, Monday, February 5, 2007

2                        JUANITA BROWN,

3            called as a witness herein on behalf of the

4            defendant, having been duly sworn upon oath

5            by Rosie S. Scott, Notary Public, was

6            examined and testified as follows:

7                        EXAMINATION

8    BY MR. GROSECLOSE:

9        Q.    Could you state your full name for the record?

10       A.    Juanita Tressler Brown.

11       Q.    Can you spell your middle name?

12       A.    T-R-E-S-S-L-E-R.  It's my maiden name.

13       Q.    And an address for the record.

14       A.    650 Highlander Circle, Anchorage 99518.

15       Q.    And are you employed at this time?

16       A.    No, retired.

17       Q.    You haven't been deposed before, I think you

18   mentioned while we were off the record.

19       A.    No, I don't think so.  I can't remember ever

20   being deposed.  I remember being part of the same -- not

21   deposed personally.

22       Q.    Well, there are a couple of ground rules that

23   are useful for us to bear in mind.

24       A.    Okay.

25       Q.    One is that because she's recording what is

EXHIBIT  K
Page  5  of  25

Juanita Brown

1    remember where it was.

2        Q.    Okay.  Was there ever -- did you ever work with

3    CBNA after Jim McKeown died?

4        A.    Yes, I did.

5        Q.    Were you your own broker at that point in time,

6    or were you the assistant to somebody else?

7        A.    I can't remember.

8        Q.    Okay.  Do you know -- when Jim died, who took

9    over the clients that he was working with -- the

10   insurance customers?

11       A.    I don't remember.

12       Q.    Who else was in the office, as best you

13   remember, with LaBow, Haynes when Jim McKeown was --

14   died?

15       A.    Okay.  There was Ed Dimock, D-I-M-O-C-K, Fred

16   Lamers.

17       Q.    Fred Lamers?

18       A.    Uh-huh.

19       Q.    And if you know of the whereabouts of any of

20   these people, that's going to be my follow-up question.

21       A.    I'm sure they're deceased.

22       Q.    Do you know of anybody else that is still

23   living that was with LaBow, Haynes?

24       A.    No, I don't.

25       Q.    So was the office less than 10 people?

EXHIBIT ___K___
Page ___6___ of ___25___

Juanita Brown

1    which you signed it?  Would you have signed it in October

2    of '76?

3        A.    Yes, it was sometime around that era.

4        Q.    So this was a change, meaning that it was a

5    change after the policy was issued in April of '75?

6        A.    Right.

7        Q.    The change came about midstream; is that right?

8        A.    Right.

9        Q.    Now, you mentioned that you normally place

10   coverage for three years?

11       A.    Yes.

12       Q.    And would that have been true of the policies

13   for CBNA?

14       A.    Yes, any company.  All companies wrote their

15   policies for three years.  And any changes you made in

16   any of the coverage was issued -- or change endorsement

17   was issued.

18       Q.    The -- how about as far as the policy limits?

19   Do you know what the policy limits were for policies

20   issued to CBNA?

21       A.    No, they would vary.  It could be --

22       Q.    Well, let's put it in time.  If as the Telex,

23   or as Exhibit 4 references a policy to become effective

24   in October of 1973, do you know what the liability limits

25   were of the policy issued to CBNA in 1973?

EXHIBIT ____ K

Page __7__ of __25__

Juanita Brown                                                    3:06-cv-00019RRB

Page 31

```
 1              MR. ZIPKIN:  Assumes facts not in evidence.
 2              THE WITNESS:  No, I'm sorry, no.
 3   BY MR. GROSECLOSE:
 4        Q.    Do you know for Anchorage what the policy
 5   limits were for Anchorage in 1972, '73?  And I think
 6   we're going to need to refer to Exhibit 2 for this.  Do
 7   you know what their policy limits were for Anchorage?
 8        A.    No, I don't.
 9        Q.    I think, if I remember correctly, Mrs. Brown,
10   the policy limits of Exhibit 2's policy had the asterisk
11   that then referred us to MLB 21, correct?
12        A.    Uh-huh.
13        Q.    And if we look back in the packet of items
14   that's part of Exhibit 2 -- maybe I'll hand it to you so
15   you don't have to look at it upside down like I am.
16              I want to say there's an MLB 21 in here.  Why
17   don't we just a take a minute and see if you can spot
18   that?
19        A.    I'm sorry, I have a lot of pain today so I'm
20   very shaky, but I'll find it.  That's your comprehensive
21   liability form.  It's a standard form used in the
22   industry.
23        Q.    Let me show you what's entitled -- was Pacific
24   Liability -- do you know what that company was or what
25   that is a reference to?
```

EXHIBIT __K__
Page __8__ of __35__

Juanita Brown                                                      3:06-cv-00019RRB

1     Q.    Okay.  And why do you say that?

2     A.    Well, I guess not.  They don't seem to be.

3     Q.    I'm not trying to put words in your mouth.  It

4  looks like there were some endorsements that added, like

5  you gave the example, the Daughters of Saint Paul, right?

6     A.    Yeah.  I don't see an endorsement adding

7  Fairbanks at all.

8     Q.    So the LaBow, Haynes office, if I were -- this

9  question doesn't relate to this document as much, but

10  generally, in terms of file retention -- we're in this

11  lawsuit because we can't find a policy that we believe

12  was issued.

13     A.    What's the allegation here?

14     Q.    The allegation is one of seeking the court to

15  declare, if there is a policy, what the terms are.

16          MR. GROSECLOSE:  Does that fairly summarize it?

17          MR. ZIPKIN:  We're searching for evidence, if

18  there is any, that Continental issued a policy covering

19  CBNA in providing certain coverages in the 1970s.

20          THE WITNESS:  Well, you've got them here, so

21  whatever this says is what it is.

22  BY MR. GROSECLOSE:

23     Q.    But these documents, I believe, relate to the

24  Archdiocese of Anchorage, right?

25     A.    Right.  Well, they were separate for many years

EXHIBIT  K
Page  9  of  25

Page 42

1    and before Fairbanks was added.

2        Q.    But you remember getting policies that you then

3    sent on to Fairbanks?

4        A.    Yeah, when they were added as a named insured,

5    yes.

6        Q.    Would LaBow, Haynes' office have kept copies of

7    those?

8        A.    Yes.

9        Q.    Do you know where LaBow, Haynes' files from

10   that period of time are?

11       A.    No, I don't.

12       Q.    Do you know what their file retention practice

13   was?

14       A.    No, I really don't.  I'm thinking micro.

15       Q.    Microfilming or microfishing?

16       A.    Or microfishing -- whatever the term.  But I

17   just don't remember.

18       Q.    You don't know if they had a storage facility

19   in Anchorage that they used for that?

20       A.    No, I don't.

21       Q.    Let me hand you what we can mark as Exhibit 5.

22             (Exhibit 5 marked.)

23   BY MR. GROSECLOSE:

24       Q.    Exhibit 5 is also document control CBNA INS

25   365, I'll represent to you.  And I'll represent to you

EXHIBIT $\underline{5}$
Page $\underline{10}$ of $\underline{25}$

Juanita Brown                                                          3:06-cv-00019RRB

1    that Mr. Robb, in his deposition, has talked about this

2    document being an accounting document that he believed

3    Continental had generated to show payments made to LaBow,

4    Haynes.

5        A.    Exactly.

6        Q.    So I guess my question to you is:  Do you

7    interpret that any different?  Do you know if that was a

8    LaBow, Haynes document that was prepared by LaBow,

9    Haynes?

10       A.    Well, according to what is on here the name of

11   the agent is LaBow, Haynes.

12       Q.    But would -- does agent Code 54 mean anything

13   to you?

14       A.    No, that's internal coding.

15       Q.    Internal to whom; to your knowledge?

16       A.    Company coding.

17       Q.    So you would agree then that this is likely a

18   Continental document?  By company you mean what?

19       A.    No, it's the agent's code.  The company

20   establishes codes for the agents.

21       Q.    But which company?  LaBow, Haynes?

22       A.    No, the insurance company.

23       Q.    All right.  So the insurance company.

24             MR. ZIPKIN:  To assist, you might use the

25   phrase, account current.

EXHIBIT ___K___
Page __11__ of __25__

Juanita Brown

```
 1              THE WITNESS:  Yeah.

 2              MR. ZIPKIN:  Does that help?

 3              THE WITNESS:  Yeah.

 4    BY MR. GROSECLOSE:

 5       Q.    So account current --

 6              MR. ZIPKIN:  It's the terminology used for this

 7    document.  It's an account current showing amounts due

 8    and owing.

 9              THE WITNESS:  It just shows the amount that was

10    due and what was paid and what wasn't paid.  Just like a

11    bill from anybody.

12    BY MR. GROSECLOSE:

13       Q.    Would you agree with me that this shows a

14    premium either due or paid by CBNA of 13,000

15    approximately $500?

16              MR. ZIPKIN:  Do you want to point to it?  It

17    will help her.

18    BY MR. GROSECLOSE:

19       Q.    I'm looking at a $13,494 reference for Catholic

20    Bishop with an SMP 2390621.

21       A.    You know what, this has other named insureds on

22    it like Design Craft and Colorama Painting.  This is

23    probably a print out of an accounts payable, looks like

24    to me.

25       Q.    Are these other named -- Design Craft, were
```

EXHIBIT ___K___
Page __12__ of __25__

```
 1    they customers of LaBow, Haynes?

 2        A.    Yeah, various customers.

 3        Q.    But looking at Catholic Bishop, the references

 4    roughly 10 spaces down starts with Catholic Bishop, and

 5    there's roughly five lines of Catholic Bishop, within

 6    the -- in the far left-hand column SMP, and then there's

 7    a number in the second column, isn't there?

 8        A.    Yeah, there's a number right there 2390621.

 9        Q.    Okay.  So does that suggest to you that there

10    was a policy?

11        A.    Yes, it definitely does, yes.

12        Q.    And help me with the other columns, to the

13    extent you can.  Do these numbers mean anything to you?

14        A.    Let's see.  They're probably policy period.

15    Like this would be July 7th, policy periods.

16        Q.    I'm looking at it upside down, but I don't --

17    there's a CO, looks like a source, CO, line, T-R-A-N --

18    must be transaction perhaps -- effective, E-F-F month,

19    year.

20        A.    Uh-huh, that's a policy period.

21        Q.    And am I correct that the references of

22    Catholic Bishop show a policy period of April '73 to

23    April '74 -- first entry there?  Do you see that?

24        A.    Here?

25        Q.    Yes.
```

EXHIBIT K
Page 13 of 25

Page 56

```
 1   somebody else?

 2       A.    I don't recall.

 3       Q.    Very good.  But it is an application for a

 4   policy from Pacific Insurance Company, and it's being

 5   done in what year?  1972?

 6       A.    Yes.

 7       Q.    And it asks for a policy to be effective in

 8   April, April 15th of '72?

 9       A.    Right.

10       Q.    A three-year policy that would cover the

11   Anchorage Diocese and Juneau, right?

12       A.    Right.

13       Q.    It doesn't say anything about Fairbanks, right?

14       A.    No, it does not.

15       Q.    Okay.  And just on this point, you haven't seen

16   a policy here today -- Mr. Groseclose has not shown you a

17   policy that names the Fairbanks Diocese or what's called

18   CBNA, right?

19       A.    Right.

20       Q.    Okay.  This Exhibit 4, it's very hard to read.

21   I have a hard time reading it.  But it does -- the stuff

22   that's highlighted in yellow, it looks like the date is

23   November 6th of '73.  It looks like 11/06/03.

24             MR. GROSECLOSE:  '03?

25             MR. ZIPKIN:  '73.  I apologize.
```

EXHIBIT ___K___
Page __14__ of __25__

Juanita Brown                                                    3:06-cv-00019RRB

Page 57

1   BY MR. ZIPKIN:

2       Q.     I need my reading glasses.  Your eyes are

3   better than mine.  If I'm reading this right it says,

4   "Did you approve SMP Catholic Bishop Northern Alaska for

5   LaBows, Haynes?  They are asking me to issue policy here.

6   They want date to concur with other SMP for the Anchorage

7   locations.  So first year to run 10/14/73 to 10/15/74."

8   All right.

9            If taking those -- if I've read that right, it

10  looks like someone, at some point, might have asked to

11  add the Fairbanks Diocese?

12      A.     Right.  Exactly.

13      Q.     But it would have been -- looks like the date

14  of this discussion is in 1973?

15      A.     Yes.

16      Q.     So not back in '72?

17      A.     It says '73.

18      Q.     Okay.

19      A.     '73.

20      Q.     So the first question I have is:  Are you aware

21  of any evidence, any evidence that indicates that any

22  Continental Company, Pacific or Continental insured the

23  Fairbanks Diocese CBNA at any time in 1972 -- focusing on

24  '72?

25      A.     Not to my knowledge.          EXHIBIT     K
                                             Page  15  of  25

Alaska Stenotype Reporters

Juanita Brown

3:06-cv-00019RRB

Page 58

```
1      Q.    Now, this document talks about maybe adding the
2    Fairbanks Diocese in '73?
3      A.    Exactly.
4      Q.    Okay.  Have you seen any document today that
5    shows that it was added to this policy?
6      A.    I haven't seen one, but I know it was.
7      Q.    Okay.  Would it have been added with a separate
8    policy number or the same policy number?
9      A.    Probably the same policy number just added as a
10    named insured and listing their property and anything
11    else that was available under the policy, that Fairbanks
12    would have automatically been included.
13     Q.    As you sit here, memories fade, we all have
14    memory fading problems.  Can you say that you know for a
15    fact, that the Fairbanks Diocese was added to the very
16    same policy, or is that your best belief or supposition?
17     A.    Yes, I'll say I believe it was added.
18     Q.    To the same policy?
19     A.    Right.
20     Q.    In other words, we have one policy number that
21    covered Anchorage, Juneau and Fairbanks?
22     A.    Yes.
23     Q.    Bear with me for a second.  When I looked at
24    Exhibit 2 -- no, excuse me, Exhibit 3, for example,
25    Exhibit 3 is a policy that covers '75 to '78, right, 1975
```

EXHIBIT  K
Page  16  of  25

```
 1   to 1978?

 2        A.    Yes.

 3        Q.    If Fairbanks was added in 1973 or 1974, why

 4   don't we see Fairbanks named?  Why does it just say

 5   corporation of the Catholic Archbishop of Anchorage?

 6              MR. GROSECLOSE:  Objection.

 7              THE WITNESS:  Et al.

 8   BY MR. ZIPKIN:

 9        Q.    Et al.  Can you show me anywhere in here where

10   it specifically references Fairbanks?

11        A.    I don't think so.

12        Q.    I don't mean for you to have to go through

13   every page.

14        A.    Well, that's the only way I'm going to know.

15        Q.    Well, take your time.  Look through all the

16   pages and see if you see anything that says, yes,

17   Fairbanks was added to that policy.

18        A.    I do not see an amendment to the policy adding

19   Fairbanks.

20        Q.    Let me look for a second.  The second page of

21   Exhibit 3, the very next page has a title, "Named insured

22   endorsement," right?

23        A.    Right.

24        Q.    And it has four entities, right?

25        A.    Right.
```

EXHIBIT K
Page 17 of 25

Juanita Brown                                                    3:06-cv-00019RRB

Page 60

1     Q.     And it says, Corporation of the Catholic

2  Archbishop of Anchorage, Number 1?

3     A.     Right.

4     Q.     Number 2, Catholic Archdiocese of Anchorage?

5     A.     Right.

6     Q.     3, Alaska Catholic Conference, Inc.?

7     A.     Right.

8     Q.     And 4 is Catholic Charities, right?

9     A.     Right.

10     Q.     Wouldn't you expect to see the Fairbanks

11  Diocese, CBNA listed on this page?

12     A.     If, in fact, it was added at that time --

13  before that time it should be shown.  If it was added

14  later, then it would be by an endorsement.

15     Q.     Very good.  But wouldn't that suggest to you --

16  wouldn't this page suggest -- the fact that CBNA is not

17  listed, doesn't that suggest that it wasn't on this

18  policy prior to 4/15/75?

19     A.     Exactly.

20     Q.     Okay.  Does that lead you to say, it must not

21  have been issued a policy by Pacific Insurance or

22  Continental -- to CBNA prior to 4/15/75?

23     A.     Yes.

24     Q.     Okay.  Then if we keep going, the declaration

25  in the policy, it's like a schedule of properties, it's

EXHIBIT  K
Page  19  of  25

Page 61

1    called supplemental declarations, it's a list of all

2    sorts of properties, right?

3         A.    Yes.

4         Q.    This rectory and that office, none of them are

5    Fairbanks, are they?

6         A.    No.

7         Q.    Page after page.

8         A.    Homer.

9         Q.    Kenai, Homer, Dillingham -- without naming them

10   all?

11        A.    Trappers Creek, Valdez.

12        Q.    But nothing about Fairbanks?

13        A.    No.

14        Q.    Again, indicating when this policy was taken

15   out, Fairbanks was not included, right?

16        A.    Right.

17        Q.    And then one thing I tabbed -- because there

18   were pages in here that struck me as strange -- lenders

19   lost payable endorsement starting at Page 20, and you see

20   another one on Page 21, 22 --

21             MR. GROSECLOSE:  Of Exhibit 3?

22   BY MR. ZIPKIN:

23        Q.    Of Exhibit 3, yes.  Which is purported to be

24   SMP 8288602, yet they reference an entirely different

25   policy number.  What am I missing?

EXHIBIT  K
Page  19  of  25

Page 62

```
 1     A.     No, no.  Well, this is the policy number.  This
 2   is an old policy.  This is a renewal of it.
 3     Q.     Okay.  So the new policy number is SMP 2397994?
 4     A.     Exactly.
 5     Q.     Okay.  That's why those have the different
 6   numbers.  Terrific.  Thank you.  And I think we talked
 7   about this one, but just to make sure it's clear, in
 8   October of 1977, it looks like there was, for example,
 9   this change to add another insured?
10     A.     Right.  Daughters of Saint Paul.
11     Q.     The Daughters of Saint Paul.
12     A.     Yes.
13     Q.     And your signature or stamp is there?
14     A.     Yeah.
15     Q.     By the way, is it a signature or a stamp?
16     A.     A stamp.
17     Q.     A stamp with your name, Juanita Brown?
18     A.     Right.
19     Q.     Very good.  So if we have this endorsement
20   adding the Sisters of Saint Paul, in '77, wouldn't you
21   expect that if the Fairbanks Diocese was added to the
22   policy by that date 8/1/77, we would see an endorsement
23   adding them?
24     A.     Exactly.
25     Q.     But you don't see that endorsement?
```

EXHIBIT ___K___
Page _20_ of _25_

1    A.    No, I don't.

2    Q.    In fact, there are additional endorsements that

3    follow.  The next page is 8/3/77 is another endorsement,

4    right?

5    A.    Right.  And it's Kenai, but nothing relating to

6    Fairbanks.

7    Q.    And as you follow all these endorsements, by

8    1977, there's not a single reference to Fairbanks in

9    these endorsements in 1977?

10    A.    No.

11    Q.    Okay.  Exhibit 5 had that reference

12    Mr. Groseclose asked about, this $13,000.  Do you see the

13    reference?

14    A.    Yes.

15    Q.    And it has an SMP number on the far left,

16    2390621?

17    A.    Yes.

18    Q.    That is a different policy number, first of

19    all, than what we were talking about, which was

20    2397994 -- it's different?  It's on here somewhere.  I

21    should put a mark by it.

22          MR. GROSECLOSE:  Do you want to highlight it?

23          MR. ZIPKIN:  Yeah, could you do that for us?

24    That's good.

25          MR. GROSECLOSE:  How about that? EXHIBIT __K__

Page _21_ of _25_

```
 1   BY MR. ZIPKIN:

 2       Q.    This is a different SMP number, right?

 3       A.    Right.

 4       Q.    Can you explain, first of all, why we have a

 5   different SMP number?  What does it mean?  If you know.

 6       A.    I don't know.

 7       Q.    Okay.

 8       A.    It's another policy.

 9       Q.    And this other policy that we don't know about,

10   do we know whether it had liability coverage or not?

11       A.    No.

12             MR. GROSECLOSE:   Object to form.

13   BY MR. ZIPKIN:

14       Q.    Do we know, if it had liability coverage, what

15   the amount of the liability coverage would be?

16       A.    Know nothing of it.

17       Q.    We know nothing of the provisions of coverage?

18       A.    No.

19       Q.    Okay.

20       A.    Without seeing the policy --

21       Q.    Without seeing the policy what?

22       A.    You can't distinguish.  You can't say what's in

23   the policy if you can't see the policy.

24       Q.    Very good.  On these things, Exhibit 5, these

25   bills, I think I called them account current.  Is that a
```

EXHIBIT  K
Page  22  of  25

Page 65

```
 1   name you're familiar with, account current?

 2       A.     Yeah.

 3       Q.     It's like what is owed by the agency back to

 4   this or that insurance company?

 5       A.     Right.

 6       Q.     Were those documents typically sent to you or

 7   did they go to someone in accounting?

 8       A.     They were produced by accounting and sent to

 9   the manager of the office so he could tell who's paid up

10   and who's not.

11       Q.     I mean, are they documents that typically you

12   saw or dealt with when you worked for LaBow, Haynes?

13       A.     I might have seen them, but I didn't deal with

14   them or issue them or confer any detail.  It's

15   accounting.

16       Q.     You might have seen them, but you weren't

17   responsible for getting these bills paid?

18       A.     No.

19       Q.     And you weren't responsible for making sure all

20   the information was accurate?

21       A.     Well, I could question something if it didn't

22   look right.

23       Q.     But only if someone brought it to your

24   attention, I assume?

25       A.     Right.
```

EXHIBIT K
Page 25 of 25

Page 66

1     Q.     From your memory, I mean, can you tell us on

2     what day CBNA, the Fairbanks Diocese -- on what day or

3     what month or what year they were added to this policy,

4     SMP 2397994?

5     A.     I cannot state.  I have no recollection.

6     Q.     And there was testimony -- you were asked

7     questions about the documents that showed when the limits

8     were raised up to 500,000.  Do you remember that?

9     A.     Yeah, I saw that.

10    Q.     And you said that that probably was because an

11    umbrella policy was purchased, and the umbrella had a

12    certain minimum required underlying liability limits?

13    A.     Exactly.

14    Q.     Okay.  As of that date, do you know for a fact,

15    that the Fairbanks Diocese was on the policy that we're

16    talking about; was an additional insured on the date that

17    the limits were raised?

18    A.     No, I have no idea.

19           MR. GROSECLOSE:  Just for the record, the

20    policy you're talking about is Exhibit 3?

21           MR. ZIPKIN:  Right.  The one you've shown her.

22    BY MR. ZIPKIN:

23    Q.     This is the policy.  This policy right here,

24    Exhibit 3, SMP 239794, this is the policy you believe,

25    Mrs. Brown, covered at some point CBNA, and not just

EXHIBIT __K__
Page __24__ of __25__

Page 67

```
 1   Anchorage and Juneau, and the other ones, right?
 2            MR. GROSECLOSE:  Objection.  Mischaracterizes
 3   her testimony.  She can answer.
 4            THE WITNESS:  I'm not sure of your question.  I
 5   only know what was stated in here.
 6   BY MR. ZIPKIN:
 7       Q.    Hang on.  I thought you said earlier you
 8   believed CBNA, the Fairbanks Diocese, was added at some
 9   point to that policy, Exhibit 3; is that not right?
10       A.    Yeah, I think it was.  But I have no -- '75 to
11   '78 -- yes, I would think it was.
12       Q.    Right.  I thought you said that you believed it
13   was.
14       A.    Yes.
15       Q.    And I even asked you, is that something you
16   firmly believe or something that you think was probable,
17   and I thought you said you firmly believe it?
18       A.    Right.
19       Q.    Okay.  But there's no piece of paper that
20   you've seen that confirms it?
21       A.    Right.
22       Q.    And when the paperwork refers to any other
23   policy, you don't know what those policies covered or
24   don't cover?
25       A.    Exactly.
```

EXHIBIT 15
Page 25 of 25