# Exhibit L

**TELEPHONE REQUEST**

*SMP 239 0621*

Date 2-6-75

*SMP 828 8602*

Company_____ Policy_____

Insured *Archbishop of*

Agent *LaBow.*

Renew_____ Endorse_____ Rewrite_____ Bind_____

Effective Date_____ Ordered By_____

Remarks: *Jim McKeon*

*# Feb 19*

*Renewal 4-15*

*Fairsbank*

*Catholic Bishop*
*of Northern Alaska*

PAC GEN 2594B

CIC 03943

EXHIBIT ___L___
Page ___1___ of ___1___