# Exhibit M

OCT. 27. 2006 10:34AM    COOK SCHUHMANN GROSECLOSE                      NO. 400   P. 19

| | INTER-OFFICE COMMUNICATION | | THE CONTINENTAL INSURANCE COMPANIES |
|---|---|---|---|
| TO | Evelyn Christopher | AT | Anchorage |
| FROM | P. P. Krug, Superintendent | AT | Seattle |
| SUBJECT | Archdiocese of Anchorage<br>Agent: LaBow Haynes of Alaska, Inc. | DATE | February 20, 1975 |

FEB 24 1975 RECEIVED

Jim McKeown of the agency was in on February 19 and delivered a new statement of values for this insured preparing for the renewal in April.

I had a warning that he was going to be here and had an opportunity to review the values that we had at hand.

I found nothing that would disturb us fire wise on this risk and I feel that the inspections that we have at hand will be sufficient although I will again review and perhaps we can pickup some of the locations not previously inspected.

Jim advised that there would be some competition this year on the risk but felt that he would be able to handle it and would be willing to type the policies besides doing the rating.

I agreed to this and said that you could provide him with the credits that would apply and you can handle it up in your own area.

He advises that he will require three policies, one for Anchorage which includes the Liability of Juneau, one policy for Juneau, section 1 only and one policy for the Fairbanks coverage.

I am sure that you will be able to handle this in your usual efficient manner and we should see the policies in our hands very shortly.

It would seem that our total premium will be somewhere between $150,000 and $180,000 for three years which is a great step toward our goal of $7 million this year.

PPK/sd

cc: R. E. Collins
    Superintendent Production
    Seattle Branch Office

*[Handwritten note:] Paul - the policies will be SMP 239 794; 95 & 96 using a .55 factor. Since our Ded credit this year will be 18% — we are using sched. credit to make up difference. INA quoted a .57 factor.*
*Evelyn*

CBNA.Ins.371

EXHIBIT M
Page 1 of 1