# Exhibit N

*Juneau*

LOBOW HAYNES OF ALASKA, I.
A ROLLINS-BURDICK-HUNTER Company.
Multinational Insurance Brokers/840 K Street, Anchorage, Alaska 99501 (907) 279-2422

To:                                                    Date:

From:                          Reference:

**MESSAGE**

Attached are insurance requirements for the named entities. The liability insurance for (Juneau is) to be put on the (anchorage liability) policy and the underwriting data is included in the Anchorage schedule. We would appreciate alternate specifications for building special form. Fairbanks is to be quoted as per attachment.

PLEASE REPLY IN AREA BELOW.    *Thank You!*

**REPLY**

Signed:

① SMP Fairbanks Incl liability

② SMP Anchorage Incl Juneau liability

③ SMP Juneau sect #1 only.

Reply Date:                                            Signed:

hearsay/ foundation

CIC 03906

EXHIBIT ___N___

Page ___1___ of ___1___