# Exhibit O

Case 3:06-cv-00019-TMB   Document 46-16   Filed 10/01/2007   Page 2 of 10

Deposition of George Bowder  
Taken December 12, 2006

Continental Insurance Co. vs. Catholic Bishop of Alaska  
Case No. 3:06-cv-19-RRB

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF ALASKA
 3
 4   CONTINENTAL INSURANCE COMPANY,    )
                                       )
 5           Plaintiff,                )
                                       )
 6     vs.                             )
                                       )
 7   CATHOLIC BISHOP OF NORTHERN       )
     ALASKA,                           )
 8                                     )
             Defendant.                )
 9   _____)
     Case No. 3:06-cv-19-RRB
10
11
12          DEPOSITION OF GEORGE BOWDER
13        Taken Tuesday, December 12, 2006
14     From the hour of 2:13 p.m. to 4:25 p.m.
15         Pages 1 through 95, inclusive
16                   Volume 1
17        Taken by Counsel for Plaintiff
18                      At
19    Offices of Cook, Schuhmann & Groseclose
             714 Fourth Avenue, Suite 200
20              Fairbanks, Alaska 99701
21
22
23
24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters
```

EXHIBIT 0  
Page 1 of 9

Deposition of George Bowder  
Taken December 12, 2006  
Continental Insurance Co. vs. Catholic Bishop of Alaska  
Case No. 3:06-cv-19-RRB

Page 2

```
 1                    A P P E A R A N C E S
 2   For Plaintiff:
             GARY A. ZIPKIN, ESQ.
 3           GUESS & RUDD
             510 L Street, Suite 700
 4           Anchorage, Alaska 99501
             907-973-2200
 5
     For Defendant:
 6           ROBERT B. GROSECLOSE, ESQ.
             COOK, SCHUHMANN & GROSECLOSE
 7           714 Fourth Avenue, Suite 200
             Fairbanks, Alaska 99701
 8           907-452-1855
 9   Also Present:
             RONNIE ROSENBERG
10
     Witness:
11           GEORGE BOWDER
             December 12, 2006
12
     Reported by:
13           CAROL A. McCUE, RMR
             Heartland Court Reporters
14
15
16
17
18
19
20           BE IT KNOWN that the deposition of the
21   above-named witness was taken this date in the
22   foregoing action before Carol A. McCue, Registered
23   Merit Reporter and Notary Public within and for the
24   State of Alaska.
25
```

EXHIBIT O  
Page 2 of 9

Deposition of George Bowder
Taken December 12, 2006

Continental Insurance Co. vs. Catholic Bishop of Alaska
Case No. 3:06-cv-19-RRB

Page 3

```
 1                    I N D E X
 2  WITNESS:  GEORGE BOWDER              December 12, 2006
 3  EXAMINATION                                       Page
 4  Direct Examination by Mr. Zipkin................4
 5
 6
 7
 8
 9                    E X H I B I T S
10    Exhibit No.                              Page Marked
11    1:      1-page document, letter to
              Mr. Julian Robb from Rev.
12            Francis E. Mueller, SJ, dated
              2/28/75..................................20
13
      2:      1-page document, letter to
14            Chancery Office from J. A.
              Robb dated 3/11/74.......................21
15
      3:      1-page document, letter to
16            Mr. C. L. Fields from Rev.
              Francis E. Mueller, SJ, dated
17            7/30/74..................................23
18    4:      1-page document, letter to
              Reverend Francis Mueller, SJ,
19            From Robert L. Whelan, SJ,
              Bishop, dated 11/7/73....................29
20
      5:      7-page document, letter to
21            Robert B. Groseclose from
              Tracy L. Smith, CNA, dated
22            9/17/03..................................32
23    6:      1-page document, hand-drawn
              document prepared by witness
24            Diocese of Fairbanks
              Organizational Chart.....................76
25
```

EXHIBIT 0
Page 3 of 9

Heartland Court Reporters
Carol A. McCue, RMR                E-mail: carol.mccue@acsalaska.net

Telephone: 907-452-6727
Fax: 907-488-7701

Deposition of George Bowder  
Taken December 12, 2006

Continental Insurance Co. vs. Catholic Bishop of Alaska  
Case No. 3:06-cv-19-RRB

Page 4

```
 1                P R O C E E D I N G S
 2           (The following proceedings commenced
 3             at 2:13 p.m., December 12, 2006.)
 4              (Witness sworn.)
 5                    GEORGE BOWDER,
 6   being called as a witness, having been first duly sworn
 7   to state the truth, the whole truth, and nothing but
 8   the truth, testified under oath as follows:
 9                  DIRECT EXAMINATION
10   BY MR. ZIPKIN:
11       Q.   Good afternoon.
12       A.   Good afternoon.
13       Q.   If you could please state your full name for
14   the record.
15       A.   My name is George W. Bowder, B-O-W-D-E-R.
16       Q.   Mr. Bowder, my name is Gary Zipkin,
17   I represent Continental Insurance Company.  I'll be
18   asking you questions here today.  If I ask any question
19   that isn't clear and understandable, please let me
20   know.  I'll do my best to get you a clear question.  Is
21   that agreeable?
22       A.   It's agreeable.
23       Q.   And so we get the best possible transcript, I
24   ask that you answer audibly and in English, as opposed
25   to a shrug or a nod; is that agreeable?
```

EXHIBIT ___0___  
Page __4__ of __9__

Case 3:06-cv-00019-TMB   Document 46-16   Filed 10/01/2007   Page 6 of 10

Deposition of George Bowder                     Continental Insurance Co. vs. Catholic Bishop of Alaska
Taken December 12, 2006                                             Case No. 3:06-cv-19-RRB

Page 5

```
 1     A.    It's agreeable.
 2     Q.    Thank you.  You are the current finance
 3  officer?
 4     A.    Director of Finance at the Bishop's office.
 5     Q.    Director of Finance is the title?
 6     A.    That's correct.
 7     Q.    At the Bishop's office?
 8     A.    That's right.
 9     Q.    Here in Fairbanks?
10     A.    That's correct.
11     Q.    And according to the Marsh Report that we have
12  been given, it says you've held this position since
13  1978?
14     A.    That's correct.
15     Q.    And it says in this report that you have been
16  responsible for all financial and personnel matters
17  from 1978 to present?
18     A.    That's correct.
19     Q.    Do you have any other responsibilities?
20     A.    A number of other responsibilities, not
21  necessarily related to the office.  I'm a deacon
22  assigned to St. Raphael's Catholic Church, which is
23  also here in Fairbanks.  That's been since 2003.
24     Q.    Any other responsibilities?
25     A.    I'm also the treasurer for the insurance
```

Heartland Court Reporters                                          Telephone: 907-452-6727
Carol A. McCue, RMR           E-mail: carol.mccue@acsalaska.net              Fax: 907-488-7701

EXHIBIT    O
Page    5    of    9

Case 3:06-cv-00019-TMB   Document 46-16   Filed 10/01/2007   Page 7 of 10

Deposition of George Bowder                    Continental Insurance Co. vs. Catholic Bishop of Alaska
Taken December 12, 2006                                              Case No. 3:06-cv-19-RRB

Page 49

```
 1      Q.    In 1970 --
 2      A.    Okay.
 3      Q.    -- CBNA would have been insured by CMRSA,
 4   right?
 5      A.    My belief is.
 6      Q.    Same thing for 1971?
 7      A.    I'd have to check.  I know that they've moved
 8   policies, but I don't know what specific years.  So I'd
 9   have to go back and check that history.  I have not
10   researched that recently to know.
11      Q.    Okay.  The documents that we've marked, the
12   first couple of documents, talk about the change to
13   LaBow, Haynes in October of 1973.
14      A.    '3.
15      Q.    Suggesting that up until October of that year,
16   if we were in January of '73, coverage was through
17   CMRSA, right?
18      A.    Possibly for a year, but I don't know who --
19   because it was an annual thing.  It wasn't a three-year
20   booking.  I mean, we weren't -- at least in talking
21   with Frank, we were going year by year in assessing
22   this.
23            So would '72 have been the same as '73?  I
24   don't want to say that positively.  Would '71 have been
25   the same as '72?
```

EXHIBIT O
Page 6 of 9

Case 3:06-cv-00019-TMB   Document 46-16   Filed 10/01/2007   Page 8 of 10

Deposition of George Bowder                              Continental Insurance Co. vs. Catholic Bishop of Alaska
Taken December 12, 2006                                                            Case No. 3:06-cv-19-RRB

Page 50

1      Only because he was saying that we were
2  constantly seeking which was the best carrier at the
3  best price, would I make that clarification.  Okay.
4      Q.  Okay.  So why not ask CMRSA for a copy of
5  whatever policy was issued in favor of CBNA in 1973?
6  Why not actually look at the actual policy?  Why were
7  you looking at representative policies issued to
8  somebody else?
9      A.  Well, I don't even know.  They didn't have any
10 name on them.  These were just certificates that they
11 said we're issuing to the diocese at that time.  And
12 I -- when we went -- we couldn't find ours.
13      That's why I was seeking, it was past that
14 six-year time frame, we didn't have ours, and I asked
15 them for a copy of theirs, they said that would take us
16 going down into the archives, locating them, we can get
17 you one that we issue to diocese all across the country
18 that are at this level.  Okay.
19      Now, they had big diocese, medium diocese, and
20 small diocese.  And we fall into that classification,
21 we're a small diocese.  And so they could pull out the
22 certificate that would match what we would do.
23      Q.  Have you seen any records that suggest that
24 the larger diocese of Anchorage -- I assume it is the
25 larger, right?

EXHIBIT O
Page 7 of 9

Case 3:06-cv-00019-TMB   Document 46-16   Filed 10/01/2007   Page 9 of 10

Deposition of George Bowder                                    Continental Insurance Co. vs. Catholic Bishop of Alaska
Taken December 12, 2006                                                                    Case No. 3:06-cv-19-RRB

Page 51

 1      A.   Yes.
 2      Q.   Okay.  Have you seen records that suggest that
 3 the larger diocese in Anchorage had only 300,000
 4 liability limits on its primary policy?
 5      A.   No, I don't.  I don't have any records to that
 6 effect.
 7      Q.   If there were records that so indicate, would
 8 that suggest to you that Fairbanks carried larger
 9 liability limits than its larger sister?
10      A.   It could be.  Yeah.  For sure.  It could.
11 See, when -- when they were issuing the policies for up
12 here, part of the difficulty that we had is where did
13 we have the risk and where did they have the risk.  And
14 there was a lot of discussion back and forth between
15 those Bishops.
16           I know that Bishop Whelan was talking with
17 Bishop Hurley at great length about what their finance
18 counsel was comfortable with on levels and where our
19 finance counsel was comfortable with, and he was
20 wondering was he having the same type of difficulties
21 in Anchorage, was Bishop Hurley having the same type of
22 pressure to have these levels changed.
23      Q.   Do you know if there was ever a date on which
24 CBNA, before you arrived in '78, raised their primary
25 limits from, say, 300,000 to 500,000?       EXHIBIT __O__
                                              Page _8_ of _9_

Case 3:06-cv-00019-TMB   Document 46-16   Filed 10/01/2007   Page 10 of 10

Deposition of George Bowder                    Continental Insurance Co. vs. Catholic Bishop of Alaska
Taken December 12, 2006                                              Case No. 3:06-cv-19-RRB

Page 52

1    A.    I wouldn't know, no.  I don't know that.
2    There could have been.  But I -- I don't know that
3    answer.
4    Q.    Bless you.
5    A.    Bless you.
6    Q.    I have to admit to a little confusion here,
7    and I just have to work my way through this.  This may
8    be just something you can't help me with.  But if we
9    say 1974, CBNA's primary liability insurance, you
10   believe it was with Continental or somebody else?
11   A.    In '74, I think it was with Continental.
12   Q.    And this is because of a conversation with
13   Father Frank?
14   A.    Yeah.
15   Q.    Is it based on anything else other than a
16   conversation with Father Frank?
17   A.    No, not at this point.  No.  There could also
18   be -- I had the discussions with Frank Matulich out of
19   the Archdiocese of Anchorage offices as well.  And I
20   believe he would have confirmed that time frame.
21   Because I know that they were working very closely
22   together, Father Frank Mueller and Mr. Frank Matulich
23   on documentation, particularly these insurance
24   workings.  Because there was a lot of interaction
25   between the two.

EXHIBIT O
Page 9 of 9