IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CONTINENTAL INSURANCE COMPANY,   )
                                 )
            Plaintiff,            )
                                 )
v.                                )
                                 )
CATHOLIC BISHOP OF NORTHERN       )
ALASKA,                           )
                                 )
            Defendant.            )
_____)

Case No. 3:06-cv-00019 TMB

## MOTION FOR SUMMARY JUDGMENT ON EXISTENCE, COVERAGE, AND TERMS OF POLICY COVERING CBNA

Pursuant to Federal Civil Rule 56, defendant Catholic Bishop of Northern Alaska ("CBNA"), moves for summary judgment finding that CBNA is the holder of a Continental policy providing liability coverage from October 14, 1973 to April 15, 1979. Based upon the undisputed evidence the coverage is identical to that found in the Anchorage Archdiocese policies appearing at Exhibits D and E to the accompanying memorandum of counsel.

This motion is supported by the accompanying memorandum of counsel and the depositions (including exhibits) of Julian Robb, Juanita Brown, and George Bowder. An appropriate order is lodged with this motion.

DATED at Fairbanks, Alaska, this 1st day of October, 2007.

COOK, SCHUHMANN & GROSECLOSE, Inc.
Attorneys for CBNA

By:   s/ Robert B. Groseclose
      Alaska Bar No. 7605032

COOK SCHUHMANN
& GROSECLOSE, INC.
14 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

**CERTIFICATE OF SERVICE**
This is to certify that on the ___1st___ day
of ___Oct___, 2007, a copy of the foregoing
is being mailed via first class mail fully prepaid
to the following attorney(s) or party(s) of record:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501

Laura K. McNally and Philip C. Stahl
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

___s/Robert B. Groseclose___, Alaska Bar No. 7605032
for Cook Schuhmann & Groseclose, Inc.

COOK SCHUHMANN
& GROSECLOSE, INC.
14 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

CBNA's Motion for Summary Judgment
Continental Insurance Co. v. Catholic Bishop of Northern Alaska, Case # 3:06-cv-00019TMB
Page 2 of 2