TELEPHONE REQUEST

Date: 2-6-75

SMP 239 0621

Company: _____ Policy: SMP828 8602

Insured: Archbishop of

Agent: Sabow

Renew ____ Endorse ____ Rewrite ____ Bind ____

Effective Date: _____ Ordered By: _____

Remarks: Jim McKeon

Feb 19

Renewal 4-15

Fairbanks

Catholic Bishop
of Northern Alaska

PAC GEN 25648

EXB 6
MOORE, HENDERSON,
ALLEN AND THOMAS

CIC 03943

Exhibit A to CBNA's Memo re S.J.
Page 1 of 1