CONTINENTAL INSURANCE COMPANY  
AS OF 04/30/74   99999   LABOW HAYNES OF ALASKA INC   ACCOUNTS CURRENT   PAGE 23

| ASSURED NO. | NAME | TYPE | POLICY # | EFF DATE | INV # | INV DATE | GROSS PREMIUM | COMMISSION RATE | COMMISSION AMOUNT | COMPANY PAYABLE | FEES / TAXES | NET COMPANY PAYABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20491 | MOORE MOTOR CO INC | 01 | F72X1923 | 03-74 | 67885 | 4-01 | 67.00 | 25.0% | 16.75 | 50.25 | .00 | 50.25 |
| TYPE TOTAL | | | | | | | 67.00 | | 16.75 | 50.25 | | 50.25 |
| 21480 | STAACK KJ & JM | 03 | FC7242012 | 11-73 | 07564 | 4-01 | 101.00 | 20.0% | 20.20- | 80.80- | | 80.80- |
| 20724 | THOMAS LOWELL | 03 | PCP2554699 | 01-74 | 67804 | 3-28 | 690.00 | 20.0% | 138.00 | 552.00 | | 552.00 |
| TYPE TOTAL | | | | | | | 589.00 | | 117.80 | 471.20 | .00 | 471.20 |
| 27338 | WORLD WIDE TRAVEL INC | 06 | SMP2398425 | 01-74 | 69257 | 4-03 | 16.00 | 25.0% | 4.00 | 12.00 | | 12.00 |
| 26999 | DIOCESE OF JUNEAU | 06 | SMP8288602 | 01-74 | 68002 | 4-08 | 70.00 | 20.0% | 14.00 | 56.00 | | 56.00 |
| 26708 | CORP OF CATHOLIC ARCHBISH | 06 | SMP8288602 | 04-74 | 69574 | 4-15 | 592.20 | 20.0% | 118.44 | 473.76 | | 473.76 |
| 26708 | CORP OF CATHOLIC ARCHBISH | 06 | SMP8288602 | 04-74 | 69573 | 4-15 | 283.94 | 20.0% | 56.79 | 227.15 | | 227.15 |
| 26708 | CORP OF CATHOLIC ARCHBISH | 06 | SMP8288602 | 04-74 | 69572 | 4-15 | 185.00 | 20.0% | 37.00 | 148.00 | | 148.00 |
| 26708 | CORP OF CATHOLIC ARCHBISH | 06 | SMP8288602 | 04-74 | 69571 | 4-15 | 32359.28 | 20.0% | 6471.86 | 25887.42 | | 25887.42 |
| 26708 | CORP OF CATHOLIC ARCHBISH | 06 | SMP8288602 | 04-74 | 69570 | 4-15 | 511.71 | 20.0% | 102.34 | 409.37 | | 409.37 |
| 26999 | DIOCESE OF JUNEAU | 06 | SMP8288602 | 04-74 | 69576 | 4-15 | 12369.87 | 20.0% | 2473.97 | 9895.90 | | 9895.90 |
| TYPE TOTAL | | | | | | | 46,388.00 | | 9,278.40 | 37,109.60 | .00 | 37,109.60 |
| 25891 | COLORAMA PAINTING SER | 09 | L4417651 | 04-74 | 69370 | 3-28 | 234.00 | 20.0% | 46.80 | 187.20 | | 187.20 |
| 20724 | THOMAS LOWELL | 09 | PCP2554699 | 01-74 | 67804 | 3-28 | 830.00 | 20.0% | 166.00 | 664.00 | | 664.00 |
| 21251 | CATHOLIC BISHOP OF NO AK | 09 | L4420683 | 03-74 | 67854 | 4-01 | 87.00 | 15.0% | 13.05 | 73.95 | | 73.95 |
| 21251 | CATHOLIC BISHOP OF NO AK | 09 | L6376707 | 09-73 | 67930 | 4-04 | 23.00 | 10.0% | 2.30 | 20.70 | | 20.70 |
| 26271 | JACOBSON R | 09 | L4420442 | VA-US | 69506 | 4-11 | 455.00 | 20.0% | 91.00 | 364.00 | | 364.00 |
| TYPE TOTAL | | | | | | | 1,629.00 | | 319.15 | 1,309.85 | .00 | 1,309.85 |
| 26622 | CENTRAL AKN MISSIONS INC | 10 | WC1007713 | 08-73 | 09311 | 4-02 | 386.00- | 14.6% | 56.36- | 329.64- | | 329.64- |
| TYPE TOTAL | | | | | | | 386.00- | | 56.36- | 329.64- | .00 | 329.64- |
| 25891 | COLORAMA PAINTING SER | 11 | L4217651 | 04-74 | 69370 | 3-28 | 291.00 | 25.0% | 72.75 | 218.25 | | 218.25 |
| 26271 | JACOBSON R | 11 | L4420442 | VA-US | 69506 | 4-11 | 75.00 | 25.0% | 18.75 | 56.25 | | 56.25 |
| TYPE TOTAL | | | | | | | 366.00 | | 91.50 | 274.50 | .00 | 274.50 |

EXB B — MOORE, HENDERSON, ALLEN AND THOMAS

CONTINENTAL INSURANCE COMPANY  
AS OF 05/31/74    99999    LABOW HAYNES OF ALASKA INC    ACCOUNTS CURRENT    PAGE 39

| NO. | ASSURED NAME | TYPE | POLICY # | EFF DATE | INV # | INV DATE | GROSS PREMIUM | COMMISSION RATE | COMMISSION AMOUNT | COMPANY PAYABLE | FEES / TAXES | NET COMPANY PAYABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22258 | CLUB 25 | 01 | F7406307 | 12-73 | 09735 | 5-14 | 16.00 | 15.0% | 2.40- | 13.60- | | 13.60- |
| 22258 | CLUB 25 | 01 | F7406307 | 01-74 | 09734 | 5-14 | 81.00- | 15.0% | 12.15- | 68.85- | | 68.85- |
| 22258 | CLUB 25 | 01 | F7406307 | 01-74 | 70479 | 5-14 | 80.00 | 15.0% | 12.00 | 68.00 | | 68.00 |
| 22258 | CLUB 25 | 01 | F7406307 | 12-73 | 70478 | 5-14 | 19.00 | 15.0% | 2.85 | 16.15 | | 16.15 |
| TYPE TOTAL | | | | | | | 2.00 | .30 | 1.70 | .00 | 1.70 | |
| 20526 | REORGANIZED CHURCH | 06 | SMP8288044 | 02-74 | 09550 | 5-08 | 96.00- | 20.0% | 19.20- | 76.80- | | 76.80- |
| 493 | MENDOLA J J | 06 | SMP2390681 | 04-74 | 70958 | 5-30 | 676.00 | 20.0% | 135.20 | 540.80 | | 540.80 |
| 708 | CORP OF CATHOLIC ARCHBISH | 06 | SMP8288602 | 04-74 | 70940 | 5-30 | 351.00 | 20.0% | 70.20 | 280.80 | | 280.80 |
| TYPE TOTAL | | | | | | | 931.00 | | 186.20 | 744.80 | .00 | 744.80 |
| 26756 | ANSELL M E | 07 | 06422086 | 05-74 | 70322 | 5-13 | 186.00 | 15.0% | 27.90 | 158.10 | | 158.10 |
| TYPE TOTAL | | | | | | | 186.00 | | 27.90 | 158.10 | .00 | 158.10 |
| 21251 | CATHOLIC BISHOP OF NO AK | 09 | L4420683 | 05-74 | 09672 | 5-10 | 111.00 | 15.0% | 16.65 | 94.35 | | 94.35 |
| 21251 | CATHOLIC BISHOP OF NO AK | 09 | L4420683 | 11-73 | 09671 | 5-10 | 56.00 | 15.0% | 8.40 | 47.60 | | 47.60 |
| 26708 | CORP OF CATHOLIC ARCHBISH | 09 | L4420683 | 04-74 | 09668 | 5-02 | 150.00 | 15.0% | 22.50 | 127.50 | | 127.50 |
| 26999 | DIOCESE OF JUNEAU | 09 | L6376707 | 05-73 | 09665 | 5-09 | 150.00 | 10.0% | 15.00 | 135.00 | | 135.00 |
| 26999 | DIOCESE OF JUNEAU | 09 | L4420683 | 11-73 | 09667 | 5-09 | 16.00 | 10.0% | 1.60 | 14.40 | | 14.40 |
| 21251 | CATHOLIC BISHOP OF NO AK | 09 | L4420683 | 04-74 | 70263 | 5-06 | 44.00 | 15.0% | 6.60 | 37.40 | | 37.40 |
| 21251 | CATHOLIC BISHOP OF NO AK | 09 | L4420683 | 04-74 | 70261 | 5-06 | 79.00 | 15.0% | 11.85 | 67.15 | | 67.15 |
| 21251 | CATHOLIC BISHOP OF NO AK | 09 | L4420683 | 05-74 | 70441 | 5-10 | 70.00 | 15.0% | 10.50 | 59.50 | | 59.50 |
| 26999 | DIOCESE OF JUNEAU | 09 | L4420683 | 05-74 | 70515 | 5-11 | 106.00 | 10.0% | 10.60 | 95.40 | | 95.40 |
| 6999 | DIOCESE OF JUNEAU | 09 | L4420683 | 05-74 | 70554 | 5-17 | 46.00 | 10.0% | 4.60 | 41.40 | | 41.40 |
| TYPE TOTAL | | | | | | | 138.00- | 20.00- | 110.00- | .00 | 110.00- | |
| 26042 | BOBS KENAI LAKE LODGE | 10 | WC4709320 | 05-74 | 09347 | 5-07 | 159.00 | 15.0% | 23.85 | 135.15 | | 135.15 |
| TYPE TOTAL | | | | | | | 159.00 | | 23.85 | 135.15 | .00 | 135.15 |
| 26842 | BOBS KENAI LAKE LODGE | 11 | L6359737 | 05-74 | 70533 | 5-14 | 234.00 | 25.0% | 58.50 | 175.50 | | 175.50 |
| TYPE TOTAL | | | | | | | 234.00 | | 58.50 | 175.50 | .00 | 175.50 |

Exhibit B  
Page 2 of 4  
CBNA.INS.363

AGENT CODE: 54-060-020  NAME: LA BOW HAYNES CO OF ALASKA INC  CITY: ANCHORAGE  STATE: AK  S/A: 051

PREMIUM REGISTER APR 1974

| TYPE | POLICY NUMBER | INSURED | SOURCE | CO | I K E | J | EFF MO | EFF YR | EXP MO | EXP YR | USED | PREMIUM | COMM RATE | NET | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CBP | 0902372 | R BRISTOL BAY BOROU | | 70 | 99 | 1 | 01 | 74 | 01 | 75 | 1 | 11,207.00 | 15.3 | 9,492.33 | 2* |
| BND | 1926774 |   GODDARD J | | 70 | 71 | 1 | 04 | 74 | 04 | 75 | 1 | 258.00 | 20.0 | 206.40 | 4* |
| BND | 1926797 |   ANCHORAGE SAND GR | | 70 | 71 | 1 | 04 | 74 | 04 | 75 | 1 | 652.00 | 20.0 | 521.60 | 4* |
| BND | 1926802 |   BLACKARD JOE | | 70 | 71 | 1 | 04 | 74 | 04 | 75 | 1 | 157.00 | 20.0 | 125.60 | 4* |
| BND | 1926882 | R BLACKARD JOE D | | 70 | 71 | 1 | 04 | 74 | 04 | 75 | 1 | 118.00CR | 20.0 | 94.40CR | 2* |
| BND | 1952029 |   WOLF'S HOME | | 70 | 71 | 1 | 04 | 74 | 04 | 75 | 1 | 169.00 | 20.0 | 135.20 | 2* |
| BND | 1952136 | R BLACKARD-JOE D | | 70 | 71 | 4 | 01 | 74 | 01 | 75 | 1 | 173.00 | 20.0 | 138.40 | 2* |
| SMP | 2390621 |   CATHOLIC BISHOP | | 70 | 07 | 3 | 04 | 73 | 04 | 74 | 1 | 42.00CR | 20.0 | 33.60CR | 2* |
| SMP | 2390621 |   CATHOLIC BISHOP | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 13,494.00 | 20.0 | 10,795.20 | 4* |
| SMP | 2390621 |   CATHOLIC BISHOP | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 140.00 | 20.0 | 112.00 | 4* |
| SMP | 2390621 |   CATHOLIC BISHOP | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 30.00 | 20.0 | 24.00 | 4* |
| SMP | 2390621 |   CATHOLIC BISHOP | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 284.00 | 20.0 | 227.20 | 4* |
| SMP | 2390621 |   CATHOLIC BISHOP | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 383.00CR | 20.0 | 306.40CR | 4* |
| SMP | 4417651 |   COLORAMA PAINTING | | 70 | 41 | 1 | 04 | 74 | 04 | 75 | 1 | 291.00 | 25.0 | 218.25 | 4* |
| SMP | 4417651 |   COLORAMA PAINTING | | 70 | 51 | 3 | 04 | 74 | 04 | 75 | 1 | 234.00 | 20.0 | 187.20 | 4* |
| WC | 4642415 |   DESIGN CRAFT | | 70 | 31 | 3 | 11 | 73 | 11 | 74 | 1 | 974.00 | 15.0 | 827.90 | 2* |
| WC | 4642415 |   DESIGN CRAFT | | 70 | 31 | 3 | 11 | 73 | 11 | 74 | 1 | 974.00CR | 15.0 | 827.90CR | 2* |
| WC | 4708966 |   COLORAMA PAINTING | | 70 | 31 | 2 | 04 | 74 | 04 | 75 | 1 | 1,272.00CR | 14.5 | 1,087.56CR | 4* |
| WC | 4708966 |   COLORAMA PAINTING | | 70 | 31 | 4 | 04 | 74 | 04 | 75 | 1 | 1,272.00 | 14.5 | 1,087.56 | 4* |
| 95H | 6736536 | M WILLIAMSON A | | 70 | 06 | 4 | 04 | 74 | 04 | 75 | 1 | 299.20 | 20.0 | 239.20 | 2* |
| L | 7075555 | C COLLINS | | 11 | 01 | 2 | 04 | 73 | 04 | 74 | 1 | 20.00CR | 15.0 | 17.00CR | 2* |
| F | 7241923 | H MOORE MOTOR CO | | 70 | 01 | 4 | 03 | 74 | 03 | 75 | 1 | 67.00 | 25.0 | 50.25 | 2* |
| SMP | 8288044 |   REORGANIZED CHURC | | 70 | 07 | 3 | 10 | 73 | 10 | 74 | 1 | 95.00CR | 20.0 | 76.00CR | 2* |
| SMP | 8288602 |   THE CORPORATION | | 70 | 07 | 1 | 04 | 74 | 04 | 75 | 1 | 46,561.00 | 15.0 | 39,576.85 | 4* |
| SMP | 8288602 |   CORPORATION OF CA | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 47,550.00CR | 15.0 | 40,417.50CR | 4* |
| SMP | 8288602 |   CORPORATION OF TH | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 22.00CR | 15.0 | 18.70CR | 4* |
| SMP | 8288602 |   THE CORPORATION | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 85.00CR | 15.0 | 72.25CR | 4* |
| SMP | 8288602 |   CORPORATION OF TH | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 125.00 | 20.0 | 100.00 | 4* |
| SMP | 8288602 |   CORPORATION OF TH | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 252.00 | 20.0 | 201.60 | 4* |
| SMP | 8288602 |   CORPORATION FOF C | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 29.00 | 20.0 | 23.20 | 4* |
| SMP | 8288602 |   CORPORATION OF CA | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 26.00 | 20.0 | 20.80 | 4* |
| SMP | 8288602 |   CORPORATION OF CA | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 89.00 | 20.0 | 71.20 | 4* |
| SMP | 8288602 |   CORPORATION OF CA | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 1,013.00 | 15.0 | 861.05 | 4* |
| SMP | 8288602 |   CORPORATION OF CA | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 38,550.00 | 20.0 | 30,840.00 | 4* |
| SMP | 8288602 |   CORPORATION OF CA | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 75.00CR | 15.0 | 63.75CR | 4* |
| SMP | 8288602 |   CORPORATION OF TH | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 165.00 | 20.0 | 132.00 | 4* |
| SMP | 8288602 |   CORPORATION OF CA | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 135.00 | 20.0 | 108.00 | 4* |
| SMP | 8288602 |   CORPORATION OF CA | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 44.00 | 15.0 | 37.40 | 4* |
| SMP | 8288602 |   CORPORATION OF CA | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 9,000.00 | 20.0 | 7,200.00 | 4* |
| SMP | 8288602 |   CORPORATION OF CA | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 5,371.00CR | 20.0 | 4,296.80CR | 4* |
| SMP | 8288602 |   CORPORATION OF CA | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 114.00 | 15.0 | 96.90 | 4* |
| SMP | 8288602 |   CORPORATION OF TH | | 70 | 07 | 3 | 04 | 74 | 04 | 75 | 1 | 22.00 | 20.0 | 17.60 | 4* |

Exhibit B
Page 3 of 4

CBNA.INS.365

# CONTINENTAL INSURANCE COMPANY

AS OF 03/31/74    99999    LABOR HAYNES OF ALASKA INC

| AC. | ASSURED NAME | TYPE | POLICY # | EFF DATE | INV # | INV DATE | CR PRE |
|---|---|---|---|---|---|---|---|
| 21251 | CATHOLIC BISHOP OF NO AK | 06 | SMP2390621 | 02-74 | 08209 | 3-19 | |
| 21782 | WINECK W R | 06 | SMP6864668 | 03-74 | 68701 | 3-07 | 4 |
| 21251 | CATHOLIC BISHOP OF NO AK | 06 | SMP2390621 | 04-74 | 69010 | 3-19 | 135 |
| 26708 | CORP OF CATHOLIC ARCHBISH | 06 | SMP8288602 | VA-US | 69021 | 3-22 | |
| 26599 | DIOCESE OF JUNEAU | 06 | SMP8288602 | VA-US | 69022 | 3-22 | 1 |
| 21002 | BRISTOL BAY BOROUGH | 06 | CBP902372 | 01-74 | 67757 | 3-28 | 93 |
| 21002 | BRISTOL BAY BOROUGH | 06 | CBP902372 | 01-74 | 67758 | 3-28 | 19 |

ATYPE TOTAL                                                                 25,381.00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 21251 | CATHOLIC BISHOP OF NO AK | 09 | L4420683 | 11-73 | 08280 | 3-11 | |
| 21251 | CATHOLIC BISHOP OF NO AK | 09 | L4420683 | 01-74 | 08281 | 3-11 | |
| 21251 | CATHOLIC BISHOP OF NO AK | 09 | L4420683 | 02-74 | 08282 | 3-11 | |
| 26791 | COLORAMA PAINTING SER | 09 | L4417551 | 01-74 | 08267 | 3-07 | |
| 26708 | CORP OF CATHOLIC ARCHBISH | 09 | L4420683 | 12-73 | 08312 | 3-13 | |
| 26708 | CORP OF CATHOLIC ARCHBISH | 09 | L4420683 | 11-73 | 08311 | 3-13 | |
| 26708 | CORP OF CATHOLIC ARCHBISH | 09 | L4420683 | 11-73 | 08310 | 3-13 | |
| 26708 | CORP OF CATHOLIC ARCHBISH | 09 | L4420683 | 02-74 | 08303 | 3-12 | |
| 26708 | CORP OF CATHOLIC ARCHBISH | 09 | L4420683 | 01-74 | 08301 | 3-12 | |
| 26708 | CORP OF CATHOLIC ARCHBISH | 09 | L4420683 | 11-73 | 08285 | 3-11 | |

Exhibit B
Page 4 of 4

CBNA.INS.369