SPECIAL MULTI-PERIL POLICY





519 D Street/Anchorage, Alaska 99501/Ph 279-2424

We Place Will Emphasis
LaBow, Haynes
of Alaska, Inc.

## The Continental Insurance Companies

### GENERAL OFFICES
80 Maiden Lane, New York, New York 10038

### DEPARTMENTAL OFFICES

| | |
|---|---|
| Eastern Department | 80 Maiden Lane, New York, New York 10038 |
| Metropolitan N.Y.C. Department | 80 Maiden Lane, New York, New York 10038 |
| Middle Department | 10 Park Place, Newark, New Jersey 07101 |
| Western Department | 360 West Jackson Boulevard, Chicago, Illinois 60606 |
| Pacific Department | 160 Pine Street, San Francisco, California 94111 |
| Buckeye Department | 1111 East Broad Street, Columbus, Ohio 43216 |
| Southeastern Department | 161 Peachtree Street, N.E., Atlanta, Georgia 30303 |
| Southwestern Department | 1910 Commerce Street, Dallas, Texas 75201 |

*Branch and Field Offices in all Principal Cities*

Exhibit D (56 pages) to CBNA's Memo re S.J.

Page ___1___ of _56_



## THE FOLLOWING PROVISIONS APPLY TO SECTIONS I AND II

**A. WAR RISK EXCLUSION:** Under Section I as respects perils other than fire (which is otherwise provided for on Page 2 of this policy) and under Section II as respects liability assumed by the insured under any incidental contract or as to first aid or medical expense, this policy shall not apply to loss, bodily injury, or property damage caused, directly or indirectly, by or due to any act or condition incident to the following:

1. hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack, (a) by any government or sovereign power (de jure or de facto), or by any authority maintaining or using military, naval or air forces; or (b) by military, naval or air forces; or (c) by an agent of any such government, power, authority or forces, it being understood that any discharge, explosion or use of any weapon of war employing nuclear fission or fusion shall be conclusively presumed to be such a hostile or warlike action by such a government, power, authority or forces;

2. insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an occurrence; seizure or destruction under quarantine or custom's regulations, confiscation by order of any government or public authority, or risks of contraband or illegal transportation or trade.

**B. LIBERALIZATION CLAUSE:** If during the period that insurance is in force under this policy, or within 45 days prior to the inception date thereof, on behalf of the Company there be adopted, or filed with and approved or accepted by the insurance supervisory authorities, all in conformity with law, any change in the form attached to this policy by which this form of insurance could be extended or broadened without increased premium charge by endorsement or substitution of form, then such extended or broadened insurance shall inure to the benefit of the insured hereunder as though such endorsement or substitution of form had been made.

**C. INSPECTION AND AUDIT:** The Company shall be permitted but not obligated to inspect the named insured's property and operations at any time. Neither the Company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the named insured or others, to determine or warrant that such property or operations are safe.

The Company may examine and audit the named insured's books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

**D. CANCELLATION (NOT APPLICABLE IN THE STATES OF MAINE, MASSACHUSETTS AND MINNESOTA):** The words "five days" in the cancellation provision on Page 2 of the policy are deleted and the words "ten days" are substituted therefor.

**E. SUBROGATION:** In the event of any payment under this policy, the Company shall be subrogated to all the insured's rights of recovery therefor against any person or organization and the insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The insured shall do nothing after loss to prejudice such rights.

**F. CONFORMITY WITH STATUTE:** The terms of this policy and forms attached hereto which are in conflict with the statutes of the state wherein this policy is issued are hereby amended to conform to such statutes.

**G. POLICY PERIOD, TERRITORY:**

1. Section I of this policy applies only to loss to property during the policy period while such property is within the fifty states of the United States of America and the District of Columbia.

2. Section II of this policy applies only to bodily injury or property damage which occurs during the policy period within the policy territory; "policy territory" means:

   a. the United States of America, its territories or possessions, or Canada; or

   b. international waters or air space, provided the bodily injury or property damage does not occur in the course of travel or transportation to or from any other country, state or nation, or

   c. anywhere in the world with respect to damages because of bodily injury or property damage arising out of a product which was sold for use or consumption within the territory described in paragraph a. above, provided the original suit for such damages is brought within such territory.

**H. TIME OF INCEPTION:** To the extent that coverage in this policy replaces coverage in other policies terminating at 12:01 A.M. (Standard Time) on the inception date of this policy, this policy shall be effective at 12:01 A.M. (Standard Time) instead of at Noon Standard Time.

## THE FOLLOWING PROVISIONS APPLY TO SECTION I

**A. NUCLEAR CLAUSE:** The word "fire" in this policy is not intended to and does not embrace nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, and loss by nuclear reaction or nuclear radiation or radioactive contamination is not intended to be and is not insured against by this policy, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by "fire" or any other perils insured against by this policy; however, subject to the foregoing and all provisions of this policy, direct loss by "fire" resulting from nuclear reaction or nuclear radiation or radioactive contamination is insured against by this policy.

**B. NUCLEAR EXCLUSION:** Loss by nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing is not insured against by this policy, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by any of the perils insured against by this policy; and nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, is not "explosion" or "smoke". This clause applies to all perils insured against hereunder except the perils of fire and lightning, which are otherwise provided for in the Nuclear Clause above.

**C. NO CONTROL:** This insurance shall not be prejudiced:

1. by any act or neglect of the owner of any building if the insured is not the owner thereof, or by any act or neglect of any occupant (other than the insured) of any building, when such act or neglect of the owner or occupant is not within the control of the insured, or

2. by failure of the insured to comply with any warranty or condition contained in any form or endorsement attached to this policy with regard to any portion of the premises over which the insured has no control.

**D. PROTECTIVE SAFEGUARDS:** It is a condition of this insurance that the insured shall maintain so far as is within his control such protective safeguards as are set forth by endorsement hereto.

Failure to maintain such protective safeguards shall suspend this insurance, only as respects the location or situation affected, for the time of such discontinuance.

**E. IMPAIRMENT OF RECOVERY:** Except as noted below, the Company shall not be bound to pay any loss if the insured shall have impaired any right of recovery for loss to the property insured; however it is agreed that:

1. as respects property while on the premises of the insured, permission is given the insured to release others in writing from liability for loss prior to loss, and such release shall not affect the right of the insured to recover hereunder, and

2. as respects property in transit, the insured may, without prejudice to this insurance, accept such bills of lading, receipts or contracts of transportation as are ordinarily issued by carriers containing a limitation as to the value of such goods or merchandise.

**F. OTHER INSURANCE:**

1. Loss by fire or other perils not provided for in 2. below: If at the time of the loss, there is other insurance available to the insured or any other interested party covering such loss or which would have covered such loss

except for the existence of this insurance, then the Company shall be liable as follows:

a. If such insurance is Contributing Insurance, defined as any insurance written in the name of the insured, upon the same plan, terms, conditions and provisions as contained in this policy whether collectible or not, the Company shall be liable for no greater proportion of any loss than the limit of liability under this policy bears to the whole amount of insurance covering such property.

b. If such insurance is Specific Insurance, defined as any insurance other than that described as Contributing Insurance in a. above, the Company shall not be liable for any loss hereunder until the liability of such Specific Insurance has been exhausted, and then shall cover only such amount as may exceed the amount due from such Specific Insurance (whether collectible or not) after application of any contribution, coinsurance, average or distribution or other clauses contained in policies of such Specific Insurance affecting the amount collectible thereunder, not exceeding however, the applicable limit of liability under this policy.

2. Loss by burglary, robbery or theft or loss of personal property covered on an unspecified peril basis: Insurance under this policy shall apply as excess insurance over any other valid and collectible insurance which would apply in the absence of this policy.

3. When loss under this policy is subject to a deductible, the Company shall not be liable for more than its pro rata share of such loss in excess of the deductible amount.

G. NO BENEFIT TO BAILEE: This insurance shall in no wise inure directly or indirectly to the benefit of any carrier or other bailee for hire.

H. LOSS PAYABLE CLAUSE: Loss if any, shall be adjusted with the named insured and shall be payable to him unless other payee is specifically named hereunder.

I. REPORT TO POLICE: When either a loss or occurrence takes place, the insured shall give notice thereof to the proper police authority if loss or occurrence is due to a violation of a law.

## THE FOLLOWING PROVISIONS APPLY TO SECTION II

A. MODIFICATION OF TERMS: Provisions on Page 2, other than those pertaining to waiver, cancellation and concealment and fraud, do not apply.

B. FINANCIAL RESPONSIBILITY LAWS: When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The insured agrees to reimburse the Company for any payment made by the Company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

C. PREMIUM: All premiums for this insurance shall be computed in accordance with the Company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in this policy as "provisional premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each annual period for part thereof terminating with the end of the policy period, the earned premium shall be computed for such period and, upon notice thereof to the named insured, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the Company shall return to the named insured the unearned portion paid by the named insured.

The named insured shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the Company at the end of the policy period and at such times during the policy period as the Company may direct.

D. INSURED'S DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT:

1. In the event of an occurrence, written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the insured to the Company or any of its authorized agents as soon as practicable. The named insured shall promptly take at his expense all reasonable steps to prevent other bodily injury or property damage from arising out of the same or similar conditions, but such expense shall not be recoverable under this policy.

2. If claim is made or suit is brought against the insured, the insured shall immediately forward to the Company every demand, notice, summons or other process received by him or his representative.

3. The insured shall cooperate with the Company and, upon the Company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the insured because of bodily injury or property damage with respect to which insurance is afforded under this policy, and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

E. MEDICAL REPORTS, PROOF AND PAYMENT OF CLAIM — COVERAGE B: As soon as practicable the injured person or someone on his behalf shall give to the Company written proof of claim for medical expense, under oath if required, and shall, after each request from the Company, execute authorization to enable the Company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the Company when and as often as the Company may reasonably require. The Company may pay the injured person or any person or organization rendering the services and the payment shall reduce the amount payable hereunder for such injury. Payment hereunder shall not constitute an admission of liability of any person or, except hereunder, of the Company.

F. OTHER INSURANCE: This insurance is primary insurance, except when stated

to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the insured has other insurance which is stated to be applicable to the loss on an excess or contingent basis, the amount of the Company's liability under this policy shall not be reduced by the existence of such other insurance.

When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess or contingent, the Company shall not be liable under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below:

1. Contribution by Equal Shares: If all of such other valid and collectible insurance provides for contribution by equal shares, the Company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid, and with respect to any amount of loss not so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid.

2. Contribution by Limits: If any of such other insurance does not provide for contribution by equal shares, the Company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

This provision does not apply to any medical expense insurance afforded by this policy.

G. ACTION AGAINST COMPANY: No action shall lie against the Company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the Company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the Company as a party to any action against the insured to determine the insured's liability, nor shall the Company be impleaded by the insured or his legal representative. Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the Company of any of its obligations hereunder.

H. NUCLEAR EXCLUSION:

1. This policy does not apply:
   a. Under any Liability Coverage, to bodily injury or property damage
      (1) with respect to which an insured under this policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or
      (2) resulting from the hazardous properties of nuclear material and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   b. Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to bodily injury resulting from the hazardous properties of nuclear material and arising out of the operation of a nuclear facility by any person or organization.

c. Under any Liability Coverage, to bodily injury or property damage resulting from the hazardous properties of nuclear material, if

(1) the nuclear material (a) is at any nuclear facility owned by, or operated by or on behalf of, an insured or (b) has been discharged or dispersed therefrom;

(2) the nuclear material is contained in spent fuel or waste at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(3) the bodily injury or property damage arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to property damage to such nuclear facility and any property thereof.

2. As used in this provision: "hazardous properties" include radioactive, toxic or explosive properties; "nuclear material" means source material, special nuclear material or byproduct material; "source material", "special nuclear material", and "byproduct material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof; "spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor; "waste" means any waste

material (1) containing byproduct material and (2) resulting from the operation by any person or organization of any nuclear facility included within the definition of nuclear facility under paragraph a. or b. thereof; "nuclear facility" means

a. any nuclear reactor,

b. any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing spent fuel, or (3) handling, processing or packaging waste,

c. any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

d. any structure, basin, excavation, premises or place prepared or used for the storage or disposal of waste,

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations; "nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material; "property damage" includes all forms of radioactive contamination of property.

## DEFINITIONS — SECTION II

When used in the provisions applicable to Section II of this policy (including endorsements forming a part thereof):

"automobile" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include mobile equipment;

"bodily injury" means bodily injury, sickness or disease sustained by any person;

"completed operations hazard" includes bodily injury and property damage arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the named insured. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the named insured under the contract have been completed,

(2) when all operations to be performed by or on behalf of the named insured at the site of the operations have been completed, or

(3) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The completed operations hazard does not include bodily injury or property damage arising out of (1) operations in connection with the transportation of property, unless the bodily injury or property damage arises out of a condition in or on a vehicle created by the loading or unloading thereof, (2) the existence of tools, uninstalled equipment or abandoned or unused materials, or (3) operations for which the classification stated in the policy or in the Company's manual specifies "including completed operations";

"damages" includes damages for death and for care and loss of services resulting from bodily injury and damages for loss of use of property resulting from property damage;

"elevator" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet;

"incidental contract" means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on

or adjacent to a railroad, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) sidetrack agreement, or (5) elevator maintenance agreement;

"insured" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the Company's liability;

"insured premises" means (1) the premises designated in the Declarations, (2) premises alienated by the named insured (other than premises constructed for sale by the named insured, if possession has been relinquished to others, and (3) premises as to which the named insured acquires ownership or control and reports his intention to insure such premises under this policy and no other within 30 days after such acquisition; and includes the ways immediately adjoining such premises on land;

"medical expenses" means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices and necessary ambulance, hospital, professional nursing and funeral services;

"mobile equipment" means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the named insured, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"named insured" means the person or organization named in Item 1 of the Declarations of this policy;

"named insured's products" means goods or products manufactured, sold, handled or distributed by the named insured or by others trading under his name, including any container thereof (other than a vehicle), but "named insured's products" shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

"occurrence" means an accident, including injurious exposure to conditions, which results, during the policy period, in bodily injury or property damage neither expected nor intended from the standpoint of the insured;

"products hazard" includes bodily injury and property damage arising out of the named insured's products or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs away from premises owned by or rented to the named insured and after physical possession of such products has been relinquished to others;

"property damage" means injury to or destruction of tangible property.

IN WITNESS WHEREOF, this Company has executed and attested these presents; but this policy shall not be valid unless countersigned by the duly authorized Agent of this Company at the agency hereinbefore mentioned.

Secretary

President

MPO 1219 REV. 10-1-66

## ALASKA
## NOTICE

This policy is endorsed to provide insurance for the full amount of attorneys' fees which may be taxed against you as costs pursuant to Alaska Civil Procedures Rule 82. There is an additional premium charge of $3.00 for this insurance which is included in the amount shown as your total premium. Consult your agent if you do not wish this insurance.

LIAB 7222                                    Printed in U.S.A.

Policy Issued By

# PACIFIC INSURANCE COMPANY
### SAN FRANCISCO, CALIFORNIA

70

A STOCK COMPANY, A MEMBER OF THE CONTINENTAL INSURANCE COMPANIES.

Policy No. **SMP –**

Producer's Name and Address

LaBow, Haynes of Alaska, Inc.
519 D Street
Anchorage, Alaska 99501

54-080-080

Producer's Code

Renewal of: **NEW**

**SPECIAL MULTI-PERIL POLICY DECLARATIONS**

The Continental Insurance Companies

Item

**1.** Named Insured and P.O. Address (No., Street, Town, County, tate & Zip No.)

**2.** Policy Period:  Inception (Mo. Day Yr.) **4-15-72**   Expiration (Mo. Day Yr.) **4-15-75**   Noon Standard Time at location of described property

**3.** The Named Insured is: ☐ Individual  ☒ Corporation  ☐ Partnership  ☐ Joint Venture  ☐ Other:

**4.** Location of Premises (Enter "Same" if same location as above)
1.
2. Per MLB 22 Attached
3.

Occupancy of Premises
Institutional–Church Properties

**5.** Insurance is provided with respect to those premises described above and with respect to those coverages and kinds of property for which a specific limit of liability is shown, subject to all of the terms of this policy including forms and endorsements made a part hereof:

**SECTION I—PROPERTY COVERAGE**

| | | Coinsurance Percentage Applicable | LIMIT OF LIABILITY | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Loc. No. BLKT | Bldg. No. BLKT | Loc. No. | Bldg. No. | Loc. No. | Bldg. No. |
| D I V 1. | Cov. A—Building(s) | 90% | $ | | $ | | $ | |
| | Cov. B—Personal Property | 90% | $ | | $ | | $ | |
| | Addl. Cov. (Specify) | | $ | | | | $ | |

Loss Deductible Clause No. 1 is **1,000.** applicable. Loss Deductible Clause No. 2 is **1,000.** applicable.

| I O N 2. | Addl. Cov. (Specify) | | $ | | $ | | | |
| | Miscellaneous Articles Floater (Broad) | | | | | | | |
| | Miscellaneous Articles Floater (Limited) | | | | | | | |

**SECTION II—LIABILITY COVERAGE**

| | LIMIT OF LIABILITY | | | |
|---|---|---|---|---|
| Cov. C—Bodily Injury and Property Damage Liability | $ * | each occurrence | $ | aggregate |
| Cov. D—Premises Medical Payments | $ 500 | each person | $ 10,000. | each accident |
| Addl. Cov. (Specify) * Per MLB 21 attached | $ | | $ | |
| Personal Injury | | | | |

**SECTION III—** ☐ CRIME COVERAGE
**SECTION IV—** ☐ BOILER AND MACHINERY COVERAGE } Limits as stated in the endorsement, made part of this Policy, if indicated by ☒.

**6.** Forms and Endorsements made part of this Policy at time of issue: (Insert No. and Edition Date)

Per endorsement attached

**7.** Mortgagee: (Name and Address)

Per endorsement attached

**8.** The Total Provisional Premium is $ **139,683.00** and is payable $ **46,561.00** at inception, and $ **46,561.00** at each anniversary.

Countersignature Date

**3-30-72 cc**

Agency at

*(signature)* James W. McKeown

Agent

In consideration of the Provisions and Stipulations Herein or Added Hereto and at the Premium Above Specified (or specified in endorsement attached hereto), this Company, for the term of three years from inception date shown above (At Noon Standard Time) to expiration date shown above (At Noon Standard Time) at location of property involved, to an amount not exceeding the limit of liability specified, does insure the Insured named in the Declarations above and legal representatives, to the extent of the actual cash value of the property at the time of loss, but not exceeding the amount which it would cost to repair or replace the property with material of like kind and quality within a reasonable time after such loss, without allowance for any increased cost of repair or reconstruction by reason of any ordinance or law regulating construction or repair, and without compensation for loss resulting from interruption of business or manufacture, nor any event for more than the interest of the insured, against all DIRECT LOSS BY FIRE, LIGHTNING AND OTHER PERILS INSURED AGAINST IN THIS POLICY IN- CLUDING REMOVAL FROM PREMISES ENDANGERED BY THE PERILS INSURED AGAINST IN THIS POLICY, EXCEPT AS HEREINAFTER PROVIDED, to the property described herein while located or contained as described in this policy, or pro rata for five days at each proper place to which any of the property shall necessarily be removed for preservation from the perils insured against in this policy, but not elsewhere.
Assignment of this policy shall not be valid except with the written consent of this Company.
This policy is made and accepted and subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy, together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

Page **6** of **56**

6

**Concealment, fraud.** This entire policy shall be void if, whether before or after a loss, the insured has wilfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the insured therein, or in case of any fraud or false swearing by the insured relating thereto.

**Uninsurable and excepted property.** This policy shall not cover accounts, bills, currency, deeds, evidences of debt, money or securities; nor, unless specifically named herein in writing, bullion or manuscripts.

**Perils not included.** This Company shall not be liable for loss by fire or other perils insured against in this policy caused, directly or indirectly, by: (a) enemy attack by armed forces, including action taken by military, naval or air forces in resisting an actual or an immediately impending enemy attack; (b) invasion; (c) insurrection; (d) rebellion; (e) revolution; (f) civil war; (g) usurped power; (h) order of any civil authority except acts of destruction at the time of and for the purpose of preventing the spread of fire, provided that such fire did not originate from any of the perils excluded by this policy; (i) neglect of the insured to use all reasonable means to save and preserve the property at and after a loss, or when the property is endangered by fire in neighboring premises; (j) nor shall this Company be liable for loss by theft.

**Other insurance.** Other insurance may be prohibited or the amount of insurance may be limited by endorsement attached hereto.

**Conditions suspending or restricting insurance.** Unless otherwise provided in writing added hereto this Company shall not be liable for loss occurring
(a) while the hazard is increased by any means within the control or knowledge of the insured; or
(b) while a described building, whether intended for occupancy by owner or tenant, is vacant or unoccupied beyond a period of sixty consecutive days; or
(c) as a result of explosion or riot, unless fire ensue, and in that event for loss by fire only.

**Other perils or subjects.** Any other peril to be insured against or subject of insurance to be covered in this policy shall be by endorsement in writing hereon or added hereto.

**Added provisions.** The extent of the application of insurance under this policy and of the contribution to be made by this Company in case of loss, and any other provision or agreement not inconsistent with the provisions of this policy, may be provided for in writing added hereto, but no provision may be waived except such as by the terms of this policy is subject to change.

**Waiver provisions.** No permission affecting this insurance shall exist, or waiver of any provision be valid, unless granted herein or expressed in writing added hereto. No provision, stipulation or forfeiture shall be held to be waived by any requirement or proceeding on the part of this Company relating to appraisal or to any examination provided for herein.

**Cancellation of policy.** This policy shall be cancelled at any time at the request of the insured, in which case this Company shall, upon demand and surrender of this policy, refund the excess of paid premium above the customary short rates for the expired time. This policy may be cancelled at any time by this Company by giving to the insured a five days' written notice of cancellation with or without tender of the excess of paid premium above the pro rata premium for the expired time, which excess, if not tendered, shall be refunded on demand. Notice of cancellation shall state that said excess premium (if not tendered) will be refunded on demand.

**Mortgage interests and obligations.** If loss hereunder is made payable, in whole or in part, to a designated mortgagee not named herein as the insured, such interest in this policy may be cancelled by giving to such mortgagee a ten days' written notice of cancellation.

If the insured fails to render proof of loss such mortgagee, upon notice, shall render proof of loss in the form herein specified within sixty (60) days thereafter and shall be subject to the provisions hereof relating to appraisal and time of payment and of bringing suit. If this Company shall claim that no liability existed as to the mortgagor or owner, it shall, to the extent of payment of loss to the mortgagee, be subrogated to all the mortgagee's rights of recovery, but without impairing mortgagee's right to sue; or it may pay off the mortgage debt and require an assignment thereof and of the mortgage. Other provisions

relating to the interests and obligations of such mortgagee may be added hereto by agreement in writing.

**Pro rata liability.** This Company shall not be liable for a greater proportion of any loss than the amount hereby insured shall bear to the whole insurance covering the property against the peril involved, whether collectible or not.

**Requirements in case loss occurs.** The insured shall give immediate written notice to this Company of any loss, protect the property from further damage, forthwith separate the damaged and undamaged personal property, put it in the best possible order, furnish a complete inventory of the destroyed, damaged and undamaged property, showing in detail quantities, costs, actual cash value and amount of loss claimed; and within sixty days after the loss, unless such time is extended in writing by this Company, the insured shall render to this Company a proof of loss, signed and sworn to by the insured, stating the knowledge and belief of the insured as to the following: the time and origin of the loss, the interest of the insured and of all others in the property, the actual cash value of each item thereof and the amount of loss thereto, all encumbrances thereon, all other contracts of insurance, whether valid or not, covering any of said property, any changes in the title, use, occupation, location, possession or exposures of said property since the issuing of this policy, by whom and for what purpose any building herein described and the several parts thereof were occupied at the time of loss and whether or not it then stood on leased ground, and shall furnish a copy of all the descriptions and schedules in all policies and, if required, verified plans and specifications of any building, fixtures or machinery destroyed or damaged. The insured, as often as may be reasonably required, shall exhibit to any person designated by this Company all that remains of any property herein described, and submit to examinations under oath by any person named by this Company, and subscribe the same; and, as often as may be reasonably required, shall produce for examination all books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by this Company or its representative, and shall permit extracts and copies thereof to be made.

**Appraisal.** In case the insured and this Company shall fail to agree as to the actual cash value or the amount of loss, then, on the written demand of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within twenty days of such demand. The appraisers shall first select a competent and disinterested umpire; and failing for fifteen days to agree upon such umpire, then, on request of the insured or this Company, such umpire shall be selected by a judge of a court of record in the state in which the property covered is located. The appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; and, failing to agree, shall submit their differences, only, to the umpire. An award in writing so itemized, of any two when filed with this Company shall determine the amount of actual cash value and loss. Each appraiser shall be paid by the party selecting him and the expenses of appraisal and umpire shall be paid by the parties equally.

**Company's options.** It shall be optional with this Company to take all, or any part, of the property at the agreed or appraised value, and also to rebuild, repair or replace the property destroyed or damaged with other of like kind and quality within a reasonable time, on giving notice of its intention so to do within thirty days after the receipt of the proof of loss herein required.

**Abandonment.** There can be no abandonment to this Company of any property.

**When loss payable.** The amount of loss for which this Company may be liable shall be payable sixty days after proof of loss, as herein provided, is received by this Company and ascertainment of the loss is made either by agreement between the insured and this Company expressed in writing or by the filing with this Company of an award as herein provided.

**Suit.** No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this policy shall have been complied with, and unless commenced within twelve months next after inception of the loss.

**Subrogation.** This Company may require from the insured an assignment of all right of recovery against any party for loss to the extent that payment therefor is made by this Company.

FORMS AND ENDORSEMENTS MADE PART OF THIS POLICY AT TIME OF ISSUE.

SECTION I

    MLB 104      (5-69)
    MLB 121      (3-71)
    MLB 184      (10-66)
    MLB 185      (10-66)
    MLB 22       (10-66)
    MLB 196      (1-71)
    SF 20        (7-33)
    438 BFUNS (5-42)
    Mortgage Schedule
    Deductible Endorsement
    Amendatory Endorsement
    Scheduled Property Floater Supplement IM 2366
    Miscellaneous Articles Limited Form
    Inland Marine Schedule IM 2006
    Miscellaneous Articles Broad Form
    Miscellaneous Articles Broad Form Deductible Endorsement

SECTION II

    MLB 200      (10-66)
    MLB 202      (10-66)
    MLB 248      (10-66)
    MLB 227      (8-70)
    MLB 220      (8-67)
    MLB 21       (11-69)
    MLB 16       (10-66)
    MLB 237      (10-66)
    Additional Named Insured Endorsement
    Alaska Suits Endorsement
    Blanket Contractual
    Camp Endorsement L 9198

COINSURANCE CONTRACT 

SMP INSTITUTIONAL PROPERTY FORM
SECTION I — PROPERTY COVERAGE

Form MLB-104
(Ed. 5-69)

## I. PROPERTY COVERED

**COVERAGE A — BUILDING(S):** When the insurance under this policy covers buildings, such insurance shall also cover all additions and extensions attached thereto; all fixtures, machinery and equipment constituting a permanent part of and pertaining to the service of the building; materials and supplies intended for use in construction, alteration or repair of the buildings; yard fixtures; personal property of the insured as landlord used for the maintenance or service of the described buildings, and including fire extinguishing apparatus, floor coverings, refrigerating, ventilating, cooking, dishwashing and laundering equipment, shades and outdoor furniture (but not including other personal property in apartments or rooms furnished by the insured as landlord); all while in the described locations.

**COVERAGE B — PERSONAL PROPERTY:** When the insurance under this policy covers personal property, such insurance shall cover only business personal property of the insured usual to the occupancy of the insured, including bullion, manuscripts, furniture, fixtures, equipment and supplies, not otherwise covered under this policy, and shall cover similar property held by the insured and belonging in whole or in part to others for not exceeding the amount for which the insured is liable; all while in or on the described buildings, or in the open (including within vehicles) on the described premises or within 100 feet thereof.

This coverage shall also include Tenant's Improvements and Betterments, meaning the insured's use interest in fixtures, alterations, installations or additions comprising a part of the buildings occupied but not owned by the insured and made or acquired at the expense of the insured exclusive of rent paid by the insured, but which are not legally subject to removal by the insured.

**DEBRIS REMOVAL — COVERAGE A — BUILDING(S) OR COVERAGE B — PERSONAL PROPERTY:** This policy covers expense incurred in the removal of debris of the property covered hereunder which may be occasioned by loss by a peril insured against. The total amount recoverable under this policy shall not exceed the limit of liability stipulated for each item. Cost of removal of debris shall not be considered in the determination of actual cash value when applying the Coinsurance Clause.

## II. PROPERTY NOT COVERED

In addition to the kinds of property which are otherwise excluded or limited under this policy, the following are also excluded from coverage under this form:

A. Animals and pets; aircraft; watercraft, including motors, equipment and accessories (except rowboats and canoes, while out of water and on the described premises); and automobiles, trailers, semi-trailers or any self-propelled vehicles or machines, except motorized equipment not licensed for use on public thoroughfares and operated principally on the premises of the insured.
This exclusion does not apply when the following types of property are held for sale or sold but not delivered and are specifically covered by endorsement:
1. Animals and pets.
2. Motorcycles and motor-scooters.
3. Trailers designed for use with private passenger vehicles for general utility purposes or carrying boats.
4. Watercraft while not afloat.

B. Outdoor swimming pools; fences; piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls not constituting a part of building; walks, roadways and other paved surfaces; unless such items are specifically covered by endorsement.

C. The cost of excavations, grading or filling; foundations of buildings, machinery, boilers or engines which foundations are below the undersurface of the lowest basement floor, or where there is no basement, below the surface of the ground; pilings, piers, pipes, flues and drains which are underground; pilings which are below the low water mark.

D. Outdoor signs, whether or not attached to a building, unless specifically covered by endorsement.

E. Household and personal effects contained in living quarters occupied by the insured, any officer, director, stockholder or partner of the insured or relatives of any of the foregoing, except as provided in the Extensions of Coverage or unless specifically covered by endorsement.

F. Growing crops and lawns.

G. Property of tenants or guests, except as provided in the Extensions of Coverage.

H. Trees, shrubs and plants, except when held for sale or sold but not delivered, or to the extent provided in the Extensions of Coverage.

I. Property which is more specifically covered in whole or in part under this or any other contract of insurance.

## III. PERILS INSURED AGAINST

This policy insures under Section I against all direct loss to the property covered under this policy caused by the following perils, except as otherwise specifically provided:

A. Fire.

B. Lightning.

C. Windstorm and Hail:
1. The Company shall not be liable as respects this peril for loss caused directly or indirectly by frost or cold weather or ice (other than hail), snow or sleet, whether driven by wind or not.
2. The Company shall not be liable as respects these perils for loss to the interior of the buildings or the property covered therein caused
   a. by rain, snow, sand or dust, whether driven by wind or not, unless the buildings covered or containing the property covered shall first sustain an actual damage to roof or walls by the direct action of wind or hail and then shall be liable for loss to the interior of the buildings or the property covered therein as may be caused by rain, snow, sand or dust entering the buildings through openings in the roof or walls by direct action of wind or hail; or
   b. by water from sprinkler equipment or other piping, unless such equipment or piping be damaged as a direct result of wind or hail.

3. Unless specifically covered by endorsement, the Company shall not be liable as respects these perils for damage to
   a. grain, hay, straw or other crops outside of buildings;
   b. windmills, windpumps or their towers;
   c. crop silos or their contents;
   d. metal smokestacks or, when outside of buildings, cloth awnings;
   e. outdoor radio or television antennas including their lead-in wiring, masts or towers;
   f. trees, shrubs and plants.

D. Explosion: Loss by explosion shall include direct loss resulting from the explosion of accumulated gases or unconsumed fuel within the firebox (or combustion chamber) of any fired vessel or within the flues or passages which conduct the gases of combustion therefrom. The Company shall not be liable for loss by explosion of steam boilers, steam pipes, steam turbines or steam engines, if owned by, leased by or operated under the control of the insured. The following are not explosions within the intent or meaning of these provisions:
1. Shock waves caused by aircraft, generally known as "sonic boom".
2. Electric arcing.

Exhibit D
Page 9 of 56

9

3. Rupture or bursting of rotating or moving parts of machinery caused by centrifugal force or mechanical breakdown.
4. Water hammer.
5. Rupture or bursting of water pipes.
6. Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water.
7. Rupture, bursting or operation of pressure relief devices.

E. **Sudden and Accidental Damage from Smoke**, other than smoke from agricultural smudging or industrial operations.

F. **Vehicles or Aircraft**: Loss by aircraft or by vehicles shall mean only direct loss resulting from actual physical contact of an aircraft or a vehicle with the property covered hereunder or with the buildings containing the property covered hereunder, except that loss by aircraft includes direct loss by objects falling therefrom.

The Company shall not be liable as respects this peril for loss

1. by any vehicle owned or operated by the insured or by any occupant of the described premises; or
2. to any aircraft or vehicle, including contents thereof, other than stocks of aircraft or vehicles in process of manufacture or for sale.

G. **Riot, Riot Attending a Strike and Civil Commotion**: Loss by riot, riot attending a strike or civil commotion shall include direct loss by acts of striking employees of the owner or occupants of the described buildings while occupied by said striking employees and shall also include under this peril direct loss from pillage and looting occurring during and at the immediate place of a riot, riot attending a strike or civil commotion.

The Company shall not be liable as respects this peril for loss resulting from damage to or destruction of the described property owing to change in temperature or humidity or interruption of operations, whether or not such loss is covered by this policy as to other perils.

## IV.  EXTENSIONS OF COVERAGE

The total amount recoverable under the Extensions of Coverage in this form and Extensions of Coverage in any other orm made a part of this policy are not cumulative and shall not exceed the largest amount recoverable under any single orm made a part of this policy.

When there is Contributing Insurance, the Company shall not be liable for more than its pro rata share of the limits set orth in the following Extensions of Coverage.

This policy is extended to provide additional amounts of insurance as follows:

1. **Newly Acquired Property**: The insured may apply up to 15%, but not exceeding $100,000, of the sum of the limits of liability specified for Coverage A—Building(s) and Coverage B—Personal Property to cover direct loss in any one occurrence by a peril insured against to the following described property:
   a. If Coverage A—Building(s) is provided under this form:
      (1) New additions, new buildings and new structures when constructed within the territorial limits of this policy during the policy period. This coverage shall cease 180 days from the date construction begins or on the date the values of new construction are reported to the Company, or on the expiration date of the policy, whichever occurs first.
      (2) Buildings acquired by the insured at any location, elsewhere than at the described premises, within the territorial limits of this policy and used by him for similar occupancies. This coverage shall cease 180 days from the date of such acquisition or on the date values of the buildings are reported to the Company, or on the expiration date of the policy, whichever occurs first.
   b. If Coverage B — Personal Property is provided under this form; such property acquired by the insured at any location, elsewhere than at the described premises, within the territorial limits of this policy. This coverage is limited to a period of 180 days from the date of such acquisition or on the date values at such locations are reported to the Company, or on the expiration date of the policy, whichever occurs first.

   Additional premium shall be due and payable for values so reported from the date construction begins or the property is acquired.

2. **Off-Premises**: The insured may apply up to 2%, but not exceeding $5,000, of the sum of the limits of liability specified for Coverage A — Building(s) and Coverage B — Personal Property at a described location to cover direct loss in any one occurrence by a peril insured against to such property (other than merchandise or stock) while removed from such location for purposes of cleaning, repairing, reconstruction or restoration. This Extension of Coverage shall not apply to property in transit, nor to property on any premises owned, leased, operated or controlled by the insured.

3. **Personal Effects**: The insured may apply up to 1%, but not exceeding $5,000, of the sum of the limits of liability specified for Coverage A — Building(s) and Coverage B — Personal Property to cover direct loss in any one occurrence by a peril insured against under this form with respect to Coverage B — Personal Property to personal effects while located on the described premises, belonging to the insured, officers, partners or employees thereof, and limited to $500 on personal effects owned by any one individual. This Extension of Coverage does not apply if the loss is covered by any other insurance, whether collectible or not, or which would have been covered by such other insurance in the absence of this policy. At the option of the Company, loss under this Extension of Coverage may be adjusted with and payable to the insured.

4. **Valuable Papers and Records**: The insured may apply up to 1%, but not exceeding $5,000, of the sum of the limits of liability specified for Coverage A — Building(s) and Coverage B — Personal Property to cover direct loss in any one occurrence by a peril insured against under Coverage B — Personal Property of this form to valuable papers and records consisting of books of account, manuscripts, abstracts, drawings, card index systems, film, tape, disc, drum, cell and other magnetic recording or storage media for electronic data processing, and other records, all the property of the insured at described locations. This Extension of Coverage covers only the cost of research and other expense necessarily incurred by the insured to reproduce, replace or restore such valuable papers and records. The total amount payable in any one occurrence under this Extension of Coverage shall not exceed the limit specified above, regardless of the number of described locations.

B. The liability of the Company for loss in any one occurrence, including loss under the following Extensions of Coverage, shall not exceed the limit of liability specified for the coverages being extended:

1. **Trees, Shrubs and Plants**: The insured may apply up to $1,000 of the sum of the limits of liability specified for Coverage A — Building(s) and Coverage B — Personal Property to cover trees, shrubs and plants at the described location against direct loss in any one occurrence by the perils of fire, lightning, explosion, riot, civil commotion or aircraft, but only to the extent such perils are insured against herein. The Company shall not be liable for more than $250 on any one tree, shrub or plant, including expense incurred for removing debris thereof.

2. **Extra Expense**: The insured may apply up to $1,000 of the sum of the limits of liability specified for Coverage A — Building(s) and Coverage B—Personal Property to cover the necessary extra expense incurred

Exhibit D
Page 10 of 56    10

by the insured in order to continue as nearly as practicable the normal operations of the insured's business immediately following damage by a peril insured against to the buildings or personal property situated at the described locations.

"Extra expense" means the excess of the total cost incurred during the period of restoration chargeable to the operation of the insured's business over and above the total cost that would normally have been incurred to conduct the business during the same period had no loss occurred. Any salvage value of property obtained for temporary use during the period of restoration, which remains after the resumption of normal operations, shall be taken into consideration in the adjustment of any loss hereunder.

"Period of restoration" means that period of time, commencing with the date of damage and limited by the date of expiration of this policy, as would be required with the exercise of due diligence and dispatch to repair, rebuild or replace such part of said buildings or personal property as have been damaged. The Company shall not be liable under this Extension of Coverage for:
1. loss of income.
2. the cost of repairing or replacing any of the described property, or the cost of research or other expense necessary to replace or restore books of account, manuscripts, abstracts, drawings, card index systems; film, tape, disc, drum, cell and other magnetic recording or storage media for electronic data processing, and other

records that have been damaged by a peril insured against, except cost in excess of the normal cost of such repair, replacement or restoration necessarily incurred for the purpose of reducing the total amount of extra expense. In no event shall such excess cost exceed the amount by which the total extra expense otherwise payable under this Extension of Coverage is reduced.
3. any other consequential or remote loss.

3. Replacement Cost Coverage: In the event of loss to a building structure covered under this policy, when the full cost of repair or replacement is less than $1,000, this policy is extended to cover the full cost of repair or replacement (without deduction for depreciation). Coverage shall be applicable only to a building structure covered hereunder, but excluding carpeting, cloth awnings, air conditioners, domestic appliances and outdoor equipment, all whether permanently attached to the building structure or not. The Company shall not be liable under this Extension of Coverage:
a. unless and until the damaged property is actually repaired or replaced on the same premises with due diligence and dispatch, and, in no event, unless repair or replacement is completed within a reasonable time after such loss.
b. unless the whole amount of insurance applicable to the building structure for which claim is made is equal to or in excess of the amount produced by multiplying the co-insurance percentage applicable (specified in this policy) by the actual cash value of such property at the time of the loss.

## V.  EXCLUSIONS

This policy does not insure under this form against:
A. Loss occasioned directly or indirectly by:
1. enforcement of any local or state ordinance or law regulating the construction, repair or demolition of buildings or structures unless such liability is otherwise specifically assumed by endorsement;
2. electrical currents artificially generated unless loss by fire or explosion as insured against hereunder ensues, and then the Company shall be liable for only such ensuing loss.

B. Loss caused by or resulting from power, heating or cooling failure, unless such failure results from physical damage to power, heating or cooling equipment situated on premises where the property covered is located, caused by a peril insured against. The Company shall not be liable for any loss specifically excluded under the riot provisions of this form.

C. Loss caused by, resulting from, contributed to or aggravated by any of the following:
1. earth movement, including but not limited to earthquake, landslide, mudflow, earth sinking, earth rising or shifting;
2. flood, surface water, waves, tidal water or tidal wave, overflow of streams or other bodies of water, or spray from any of the foregoing, all whether driven by wind or not;
3. water which backs up through sewers or drains;
4. water below the surface of the ground including that which exerts pressure on or flows, seeps or leaks through sidewalks, driveways, foundations, walls, basement or other floors, or through doors, windows or any other openings in such sidewalks, driveways, foundations, walls or floors;
unless loss by fire or explosion as insured against hereunder ensues, and then the Company shall be liable for only such ensuing loss.

## VI.  COINSURANCE CLAUSE

The Company shall not be liable for a greater proportion of any loss to the property covered hereunder than the limit of liability under this policy for such property bears to the amount produced by multiplying the coinsurance percentage applicable (specified in this policy) by the actual cash value of such property at the time of the loss.

In the event that the aggregate claim for any loss is both less than $10,000 and less than 5% of the limit of liability for all contributing insurance applicable to the property involved at the time such loss occurs, no special inventory and appraisement of the undamaged property

shall be required, provided that nothing herein shall be construed to waive the application of the first paragraph of this clause.

If insurance under Section I of this policy is divided into separate limits of liability, the foregoing shall apply separately to the property covered under each such limit of liability.

The value of property covered under Extensions of Coverage, and the cost of the removal of debris, shall not be considered in the determination of actual cash value when applying the Coinsurance Clause.

## VII.  DEDUCTIBLE CLAUSE

The sum of $100 shall be deducted from the amount of loss in any one occurrence resulting from any of the perils insured against, other than fire or lightning. This deductible shall apply separately to each building or structure (including its personal property) and separately to personal property

erty in the open, but in no event shall the aggregate amount deducted from loss in any one occurrence exceed $1,000. The Company shall be liable only for its proportion of loss in excess of the deductible, in accordance with the other insurance provisions of this policy.

## VIII.  VALUATION

Subject to the provisions and stipulations of this policy, the following bases for valuation of property are established:
A. Property of others at the amount for which the insured is liable but in no event to exceed actual cash value.
B. Tenant's Improvements and Betterments:
1. If repaired or replaced at the expense of the insured within a reasonable time after loss, the actual cash value of the damaged or destroyed improvements

and betterments.
2. If not repaired or replaced within a reasonable time after loss, that proportion of the original cost at time of installation of the damaged or destroyed property which the unexpired term of the lease or rental agreement, whether written or oral, in effect at the time of loss bears to the periods from the dates such improvements or betterments were made to the expiration date of the lease.

Form MLB-104 (Ed. 5-69)

Page 3 of 4

Exhibit ___D___

Page __11__ of _56_

11

3. If repaired or replaced at the expense of others for the use of the insured, there shall be no liability hereunder.

C. Books of account, manuscripts, abstracts, drawings, card index systems and other records (except film, tape, disc, drum, cell and other magnetic recording or storage media for electronic data processing) for not

exceeding the cost of blank books, blank cards and other blank materials.

D. Film, tape, disc, drum, cell and other magnetic recording or storage media for electronic data processing for not exceeding the cost of such media in unexposed or blank form.

E. All other property at actual cash value.

## IX. CONDITIONS

Permits and Use: Except as otherwise provided herein, permission is hereby granted:

1. to make alterations and repairs;

2. for such unoccupancy as is usual or incidental to the described occupancy but vacancy is limited to the 60 day period permitted by the policy conditions;

3. in the event of loss hereunder, to make reasonable repairs, temporary or permanent, provided such repairs are confined solely to the protection of the property from further damage, and provided further that the insured shall keep an accurate record of such repair expenditures. The cost of any such repairs directly attributable to damage by any peril insured hereunder shall be included in determining the amount of loss hereunder. Nothing herein contained is intended to modify the policy requirements applicable in case loss occurs, and in particular the requirement that, in case loss occurs, the insured shall protect the property from further damage.

Loss Clause: Any loss hereunder shall not reduce the amount of this policy.

Mortgage Clause: Applicable to buildings only (this entire clause is void unless name of mortgagee (or trustee) is inserted in the Declarations): Loss, if any, under this policy, shall be payable to the mortgagee (or trustee), named on the first page of this policy, as interest may appear under all present or future mortgages upon the property herein described in which the aforesaid may have an interest as mortgagee (or trustee) in order of precedence of said mortgages, and this insurance as to the interest of the mortgagee (or trustee) only therein, shall not be invalidated by any act or neglect of the mortgagor or owner of the within described property, nor by any foreclosure or other pro-

ceedings or notice of sale relating to the property, nor by any change in the title or ownership of the property, nor by the occupation of the premises for purposes more hazardous than are permitted by this policy; provided, that in case the mortgagor or owner shall neglect to pay any premium due under this policy, the mortgagee (or trustee) shall, on demand, pay the same. Provided also, that the mortgagee (or trustee) shall notify the Company of any change of ownership or occupancy or increase of hazard which shall come to the knowledge of said mortgagee (or trustee) and, unless permitted by this policy, it shall be noted thereon and the mortgagee (or trustee) shall, on demand, pay the premium for such increased hazard for the term of the use thereof, otherwise this policy shall be null and void. The Company reserves the right to cancel this policy at any time as provided by its terms, but in such case this policy shall continue in force for the benefit only of the mortgagee (or trustee) for ten days after notice to the mortgagee (or trustee) of such cancellation and shall then cease, and the Company shall have the right, on like notice, to cancel this agreement.

Whenever the Company shall pay the mortgagee (or trustee) any sum for loss under this policy, and shall claim that, as to the mortgagor or owner, no liability therefor existed, the Company shall to the extent of such payment, be thereupon legally subrogated to all the rights of the party to whom such payment shall be made, under all securities held as collateral to the mortgage debt, or may at its option pay to the mortgagee (or trustee) the whole principal due or to grow due on the mortgage, with interest accrued and shall thereupon receive a full assignment and transfer of the mortgage and of all such other securities; but no subrogation shall impair the right of the mortgagee (or trustee) to recover the full amount of said mortgagee's (or trustee's) claim.

Inspections by the Insured: This insurance contemplates not less than two inspections per year of the described property to be made by the insured for the purposes of fire prevention and fire safety.

**CFC®**    VANDALISM OR MALICIOUS MISCHIEF ENDORSEMENT    Form MLB-121
(Ed. 3-71)

PROPERTY COVERED    ☒ Coverage A — Building(s)    ☒ Coverage B — Personal Property

Subject to all the provisions and stipulations otherwise applicable to Section I of this policy of which this endorsement is made a part, except as otherwise provided for herein, the following perils are added to and made part of the "Perils Insured Against" section of the forms of which this endorsement is made a part with respect to the coverage specified by an "X" in the appropriate box above.

A. Vandalism or Malicious Mischief: Loss by vandalism or malicious mischief shall mean only the willful and malicious damage to or destruction of the property covered. The Company shall not be liable, as respects these perils, for any loss:

1. to glass (other than glass building blocks) constituting a part of a building;

2. by pilferage, theft, burglary or larceny, except (or willful damage to the buildings covered hereunder caused by burglars;

3. by explosion, rupture, or bursting of steam boilers, steam pipes, steam turbines, steam engines, or rotating parts of machines or machinery owned, operated or controlled by the insured;

4. caused by or resulting from power, heating or cooling failure unless such failure results from physical damage to power, heating or cooling equipment situated on premises where the property covered is located;

5. if the described buildings had been vacant or unoccupied beyond a period of 30 consecutive days immediately preceding the loss, whether or not such period commenced prior to the inception date of this endorsement.

NOTE: A building in process of construction shall not be deemed vacant or unoccupied.

Loss Deductible Clause No. 2 does not apply to the coverage afforded by this endorsement.

This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.

Form MLB-121 (Ed. 3-71)

 SPECIAL INSTITUTIONAL AGREED AMOUNT ENDORSEMENT    Form MLB-184 (Ed. 10-66)

Subject to all provisions and stipulations otherwise applicable to Section I, Forms MLB-104 and MLB-105 are amended as follows:

### Agreed Amount

**A.** With respect only to the property specified in the Schedule of this endorsement, it is made a condition of this insurance that the application of the Coinsurance Clause in Forms MLB-104 and MLB-105 is suspended in the determination of loss caused by the perils insured against occurring after the date of this endorsement and prior to ___4/15/73___ but in no

Exp. Date of End't.

event beyond the expiration date of this policy, and in lieu thereof the following clause is made a part of the form during such period of suspension:

"The Company shall not be liable for a greater proportion of any loss than the amount applying under this policy to the property involved bears to the amount for that property as shown in the Schedule:"

**B.** If the expiration date set forth in paragraph A is not extended by endorsement, the Coinsurance Clause in the form attached to this policy is automatically reinstated.

**C.** In no event shall this endorsement apply to coverage on extra expense, rents, earnings or tuition fees.

### SCHEDULE

| LOC. NO. | BLDG. NO. | INSERT EITHER BLDG (S). PERS. PPTY. OR BLANKET BLDG. AND PERS. PPTY. | DESCRIPTION AND LOCATION | AMOUNT APPLICABLE IN PAR. A ABOVE.* |
|---|---|---|---|---|
| All | All | Blanket Bldgs. & Personal Property | Per Form MLB 22 | $7,738,366. |

*Indicate total agreed amount for all contributing insurance.

This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.

Form MLB-184 (Ed. 10-66)

**SPECIAL INSTITUTIONAL REPLACEMENT COST ENDORSEMENT**    Form MLB-185
(Ed. 10-66)

☒ Coverage A — Buildings                    ☒ Coverage B — Personal Property

The provisions and stipulations of this policy applicable to the coverages indicated by an "X" in the appropriate box are amended to substitute the term 'replacement cost' for the term 'actual cash value' wherever it appears in this policy, thereby eliminating any deduction for depreciation. subject in all other respects to the provisions and stipulations of this endorsement and of the policy of which this endorsement is made a part.

1. The insured may elect to make claim under this policy in accordance with its provisions, disregarding this endorsement; and the insured may make further claim for any additional liability brought about by this endorsement in accordance with its provisions, provided the Company is notified in writing within 180 days after loss of the insured's intent to make such further claim.

2. This endorsement shall not apply to:
   a. books of account, abstracts, manuscripts, drawings, card index systems and other records (including film, tape, disc, drum, cell and other magnetic recording or storage media);
   b. paintings, etchings, pictures, tapestries, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelains, rare glassware and bric-a-brac, or other articles of art, rarity or antiquity.

3. The Company's liability for loss under this policy including this endorsement shall not exceed the smallest of the following amounts:
   a. the amount of this policy applicable to the damaged or destroyed property;
   b. the replacement cost of the property to which this endorsement applies, or any part thereof, identical with such property ~~XXXXXXXXXXXXXXXXXX~~and intended for the same occupancy and use:
   c. the amount actually and necessarily expended in repairing or replacing the damaged or destroyed property or any part thereof.

4. The Company shall not be liable under this endorsement for any loss:
   a. occasioned directly or indirectly by enforcement of any local or state ordinance or law regulating the construction, repair or demolition of buildings or structures unless such liability has been specifically assumed under this policy;
   b. unless and until the damaged or destroyed property is actually repaired or replaced by the insured with due diligence and dispatch.

This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.

Form MLB-165 (Ed. 10-66)  Not Applicable to Coverage A & B at Locations #55, 56, 44 & 47

Exhibit ___D___
Page __15__ of _56_    15

 **CFC** ®

## SUPPLEMENTAL DECLARATIONS ENDORSEMENT

Form MLB-22
(Ed. 10-66)

Location of premises, as stated in the Declarations, is extended to include the following and insurance is provided with respect to those premises described below and with respect to those coverages and kinds of property for which a specific limit of liability is shown, subject to all the terms of this policy including forms and endorsements made a part hereof:

| Div. No. | Loc. No. | Bldg. No. | LOCATION OF PREMISES (Address, City, State) | OCCUPANCY | SECTION I | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | COVERAGE | Forms and Endorsements Applicable | Coinsurance Percentage Applicable | Limits of Liability ($) |
| 1 | 1 | 1 | | Church | A & B Blanket | MLB104 MLB121 MLB184 MLB185 MLB22 MLB196 S.F.20 Deductible Endorsement Amendatory Endorsement 438BFUNS Mortgage Schedule | Per MLB184 | $7,738,366. Blanket Bldg. & Contents |
| 1 | 1 | 1 | | Rectory | Same as | Above | | Included |
| 1 | 2 | 1 | | Chancery | Same as | Above | | Included |
| 1 | 3 | 1 | | Mercantile | Same as | Above | | Included |
| 1 | 4 | 1 | | Church | Same as | Above | | Included |
| 1 | 4 | 2 | | Rectory | Same as | Above | | Included |
| 1 | 4 | 3 | | Garage | Same as | Above | | Included |
| 1 | 5 | 1 | | Monastery | Same as | Above | | Included |
| 1 | 6 | 1 | | Church | Same as | Above | | Included |

Form MLB-22 (Ed. 10-66)



**SUPPLEMENTAL DECLARATIONS ENDORSEMENT**

Form MLB-22
(Ed. 10-66)

Location of premises, as stated in the Declarations, is extended to include the following and insurance is provided with respect to those premises described below and with respect to those coverages and kinds of property for which a specific limit of liability is shown, subject to all the terms of this policy including forms and endorsements made a part hereof:

| Div. No. | Loc. No. | Bldg. No. | LOCATION OF PREMISES (Address, City, State) | OCCUPANCY | SECTION I | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | COVERAGE | Forms and Endorsements Applicable | Coinsurance Percentage Applicable | Limits of Liability ($) |
| 1 | 6 | 2 | | Rectory | Same as | Above | | Included |
| 1 | 7 | 1 | | Home (Charitable) | Same as | Above | | Included |
| 1 | 8 | 1 | | Retreat House & Chapel | Same as | Above | | Included |
| 1 | 9 | 1 | | Rectory | Same as | Above | | Included |
| 1 | 10 | 1 | | Convent | Same as | Above | | Included |
| 1 | 11 | 1 | | Rectory | Same as | Above | | Included |
| 1 | 12 | 1 | | Dwelling | Same as | Above | | Included |
| 1 | 13 | 1 | | Church | Same as | Above | | Included |
| 1 | 14 | 1 | | Rectory | Same as | Above | | Included |
| 1 | 15 | 1 | | Church Rectory | Same as | Above | | Included |
| 1 | 16 | 1 | | Church | Same as | Above | | Included |
| 1 | 17 | 1 | | Church | Same as | Above | | Included |

Form MLB-22 (Ed. 10-66)



## SUPPLEMENTAL DECLARATIONS ENDORSEMENT

Form MLB-22
(Ed. 10-66)

Location of premises, as stated in the Declarations, is extended to include the following and insurance is provided with respect to those premises described below and with respect to those coverages and kinds of property for which a specific limit of liability is shown, subject to all the terms of this policy including forms and endorsements made a part hereof:

| Div. No. | Loc. No. | Bldg. No. | LOCATION OF PREMISES (Address, City, State) | OCCUPANCY | SECTION I | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | COVERAGE | Forms and Endorsements Applicable | Coinsurance Percentage Applicable | Limits of Liability ($) |
| 1 | 18 | 1 | | Rectory | Same as | Above | | Included |
| 1 | 19 | 1 | | Dwelling Rental | Same as | Above | | Included |
| 1 | 20 | 1 | | Church | Same as | Above | | Included |
| 1 | 21 | 1 | | Rectory | Same as | Above | | Included |
| 1 | 22 | 1 | | Church | Same as | Above | | Included |
| 1 | 23 | 1 | | Retreat House | Same as | Above | | Included |
| 1 | 23 | 2 | | Dwelling | Same as | Above | | Included |
| 1 | 23 | 3 | | Garage Storage | Same as | Above | | Included |
| 1 | 23 | 4 | | Boiler House | Same as | Above | | Included |
| 1 | 24 | 1 | | Church Rectory | Same as | Above | | Included |
| 1 | 25 | 1 | | Rectory | Same as | Above | | Included |
| 1 | 25 | 2 | | Private Warehouse | Same as Same as | Above Above | | Included Included |
| 1 | 25 | 3 | | Rental Dwelling | Same as | Above | | Included |

Form MLB-22 (Ed. 10-66)

 SUPPLEMENTAL DECLARATIONS ENDORSEMENT

Form MLB-22
(Ed. 10-66)

Location of premises, as stated in the Declarations, is extended to include the following and insurance is provided with respect to those premises described below and with respect to those coverages and kinds of property for which a specific limit of liability is shown, subject to all the terms of this policy including forms and endorsements made a part hereof:

| Div. No. | Loc. No. | Bldg. No. | LOCATION OF PREMISES (Address, City, State) | OCCUPANCY | SECTION I | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | COVERAGE | Forms and Endorsements Applicable | Coinsurance Percentage Applicable | Limits of Liability ($) |
| 1 | 26 | 1 | | Church | Same as Above | | | Included |
| 1 | 27 | 1 | | Church | Same as Above | | | Included |
| 1 | 28 | 1 | | Rectory | Same as Above | | | Included |
| 1 | 29 | 1 | | Church | Same as Above | | | Included |
| 1 | 30 | 1 | | Hall | Same as Above | | | Included |
| 1 | 31 | 1 | | Rectory | Same as Above | | | Included |
| 1 | 32 | 1 | | Convent | Same as Above | | | Included |
| 1 | 33 | 1 | | School | Same as Above | | | Included |
| 1 | 34 | 1 | | Church | Same as Above | | | Included |
| 1 | 35 | 1 | | Church | Same as Above | | | Included |
| 1 | 36 | 1 | | Church | Same as Above | | | Included |
| 1 | 37 | 1 | | Church Rectory | Same as Above | | | Included |
| 1 | 38 | 1 | | Church | Same as Above | | | Included |
| 1 | 39 | 1 | | Rectory | Same as Above | | | Included |
| 1 | 40 | 1 | | Garage | Same as Above | | | Included |

Form MLB-22 (Ed. 10-66)

Exhibit _D_
Page _19_ of _56_    _19_

 **SUPPLEMENTAL DECLARATIONS ENDORSEMENT** Form MLB-22 (Ed. 10-66)

Location of premises, as stated in the Declarations, is extended to include the following and insurance is provided with respect to those premises described below and with respect to those coverages and kinds of property for which a specific limit of liability is shown, subject to all the terms of this policy including forms and endorsements made a part hereof:

| Div. No. | Loc. No. | Bldg. No. | LOCATION OF PREMISES (Address, City, State) | OCCUPANCY | SECTION I | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | COVERAGE | Forms and Endorsements Applicable | Coinsurance Percentage Applicable | Limits of Liability (S) |
| 1 | 41 | 1 | | Storage | Same as | Above | | Included |
| 1 | 42 | 1 | | Bunkhouse | Same as | Above | | Included |
| 1 | 42 | 2 | | Bunkhouse | Same as | Above | | Included |
| 1 | 42 | 3 | | Bunkhouse | Same as | Above | | Included |
| 1 | 42 | 4 | | Bunkhouse | Same as | Above | | Included |
| 1 | 42 | 5 | | Bunkhouse | Same as | Above | | Included |
| 1 | 42 | 6 | | Church | Same as | Above | | Included |
| 1 | 42 | 7 | | Mess Hall | Same as | Above | | Included |
| 1 | 42 | 8 | | Pump House | Same as | Above | | Included |
| 1 | 42 | 9 | | Toilet Building | Same as | Above | | Included |
| 1 | 42 | 10 | | Toilet Building | Same as | Above | | Included |
| 1 | 42 | 11 | | Hall | Same as | Above | | Included |
| 1 | 42 | 12 | | Storage | Same as | Above | | Included |

Form MLB-22 (Ed. 10-66)

 **SUPPLEMENTAL DECLARATIONS ENDORSEMENT**
Form MLB-22
(Ed. 10-66)

Location of premises, as stated in the Declarations, is extended to include the following and insurance is provided with respect to those premises described below and with respect to those coverages and kinds of property for which a specific limit of liability is shown, subject to all the terms of this policy including forms and endorsements made a part hereof:

| Div. No. | Loc. No. | Bldg. No. | LOCATION OF PREMISES (Address, City, State) | OCCUPANCY | SECTION I | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | COVERAGE | Forms and Endorsements Applicable | Coinsurance Percentage Applicable | Limits of Liability ($) |
| 1 | 43 | 1 | | Church Rectory | Same as | Above | | Included |
| 1 | 44 | 1 | | Church Rectory | Same as | Above | | Included |
| 1 | 45 | 1 | | Church Rectory | Same as | Above | | Included |
| 1 | 46 | 1 | | Church | Same as | Above | | Included |
| 1 | 47 | 1 | | Church Rectory | Same as | Above | | Included |
| 1 | 48 | 1 | | Church | Same as | Above | | Included |
| 1 | 49 | 1 | | Rectory | Same as | Above | | Included |
| 1 | 50 | 1 | | Annex | Same as | Above | | Included |
| 1 | 51 | 1 | | Dwelling | Same as | Above | | Included |
| 1 | 52 | 1 | | Rectory | Same as | Above | | Included |
| 1 | 53 | 1 | | Church | Same as | Above | | Included |
| 1 | 54 | 1 | | Church | Same as | Above | | Included |
| 1 | 54 | 1 | | Retreat House | Same as | Above | | Included |

Form MLB-22 (Ed. 10-66)

 SUPPLEMENTAL DECLARATIONS ENDORSEMENT

Form MLB-22
(Ed. 10-66)

Location of premises, as stated in the Declarations, is extended to include the following and insurance is provided with respect to those premises described below and with respect to those coverages and kinds of property for which a specific limit of liability is shown, subject to all the terms of this policy including forms and endorsements made a part hereof:

| Div. No. | Loc. No. | Bldg. No. | LOCATION OF PREMISES (Address, City, State) | OCCUPANCY | SECTION I | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | COVERAGE | Forms and Endorsements Applicable | Coinsurance Percentage Applicable | Limits of Liability ($) |
| 1 | 54 | 2 | | Cabin | Same as | Above | | Included |
| 1 | 54 | 3 | | Cabin | Same as | Above | | Included |
| 1 | 54 | 4 | | Shed | Same as | Above | | Included |
| 1 | 54 | 5 | | Dwelling | Same as | Above | | Included |
| 1 | 54 | 6 | | Garage | Same as | Above | | Included |
| 1 | 55 | 1 | | Offices | Same as | Above | | Included |
| 1 | 56 | 1 | | Offices | Same as | Above | | Included |
| 1 | 57 | 1 | | Rectory | Same as | Above | | Included |
| 1 | 58 | 1 | | Convent | Same as | Above | | Included |
| 1 | 59 | 1 | | School | Same as | Above | | Included |
| 1 | 60 | 1 | | Cabin | Same as | Above | | Included |
| 1 | 61 | 1 | | CHurch Rectory | Same as | Above | | Included |
| 1 | 62 | 1 | | Church Rectory | Same as | Above | | Included |
| 1 | 63 | 1 | | Dwelling | Same as | Above | | Included |

Form MLB-22 (Ed. 10-66)

 **CFC** ®

# SUPPLEMENTAL DECLARATIONS ENDORSEMENT

Form MLB-22
(Ed. 10-66)

Location of premises, as stated in the Declarations, is extended to include the following and insurance is provided with respect to those premises described below and with respect to those coverages and kinds of property for which a specific limit of liability is shown, subject to all the terms of this policy including forms and endorsements made a part hereof:

| Div. No. | Loc. No. | Bldg. No. | LOCATION OF PREMISES (Address, City, State) | OCCUPANCY | SECTION I | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | COVERAGE | Forms and Endorsements Applicable | Coinsurance Percentage Applicable | Limits of Liability ($) |
| 1 | 63 | 2 | | Barn | Same as | Above | | Included |
| 1 | 63 | 3 | | Chicken House | Same as | Above | | Included |
| 1 | 63 | 4 | | Dwelling | Same as | Above | | Included |
| 1 | 64 | 1 | | Church Rectory | Same as | Above | | Included |
| 1 | 65 | 1 | | Hall | Same as | Above | | Included |

Form MLB-22 (Ed. 10-66)



Form MLB-196
(Ed. 1-71)

## PROTECTIVE SAFEGUARDS ENDORSEMENT

Failure to comply with the Protective Safeguard Clauses specified as applicable in the Schedule below shall suspend this insurance in accordance with the Protective Safeguards provisions set forth in this policy of which this endorsement is made a part.

### SCHEDULE

| Location Number | Building Number | Location (Street, Address, City & State) | Clause(s) Applicable |
|---|---|---|---|
| 55 | 1 | | A. |
| 56 | 1 | | |
| 59 | 1 | | B. |
| | | | A. |

**A. AUTOMATIC SPRINKLER CLAUSE (NON-SUPERVISORY)**

In consideration of the premium at which this policy is written, based on the protection of the premises by the sprinkler system, it is a condition of this policy that the insured shall exercise due diligence in maintaining in complete working order all equipment and services pertaining to the operation of the sprinkler system which are under the control of the insured. The insured shall give immediate notice to this Company of any impairment in or suspension of such equipment or service. No unsprinklered additions or extensions shall be made to the building unless immediate notification is given to this Company. Permission is given in case of break, leakage, freezing conditions or the opening of sprinkler heads, to shut off the water from so much of the sprinkler system as may be imperatively necessary with immediate notification to this Company and the protection restored as promptly as possible.

**B. AUTOMATIC SPRINKLER CLAUSE (SUPERVISORY)**

In consideration of the premium at which this policy is written, based on the protection of the premises by the sprinkler system and in connection therewith an approved central sprinkler supervisory service, it is a condition of this policy that the insured shall exercise due diligence in maintaining in complete working order all equipment and services pertaining to the operation of the approved central sprinkler supervisory service which are under the control of the insured. The insured shall give immediate notice to this Company of any impairment in or suspension of such equipment or service. No unsprinklered additions or extensions shall be made to the building unless immediate notification is given to this Company. Permission is given in case of break, leakage, freezing conditions or the opening of sprinkler heads to shut off the water from so much of the sprinkler system as may be imperatively necessary with immediate notification to this Company and the protection restored as promptly as possible.

**C. AUTOMATIC FIRE ALARM CLAUSE NO. 1**

In consideration of the premium at which this policy is written, it is a condition of this policy that the entire building is equipped with an approved automatic fire alarm connected to an approved central station or reporting directly to a public police or fire department station and

that, the insured shall exercise due diligence in maintaining in complete working order all equipment and services pertaining to the operation of this system which are under the control of the insured and shall give immediate notice of any impairment in or suspension of such equipment or service (within the knowledge of the insured) to this Company.

**D. AUTOMATIC FIRE ALARM CLAUSE NO. 2**

In consideration of the premium at which this policy is written, it is a condition of this policy that the entire building is equipped with an approved automatic fire alarm system with outside connection and that, the insured shall exercise due diligence in maintaining in complete working order all equipment and services pertaining to the operation of this system which are under the control of the insured and shall give immediate notice of any impairment in or suspension of such equipment or service (within the knowledge of the insured) to this Company.

**E. WATCHMAN AND CLOCK CLAUSE NO. 1**

In consideration of the premium at which this policy is written, it is a condition of this policy that the insured shall exercise due diligence in maintaining in complete working order all equipment of the approved watchman's service with approved recording system or watch clock at such times as the premises are not in actual operation, insofar as such watchman's service is under the control of the insured and shall give immediate notice of any impairment in or suspension of such equipment or service (within the knowledge of the insured) to this Company.

**F. WATCHMAN AND CLOCK CLAUSE NO. 2**

In consideration of the premium at which this policy is written, it is a condition of this policy that the insured shall exercise due diligence in maintaining in complete working order all equipment and services pertaining to the operation of the approved watchman's service with approved recording stations at such times as the premises are not in actual operation with all rounds of the watchman being recorded through an approved central station insofar as the watchman's service is under the control of the insured and shall give immediate notice of any impairment in or suspension of such equipment or service (within the knowledge of the insured) to this Company.

**G. OTHER PROTECTIVE SAFEGUARD CLAUSE(S)**

In consideration of the premium at which this policy is written, based on the protection of the premises by the protective safeguard system described below, it is a condition of this policy that, the insured shall exercise due diligence in maintaining in complete working order all equipment and services pertaining to the system and the insured shall give immediate notice of any impairment in or suspension of such equipment or service (within the knowledge of the insured) to this Company.

_____

(Describe System)

This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.

Form MLB-196 (Ed. 1-71)

STANDARD FORMS BUREAU FORM 20 (July 1933)

## AUTOMATIC SPRINKLER WARRANTY

Attached to and forming part of Policy No. SMP8288602 of the Pacific Insurance Company
Issued to

Dated 3/30/72

Agency at Anchorage, Alaska
CITY OR TOWN AND STATE

LABOW, HAYNES OF ALASKA, INC.

Agent AGENT'S SIGNATURE

| COMMENCEMENT OF POLICY | EXPIRATION OF POLICY | EFFECTIVE DATE OF THIS ENDORSEMENT | AMOUNT INSURED | OLD RATE | NEW RATE | RETURN PREMIUM |
|---|---|---|---|---|---|---|
| 4-15-72 | 4-15-75 | 4-15-72 | ——————— | FIRE ECE | | FIRE ECE |

THIS POLICY BEING WRITTEN AT A REDUCED RATE BASED ON THE PROTECTION OF THE PREMISES BY AN AUTOMATIC SPRINKLER SYSTEM, IT IS A CONDITION OF THIS POLICY THAT, SO FAR AS THE SPRINKLER SYSTEM AND THE WATER SUPPLY THEREFOR ARE UNDER THE CONTROL OF THE INSURED, DUE DILIGENCE SHALL BE USED BY THE INSURED TO MAINTAIN THEM IN COMPLETE WORKING ORDER, AND THAT NO CHANGE SHALL BE MADE IN THE SAID SYSTEM OR IN THE WATER SUPPLY THEREFOR WITHOUT THE CONSENT IN WRITING OF THIS COMPANY, and/or the Insurance Services Office.

Applies to:

TRADE MARK
STANDARD  2
REG. U.S. PAT. OFF.  July 1933

## LENDER'S LOSS PAYABLE ENDORSEMENT

1. Loss or damage, if any, under this policy, shall be paid to the Payee named on the first page of this policy, its successors and assigns, hereinafter referred to as "the Lender", in whatever form or capacity its interests may appear and whether said interest be vested in said Lender in its individual or in its disclosed or undisclosed fiduciary or representative capacity, or otherwise, or vested in a nominee or trustee of said Lender.

2. The insurance under this policy, or any rider or endorsement attached thereto, as to the interest only of the Lender, its successors and assigns, shall not be invalidated nor suspended: (a) by any error, omission, or change respecting the ownership, description, possession, or location of the subject of the insurance or the interest therein, or the title thereto; (b) by the commencement of foreclosure proceedings or the giving of notice of sale of any of the property covered by this policy by virtue of any mortgage or trust deed; (c) by any breach of warranty, act, omission, neglect, or non-compliance with any of the provisions of this policy, including any and all riders now or hereafter attached thereto, by the named insured, the borrower, mortgagor, trustor, vendee, owner, tenant, warehouseman, custodian, occupant, or by the agents of either or any of them or by the happening of any event permitted by them or either of them, or their agents, or which they failed to prevent, whether occurring before or after the attachment of this endorsement, or whether before or after a loss, which under the provisions of this policy of insurance or of any rider or endorsement attached thereto would invalidate or suspend the insurance as to the named insured, excluding herefrom, however, any acts or omissions of the Lender while exercising active control and management of the property.

3. In the event of failure of the insured to pay any premium or additional premium which shall be or become due under the terms of this policy or on account of any change in occupancy or increase in hazard not permitted by this policy, this Company agrees to give written notice to the Lender of such non-payment of premium after sixty (60) days from and within one hundred and twenty (120) days after due date of such premium and it is a condition of the continuance of the rights of the Lender hereunder that the Lender when so notified in writing by this Company of the failure of the insured to pay such premium shall pay or cause to be paid the premium due within ten (10) days following receipt of the Company's demand in writing therefor. If the Lender shall decline to pay said premium or additional premium, the rights of the Lender under this Lender's Loss Payable Endorsement shall not be terminated before ten (10) days after receipt of said written notice by the Lender.

4. Whenever this Company shall pay to the Lender any sum for loss or damage under this policy and shall claim that as to the insured no liability therefor exists, this Company, at its option, may pay to the Lender the whole principal sum and interest and other indebtedness due or to become due from the insured, whether secured or unsecured, (with refund of all interest not accrued), and this Company, to the extent of such payment, shall thereupon receive a full assignment and transfer, without recourse, of the debt and all rights and securities held as collateral thereto.

5. If there be any other insurance upon the within described property, this Company shall be liable under this policy as to the Lender for the proportion of such loss or damage that the sum hereby insured bears to the entire insurance of similar character on said property under policies held by, payable to and expressly consented to by the Lender. Any Contribution Clause included in any Fallen Building Clause Waiver or any Extended Coverage Endorsement attached to this contract of insurance is hereby nullified, and also any Contribution Clause in any other endorsement or rider attached to this contract of insurance is hereby nullified except Contribution Clauses for the compliance with which the insured has received reduction in the rate charged or has received extension of the coverage to include hazards other than fire and compliance with such Contribution Clause is made a part of the consideration for insuring such other hazards. The Lender upon the payment to it of the full amount of its claim, will subrogate this Company (pro rata with all other insurers contributing to said payment) to all of the Lender's rights of contribution under said other insurance.

6. This Company reserves the right to cancel this policy at any time, as provided by its terms, but in such case this policy shall continue in force for the benefit of the Lender for ten (10) days after written notice of such cancellation is received by the Lender and shall then cease.

7. This policy shall remain in full force and effect as to the interest of the Lender for a period of ten (10) days after its expiration unless an acceptable policy in renewal thereof with loss thereunder payable to the Lender in accordance with the terms of this Lender's Loss Payable Endorsement, shall have been issued by some insurance company and accepted by the Lender.

8. Should legal title to and beneficial ownership of any of the property covered under this policy become vested in the Lender or its agents, insurance under this policy shall continue for the term thereof for the benefit of the Lender but, in such event, any privileges granted by this Lender's Loss Payable Endorsement which are not also granted the insured under the terms and conditions of this policy and/or under other riders or endorsements attached thereto shall not apply to the insurance hereunder as respects such property.

9. All notices herein provided to be given by the Company to the Lender in connection with this policy and this Lender's Loss Payable Endorsement shall be mailed to or delivered to the Lender at its office or branch described on the first page of the policy.

Approved:
    Board of Fire Underwriters of the Pacific,
    California Bankers' Association,
        Committee on Insurance.

Form 438BFU NS (Rev. May 1, 1942) x

## SCHEDULE OF MORTGAGEES

1.

2.

3.

4.

5.

This endorsement, effective ___4/15/72___, forms part of Policy _____

issued to                                                                    by the

___Pacific Insurance Company_____.

LABOW, HAYNES OF ALASKA, INC.

## DEDUCTIBLE ENDORSEMENT

|  |  | FIRE | ECE | VMM |  |
|---|---|---|---|---|---|
| Basis of Insurance $ 7,738,366. | Full Coverage Rate | .680 | .099 | .014 |  |
| Deductible Amount $ 1,000. | Credit for Deductible Amount | __ % | __ % | __ % | __ % |
| Limit of Liability $ 7,738,366. | Rate for Deductible Insurance after Credit | .680 | .099 | .014 |  |

1. Each claim for loss or damage (separately occurring) shall be adjusted separately and from each such adjusted claim the sum of the deductible specified above shall be deducted. In the event of any recovery and/or salvage on a loss which has been or is being or is about to be paid hereunder, such recovery' and/or salvage shall accrue entirely to the benefit of this Company under this policy until the sum paid by them has been made up.

2. The deductible specified above shall apply separately to each:

   ☐ Occurrence )
   ☒ Location    )    (Indicate one) except .........................................................
   ☐ Item        )

   ......This endorsement does not apply to the Personal Effects Coverage extension

   ......afforded under this policy. ...........................................................

3. It is a condition of this policy that the deductible amount specified shall be solely at the risk of the insured, and shall not be covered under any other policy of insurance, except as provided in Paragraph 4.

4. No additional insurance shall be permitted unless permission is granted by the completion of the following:

   A. Permission is granted to carry additional insurance in the amount of $ ..................... ...... . applying to property

   situated at ......... . .
   which shall be deemed to be concurrent insurance.

   B. When additional concurrent insurance is carried in accordance with Item A of this paragraph, the deductible amount specified herein shall apply to this policy, only to the extent of the pro rata proportion which this policy bears to the total permitted insurance.

   C. Additional insurance carried in accordance with the foregoing shall be added to the sum set forth in this policy as "Basis of Insurance" for the purpose of determining compliance with any coinsurance, contribution, average, or distribution clause.

   D. Additional insurance which is permitted by the terms of this endorsement shall not violate the conditions of Paragraph 3, whether or not such additional insurance contains a deductible clause.

   E. When additional insurance is not disclosed and permission granted hereunder, the full amount of the deductible shall apply to any losses apportioned to this policy.

5. In consideration of the reduced rate(s) at which this insurance is written, this company shall in no event be liable with respect to any one loss for an amount greater than its pro rata proportion of the sum set forth as "Limit of Liability," or if more than one location be insured hereunder with a specific "Limit of Liability" applicable to each location, in no event shall this company be liable with respect to any location for an amount greater than its pro rata proportion of the "Limit of Liability" applicable thereto.

6. It is a condition of this policy that any coinsurance, contribution, average or distribution clause, which may be a part hereof, shall apply to the full value of the property insured, without reduction for the amount of the deductible specified herein, and that such deductible shall apply after any penalty has been assessed by the application of such coinsurance, contribution, average or distribution clause. For the purpose of determining compliance with any such coinsurance, contribution, average or distribution clause, the sum set forth as "Basis of Insurance" shall be applied to the full value of the property as aforesaid.

Nothing herein contained shall vary, alter, waive or extend any of the terms, representations, conditions or agreements of the policy other than as above stated.

To be attached to and forming a part of Policy No. ................................................ of the ................................................

........................ Pacific Insurance Company .........................

| ·sued to .... | | |
|---|---|---|
| ·ection No. ..................... | | LABOW, HAYNES OF ALASKA) INC. |
| Endorsement No. ................... Effective...... 4/15/72 | | Agent |

This endorsement, effective ___4/15/72___, forms part of Policy No. _____

issued to

by ___Pacific Insurance Company_____.

### AMENDATORY ENDORSEMENT

The following clause is added to Form MLB 104, Coverage B - Personal Property:

PERSONAL PROPERTY OF OTHERS:  The insured may apply at each location up
to 2%, but no exceeding $2,000, of the limit of liability specified for
Coverage B - Personal Property at such location, as an additional amount
of insurance, to cover for the account of the owners thereof (other than
the named insured) direct loss by a peril insured against to personal
property, similar to that covered by this policy, belonging to others while
in the care, custody or control of the named insured and only while on the
described premises or within 100 feet thereof.

Loss shall be adjusted with the named insured for the account of the owners
of the property, except that the right to adjust any loss with the owners
is reserved to the Company and the receipts of the owners in satisfaction
thereof shall be in full satisfaction of any claim by the named insured
for which payments have been made.  As respects personal property belonging
to others, this provision shall replace any loss payable provision of this
policy.

The Coinsurance Clause of this form or any other form made a part of this
policy shall not apply to this coverage, and when applying said clause to
insurance covering property owned by the insured, the value of personal
property of others shall not be considered in the determination of actual
cash value.

When there is Contributing Insurance, the Company shall not be liable for
more than its pro rata share of the limit applying to personal property of
others.

_LABOW, HAYNES OF ALASKA, INC._

INLAND MARINE

IM 2366
(Ed. 2-68)

## SCHEDULED PROPERTY FLOATER SUPPLEMENTAL ENDORSEMENT

This supplemental endorsement, effective     4/15/72     . forms a part of policy No.

Issued by  Pacific Insurance Company

located (city and state)                                                            at its Agency

Date     4/15/72

The terms and conditions of this supplemental endorsement shall apply only to the property covered hereunder and none of the terms and conditions of the policy or any other endorsement which may be attached thereto, except the cancelation provision, shall apply to the insurance hereunder.

If any of the property covered by this supplemental endorsement is also covered under any other provision of the policy to which this supplemental endorsement is attached, those provisions are hereby amended to exclude such property, the intent being that the coverage under this supplemental endorsement is the sole coverage on such property.

    $ 130,500  Amount      1.163   Rate         $Included Premium

If the Supplemental Endorsement Period is more than one year and the premium is to be paid in installments, the total premium for this supplemental endorsement is $ Incl. payable:

    $ Incl. on the Effective date, $ Incl. on the 1st Anniversary,    $ Incl. on the 2nd Anniversary.

In consideration of the stipulations herein named and of the premium above specified the Company does insure

hereinafter called the Insured, whose address is

from     4/15/72        at noon, to      4/15/75            at noon, Standard Time at place of

issuance, to an amount not exceeding the amount(s) above specified, on the following described property:

        As per Miscellaneous Articles Limited Form Attached hereto.

### CONDITIONS

1. Misrepresentation and Fraud. This entire supplemental endorsement shall be void if, whether before or after a loss, the Insured has concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the Insured therein, or in case of any fraud or false swearing by the Insured relating thereto.

2. Notice of Loss. The Insured shall as soon as practicable report in writing to the Company or its agent every loss, damage or occurrence which may give rise to a claim under this supplemental endorsement and shall also file with the Company or its agent within ninety (90) days from date of discovery of such loss, damage or occurrence, a detailed sworn proof of loss.

THE PROVISIONS PRINTED ON THE BACK PAGE OF THIS SUPPLEMENTAL ENDORSEMENT
ARE HEREBY REFERRED TO AND MADE A PART HEREOF.

LABOW, HAYNES OF ALASKA INC.

..................................................................................Agent.

Exhibit ____D____
Page ___30___ of __56__    30

_Authorized Representative_

# MISCELLANEOUS ARTICLES LIMITED FORM

### I. PROPERTY COVERED

On the following described property of the Insured:

| Description | Amount of Insurance |
| --- | --- |
| Personal Effects while located on the premises described under Form MLB–22 belonging to the insured, officers, partners or employees thereof, and limited to $4,500. on personal effects owned by any one individual. This insurance is in excess of the $500 limit for any one individual as covered under Form MLB–104, "IV. EXTENSIONS OF COVERAGE, A, 3. Personal Effects". A catastrophe limits of $31,500. applies at any one location. | $ 130,500. |

### II. PERILS COVERED

This policy insures only against direct loss or damage caused by:

(a) Fire or Lightning;

(b) Windstorm;

(c) Explosion;

(d) Riot or Civil Commotion;

(e) Aircraft or objects falling therefrom;

(f) Smoke due to a sudden, unusual and faulty operation of any stationary steam, hot water or hot air plant pertaining solely to the service of the building(s) at which property insured by this policy is covered;

(g) Collision, meaning thereby only accidental collision of the vehicle upon which the insured property is being transported with any other vehicle or object (the striking of curbing or any portion of the roadbed or the striking of rails or ties of steel, steam or electric railroads or the coming in contact with any stationary object in backing for loading or unloading purposes or the coming together of trucks and trailers during coupling or uncoupling, shall not be deemed collisions);

(h) Upset, overturn or derailment of the vehicle upon which the insured property is being transported, including collapse of bridges;

(i) Perils of the seas, rivers or inland waters, but only while the said property is on ferries.

(j) Vandalism and Malicious Mischief;

(k) Theft.

### III. EXCLUSIONS

This policy does not insure against loss or damage:

(a) caused by short circuit or other electrical injury or disturbance exclusive of lightning to electrical appliances, devices or wiring unless fire ensues and then for the loss or damage by fire only;

(b) caused by infidelity of insured's employees or persons to whom the insured property is entrusted, if this policy is written to include theft;

(c) caused by or resulting from: (1) hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack, (a) by any government or sovereign power (de jure or de facto), or by any authority maintaining or using military, naval or air forces; or (b) by military, naval or air forces; or (c) by an agent of any such government, power, authority or forces; (2) any weapon of war employing atomic fission

or radio-active force whether in time of peace or war; (3) insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an occurrence, seizure or destruction under quarantine or Customs regulations, confiscation by order of any government or public authority, or risks of contraband or illegal transportation or trade;

(d) by nuclear reaction or nuclear radiation or radio-active contamination, all whether controlled or uncontrolled, and whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by the peril(s) insured against in this policy; however, subject to the foregoing and all provisions of this policy, direct loss by fire resulting from nuclear reaction or nuclear radiation or radioactive contamination is insured against by this policy.

### IV. TERRITORIAL LIMITS

This policy insures only while the property is in transit within and between the States of the United States, the District of Columbia, Puerto Rico or Canada excluding property shipped via the Panama Canal, or to or from Alaska, Hawaii, or Puerto Puerto, but subject always to the limitations, conditions, exclusions and exceptions stated herein.

### V. SPECIAL CONDITION

In consideration of the reduced rate and premium charged for this policy it is agreed that the Company shall be liable for no greater proportion of any loss than the amount hereby insured bears to 100% of the actual cash value of the property described herein at the time when such loss shall occur.

Subject to all the terms and conditions of the policy to which this form is attached.

## MISCELLANEOUS ARTICLES BROAD FORM

### I. PROPERTY COVERED

On the following described property of the Insured:

| Description | Amount of Insurance |
|---|---|

Per IM 2006 (1-2-44) Attached

It is further agreed that Territorial limits as described below are amended to include property shipped to and from Alaska.

### II. INSURING AGREEMENT

This policy insures against all risks of physical loss or damage from any external cause except as hereinafter provided.

### III. EXCLUSIONS

This policy does not insure against loss or damage:

(a) caused by wear and tear, gradual deterioration, depreciation, dampness, extremes of temperature, insects, vermin, defect, inherent vice or damage sustained due to any process or while being actually worked upon and resulting therefrom;

(b) due to infidelity of Insured's employees and persons to whom the insured property may be entrusted;

(c) caused by short circuit or other electrical injury or disturbance exclusive of lightning to electrical appliances, devices or wiring unless fire ensues and then for the loss or damage by fire only;

(d) due to mechanical damage or breakdown caused by operation, demonstration or repairs; nor against breakage, marring, scratching, chipping or denting, unless caused by fire, thieves, cyclone, tornado, windstorm, earthquake, flood, explosion, malicious damage, or by derailment, collision or overturn of vehicle;

(e) caused by or resulting from (1) hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack, (a) by any government or sovereign power (de jure or de facto), or by any authority maintaining or using military, naval or air forces; or (b) by military, naval or air forces; or (c) by an agent of any such government, power, authority or forces; (2) any weapon of war employing atomic fission or radioactive force whether in time of peace or war; (3) insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an occurrence, seizure or destruction under quarantine or customs regulations, confiscation by order of any government or public authority, or risks of contraband or illegal transportation or trade;

(f) by nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, and whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by the peril(s) insured against in this policy; however, subject to the foregoing and all provisions of this policy, direct loss by fire resulting from nuclear reaction or nuclear radiation or radioactive contamination is insured against by this policy.

### IV. TERRITORIAL LIMITS

This policy insures only while the property is at locations within or is in transit within and between the states of the United States, the District of Columbia, Puerto Rico or Canada, excluding property shipped via the Panama Canal, or to or from Alaska, Hawaii or Puerto Rico, but subject always to the limitations, conditions, exclusions and exceptions stated herein.

### V. SPECIAL CONDITIONS

1. In consideration of the reduced rate and premium charged for this policy, it is agreed that the Company shall be liable for no greater proportion of any loss than the amount hereby insured bears to 100% of the actual cash value of the property described herein at the time when such loss shall occur.

2. All clauses, conditions and warranties in the printed portions of this policy in conflict with the terms of this special form are waived.

Subject to all the terms and conditions of the policy to which this form is attached.

This endorsement, effective  4/15/72   forms a part of Policy No. _____

issued to

by   Pacific Insurance Company              .

INLAND MARINE DEDUCTIBLE

It is understood and agreed that each claim for loss or damage, shall
be adjusted separately and from the amount of each such loss, when
determined, the sum of $ 100.00    shall be deducted.

*James R. McKeown*

Authorized Agent

This endorsement applies only to coverages
declared under Misc. Articles Broad Form and
IM 2006 attached.

3. **Examination Under Oath.** The Insured, as often as may be reasonably required, shall exhibit to any person designated by the Company all that remains of any property herein described, and shall submit, and in so far as is within his or their power cause his or their employees, members of the household and others to submit to examinations under oath by any person named by the Company and subscribe the same; and, as often as may be reasonably required, shall produce for examination all writings, books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by the Company or its representative, and shall permit extracts and copies thereof to be made. No such examination under oath or examination of books or documents, nor any other act of the Company or any of its employees or representatives in connection with the investigation of any loss or claim hereunder, shall be deemed a waiver of any defense which the Company might otherwise have with respect to any loss or claim, but all such examinations and acts shall be deemed to have been made or done without prejudice to the Company's liability.

4. **Valuation.** The Company shall not be liable beyond the actual cash value of the property at the time any loss or damage occurs and the loss or damage shall be ascertained or estimated according to such actual cash value with proper deduction for depreciation, however caused, and shall in no event exceed what it would then cost to repair or replace the same with material of like kind and quality.

5. **Settlement of Loss.** All adjusted claims shall be paid or made good to the Insured within sixty (60) days after presentation and acceptance of satisfactory proof of interest and loss at the office of the Company. No loss shall be paid or made good if the Insured has collected the same from others.

6. **No Benefit to Bailee.** This Insurance shall in nowise inure directly or indirectly to the benefit of any carrier or other bailee.

7. **Subrogation or Loan.** If in the event of loss or damage the Insured shall acquire any right of action against any individual, firm or corporation for loss of, or damage to, property covered hereunder, the Insured will, if requested by the Company, assign and transfer such claim or right of action to the Company or, at the Company's option, execute and deliver to the Company the customary form of loan receipt upon receiving an advance of funds in respect of the loss or damage; and will subrogate the Company to, or will hold in trust for the Company, all such rights of action to the extent of the amount paid or advanced, and will permit suit to be brought in the Insured's name under the direction of and at the expense of the Company.

8. **Loss Clause.** Any loss hereunder shall not reduce the amount of this policy, except in the event of payment of claim for total loss of an item specifically scheduled hereon. If claim is paid for total loss of one or more scheduled items, the unearned premium applicable to such items will be refunded to the Insured or applied to the premium due on item(s) replacing those on which the claim was paid.

9. **Pair, Set or Parts.** In the event of loss of or damage to:

   (a) any article or articles which are a part of a pair or set, the measure of loss of or damage to such article or articles shall be a reasonable and fair proportion of the total

value of the pair or set, giving consideration to the importance of said article or articles, but in no event shall such loss or damage be construed to mean total loss of the pair or set; or

   (b) any part of property covered consisting, when complete for use, of several parts, the Company shall only be liable for the value of the part lost or damaged.

10. **Protection of Property.** In case of loss, it shall be lawful and necessary for the Insured, his or their factors, servants and assigns, to sue, labor, and travel for, in and about the defense, safeguard and recovery of the property insured hereunder, or any part thereof, without prejudice to this insurance, nor shall the acts of the Insured or the Company, in recovering, saving and preserving the property insured in case of loss be considered a waiver or an acceptance of abandonment. The expenses so incurred shall be borne by the Insured and the Company proportionately to the extent of their respective interests.

11. **Suit.** No suit, action or proceeding for the recovery of any claim under this supplemental endorsement shall be sustainable in any court of law or equity unless the same be commenced within twelve (12) months next after discovery by the Insured of the occurrence which gives rise to the claim, provided however, that if by the laws of the State within which this supplemental endorsement is issued such limitation is invalid, then any such claims shall be void unless such action, suit or proceeding be commenced within the shortest limit of time permitted by the laws of such State.

12. **Appraisal.** If the Insured and the Company fail to agree as to the amount of loss, each shall, on the written demand of either, made within sixty (60) days after receipt of proof of loss by the Company, select a competent and disinterested appraiser, and the appraisal shall be made at a reasonable time and place. The appraisers shall first select a competent and disinterested umpire, and failing for fifteen (15) days to agree upon such umpire, then, on the request of the Insured or the Company, such umpire shall be selected by a judge of a court of record in the State in which such appraisal is pending. The appraisers shall then appraise the loss, stating separately the actual cash value at the time of loss and the amount of loss, and failing to agree shall submit their differences to the umpire. An award in writing of any two shall determine the amount of loss. The Insured and the Company shall each pay his or its chosen appraiser and shall bear equally the other expenses of the appraisal and umpire. The Company shall not be held to have waived any of its rights by any act relating to appraisal.

13. **Changes.** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this supplemental endorsement or estop the Company from asserting any right under the terms of this supplemental endorsement, nor shall the terms of this supplemental endorsement be waived or changed, except by endorsement issued to form a part of this supplemental endorsement.

14. **Conformity to Statute.** Terms of this supplemental endorsement which are in conflict with the statutes of the State wherein this supplemental endorsement is issued are hereby amended to conform to such statutes.

**KANSAS:** If this supplemental endorsement is issued in the State of Kansas, the words "five (5) years" are substituted for the words "twelve (12) months" in the "Suit" Condition.

SMP LIABILITY INSURANCE FORM
SECTION II LIABILITY COVERAGE

Form MLB-700
(Ed. 10-66)

**I. COVERAGE C — BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

The Company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of bodily injury or property damage to which this insurance applies, caused by an occurrence and arising out of the ownership, maintenance or use of the insured premises and all operations necessary or incidental to the business of the named insured conducted at or from the insured premises and the Company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

(1) any automobile or aircraft owned or operated by or rented or loaned to the named insured, or

(2) any other automobile or aircraft operated by any person in the course of his employment by the named insured;

but this exclusion does not apply to the parking of an automobile on insured premises, if such automobile is not owned by or rented or loaned to the named insured;

(c) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to the named insured;

(d) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of any watercraft, if the bodily injury or property damage occurs away from the insured premises owned by, rented to or controlled by the named insured; but this exclusion does not apply to the products hazard or property damage included within the products hazard or the completed operations hazard or resulting from operations performed for the named insured by independent contractors or to liability assumed by the insured under an incidental contract;

(e) to bodily injury or property damage arising out of operations on or from premises (other than insured premises) owned by, rented to or controlled by the named insured, or to liability assumed by the insured under any contract or agreement relating to such premises;

(f) to bodily injury or property damage for which the insured or his indemnitee may be held liable, as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or as an owner or lessor of premises used for such purposes, by reason of the selling, serving or giving of any alcoholic beverage

(1) in violation of any statute, ordinance or regulation,

(2) to a minor,

(3) to a person under the influence of alcohol, or

(4) which causes or contributes to the intoxication of any person;

to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

n MLB-700 (Ed. 10-66)

(i) to property damage to

(1) property owned or occupied by or rented to the insured,

(2) property used by the insured, or

(3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the named insured;

(j) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(k) to bodily injury or property damage resulting from the failure of the named insured's products or work completed by or for the named insured to perform the function or serve the purpose intended by the named insured, if such failure is due to a mistake or deficiency in any design, formula, plan, specifications or advertising material or printed instructions prepared or developed by any insured; but this exclusion does not apply to bodily injury or property damage resulting from the active malfunctioning of such products or work;

(l) to property damage to the named insured's products arising out of such products or any part of such products;

(m) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(n) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work forms a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(o) to bodily injury and property damage arising out of demolition operations performed by or on behalf of the insured.

**II. PERSONS INSURED**

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the named insured is designated in the Declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor;

(b) if the named insured is designated in the Declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the Declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, member of the board of trustees, directors or governors or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,

(i) an employee of the named insured while operating any such equipment in the course of his employment, and

(ii) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

provided that no person or organization shall be an insured under this paragraph (e) with respect to:

Page 1 of 3

(1) bodily injury to any fellow employee of such person injured in the course of his employment; or

(2) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (1).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

### III. SUPPLEMENTARY PAYMENTS

The Company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the Company, all costs taxed against the insured in any suit defended by the Company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the Company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the Company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the insured because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the Company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the insured for first aid to others at the time of an accident, for bodily injury to which this policy applies;

(d) reasonable expenses incurred by the insured at the Company's request, including actual loss of wages or salary (but not loss of other income) not to exceed $25 per day because of his attendance at hearings or trials at such request.

### IV. LIMITS OF LIABILITY — COVERAGE C

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the Company's liability is limited as follows:

(a) The limit of liability for Coverage C stated in the Declarations as applicable to "each occurrence" is the total limit of the Company's liability for all damages as a result of any one occurrence provided that with respect to any occurrence for which notice of this policy is given in lieu of security or when this policy is certified as proof of financial responsibility under the provisions of the Motor Vehicle Financial Responsibility Law of any state or province such limit of liability shall be applied to provide the separate limits required by such law for bodily injury liability and property damage liability to the extent of the coverage required by such law, but the separate application of such limit shall not increase the total limit of the Company's liability

subject to the above provision respecting "each occurrence", the total liability of the Company for all damages because of all bodily injury and property damage which occurs during each annual period while this policy is in force commencing from its effective date and is described in any of the numbered subparagraphs below shall not exceed the limit of liability stated in the Declarations as "aggregate":

(1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

(2) all property damage arising out of and occurring in the course of operations performed for the named insured, by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the

Form M1.B-280 (Ed. 10-66)

named insured or to any employee of such a tenant if the bodily injury occurs on the tenant's part of the insured premises and arises out of and in the course of his employment for the tenant;

(3) to any person while engaged in maintenance and repair of the insured premises or alteration, demolition or new construction at such premises;

(4) to any person if any benefits for such bodily injury are payable or required to be provided under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(5) to any person practicing, instructing or participating in any physical training, sport, athletic activity or contest;

, any medical expense for services by the named insured, any employee thereof or any person or organization under contract to the named insured to provide such services.

---

named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all bodily injury and property damage included within the completed operations hazard and all bodily injury and property damage included within the products hazard.

Such aggregate limit shall apply separately to the property damage described in subparagraphs (1) and (2) and separately with respect to each project away from the insured premises. Such aggregate limit shall apply separately to the bodily injury and property damage described in sub-paragraph (3).

For the purpose of determining the limit of the Company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

### V. COVERAGE D — PREMISES MEDICAL PAYMENTS:

The Company will pay to or for each person who sustains bodily injury caused by accident all reasonable medical expense incurred within one year from the date of the accident on account of such bodily injury, provided such bodily injury arises out of (a) a condition in the insured premises or (b) operations with respect to which the named insured is afforded coverage for bodily injury liability under this policy.

Exclusions:

This insurance does not apply:

(a) to bodily injury

(1) arising out of operations on or from premises (other than insured premises) owned by, rented to, or controlled by the named insured;

(2) arising out of the ownership, maintenance, operation, use, loading or unloading of
     (i) any automobile or aircraft owned or operated by or rented or loaned to the named insured, or
     (ii) any other automobile or aircraft operated by any person in the course of his employment by the named insured,
     but this exclusion does not apply to the parking of an automobile on the insured premises if such automobile is not owned by or rented or loaned to the named insured;

(3) arising out of the ownership, maintenance, operation, use, loading or unloading of any watercraft, if the bodily injury occurs away from the insured premises;

(4) arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to the named insured;

(b) to bodily injury

(1) included within the completed operations hazard or the products hazard;

(2) arising out of operations performed for the named insured by independent contractors other than (i) maintenance and repair of the insured premises or (ii) structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) resulting from the selling, serving or giving of any alcoholic beverage (i) in violation of any statute, ordinance or regulation, (ii) to a minor, (iii) to a person under the influence of alcohol or (iv) which causes or contributes to the intoxication of any person, but this exclusion (b) 3 applies only if the named insured is a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or is an owner or lessor of premises used for such purposes;

(4) arising out of demolition operations performed by or on behalf of insureds;

(c) to bodily injury

(1) to the named insured, any partner therein, any tenant or other person regularly residing on the insured premises or any employee of the foregoing if the bodily injury arises out of and in the course of his employment therewith;

(2) to any other tenant if the bodily injury occurs on that part of the insured premises rented from the

Page 2 of 3

---

### VI. LIMITS OF LIABILITY — COVERAGE D:

The limit of liability for Coverage D stated in the Declarations as applicable to "each person" is the limit of the Company's liability for all medical expense for bodily injury to any one person as the result of any one accident; but subject to the above provision respecting "each person", the total liability of the Company under Premises Medical Payments Coverage for all medical expense for bodily injury to two or more persons as the result of any one accident shall not exceed the limit of liability stated in the Declarations as applicable to "each accident".

When more than one medical payments coverage afforded by this policy applies to the loss, the Company shall not be liable for more than the amount of the highest applicable limit of liability.

**CFC®** COMPREHENSIVE GENERAL LIABILITY INSURANCE ENDORSEMENT Form MLB-202
(Ed. 10-66)

In consideration of the payment of premium, in reliance upon the statements in the Declarations made a part hereof and subject to all of the terms of this endorsement, the Company agrees with the named insured as follows:

## I. COVERAGE — BODILY INJURY AND PROPERTY DAMAGE LIABILITY

The Company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of bodily injury or property damage to which this insurance applies, caused by an occurrence, and the Company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

(1) any automobile or aircraft owned or operated by or rented or loaned to the named insured, or

(2) any other automobile or aircraft operated by any person in the course of his employment by the named insured;

but this exclusion does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to the named insured;

(c) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to the named insured;

(d) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of any watercraft, if the bodily injury or property damage occurs away from premises owned by, rented to or controlled by the named insured; but this exclusion does not apply to bodily injury or property damage included within the products hazard or the completed operations hazard or resulting from operations performed for the named insured by independent contractors or to liability assumed by the insured under an incidental contract;

(e) to bodily injury or property damage for which insurance is afforded under

(1) the SMP Liability Insurance Coverage, or

(2) any Comprehensive Personal Liability Endorsement forming a part of this policy

or for which insurance would have been afforded but for the exhaustion of the limits of liability thereunder;

(f) to bodily injury or property damage for which the insured or his indemnitee may be held liable, as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or as an owner or lessor of premises used for such purposes, by reason of the selling, serving or giving of any alcoholic beverage

(1) in violation of any statute, ordinance or regulation,

(2) to a minor,

(3) to a person under the influence of alcohol, or

(4) which causes or contributes to the intoxication of any person;

(g) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(h) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

(i) to property damage to

(1) property owned or occupied by or rented to the insured,

(2) property used by the insured, or

(3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of elevators at premises owned by, rented to or controlled by the named insured;

(j) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(k) to bodily injury or property damage resulting from the failure of the named insured's products or work completed by or for the named insured to perform the function or serve the purpose intended by the named insured, if such failure is due to a mistake or deficiency in any design, formula, plan, specifications or advertising material or printed instructions prepared or developed by any insured; but this exclusion does not apply to bodily injury or property damage resulting from the active malfunctioning of such products or work;

(l) to property damage to the named insured's products arising out of such products or any part of such products;

(m) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(n) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work forms a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

## II. LIMIT OF LIABILITY — COVERAGE C

The limit of the Company's liability with respect to each occurrence under this endorsement is the amount stated in the Declarations as applicable to Coverage C of Section II of this policy and such limits apply to the insurance afforded by this endorsement in accordance with the terms of Provision IV, Limits of Liability, of Section II.

## III. OTHER PROVISIONS APPLICABLE TO THIS ENDORSEMENT

A. The following provisions applicable to Sections I and II of the policy are applicable to this endorsement: War Risk Exclusion; Inspection and Audit; Cancellation; Subrogation; and subparagraph (2) of Policy Period, Territory.

B. The following terms and provisions applicable only to Section II are applicable to this endorsement: Persons Insured; Supplementary Payments; Modification of Terms; Financial Responsibility Laws; Premium; Insured's Duties in the Event of Occurrence, Claim or Suit; Other Insurance; Action Against the Company; Nuclear Exclusion; and Definitions — Section II.

This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.

Form MLB-202 (Ed. 10-66)



**COLLEGES OR SCHOOLS ENDORSEMENT**
(Standard)

Form MLB-248
(Ed. 10-66)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

SMP LIABILITY INSURANCE

### SCHEDULE

First Aid Coverage:

   ☒ (1) Excluding all students                                         (Paragraph 3 (a))

   ☐ (2) Including all students                                         (Paragraph 3 (b))

It is agreed that with respect to the operation of any college or school by or on behalf of the named insured:

1. **Additional Insureds:** The "Persons Insured" provision is amended to include as an insured any of the following while acting within the scope of his duties as such:

   (a) If the named insured is a private charitable or educational institution, any trustee or member of the Board of Governors thereof,

   (b) If the named insured is a public board or commission, any executive officer or member thereof.

2. **First Aid:** The insurance under the "Supplementary Payments" provision for first aid is subject to the following special provision:

   (a) If an "x" is entered in the schedule in the block opposite "Excluding All Students", the insurance does not apply to first aid to any student or pupil,

   (b) Subject to paragraph 2(a), unless an "x" is entered in the block opposite "Including All Students" the insurance does not apply to first aid to any student or pupil injured while engaged in any athletic activities (including calisthenic drills and gymnasium classes) directed or organized by any insured or by any person acting on behalf of the named insured,

   (c) The insurance does not apply to expenses for services provided by the named insured or his employees or by any person or organization under contract with the named insured to provide such services.

3. **Infirmaries, Clinics, Hospitals, Professional Schools:** If the college or school (A) has an infirmary with facilities for lodging and treatment, (B) has a public clinic or hospital or (C) gives instruction in cosmetic, tonsorial, dental, medical, mortuary or sanatory arts or skills, the insurance does not apply to (1) the rendering of or failure to render (a) medical, surgical, dental, X-ray or nursing service or treatment, or the furnishing of food or beverages in connection therewith, (b) any service or treatment conducive to health or of a professional nature, or (c) any cosmetic or tonsorial service or treatment; (2) the furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances; or (3) the handling of or performing of autopsies on dead bodies.

4. **Transportation of Pupils:** With respect to the transportation of students or pupils, exclusions (b) and (d) of the policy are replaced by the following:

   The insurance does not apply to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of any aircraft, automobile or watercraft owned, operated or hired by or for the insured or any officer, employee or member of the teaching, supervisory or administrative staff thereof. For the purpose of this exclusion the word "hired" shall be deemed to include any contract to furnish transportation of pupils to and from schools.

    **This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.**

Form MLB-248 (Ed. 10-66)



Form MLB-227
(Ed. 8-70)

# EXCLUSION
## (Contamination or Pollution)

This endorsement modifies such insurance as is afforded by the provision of the policy relating to the following:

### SMP LIABILITY INSURANCE
### COMPREHENSIVE GENERAL LIABILITY INSURANCE

It is agreed that the insurance does not apply to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any watercourse or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental.

Form MLB-227 (Ed. 8-70)

 PERSONAL INJURY LIABILITY INSURANCE ENDORSEMENT    Form MLB-220
(Ed. 8-67)

In consideration of the payment of the premium, in reliance upon the statements in the Declarations made a part hereof and subject to all of the terms of this endorsement, the Company agrees with the named insured as follows:

## SCHEDULE

The insurance afforded is only with respect to personal injury arising out of an offense included within such of the following groups of offenses as are indicated by specific premium charge or charges:

### Groups of Offenses
|  | Provisional Premium |
|---|---|
| A. False Arrest, Detention or Imprisonment, or Malicious Prosecution | $ Included |
| B. Libel, Slander, Defamation or Violation of Right of Privacy | $ Included |
| C. Wrongful Entry or Eviction or other Invasion of Right of Private Occupancy | $ Included |
| Minimum Premium $ Included        Total Provisional Premium | $ Included |

Limits of Liability: $ 100,000 ___ each person aggregate: $ 300,000 ___ general aggregate.

Insured's participation Nil %

## I. COVERAGE—PERSONAL INJURY LIABILITY

The Company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of injury (herein called "personal injury") sustained by any person or organization and arising out of one or more of the following offenses:

Group A — false arrest, detention or imprisonment, or malicious prosecution;

Group B — the publication or utterance of a libel or slander or of other defamatory or disparaging material, or a publication or utterance in violation of an individual's right of privacy; except publications or utterances in the course of or related to advertising, broadcasting or telecasting activities conducted by or on behalf of the named insured;

Group C — wrongful entry or eviction, or other invasion of the right of private occupancy;

if such offense is committed in the conduct of the named insured's business during the policy period within the United States of America, its territories or possessions, or Canada, and the Company shall have the right and duty to defend any suit against the insured seeking damages on account of such personal injury even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgment or settlements.

This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.

Form MLB-220 (Ed. 8-67)

Exclusion "C" deleted per additional premium charged    Page 1 of 2

 GENERAL SCHEDULE — SECTION II                Form MLB-16
                                                                 (Ed. 10-66)

☐ MLB-200, SMP Liability Insurance Form          ☒ MLB-202, Comprehensive General Liability Insurance
   Description of Hazards and Locations             Endorsement

| The rating classifications herein, except as specifically provided elsewhere, do not modify any of the provisions of the policy. | Code No. | Premium Bases † | | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|---|
| | | | | *B.I. | P.D. | *B.I. | P.D. |
| (a) Premises—Operations | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration | | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration | | *If Single Limit, Use B.I. Column. | |
| (b) Elevators | | (d) Number Insured | | (d) Per Elevator | | Include Premium for Premises Medical Payment Insurance in B.I. Column. | |
| (c) Independent Contractors—Let or Sublet Work | | (e) Cost | | (e) Per $100 of Cost | | | |
| (d) Completed Operations | | (f) Receipts | | (f) Per $1,000 of Receipts | | | |
| (e) Products | | (g) Sales | | (g) Per $1,000 of Sales | | | |
| a) Churches | 583 s | (a) 111,522 | | .73 | .08 | Included | |
| a) Residences–One Family | 352 | (d) 40 | | 3.00 | .51 | Included | |
| a) Vacant land–excluding real estate development property | 404 | (b) 1,440 | | .017 | .004 | Included | |
| a) Residences–Two Family | 353 | (d) 1 | | 5.00 | .76 | Included | |
| a) Camps–Boy or Girl–non-profit | 0461 | 404 (camper days) | | 1.58 | .193 | Included | |
| a) Canoes or Rowboats | 0364 s | (d) 2 | | 1.15 | .107 | Included | |
| a) Vacant Buildings–not one or two family dwellings or factory bldgs | 551 | (a) 30,000 | | .20 | .007 | Included | |
| a) Buildings or premises–office | 522 | (a) 5,800 | | 1.37 | .030 | Included | |
| a) Stores–Retail–NOC | 535 | (a) 150 | | 2.07 | .061 | Included | |
| a) Halls–NOC | 524 s | (a) 2,000 | | 1.79 | .025 | Included | |
| a) Warehouses–private (mercantile) buildings or premises used exclusively for storing merchandise of insured where no sales operations are conducted and which are entirely separated from insureds stores or other sales places | 569 | (a) 1,500 | | .30 | .15 | Included | |
| a) Cemeteries–including all bldgs on premises | 479 | 413 acres | | 1.00 | .035 | Included | |

† Describe premium basis, if other than stated.

Form MLB-16 (Ed. 10-66)

**CRC®**

GENERAL SCHEDULE — SECTION II

Form MLB-16
(Ed. 10-66)

☐ MLB-200, SMP Liability Insurance Form
  Description of Hazards and Locations

☒ MLB-202, Comprehensive General Liability Insurance
  Endorsement

| The rating classifications herein, except as specifically provided elsewhere, do not modify any of the provisions of the policy. | Code No. | Premium Bases † | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | *B.I. | P.D. | *B.I. | P.D. |
| (a) Premises—Operations | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration | | *If Single Limit, Use B.I. Column. Include Premium for Premises Medical Payment Insurance in B.I. Column. | |
| (b) Elevators | | (d) Number Insured | (d) Per Elevator | | | |
| (c) Independent Contractors—Let or Sublet Work | | (e) Cost | (e) Per $100 of Cost | | | |
| (d) Completed Operations | | (f) Receipts | (f) Per $1,000 of Receipts | | | |
| (e) Products | | (g) Sales | (g) Per $1,000 of Sales | | | |
| a) Stores-Clothing, Millinery or Other Wearing apparel | 586 | (a)   1,800. | 2.07 | .061 | Included | |
| a) Convents or Monasteries | 511 | (a) 18,256. | .14 | .011 | Included | |
| a) Building or premises-bank, mercantile, manufacturing or office-not occupied by insured-lessor's risk only | 529 | (a)103,422. | .504 | .016 | Included | |
| a) Auto garages-private-for storage of insured's own cars | 575 | (a)   2,500. | .38 | .011 | Included | |
| a) Schools, parochial, excluding stadiums or outdoor grandstands or bleachers-permanent or portable | 490 s | 200 pupils | .16 | .005 | Included | |
| a) Apartments | 505 | (a)   4,000. | .90 | .025 | Included | |

† Describe premium basis, if other than stated.

Form MLB-16 (Ed. 10-66)

 **XCFCX**® GENERAL SCHEDULE — SECTION II

Form MLB-16
(Ed. 10-66)

☐ MLB-200, SMP Liability Insurance Form
Description of Hazards and Locations

☒ MLB-202, Comprehensive General Liability Insurance
Endorsement

| The rating classifications herein, except as specifically provided elsewhere, do not modify any of the provisions of the policy. | Code No. | Premium Bases † | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | *B.I. | P.D. | *B.I. | P.D. |
| (a) Premises—Operations | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration | | *If Single Limit, Use B.I. Column. | |
| (b) Elevators | | (d) Number Insured | (d) Per Elevator | | Include Premium for Premises Medical Payment Insurance in B.I. Column. | |
| (c) Independent Contractors—Let or Sublet Work | | (e) Cost | (e) Per $100 of Cost | | | |
| (d) Completed Operations | | (f) Receipts | (f) Per $1,000 of Receipts | | | |
| (e) Products | | (g) Sales | (g) Per $1,000 of Sales | | | |
| Personal Injury | 9840 | BI Premium | .225 | | Included | |
| c) Construction Operations–Owner– NOC-(Not railroads) excluding operations on board ships | 0512 | If Any | .024 | .012 | Included | |
| c) Contractual Liability–NOC | 0512 | (Products Premium) | 10% | | Included | |
| e) Churches | 7171 | (d) 34 | 6.183 | 3.051 | Included | |
| Schools | 7171 | (d) 2 | 3.092 | 1.221 | Included | |
| Camps | 7171 | (d) 2 | 6.183 | 3.051 | Included | |
| e) Stores–not food or Drink NOC | 839 | (g)50,000 | .065 | .013 | Included | |
| | | | Flat | Charge | Included | |
| Additional Named Insureds: | | | | | | |
| 1. | | | 10% | | Included | |
| 2. | | | 10% | | Included | |

† Describe premium basis, if other than stated.

Form MLB-16 (Ed. 10-66)



AMENDMENT OF LIMITS OF LIABILITY

Form MLB-21
(Ed. 10-66)

## COVERAGE C — BODILY INJURY AND PROPERTY DAMAGE LIABILITY

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

SMP LIABILITY INSURANCE

COMPREHENSIVE GENERAL LIABILITY INSURANCE

It is agreed that the policy is amended as follows:

1. The limits of liability stated in the Declarations as applicable to Coverage C — Bodily Injury and Property Damage Liability are amended to read as follows:

Bodily Injury Liability

$ 100,000 each person

$ 300,000 each occurrence

$ 300,000 aggregate

Property Damage Liability

$ 50,000 each occurrence

$ 50,000 aggregate

2. The Limits of Liability provision is replaced by the following:

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the Company's liability is limited as follows:

Bodily Injury Liability — The limit of bodily injury liability stated in the amended Declarations as applicable to "each person" is the limit of the Company's liability for all damages because of bodily injury sustained by one person as the result of any one occurrence; but subject to the above provision respecting "each person", the total liability of the Company for all damages because of bodily injury sustained by two or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the amended Declarations as applicable to "each occurrence". Subject to the above provisions respecting "each person" and "each occurrence" the total liability of the Company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limits of bodily injury liability stated in the amended Declarations as "aggregate".

Property Damage Liability — The total liability of the Company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the amended Declarations as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the Company for all damages because of all property damage to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated in the amended Declarations as "aggregate".

(1) all property damage arising out of premises or operations rated on a remuneration basis or contractors equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all property damage included within the products hazard and all property damage included within the completed operations hazard.

Such aggregate limit shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the named insured.

Bodily Injury and Property Damage Liability — For the purpose of determining the limit of the Company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

Form MLB-21 (Ed. 10-66)

 **PROFESSIONAL LIABILITY EXCLUSION ENDORSEMENT**
Form C

Form MLB-237
(Ed. 10-66)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

SMP LIABILITY INSURANCE

COMPREHENSIVE GENERAL LIABILITY INSURANCE

Description of Operations:

Cemeteries

It is agreed that with respect to any operation described above or designated in the policy as subject to this endorsement, the insurance does not apply to bodily injury or property damage due to the rendering of or failure to render any professional service.

This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.

Form MLB-237 (Ed. 10-66)

This endorsement forms a part of the designated policy and applies, unless otherwise stated herein, as of the effective time and date of such policy.

| Issued By | | Policy No. |
|---|---|---|

| Producer's Name and Address | · LaBow, Haynes of Alaska, Inc.<br>· 519 D Street<br>· Anchorage, Alaska  99501 | Producer's Code<br>54-080-080 | Effective<br>4-15 ,1972 at 12:00 M.<br><sub>Hour and Minute</sub> |
|---|---|---|---|

Named Insured and Address (Number and Street, Town or City, County and State)

ON ACCOUNT OF THE FOLLOWING THE
ADDITIONAL PREMIUM IS $ __Included__
RETURN PREMIUM IS $ _____

Section II:
Additional Named Insureds

1.  :

2.

This endorsement shall not be binding upon the company unless countersigned by a duly authorized representative of the company.

LABOW, HAYNES OF ALASKA, INC.
Countersigned by James R. McKown

LIAB 7251
C-P

PRINTED IN U.S.A.

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY—AUTOMOBILE

GENERAL LIABILITY—AUTOMOBILE
FAMILY COMBINATION—SPECIAL PACKAGE

GU 8882
(Ed. 11-69)

A 0021 - 0 518

AMENDMENT OF SUPPLEMENTARY PAYMENTS — ALASKAN SUITS

This endorsement, effective    4/15/72                            , forms a part of policy No.
                            (12:01 A. M., standard time)

issued to

by

LABOW, HAYNES OF ALASKA, INC.                James R. McKeown
                                             _____
                                                Authorized Representative

SCHEDULE

The named insured elects:

☐ Limited Supplementary Payments          No Additional Premium
☒ Additional Supplementary Payments       Additional Premium $    Included

It is agreed that with respect to any suit in Alaska defended by the company under this policy, paragraph (a) of the Supplementary Payments Provision
is amended as follows in accordance with the option elected herein by the insured:

1.  Limited Supplementary Payments
    If the named insured has elected not to pay the additional premium for the additional supplementary payments, the company shall not be obligated
    to pay that portion of any prevailing party's attorney's fees awarded by a court under "Alaska Civil Rule 82" which, when combined with judgments
    and payments, exceeds the limits of liability stated in the policy.

2.  Additional Supplementary Payments
    If the named insured has elected to pay the additional premium, the company agrees to pay all attorney's fees taxed against the insured as costs
    under "Alaska Civil Rule 82".

[AUTHENTIC]

## SCHEDULE

The insurance afforded for contractual liability is only with respect to such of the following Coverages as are indicated by a specific premium charge applicable thereto. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Limits of Liability | | | Advance Premium |
|---|---|---|---|---|
| Contractual Bodily Injury Liability | $ | 100,000 | each person | $ Included |
| | $ | 300,000 | each occurrence | |
| Contractual Property Damage Liability | $ | 50,000 | each occurrence | $ Included |
| | $ | 50,000 | aggregate | |
| | | Total Advance Premium | | $ Included |

| Designation of Contracts | Code | Premium Bases | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| | | Cost | Per $100 of Cost | | | |
| | 0521 | If Any | (10% of Code 7171 & 1173) | | | |
| | | | | Total | $ | $ |

The following exclusions do not apply with respect to any "construction agreement": _____

_____

Policy No. _____     Issued to: _

By __Pacific Insurance Company_____

Effective __4-15-72__     Countersigned by _____

Branch Office _____     Agent or Broker __LABOW, HAYNES OF ALASKA, INC.__
                                                          Anchorage, Alaska   99501

PAC. LIAB. 3320

PRINTED IN U.S.A.

## CONTRACTUAL LIABILITY INSURANCE
### (Blanket Coverage)

The company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the named insured as follows:

### I. COVERAGES—CONTRACTUAL BODILY INJURY LIABILITY
### CONTRACTUAL PROPERTY DAMAGE LIABILITY

The company will pay on behalf of the insured all sums which the insured, by reason of contractual liability assumed by him under any written contract of the type designated in the schedule for this insurance, shall become legally obligated to pay as damages because of

bodily injury or
property damage

to which this insurance applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend

(1) any arbitration proceeding wherein the company is not entitled to exercise the insured's rights in the choice of arbitrators and in the conduct of such proceedings, or

(2) any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to liability assumed by the insured under any incidental contract;

(b) if the insured or his indemnitee is an architect, engineer or surveyor, to bodily injury or property damage arising out of professional services performed by such insured or indemnitee, including

(1) the preparation or approval of maps, plans, opinions, reports, surveys, designs or specifications and

(2) supervisory, inspections or engineering services;

(c) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing;

(d) to bodily injury or property damage for which the indemnitee may be held liable, as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or as an owner or lessor of premises used for such purposes, by reason of the selling, serving or giving of any alcoholic beverage (1) in violation of any statute, ordinance or regulation, (2) to a minor, (3) to a person under the influence of alcohol, or (4) which causes or contributes to the intoxication of any person;

(e) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(f) to property damage to

(1) property owned or occupied by or rented to the insured,

(2) property used by the insured, or

(3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

(g) to any obligation for which the insured may be held liable in an action on a contract by a third party beneficiary for bodily injury or property damage arising out of a project for a public authority; but this exclusion does not apply to an action by the public authority or any other person or organization engaged in the project;

(h) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(i) to bodily injury or property damage resulting from the failure of the named insured's products or work completed by or for the named insured to perform the function or serve the purpose intended by the named insured, if such failure is due to a mistake or deficiency in any design, formula, plan, specifications, advertising material or printed instructions prepared or developed by any insured; but this exclusion does not apply to bodily injury, or property damage resulting from the active malfunctioning of such products or work;

(j) to property damage to the named insured's products arising out of such products or any part of such products;

(k) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(l) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

Unless stated in the schedule below as not applicable, the following exclusions also apply to contractual liability assumed by the insured under any agreement relating to construction operations.

This insurance does not apply:

(m) to bodily injury or property damage arising out of construction, maintenance or repair of watercraft or loading or unloading thereof;

(n) to bodily injury or property damage arising out of operations, within fifty feet of any railroad property, affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing.

### II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the named insured is designated in the declarations as an individual, the person so designated;

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

### III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

**CONTRACTUAL BODILY INJURY LIABILITY**

The limit of bodily injury liability stated in the schedule as applicable to "each person" is the limit of the company's liability for all damages because of bodily injury sustained by one person as the result of any one occurrence; but subject to the above provision respecting "each person", the total liability of the company for all damages because of bodily injury sustained by two or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence".

**CONTRACTUAL PROPERTY DAMAGE LIABILITY**

The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies shall not exceed the limit of property damage liability stated in the schedule as "aggregate". Such aggregate limit of liability applies separately with respect to each project away from premises owned by or rented to the named insured.

**CONTRACTUAL BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

### IV. ENDORSEMENT PERIOD; TERRITORY

This insurance applies only to bodily injury or property damage which occurs during the endorsement period within the policy territory.

### V. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):

"Contractual liability" means liability expressly assumed under a written contract or agreement; provided, however, that contractual liability shall not be construed as including liability under a warranty of the fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

"suit" includes an arbitration proceeding to which the insured is required to submit or to which the insured has submitted with the company's consent.

### VI. ADDITIONAL CONDITION

**Arbitration**

The company shall be entitled to exercise all of the insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

**Premium**

The advance premium stated in the schedule is the estimated premium on account of such written contracts as are on file with or known to the company. The named insured shall notify the company of all other written contracts entered into during the policy period to which this insurance applies.

When used as a premium basis:

1. The word "cost" means the total cost of all work in connection with all contracts of the type designated in the schedule for this insurance with respect to which "cost" is the basis of premium, regardless of whether any liability is assumed under such contracts by the insured. It includes the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the insured, or others including all fees, allowances, bonuses or commissions made, paid or due. It shall not include the cost of any operations to which exclusions (m) or (n) apply, unless such exclusions are voided in the schedule.

(OVER)

## CAMPS

Liab. 1637U
G-410

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE
### OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

This endorsement forms a part of the designated policy and applies, unless otherwise stated herein, as of the effective time and date of such policy.

| | |
|---|---|
| Issued By | Pacific Insurance Company |

A MEMBER OF THE CONTINENTAL INSURANCE COMPANIES

Policy No.

Producer's Name and Address:
- LaBow, Haynes of Alaska, Inc.
- 519 D Street
- Anchorage, Alaska  99501

Producer's Code
54-080-080

Effective
4-15- 19 72 at Noon M.

Named Insured and Address (Number and Street, Town or City, County and State)

Description of Premises:

| SCHEDULE | | | | | | |
|---|---|---|---|---|---|---|
| | | | Rates | | Advance Premium | |
| Classifications | Code No. | Premium Bases (a) Per 100 Camper Days (b) No. of Units | Bodily Injury Liability | Property Damage Liability | Bodily Injury Liability | Property Damage Liability |
| Camps — Non Profit | 0461 | (a) 404 Days | 1.580 | .193 | Included | Included |
| Camps | 0462 | Excluded | | | | |
| Camps — first aid to campers | 0703 | Excluded | | | | |
| Saddle Animals | 0739 | Excluded | | | | |
| Canoes or Rowboats | 0364 | (b)  2 | 1.15 | .107 | Included | Included |
| Motorboats | | Excluded | | | | |
| Sailboats | | Excluded | | | | |
| Outboard Motors | | Excluded | | | | |
| | | | Total Advance Premium for Watercraft $ | | $ Included | $ Included |
| | | | | Total Advance Premium $ | | $ |

OVER

Liab. 1637U
C-410

It is agreed that with respect to the operation of any camp on the premises described above or designated in the policy as subject to this endorsement:

1. **FIRST AID** The insurance does not apply under the "Supplementary Payments" provision to expenses incurred by the Insured for first aid to any camper unless a premium charge is entered for the Bodily Injury Liability Coverage in the schedule of this endorsement opposite the classification "Camps — first aid to campers".

   If a premium charge is entered therein, the "Supplementary Payments" provision applies to expenses incurred by the Insured for first aid to campers, other than expenses for services provided by the Insured, by any employee of the Insured or by any person or organization under contract to the Insured to provide such services.

2. **INFIRMARIES, CLINICS, HOSPITALS** If the camp has an infirmary with facilities for lodging and treatment or a public clinic or hospital, the insurance does not apply to (1) the rendering of or failing to render (a) medical, surgical, dental, X-ray or nursing service or treatment, or the furnishing of food or beverages in connection therewith, (b) any service or treatment conducive to health or of a professional nature or (c) any cosmetic or tonsorial service or treatment; (2) the furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances; or (3) the handling of or performing of autopsies on dead bodies.

3. **SADDLE ANIMALS** The insurance does not apply to bodily injury or property damage arising out of the use of the named insured's saddle animals unless a premium charge is entered for the Bodily Injury Liability Coverage or the Property Damage Liability Coverage respectively in the schedule of this endorsement opposite the classification "Saddle Animals"

   If a premium charge is entered therein for the Bodily Injury Liability Coverage or the Property Damage Liability Coverage, the "Persons Insured" provision also includes with respect to such coverage any person or organization legally responsible for the use of the named insured's saddle animals, provided the actual use thereof is by the named insured or with his permission; but this paragraph does not apply to saddle animals while rented to any person or organization other than a camper.

   As used herein "named insured's saddle animals" means saddle animals owned by or used by or rented to the named insured or rented to others by or through the named insured.

4. **WATERCRAFT** The insurance does not apply to bodily injury or property damage arising out of the use of the named insured's watercraft unless a premium charge is entered for the Bodily Injury Liability Coverage or the Property Damage Liability Coverage respectively in the schedule of this endorsement in the line "Total Advance Premium for Watercraft"

   If a premium charge is entered therein for the Bodily Injury Liability Coverage or the Property Damage Liability Coverage, such coverage applies to such bodily injury or property damage respectively, except while the named insured's watercraft is used to carry any person other than a camper for a charge or is rented to any person or organization other than a camper, and the "Persons Insured" provision also includes with respect to such coverage any person or organization using or legally responsible for the use of the named insured's watercraft, provided the actual use thereof is by the named insured or with his permission.

   As used herein "named insured's watercraft" means (1) watercraft owned or used by or rented to the named insured or rented to others by or through the named insured or (2) any other watercraft powered in whole or in part by an outboard motor owned or used by or rented to the named insured or rented to others by or through the named insured.

This endorsement shall not be binding upon the company unless countersigned by a duly authorized representative of the company.

LABOW, HAYNES OF ALASKA, INC.

Countersigned by _James R. McKamin_                                    _L R Katzman_
                                                                        President

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY—AUTOMOBILE

GU 8882
(Ed. 11-69)

GENERAL LIABILITY—AUTOMOBILE
FAMILY COMBINATION—SPECIAL PACKAGE

A 0021 - 0 518

## AMENDMENT OF SUPPLEMENTARY PAYMENTS — ALASKAN SUITS

This endorsement, effective    4/15/72                    , forms a part of policy No.
                              (12:01 A. M., standard time)

issued to

by

LABOW, HAYNES OF ALASKA, INC.            _James R. McKeown_
                                          Authorized Representative

SCHEDULE

The named Insured elects:

☐ Limited Supplementary Payments          No Additional Premium
☒ Additional Supplementary Payments       Additional Premium $   Included

It is agreed that with respect to any suit in Alaska defended by the company under this policy, paragraph (a) of the Supplementary Payments Provision is amended as follows in accordance with the option elected herein by the insured:

1. **Limited Supplementary Payments**
   If the named insured has elected not to pay the additional premium for the additional supplementary payments, the company shall not be obligated to pay that portion of any prevailing party's attorney's fees awarded by a court under "Alaska Civil Rule 82" which, when combined with judgments and payments, exceeds the limits of liability stated in the policy.

2. **Additional Supplementary Payments**
   If the named insured has elected to pay the additional premium, the company agrees to pay all attorney's fees taxed against the insured as costs under "Alaska Civil Rule 82".

AUTHENTIC

SCHEDULE

The insurance afforded for contractual liability is only with respect to such of the following Coverages as are indicated by a specific premium charge applicable thereto. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | | | Limits of Liability | | Advance Premium | |
|---|---|---|---|---|---|---|
| Contractual Bodily Injury Liability | | $ | 100,000 | each person | $ Included | |
| | | $ | 300,000 | each occurrence | | |
| Contractual Property Damage Liability | | $ | 50,000 | each occurrence | $ Included | |
| | | $ | 50,000 | aggregate | | |
| | | | Total Advance Premium | | $ Included | |

| Designation of Contracts | Code | Premium Bases | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| | | Cost | Per $100 of Cost | | | |
| | 0521 | If Any | (10% of Code 7171 & 1173) | | | |
| | | | | Total | $ | $ |

The following exclusions do not apply with respect to any "construction agreement": _____

_____

Policy No. _____        Issued to: _____

By __Pacific Insurance Company__

Effective __4-15-72__                    Countersigned by __James R. McKeznunÑ__

Branch Office _____        Agent or Broker __LABOW, HAYNES OF ALASKA, INC.__
                                        Anchorage, Alaska  99501

PAC. LIAB. 3328                                        PRINTED IN U.S.A.

Exhibit ___D___
Page __53__ of __56__        **53**

## CONTRACTUAL LIABILITY INSURANCE
### (Blanket Coverage)

The company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the named Insured as follows:

**I. COVERAGES—CONTRACTUAL BODILY INJURY LIABILITY**
**CONTRACTUAL PROPERTY DAMAGE LIABILITY**

The company will pay on behalf of the Insured all sums which the insured, by reason of contractual liability assumed by him under any written contract of the type designated in the schedule for this insurance, shall become legally obligated to pay as damages because of

bodily injury or
property damage

to which this insurance applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend

(1) any arbitration proceeding wherein the company is not entitled to exercise the Insured's rights in the choice of arbitrators and in the conduct of such proceedings, or

(2) suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to liability assumed by the Insured under any incidental contract;

(b) if the Insured or his indemnitee is an architect, engineer or surveyor, to bodily injury or property damage arising out of professional services performed by such insured or indemnitee, including
  (1) the preparation or approval of maps, plans, opinions, reports, surveys, designs or specifications and
  (2) supervisory, inspections or engineering services;

(c) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing;

(d) to bodily injury or property damage for which the indemnitee may be held liable, as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or as an owner or lessor of premises used for such purposes, by reason of the selling, serving or giving of any alcoholic beverage (1) in violation of any statute, ordinance or regulation, (2) to a minor, (3) to a person under the influence of alcohol, or (4) which causes or contributes to the intoxication of any person;

(e) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(f) to property damage to
  (1) property owned or occupied by or rented to the insured.
  (2) property used by the Insured, or
  (3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

(g) to any obligation for which the Insured may be held liable in an action on a contract by a third party beneficiary for bodily injury or property damage arising out of a project for a public authority; but this exclusion does not apply to an action by the public authority or any other person or organization engaged in the project;

(h) to property damage to premises alienated by the named Insured arising out of such premises or any part thereof;

(i) to bodily injury or property damage resulting from the failure of the named Insured's products or work completed by or for the named Insured to perform the function or serve the purpose intended by the named Insured, if such failure is due to a mistake or deficiency in any design, formula, plan, specifications, advertising material or printed instructions prepared or developed by any Insured; but this exclusion does not apply to bodily injury, or property damage resulting from the active malfunctioning of such products or work;

(j) to property damage to the named Insured's products arising out of such products or any part of such products;

(k) to property damage to work performed by or on behalf of the named Insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(l) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named Insured's products or work completed by or for the named Insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

Unless stated in the schedule below as not applicable, the following exclusions also apply to contractual liability assumed by the Insured under any agreement relating to construction operations.

This insurance does not apply:

(m) to bodily injury or property damage arising out of construction, maintenance or repair of watercraft or loading or unloading thereof;

(n) to bodily injury or property damage arising out of operations, within fifty feet of any railroad property, affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing.

**II. PERSONS INSURED**

Each of the following is an Insured under this insurance to the extent set forth below:

(a) if the named Insured is designated in the declarations as an individual, the person so designated;

(b) if the named Insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named Insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

**III. LIMITS OF LIABILITY**

Regardless of the number of (1) Insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

**CONTRACTUAL BODILY INJURY LIABILITY**

The limit of bodily injury liability stated in the schedule as applicable to "each person" is the limit of the company's liability for all damages because of bodily injury sustained by one person as the result of any one occurrence; but subject to the above provision respecting "each person", the total liability of the company for all damages because of bodily injury sustained by two or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence".

**CONTRACTUAL PROPERTY DAMAGE LIABILITY**

The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies shall not exceed the limit of property damage liability stated in the schedule as "aggregate". Such aggregate limit of liability applies separately with respect to each project away from premises owned by or rented to the named insured.

**CONTRACTUAL BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

**IV. ENDORSEMENT PERIOD; TERRITORY**

This insurance applies only to bodily injury or property damage which occurs during the endorsement period within the policy territory.

**V. ADDITIONAL DEFINITIONS**

When used in reference to this insurance (including endorsements forming a part of the policy):

"Contractual liability" means liability expressly assumed under a written contract or agreement; provided, however, that contractual liability shall not be construed as including liability under a warranty of the fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named Insured will be done in a workmanlike manner;

"suit" includes an arbitration proceeding to which the insured is required to submit or to which the Insured has submitted with the company's consent.

**VI. ADDITIONAL CONDITION**

**Arbitration**

The company shall be entitled to exercise all of the insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

**Premium**

The advance premium stated in the schedule is the estimated premium on account of such written contracts as are on file with or known to the company. The named insured shall notify the company of all other written contracts entered into during the policy period to which this insurance applies.

When used as a premium basis:

1. The word "cost" means the total cost of all work in connection with all contracts of the type designated in the schedule for this insurance with respect to which "cost" is the basis of premium, regardless of whether any liability is assumed under such contracts by the Insured. It includes the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the insured, or others including all fees, allowances, bonuses or commissions made, paid or due. It shall not include the cost of any operations to which exclusions (m) or (n) apply, unless such exclusions are voided in the schedule.

(OVER)

# CAMPS

Liab. 1637U
G–410

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

## COMPREHENSIVE GENERAL LIABILITY INSURANCE
## OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

This endorsement forms a part of the designated policy and applies, unless otherwise stated herein, as of the effective time and date of such policy.

| | | | |
|---|---|---|---|
| Issued By | Pacific Insurance Company | A MEMBER OF THE CONTINENTAL INSURANCE COMPANIES | Policy No. |
| Producer's Name and Address | LaBow, Haynes of Alaska, Inc.<br>519 D Street<br>Anchorage, Alaska  99501 | Producer's Code<br>54-080-080 | Effective<br>4-15-        19 72 at Noon M. |

Named Insured and Address (Number and Street, Town or City, County and State)

Description of Premises:

| Classifications | Code No. | Premium Bases (a) Per 100 Camper Days (b) No. of Units | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | Bodily Injury Liability | Property Damage Liability | Bodily Injury Liability | Property Damage Liability |
| Camps — Non Profit | 0461 | (a) 404 Days | 1.580 | .193 | Included | Included |
| Camps | 0462 | Excluded | | | | |
| Camps — first aid to campers | 0703 | Excluded | | | | |
| Saddle Animals | 0739 | Excluded | | | | |
| Canoes or Rowboats | 0364 | (b)  2 | 1.15 | .107 | Included | Included |
| Motorboats | | Excluded | | | | |
| Sailboats | | Excluded | | | | |
| Outboard Motors | | Excluded | | | | |
| Total Advance Premium for Watercraft | | | | | $  Included | $  Included |
| Total Advance Premium | | | | | $ | $ |

*SCHEDULE*

OVER

Liab. 1637U
G—410

It is agreed that with respect to the operation of any camp on the premises described above or designated in the policy as subject to this endorsement:

1.  FIRST AID The insurance does not apply under the "Supplementary Payments" provision to expenses incurred by the insured for first aid to any camper unless a premium charge is entered for the Bodily Injury Liability Coverage in the schedule of this endorsement opposite the classification "Camps — first aid to campers".

    If a premium charge is entered therein, the "Supplementary Payments" provision applies to expenses incurred by the insured for first aid to campers, other than expenses for services provided by the insured, by any employee of the insured or by any person or organization under contract to the insured to provide such services.

2.  INFIRMARIES, CLINICS, HOSPITALS If the camp has an infirmary with facilities for lodging and treatment or a public clinic or hospital, the insurance does not apply to (1) the rendering of or failing to render (a) medical, surgical, dental, X-ray or nursing service or treatment, or the furnishing of food or beverages in connection therewith, (b) any service or treatment conducive to health or of a professional nature or (c) any cosmetic or tonsorial service or treatment; (2) the furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances; or (3) the handling of or performing of autopsies on dead bodies.

3.  SADDLE ANIMALS The insurance does not apply to bodily injury or property damage arising out of the use of the named insured's saddle animals unless a premium charge is entered for the Bodily Injury Liability Coverage or the Property Damage Liability Coverage respectively in the schedule of this endorsement opposite the classification "Saddle Animals"

    If a premium charge is entered therein for the Bodily Injury Liability Coverage or the Property Damage Liability Coverage, the "Persons Insured" provision also includes with respect to such coverage any person or organization legally responsible for the use of the named insured's saddle animals, provided the actual use thereof is by the named insured or with his permission; but this paragraph does not apply to saddle animals while rented to any person or organization other than a camper.

    As used herein "named insured's saddle animals" means saddle animals owned or used by or rented to the named insured or rented to others by or through the named insured.

4.  WATERCRAFT The insurance does not apply to bodily injury or property damage arising out of the use of the named insured's watercraft unless a premium charge is entered for the Bodily Injury Liability Coverage or the Property Damage Liability Coverage respectively in the schedule of this endorsement in the line "Total Advance Premium for Watercraft"

    If a premium charge is entered therein for the Bodily Injury Liability Coverage or the Property Damage Liability Coverage, such coverage applies to such bodily injury or property damage respectively, except while the named insured's watercraft is used to carry any person other than a camper for a charge or is rented to any person or organization other than a camper, and the "Persons Insured" provision also includes with respect to such coverage any person or organization using or legally responsible for the use of the named insured's watercraft, provided the actual use thereof is by the named insured or with his permission.

    As used herein "named insured's watercraft" means (1) watercraft owned or used by or rented to the named insured or rented to others by or through the named insured or (2) any other watercraft powered in whole or in part by an outboard motor owned or used by or rented to the named insured or rented to others by or through the named insured.

This endorsement shall not be binding upon the company unless countersigned by a duly authorized representative of the company.

LABOW, HAYNES OF ALASKA, INC.

Countersigned by  _James R. McKeown_                              _[signature]_
                                                                  President