S.F. FORM

FORM 99
(Oct. 1968)

## CERTIFICATE OF INSURANCE

| Certificate issued to<br>Small Business Administration<br>Suite 200, Anchorage Legal Center<br>1016 W. 6th Avenue<br>Anchorage, Alaska  99501 | Name and address of Insured<br>Corporation of the Catholic<br>Archbishop of Anchorage, etal<br>P.O. Box 2239<br>Anchorage, Alaska  99501 |
|---|---|

| Perils insured against<br>[X] Fire and Lightning<br>[X] Extended Coverage<br>[X] Vandalism & Malicious Mischief | [ ] Sprinkler Leakage<br>[ ]<br>[ ]<br>[ ] | $ 1,000. deductible, applying to<br><br>All Perils |
|---|---|---|

Location of property covered
(1) Various, including Church at Seward and Church at Valdez, Alaska
(2)
(3)
(4)

| Policy Number | Insurer | Term From | To | Coverage & Locations | Amount of Insurance |
|---|---|---|---|---|---|
| SMP 239 7994 | Pacific Insurance Company | 4-15-75 | 4-15-78 | BL – BE – A | $6,472,683. |

Legend:
| SP —Specific insurance | B —Building(s) | 1—Location #1 |
|---|---|---|
| BL—Blanket insurance | BE—Building(s) & Equipment | 2—Location #2 |
| R —Reporting form—amount of ins. | E —Equipment | 3—Location #3 |
| shown is limit of liability for all | ES—Equipment & Stock | 4—Location #4 |
| contributing insurance | S —Stock | A—All locations |

[ ] Mortgagee Clause (requires 10 day written notice of cancellation to mortgagee)
[X] Lenders Loss Payable Endorsement (policy continues in force 10 days after written notice of cancellation is received by lender)
[ ] Other payee clause (copy attached to this Certificate)
Policies contain clause indicated above. Loss, if any, payable to the party to whom this Certificate is issued, unless otherwise noted below.

I certify that the above described policies exist and cover only in accordance with the policy terms.

_James R. McKeown_ (SIGNATURE)     Agent (TITLE)     April 15, 1975 (DATE)

LaBow, Haynes of Alaska, Inc., 840 K Street, Anchorage, Alaska  99501
(FIRM AND ADDRESS)

THIS CERTIFICATE IS FOR INFORMATION ONLY; IT IS NOT A CONTRACT OF INSURANCE BUT ATTESTS THAT A POLICY AS NUMBERED HEREIN, AND AS IT STANDS AT THE DATE OF THIS CERTIFICATE, HAS BEEN ISSUED BY THE INSURER.

Exhibit _E_
Page _35_ of _100_     35

S.F. FORM

FORM 99
(Oct. 1968)



# CERTIFICATE OF INSURANCE

| Certificate issued to | Name and address of Insured |
|---|---|
| **Provident Institution for Savings in the Town of Boston** c/o National Bank of Alaska Pouch 7-023, FHA Department Anchorage, Alaska  99501 | **Corporation of the Catholic Archbishop of Anchorage, etal** P.O. Box 2239 Anchorage, Alaska  99501 |

| Perils insured against | | $ 1,000. deductible, applying to |
|---|---|---|
| ☒ Fire and Lightning ☒ Extended Coverage ☒ Vandalism & Malicious Mischief | ☐ Sprinkler Leakage ☐ ☐ | **All Perils** |

Location of property covered
(1) Various, including rectory situated Tract B-1 of Tract B, U.S. Survey 3218,
※※ Kodiak, Alaska
(3)
(4)

| Policy Number | Insurer | Term From | To | Coverage & Locations | Amount of Insurance |
|---|---|---|---|---|---|
| SMP 239 7994 | Pacific Insurance Company | 4-15-75 | 4-15-78 | BL - BE - A | $6,472,683. |

Legend:
SP—Specific insurance
BL—Blanket insurance
R —Reporting form—amount of ins.
shown is limit of liability for all
contributing insurance

B —Building(s)
BE—Building(s) & Equipment
E —Equipment
ES—Equipment & Stock
S —Stock

1—Location #1
2—Location #2
3—Location #3
4—Location #4
A—All locations

☐ Mortgagee Clause (requires 10 day written notice of cancellation to mortgagee)
☒ Lenders Loss Payable Endorsement (policy continues in force 10 days after written notice of cancellation is received by lender)
☐ Other payee clause (copy attached to this Certificate)
Policies contain clause indicated above. Loss, if any, payable to the party to whom this Certificate is issued, unless otherwise noted below.

I certify that the above described policies exist and cover only in accordance with the policy terms.

*James R. McKeown* Agent
(SIGNATURE)        (TITLE)
James R. McKeown

April 15, 1975
(DATE)

LeBow, Haynes of Alaska, Inc., 840 K Street, Anchorage, Alaska  99501
(FIRM AND ADDRESS)

THIS CERTIFICATE IS FOR INFORMATION ONLY; IT IS NOT A CONTRACT OF INSURANCE BUT ATTESTS THAT A POLICY AS NUMBERED HEREIN, AND AS IT STANDS AT THE DATE OF THIS CERTIFICATE, HAS BEEN ISSUED BY THE INSURER.

Exhibit *E*
Page *36* of *100*

36

S.F. FORM



FORM 99
(Oct. 1968)

# CERTIFICATE OF INSURANCE

| Certificate issued to | Name and address of Insured |
|---|---|
| **First National Bank of Anchorage**<br>P.O. Box 720<br>Anchorage, Alaska  99510 | **Corporation of the Catholic**<br>**Archbishop of Anchorage, etal**<br>P.O. Box 2239<br>Anchorage, Alaska  99501 |

| Perils insured against | | $ 1,000. deductible, applying to |
|---|---|---|
| ☒ Fire and Lightning | ☐ Sprinkler Leakage | All Perils |
| ☒ Extended Coverage | ☐ | |
| ☒ Vandalism & Malicious Mischief | ☐ | |

Location of property covered
  (1) Various, including 1971 Detroit Trailer, S#GJO41397 and 1968 Broadmore
  (2) Trailer, S#1387, Kenai, Alaska
  (3)
  (4)

| Policy Number | Insurer | Term From | To | Coverage & Locations | Amount of Insurance |
|---|---|---|---|---|---|
| SMP 239 7994 | Pacific Insurance Company | 4-15-75 | 4-15-78 | BL – BE – A | $6,472,683. |

Legend:
  SP —Specific insurance
  BL—Blanket insurance
  R —Reporting form—amount of ins.
     shown is limit of liability for all
     contributing insurance

   B   —Building(s)
   BE—Building(s) & Equipment
   E   —Equipment
   ES —Equipment & Stock
   S   —Stock

   1—Location #1
   2—Location #2
   3—Location #3
   4—Location #4
   A—All locations

☐ Mortgagee Clause (requires 10 day written notice of cancellation to mortgagee)
☒ Lenders Loss Payable Endorsement (policy continues in force 10 days after written notice of cancellation is received by lender)
☐ Other payee clause (copy attached to this Certificate)
Policies contain clause indicated above. Loss. if any. payable to the party to whom this Certificate is issued. unless otherwise noted below.

I certify that the above described policies exist and cover only in accordance with the policy terms.

*James R. McKeown*    Agent    April 15, 1975

James R. McKeown
(SIGNATURE)    (TITLE)    (DATE)

LaBow, Haynes of Alaska, Inc., 840 K Street, Anchorage, Alaska  99501
(FIRM AND ADDRESS)

THIS CERTIFICATE IS FOR INFORMATION ONLY; IT IS NOT A CONTRACT OF INSURANCE BUT ATTESTS THAT A POLICY AS NUMBERED HEREIN, AND AS IT STANDS AT THE DATE OF THIS CERTIFICATE, HAS BEEN ISSUED BY THE INSURER.

Exhibit  E
Page  37  of  100

S.F. FORM

FORM 99
(Oct. 1968)



# CERTIFICATE OF INSURANCE

| Certificate issued to<br>William and Patricia Lewis<br>8000 Brink Court<br>Anchorage, Alaska  99504 | Name and address of Insured<br>Corporation of the Catholic<br>Archbishop of Anchorage, etal<br>P.O. Box 2239<br>Anchorage, Alaska  99501 |
|---|---|

| Perils insured against<br>☒ Fire and Lightning<br>☒ Extended Coverage<br>☒ Vandalism & Malicious Mischief | ☐ Sprinkler Leakage<br>☐<br>☐ | $ 1,000. deductible, applying to<br>All Perils |
|---|---|---|

Location of property covered
  (1) Various, including Rectory at 2111 Muldoon Road, Anchorage, Alaska
  (2)
  (3)
  (4)

| Policy Number | Insurer | Term From | To | Coverage & Locations | Amount of Insurance |
|---|---|---|---|---|---|
| SMP 239 7994 | Pacific Insurance Company | 4-15-75 | 4-15-78 | BL - BE - A | $6,472,683. |

Legend:
  SP —Specific insurance
  BL—Blanket insurance
  R —Reporting form—amount of ins. shown is limit of liability for all contributing insurance

  B  —Building(s)
  BE—Building(s) & Equipment
  E  —Equipment
  ES—Equipment & Stock
  S  —Stock

  1—Location #1
  2—Location #2
  3—Location #3
  4—Location #4
  A—All locations

☐ Mortgagee Clause (requires 10 day written notice of cancellation to mortgagee)
☒ Lenders Loss Payable Endorsement (policy continues in force 10 days after written notice of cancellation is received by lender)
☐ Other payee clause (copy attached to this Certificate)
Policies contain clause indicated above. Loss, if any, payable to the party to whom this Certificate is issued, unless otherwise noted below.

I certify that the above described policies exist and cover only in accordance with the policy terms.

_James R. McKeown_    Agent                          April 15,1975

James R. McKeown                    (TITLE)                    (DATE)

LaBow, Haynes of Alaska, Inc., 840 K Street, Anchorage, Alaska  99501    Page 38 of 600
(FIRM AND ADDRESS)

THIS CERTIFICATE IS FOR INFORMATION ONLY; IT IS NOT A CONTRACT OF INSURANCE BUT ATTESTS THAT A POLICY AS NUMBERED HEREIN, AND AS IT STANDS AT THE DATE OF THIS

S.F. FORM



FORM 99
(Oct. 1960)

# CERTIFICATE OF INSURANCE

| Certificate issued to | Name and address of Insured |
|---|---|
| Hiram L. and Alice M. Wells<br>Star Route A, Box 198<br>Anchorage, Alaska  99502 | Corporation of the Catholic<br>Archbishop of Anchorage, etal<br>P.O. Box 2239<br>Anchorage, Alaska  99501 |

| Perils insured against | | |
|---|---|---|
| ☑ Fire and Lightning<br>☑ Extended Coverage<br>☑ Vandalism & Malicious Mischief | ☐ Sprinkler Leakage<br>☐<br>☐ | $ 1,000. deductible, applying to All Perils |

Location of property covered
(1) Various, including Lot 3 of resubdivided Lot 3, Block 2, New lot addition,
(2) Anchorage Recording District, 3005 West 34th Street, Anchorage, Alaska
(3)
(4)

| Policy Number | Insurer | Term From | Term To | Coverage & Locations | Amount of Insurance |
|---|---|---|---|---|---|
| SMP 239 7994 | Pacific Insurance Company | 4-15-75 | 4-15-78 | BL – BE – A | $6,472,683. |

Legend:
SP —Specific insurance      B —Building(s)           1—Location #1
BL—Blanket insurance      BE—Building(s) & Equipment   2—Location #2
R —Reporting form—amount of ins.   E —Equipment        3—Location #3
   shown is limit of liability for all   ES—Equipment & Stock    4—Location #4
   contributing insurance      S —Stock             A—All locations

☐ Mortgagee Clause (requires 10 day written notice of cancellation to mortgagee)
☑ Lenders Loss Payable Endorsement (policy continues in force 10 days after written notice of cancellation is received by lender)
☐ Other payee clause (copy attached to this Certificate)
Policies contain clause indicated above. Loss, if any, payable to the party to whom this Certificate is issued, unless otherwise noted below.

I certify that the above described policies exist and cover only in accordance with the policy terms.

*James R. McKeown*
(SIGNATURE)    Agent (TITLE)                        April 15, 1975 (DATE)
James R. McKeown
LaBow, Haynes of Alaska, Inc., 840 K Street, Anchorage, Alaska  99501
(FIRM AND ADDRESS)

THIS CERTIFICATE IS FOR INFORMATION ONLY; IT IS NOT A CONTRACT OF INSURANCE BUT ATTESTS THAT A POLICY AS NUMBERED HEREIN, AND AS IT STANDS AT THE DATE OF THIS CERTIFICATE, HAS BEEN ISSUED BY THE INSURER.

Exhibit    E
Page  39  of  100

39

S.F. FORM

FORM 99
(Oct. 1968)

# CERTIFICATE OF INSURANCE

| Certificate issued to | Name and address of Insured |
|---|---|
| **First Federal Savings & Loan**<br>305 5th Avenue<br>Anchorage, Alaska  99501<br><br>**(First Deed of Trust)** | **Corporation of the Catholic Archbishop of Anchorage, etal**<br>P.O. Box 2239<br>Anchorage, Alaska  99501 |

| Perils insured against | | |
|---|---|---|
| ☒ Fire and Lightning<br>☒ Extended Coverage<br>☒ Vandalism & Malicious Mischief | ☐ Sprinkler Leakage<br>☐<br>☐ | $ 1,000. deductible, applying to All Perils |

**Location of property covered**
(1) **Various, including Convent situated Tract A (renamed Tract B) of U.S. Survey**
(2) **3218, Kodiak, Alaska**
(3)
(4)

| Policy Number | Insurer | Term From | To | Coverage & Locations | Amount of Insurance |
|---|---|---|---|---|---|
| SMP 239-7994 | Pacific Insurance Company | 4-15-75 | 4-15-78 | BL – BE – A | $6,472,683. |

**Legend:**
SP —Specific insurance
BL—Blanket insurance
R —Reporting form—amount of ins. shown is limit of liability for all contributing insurance

B —Building(s)
BE—Building(s) & Equipment
E —Equipment
ES —Equipment & Stock
S —Stock

1—Location #1
2—Location #2
3—Location #3
4—Location #4
A—All locations

☐ Mortgagee Clause (requires 10 day written notice of cancellation to mortgagee)
☒ Lenders Loss Payable Endorsement (policy continues in force 10 days after written notice of cancellation is received by lender)
☐ Other payee clause (copy attached to this Certificate)

Policies contain clause indicated above. Loss, if any, payable to the party to whom this Certificate is issued, unless otherwise noted below.

**(Second Deed of Trust: Ada A. Somers, Escrow, National Bank of Alaska, Kodiak, Ak)**

I certify that the above described policies exist and cover only in accordance with the policy terms.

*James McKeown (signature)*

(SIGNATURE)        Agent        (TITLE)        April 15, 1975 (DATE)

James R. McKeown

LaBow, Haynes of Alaska, Inc., 840 K Street, Anchorage, Alaska  99510      Page 40 of 100
(FIRM AND ADDRESS)

THIS CERTIFICATE IS FOR INFORMATION ONLY; IT IS NOT A CONTRACT OF INSURANCE BUT ATTESTS THAT A POLICY AS NUMBERED HEREIN, AND AS IT STANDS AT THE DATE OF THIS

S.F. FORM

FORM 99
(Oct. 1968)



## CERTIFICATE OF INSURANCE

| Certificate issued to | Name and address of Insured |
|---|---|
| Ada A. Somers, Escrow<br>c/o National Bank of Alaska<br>Kodiak, Alaska<br><br>(Second Deed of Trust) | Corporation of the Catholic<br>Archbishop of Anchorage, etal<br>P.O. Box 2239<br>Anchorage, Alaska 99501 |

| Perils insured against | | $ 1,000. deductible, applying to |
|---|---|---|
| ☒ Fire and Lightning<br>☒ Extended Coverage<br>☒ Vandalism & Malicious Mischief | ☐ Sprinkler Leakage<br>☐<br>☐ | All Perils |

Location of property covered
(1) **Various, including Convent situated Tract A (renamed Tract B) of U.S. Survey**
  **3218, Kodiak, Alaska**
(3)
(4)

| Policy Number | Insurer | Term | | Coverage & Locations | Amount of Insurance |
|---|---|---|---|---|---|
| | | From | To | | |
| SMP 239-7994 | Pacific Insurance Company | 4-15-75 | 4-15-78 | BL – BE – A | $6,472,683. |

Legend:
SP—Specific insurance
BL—Blanket insurance
R —Reporting form—amount of ins.
 shown is limit of liability for all
 contributing insurance

B —Building(s)
BE —Building(s) & Equipment
E —Equipment
ES —Equipment & Stock
S —Stock

1—Location #1
2—Location #2
3—Location #3
4—Location #4
A—All locations

☐ Mortgagee Clause (requires 10 day written notice of cancellation to mortgagee)
☒ Lenders Loss Payable Endorsement (policy continues in force 10 days after written notice of cancellation is received by lender)
☐ Other payee clause (copy attached to this Certificate)
Policies contain clause indicated above. Loss, if any, payable to the party to whom this Certificate is issued, unless otherwise noted below.

I certify that the above described policies exist and cover only in accordance with the policy terms.

*James R. McKeown* ___Agent     April 15,1975
(SIGNATURE)       (TITLE)      (DATE)
James R. McKeown

LaBow, Haynes of Alaska, Inc., 840 K Street, Anchorage, Alaska 99501
(FIRM AND ADDRESS)

THIS CERTIFICATE IS FOR INFORMATION ONLY; IT IS NOT A CONTRACT OF INSURANCE BUT ATTESTS THAT A POLICY AS NUMBERED HEREIN, AND AS IT STANDS AT THE DATE OF THIS CERTIFICATE HAS BEEN ISSUED BY THE INSURER.

Exhibit _____E_____ 41

Page ___41___ of ___100___

S.F. FORM



FORM 99
(Oct. 1968)

# CERTIFICATE OF INSURANCE

| Certificate issued to | Name and address of Insured |
|---|---|
| **Federal National Mortgage Association**<br>**c/o First National Bank of Anchorage**<br>**P.O. Box 720, FHA Department**<br>**Anchorage, Alaska  99510** | **Corporation of the Catholic**<br>**Archbishop of Anchorage, etal**<br>**P.O. Box 2239**<br>**Anchorage, Alaska  99501** |

Perils insured against
- [x] Fire and Lightning
- [x] Extended Coverage
- [x] Vandalism & Malicious Mischief
- [ ] Sprinkler Leakage
- [ ]
- [ ]

$ 1,000. deductible, applying to
**All Perils**

Location of property covered
(1) Various, including Lot 4 of the resubdivision of Lot 3, Block 2, New McRae
(2) subdivision, 3007 West 37th Avenue, Anchorage, Alaska and Lot 3 of
(3) resubdivided Lot 3, Block 2, New lot addition, Anchorage Recording District,
(4) 3005 W. 34th St., Anchorage, Alaska

| Policy Number | Insurer | Term From | Term To | Coverage & Locations | Amount of Insurance |
|---|---|---|---|---|---|
| SMP239-7994 | Pacific Insurance Company | 4-15-75 | 4-15-78 | BL – BE – A | $6,472,683. |

Legend:
SP —Specific insurance
BL —Blanket insurance
R —Reporting form—amount of ins.
    shown is limit of liability for all
    contributing insurance

B —Building(s)
BE—Building(s) & Equipment
E —Equipment
ES—Equipment & Stock
S —Stock

1—Location #1
2—Location #2
3—Location #3
4—Location #4
A—All locations

- [ ] Mortgagee Clause (requires 10 day written notice of cancellation to mortgagee)
- [x] Lenders Loss Payable Endorsement (policy continues in force 10 days after written notice of cancellation is received by lender)
- [ ] Other payee clause (copy attached to this Certificate)

Policies contain clause indicated above. Loss, if any, payable to the party to whom this Certificate is issued, unless otherwise noted below.

I certify that the above described policies exist and cover only in accordance with the policy terms.

James R. McKeown      Agent      April 15, 1975
(SIGNATURE)      (TITLE)      (DATE)

James R. McKeown

LaBow, Haynes of Alaska, Inc., 840 K Street, Anchorage, Alaska  99501
(FIRM AND ADDRESS)

THIS CERTIFICATE IS FOR INFORMATION ONLY; IT IS NOT A CONTRACT OF INSURANCE BUT
ATTESTS THAT A POLICY AS NUMBERED HEREIN, AND AS IT STANDS AT THE DATE OF THIS
CERTIFICATE HAS BEEN ISSUED BY THE INSURED

Exhibit E
Page 42 of 100

INSERT
NAME OF
COMPANY _____ Pacific Insurance Company _____
(Herein called the company)

## CERTIFICATE OF INSURANCE

NAMED INSURED AND ADDRESS

Corporation of the Catholic
Archbishop of Anchorage
P.O. Box 2239
Anchorage, Alaska 99510

The company hereby states that it has issued to the insured named herein a policy or policies of insurance providing the types of insurance and limits of liability set forth herein. This certificate of insurance neither affirmately nor negatively amends, extends or alters the coverage afforded by the policies scheduled herein. It is furnished as a matter of information only, confers no rights upon the holder and is issued with the understanding that the rights and liabilities of the parties will be governed by the original policy or policies as they may be lawfully amended by endorsement from time to time.

| TYPE OF INSURANCE (Indicate by "X" in Box) | POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE | LIMITS OF LIABILITY | | | |
|---|---|---|---|---|---|---|---|
| | | | | BODILY INJURY LIABILITY | | PROPERTY DAMAGE LIABILITY | |
| ☐ Comprehensive Automobile Liability | | | | $ | each person | $ | each occurrence |
| ☐ | | | | $ | each occurrence | | |
| ☒ Comprehensive General Liability | SMP2397994 | 4/15/75 | 4/15/78 | $ | each person | $ Included | each occurrence |
| ☐ Manufacturers' and Contractors' Liability | | | | | | | |
| ☐ Owners', Landlords' and Tenants' Liability | | | | $ 500,000 | Combined each occurrence | $ Included | aggregate |
| ☒ Contractual Liability | | | | $ 500,000 | Single Limit aggregate | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| WORKMEN'S COMPENSATION | | | | Coverage afforded in accordance with the Workmen's Compensation Law of the States specified in subdivision (a) below and the Occupational Disease Law, if any, of such States, unless otherwise stated in subdivision (b) below. | | | |
| | | | | (a) | | | |
| | | | | (b) | | | |
| EMPLOYERS' LIABILITY | | | | COVERAGE B—EMPLOYEES SUBJECT TO COMPENSATION LAW | | | |
| (Unless otherwise stated, the policy number, effective and expiration dates are the same as those shown for workmen's compensation insurance) | | | | $ | | | |
| | | | | COVERAGE B—EMPLOYEES NOT SUBJECT TO COMPENSATION LAW | | | |
| | | | | INJURY BY ACCIDENT | | INJURY BY DISEASE | |
| | | | | $ | each employee each accident | $ | each employee aggregate (each state) |
| | | | | MEDICAL $ | | | each employee |

REMARKS

OPERATION OF BOOTH AT ALASKA STATE FAIR BY ST. MICHAEL'S PARISH FOR
SLIPPERY GULCH FOOD CONCESSION 8/26/77 - 9/5/77

This certificate is issued at the request of the person or organization named below and the company will mail to such person or organization, at the address shown, notice of cancellation and, where possible, notice of any material change in any of the described policies.

Alaska State Fair
P.O. Box 1128
Palmer, Alaska 99645

Date: 8/15/77

By _____
Authorised Representative

LIAS. 16180

PRINTED IN U.S.A.

Exhibit E

Page 43 of 100

## ROLLINS BURDICK HUNTER OF ALASKA, INC.

Date  2/14/78

From:  Juanita Brown

To:  Al Camp.

Al - This Endorsement
broadens coverage for
the private personal
effects to a flight
degree.

Any questions, please
Call.       Juanita

Exhibit  E
Page  44  of  100

44

**CHANGE ENDORSEMENT**

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. __SMP 2 39 79 94__

of the __Pacific Insurance Company__

Name of Insurance Company

and becomes effective on __1/8/78__ at __Noon__ standard time at the location of the described property.
(Date)

Name of Insured __Corporation of the Catholic Archbishop of Anchorage__

Location of Premises and Occupancy _____

Policy Term: __years, From __4/15/75__ To __4/15/78__ Loss Ded. Cl. No. 1 __applicable; Loss Ded. Cl. No. 2 __applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable: _____

It is agreed that:

(a) The policy is amended as follows:  ~ Perils covered on Miscellaneous Articles
Limited Form is corrected to read:

This policy insures only against direct loss or damage caused by:

a) Fire or Lightning
b) Windstorm, Hail
c) Explosion
d) Riot or Civil Commotion
e) Vehicles, Aircraft or Objects Falling Therefrom
f) Smoke due to a sudden, unusual and faulty operation of
   any stationary steam, hot water or hot air plant pertaining
   solely to the service of the building(s) at which property
   insured by this policy is covered.
g) Vandalism and Malicious Mischief
h) Theft

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of
the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are
in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Descrip-tion | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☐ Add'l ☐ Return |
| | | | $ | $ | | | $ | $ | $ |
| | | | $ | $ | | | $ | $ | $ |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☐ Add'l ☐ Return |
| C. Bodily Injury & Prop-erty Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $ _____

## PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, _2_ | $ | $ | $ | $ |
| if payable in annual installments: 3. | $ | $ | $ | $ |
| Date of Change: | | $ | $ | $ |
| Total for remainder of policy term: | | $ | $ | ☐ Additional ☐ Return |

45

CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. SMP 2 39 79 94

of the **Pacific Insurance Company**

Name of Insurance Company

and becomes effective on 12/6/77 at 12:00 Noon standard time at the location of the described property.

(Date)

Name of Insured — Corporation of the Catholic Archbishop of Anchorage

Location of Premises and Occupancy _____

Policy Term ____years, From 4/15/75 To 4/15/78 Loss Ded. Cl. No. 1 ___applicable; Loss Ded. Cl. No. 2 ___applicable; Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable:_____

It is agreed that:

(a) The policy is amended as follows:

Blanket Buildings & Contents is increased by $242,000 to a toatl of $10,064,662. due to addition of frame church building (St. Patricks), situated 2111 Muldoon Road, Anchorage, Alaska

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Descrip-tion | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | XⓍ Add'l ☐ Return |
| Blkt | All | | $9,822,662 | $10,064,662 | | | $ | $ | $ 1,017. |
| | | | $ | $ | | | $ | $ | $ |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | XⓍ Add'l ☐ Return |
| C. Bodily Injury & Prop-erty Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ 234. |

TOTAL $ 1,251.

## PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, 2 | $ | $ | $ | $ |
| if payable in annual installments; 3. | $ | $ | $ | $ |
| Date of Change: | | $ 445.00 | $ | $ |
| Total for remainder of policy term: | | $ 445.00 | $ | XⓍ Additional ☐ Return |

ROLLINS BURDICK HUNTER OF ALASKA, INC.

Agency By _____

JS/is

Form MLB-20 (Ed. 1-71)

Rollins Burdick Hunter of Alaska, Inc.
840 K Street, Anchorage, Alaska 99501 / Telephone 907 279-2422

# ROLLINS BURDICK HUNTER

## ACKNOWLEDGEMENT OF POLICY CHANGE

DATE:  11/15/76

Corporation of the Catholic
Archbishop of Anchorage
P.O. Box 2239
Anchorage, Alaska  99510

Gentlemen:
In compliance with your request, we acknowledge the following policy change.

COMPANY              : Pacific Insurance Company

POLICY NUMBER        : SMP 239 79 94

COVERAGE             :

CHANGE EFFECTIVE     : 11/1/76

LOSS PAYABLE         :

ADDED                :

DELETED              :

OTHER CHANGE         : Increase Section II Limits to
                       $500,000. Combined Single Limit

☒  Endorsement and premium adjustment will follow.

☐  Your policy automatically provides for this change.
    Premium adjustment will be made at audit.

Sincerely,

ROLLINS BURDICK HUNTER OF ALASKA, INC.

By _____
    JB/js/bmcc

LBH-013

Exhibit ___E___
Page _47_ of _100_

47

# CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. __SMP 2397994__

of the _____Pacific Insurance Company_____
Name of Insurance Company

and becomes effective on __9/28/77__ at Noon _____ standard time at the location of the described property.
(Date)

Name of Insured _____Corporation of the Catholic Archbishop of Anchorage_____

Location of Premises and Occupancy _____

Policy Term: 3 years, From 4/15/75 To 4/15/78 Loss Ded. Cl. No. 1 ___ applicable; Loss Ded. Cl. No. 2 ___ applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable: _____

It is agreed that:

(a) The policy is amended as follows:

BLANKET BUILDINGS & CONTENTS IS REDUCED BY $22,262. TO A
TOTAL OF $9,822,662 DUE TO DELETION OF MOBILE HOME RECTORY
SITUATED: KENAI, ALASKA

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of
the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are
in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Description | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☐ Add'l ☒ Return |
| BLKT | All | | $ 9,844,924 | $ 9,822,662 | | | $ | $ | $ 94. |
| | | | $ | $ | | | $ | $ | $ |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☐ Add'l ☐ Return |
| C. Bodily Injury & Property Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $ 94.

## PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, 2 | $ | $ | $ | $ |
| if payable in annual installments: 3. | $ | $ | $ | $ |
| Date of Change: | $ | $ | $ 51. | $ |
| Total for remainder of policy term: | $ | $ | $ 51. | ☐ Additional ☒ Return |

ROLLINS BURDICK HUNTER OF ALASKA, INC.

Form MLB-20 (Ed. 1-71)

Agency, By _____

JB/JS/kw    11/16/77

Exhibit E

48

## CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. __SMP 2397994__

of the __Continental Insurance Company__
                           Name of Insurance Company

and becomes effective on __8/1/77__ at _____ standard time at the location of the described property.
               (Date)

Name of Insured __Corporation of the Catholic Archbishop of Anchorage__

Location of Premises and Occupancy _____

Policy Term: 3years, From __4/15/75__ To __4/15/78__ Loss Ded. Cl. No. 1 ____applicable; Loss Ded. Cl. No. 2 ____applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable:_____

It is agreed that:

    (a) The policy is amended as follows:

       1) Blanket building and contents is increased by $815,850 to a total of $9,789,124 due to addition of HCB building and contents occupied as book store and living quarters. Situated: 750 Fifth Avenue, Anchorage, Alaska

       2) Added as named Insured as respects this location only: "Daughters of St. Paul".

       3) 28,350 Sprinkler Leakage is added as respects contents at this location only - MLB 122 attached

    (b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are in lieu of the Limits of Liability stated in the policy and not in addition thereto.

### SECTION I — PROPERTY COVERAGE

| Coverage Description | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☒ Add'l ☐ Return |
| BLKT ALL | | | $ 8,973,274 | $ 9,789,124 | | | $ | $ | $ 3,427, |
| Sprinkler Leakage | | | $ | $ 28,350 | | | $ | $ | $ 19 |

### SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☒ Add'l ☐ Return |
| C. Bodily Injury & Property Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ 558. |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $ 4,004.

### PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments: 2 | $ | $ | $ | $ |
| if payable in annual installments: 3. | $ | $ | $ | $ |
| Date of Change: | | $ 2,819. | $ | $ |
| Total for remainder of policy term: | | $ | $ | ☒ Additional ☐ Return |

ROLLINS BURDICK HUNTER OF ALASKA, INC., Agency, By _____

Form MLB-20 (Ed. 1-71)     ENDORSEMENT #24

Exhibit E     JB/JS/kw 8/16/77

Page 49 of 100

 **SPRINKLER LEAKAGE ENDORSEMENT**

Form MLB-122
(Ed. 1-71)

Subject to all the provisions and stipulations otherwise applicable to Section I of this policy of which this endorsement is made a part, except as otherwise provided for herein, this policy is extended to insure against all direct loss by sprinkler leakage to property covered by this endorsement. This coverage applies only to the following locations and property for which a limit of liability is shown:

## SCHEDULE

| Location or Premises Loc. No. | Bldg. No. | Property Covered (Indicate Cov. A.—Bldgs. or Cov. B—Personal Property) | Limits of Liability | Coinsurance Percentage Applicable |
|---|---|---|---|---|
| 750 Fifth Avenue Anchorage, Alaska | | B | 28,350 | 90% |

## I. PROPERTY COVERED

When insurance under this endorsement covers on buildings, such insurance shall cover, in accordance with the description elsewhere in this policy of Coverage A — Building(s), including Debris Removal, Extensions of Coverage and Valuation, the cost of repairs and replacement of the automatic sprinkler system when the damage sustained is caused directly by (a) breakage of any of its parts resulting in sprinkler leakage or (b) freezing.

When insurance under this endorsement covers on business personal property, such insurance shall cover in accordance with the description elsewhere in this policy of Coverage B — Personal Property, including Debris Removal, Extensions of Coverage and Valuation.

## II. EXCLUSIONS AND LIMITATIONS

A. Property not covered or excluded elsewhere in this policy is also excluded from coverage hereunder.

B. Additional Perils Not Included: The Company shall not be liable for loss by sprinkler leakage or by collapse or fall of a tank caused directly or indirectly by: fire; lightning; windstorm; earthquake; blasting; explosion; rupture or bursting of steam boilers or fly wheels; riot; civil commotion; and water, except from within an automatic sprinkler system.

C. Conditions Suspending or Restricting Insurance: Unless otherwise provided in writing, the Company shall not be liable for sprinkler leakage loss:

1. occurring during and resulting from the making of repairs, alterations or extensions involving a wall or supports of a floor or roof, the installation of or change in an automatic sprinkler system at the location described in this endorsement after a period of fifteen consecutive days from the beginning of such operations;
2. while a building at the location(s) described in this endorsement is vacant or unoccupied.

## III. DEFINITIONS

A. "Sprinkler leakage" means (1) leakage or discharge of water or other substance from within any automatic sprinkler system or (2) direct loss caused by collapse or fall of a tank forming a part of such system.

B. "Automatic Sprinkler System" means any automatic fire protective system including sprinklers, discharge nozzles and ducts, pipes, valves, fittings, tanks (including component parts and supports thereof), pumps and private fire protection mains, all connected with and constituting a part of an automatic fire protective system; and non-automatic fire protective systems, hydrants, standpipes or outlets supplied from an automatic fire protective system.

## IV. COINSURANCE

The Company shall not be liable for a greater proportion of any loss to the property covered by this endorsement than the limit of liability hereby insured bears to the amount produced by multiplying the coinsurance percentage applicable (specified in this endorsement) by the actual cash value of such property at the time of loss.

In the event that the aggregate claim for any loss is both less than $10,000 and less than 5% of the limit of liability for all contributing insurance applicable to the property involved at the time such loss occurs, no special inventory and appraisement of the undamaged property shall be required, provided that nothing herein shall be construed to waive the application of the first paragraph of this clause.

If insurance under this endorsement is divided into separate limits of liability, the foregoing shall apply separately to the property covered under each such limit of liability.

The Extensions of Coverage, and the cost of removal of debris, shall not be considered in the determination of actual cash value when applying this Coinsurance Clause.

## V. CONDITIONS

A. Loss Deductible Clause No. 2 shall not apply to any sprinkler leakage loss covered by this endorsement.

B. Time Element Coverage: When the insurance under this policy, and by this endorsement, provides time element coverage such as earnings, tuition fees, extra expense, or rents, the term "direct" as applied to loss, means loss, as limited and conditioned in such forms attached to this policy, resulting from direct physical damage to the described property caused by sprinkler leakage. The conditions in such forms attached to this policy supersede the condition of this endorsement except for those shown in II — Exclusions and Limitations, and III — Definitions.

This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.

Form MLB-122 (Ed. 1-71)                          ENDORSEMENT #24A

Exhibit _____ E _____

Page _____ 50 _____ of _____ 100 _____          **50**



# *The* CONTINENTAL INSURANCE COMPANIES

Date  August 8, 1977

Insured  Archdiocese of Anchorage

TO  Corporation of the Catholic Archbishop of Anchorage

P.O. Box 2239

Anchorage, Alaska   99510

## IN COMPLIANCE WITH YOUR REQUEST...

We acknowledge the following change on Policy No.   L 3-39-95-98        Effective    8     1    1977

ADDED:                                                                        (Month   Day    Year)

DELETED:

OTHER CHANGE:  Add Daughters of St. Paul as Named Insured.

Note: Your policy provides for above change (s) without further notice or endorsement, in most instances.

### PREMIUM ADJUSTMENT, IF ANY, WILL BE MADE AT AUDIT

Note to loss payee, if any, designated below: This document signed by an authorized representative of the Company will constitute certification of Physical Damage Insurance in accordance with standard policy provisions and Loss-Payable clause form 49-A until _____

(policy expiration date)

Physical Damage Coverage afforded

Yours very truly,

Rollins Burdick Hunter of Alaska, Inc. Agency

840 "K" Street, Anchorage, Alaska   99501

(address)

Loss
Payee

_Signature of Authorized Representative and Title_

Address

Pacific Ins. Co.                    Insurance Company

San Francisco, California

(address)

PAC LIAB 1857

## CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. __SMP 2397994__

of the __Continental Insurance Company__

Name of Insurance Company

and becomes effective on __8/30/77__ at _____ standard time at the location of the described property.
(Date)

Name of Insured __Corporation of the Catholic Archbishop of Anchorage__

Location of Premises and Occupancy _____

Policy Term: __3__ years, From __4/15/75__ To __4/15/78__ Loss Ded. Cl. No. 1 ___ applicable; Loss Ded. Cl. No. 2 ___ applicable;
Other Loss Ded. Cl. applicable: (specify) _____ Forms applicable: _____

It is agreed that:

(a) The policy is amended as follows:

Blanket buildings & contents is increased by $55,800 to a total of $9,844,924 due to addition of frame rectory & contents situated: Kenai, Alaska. Section II included

Course of Construction coverage (Both Section I and Section II) at this location is deleted

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are in lieu of the Limits of Liability stated in the policy and not in addition thereto.

### SECTION I — PROPERTY COVERAGE

| Coverage Description | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☐ Add'l ☐ Return |
| BLKT | All | | $ | $ 9,844,924 | | | $ | $ | $ +235 |
| | | | $ | $ | | | $ | $ | $ |
| COC | | | | | | | | | –192 |

### SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☐ Add'l ☐ Return |
| C. Bodily Injury & Property Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |
| OCP for COC | | | | | – 26 |

TOTAL $ +17

### PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, 2 | $ | $ | $ | $ |
| if payable in annual installments: 3. | $ | $ | $ | $ |
| Date of Change: | | $ 11 | $ | $ |
| Total for remainder of policy term: | | $ | $ | ☒ Additional ☐ Return |

ROLLINS BURDICK HUNTER OF ALASKA, INC.    Agency, By _____

Form MLB-20 (Ed. 1-71)    JB/JS/kw 9/7/77

Exhibit __E__
Page __52__ of __100__

52



*The* CONTINENTAL INSURANCE COMPANIES

Date __August 8, 1977__

Insured __Archdiocese of Anchorage__

_____

TO __Corporation of the Catholic Archbishop of Anchorage__

__P.O. Box 2239__

__Anchorage, Alaska   99510__

IN  COMPLIANCE  WITH  YOUR  REQUEST. . .

We acknowledge the following change on Policy No.   L 3-39-95-98    Effective   8    1    1977
ADDED:                                                          (Month   Day   Year)

DELETED:

OTHER CHANGE:  Add Daughters of St. Paul as Named Insured.

Note: Your policy provides for above change (s) without further notice or endorsement, in most instances.
            PREMIUM ADJUSTMENT, IF ANY, WILL BE MADE AT AUDIT
Note to loss payee, if any, designated below: This document signed by an authorized representative of the
Company will constitute certification of Physical Damage Insurance in accordance with standard policy
provisions and Loss-Payable clause form 49-A until_____.
                                        (policy expiration date)
      Physical Damage Coverage afforded

      _____

      _____

                                        Yours very truly,
                                        __Rollins Burdick Hunter of Alaska, Inc__Agency

                                        __840 "K" Street, Anchorage, Alaska   99501__
                                                        (address)

Loss                                    _____
Payee
                                        Signature of Authorized Representative and Title

Address                                 __Pacific Ins. Co._____Insurance Company

                                        __San Francisco, California__
                                                        (address)

PAC LIAB 3652

CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. **SMP 2397994**

of the **CONTINENTAL INSURANCE CO.**

Name of Insurance Company

and becomes effective on **7/28/77** at _____ standard time at the location of the described property.

(Date)

Name of Insured **CORPORATION OF THE CATHOLIC ARCHBISHOP OF ANCHORAGE**

Location of Premises and Occupancy

Policy Term: 3 years, From **4/15/75** To **4/15/78** Loss Ded. Cl. No. 1 ___ applicable; Loss Ded. Cl. No. 2 ___ applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable:

It is agreed that:

(a) The policy is amended as follows:

1. Blanket Buildings & Contents is increased by $52,200 to a
   total of $8,973,274 due to addition of frame church building
   and adjacent outbuilding at Glennallen, Alaska

2. $50,000 on course of construction on frame church building
   situated Cooper Landing, Alaska.
   Perils covered - Fire, Extended Coverage and Special Extended
   Coverage. MLB 103 is applicable.
   Liability Code OCP 16292 is also applicable.
   B.I. Rate: .026, P.D. Rate .017,
   B.I. Min. $14.00 , P.D. Min. $12.00

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of
the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are
in lieu of the Limits of Liability stated in the policy and not in addition thereto.

### SECTION I — PROPERTY COVERAGE

| Coverage Descrip-tion | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | [X] Add'l [ ] Return |
| BLKT | ALL | | $8,921,074 | $8,973,274 | | .420 | $ | $ | $219.00 |
| COC | | COOPER LANDING | $ | | | . | $ | $ | $264.00 |

### SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | [X] Add'l [ ] Return |
| C. Bodily Injury & Prop-erty Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | 26.00 |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $ 509.00

### PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, 2 | $ | $ | $ | $ |
| if payable in annual installments: 3. | $ | $ | $ | $ |
| Date of Change: | | $ 364.00 | $ | $ |
| | | | | [ ] Additional |
| Total for remainder of policy term: | | $ | $ | [ ] Return |
| .715 | | | | |

Agency, By _____

Form MLB-20 (Ed. 1-71)

ENDORSEMENT #23

APPLICABLE TO FRAME CHURCH BUILDING AND
ADJACENT OUT BUILDING SITUATED:
GLENNALLEN, ALASKA

S.F. FORM

**S**

Form 438BFU
(Rev. May 1, 1942)

## LENDER'S LOSS PAYABLE ENDORSEMENT

1. Loss or damage, if any, under this policy shall be paid to.......HARRY HINES..............
...............................GLENNALLEN, ALASKA........................

its successors and assigns, hereinafter referred to as "the Lender," in whatever form or capacity its interests may appear and whether said interest be vested in said Lender in its individual or in its disclosed or undisclosed fiduciary or representative capacity, or otherwise, or vested in a nominee or trustee of said Lender.

2. The insurance under this policy, or any rider or endorsement attached thereto, as to the interest only of the Lender, its successors and assigns, shall not be invalidated nor suspended: (a) by any error, omission, or change respecting the ownership, description, possession, or location of the subject of the insurance or the interest therein, or the title thereto; (b) by the commencement of foreclosure proceedings or the giving of notice of sale of any of the property covered by this policy by virtue of any mortgage or trust deed; (c) by any breach of warranty, act, omission, neglect, or non-compliance with any of the provisions of this policy, including any and all riders now or hereafter attached thereto, by the named insured, the borrower, mortgagor, trustor, vendee, owner, tenant, warehouseman, custodian, occupant, or by the agents of either or any of them or by the happening of any event permitted by them or either of them, or their agents, or which they failed to prevent, whether occurring before or after the attachment of this endorsement, or whether before or after a loss, which under the provisions of this policy of insurance or of any rider or endorsement attached thereto would invalidate or suspend the insurance as to the named insured, excluding herefrom, however, any acts or omissions of the lender while exercising active control and management of the property.

3. In the event of failure of the insured to pay any premium or additional premium which shall be or become due under the terms of this policy or on account of any change in occupancy or increase in hazard not permitted by this policy, this Company agrees to give written notice to the Lender of such non-payment of premium after sixty (60) days from and within one hundred and twenty (120) days after due date of such premium and it is a condition of the continuance of the rights of the Lender hereunder that the Lender when so notified in writing by this Company of the failure of the insured to pay such premium shall pay or cause to be paid the premium due within ten (10) days following receipt of the Company's demand in writing therefor. If the Lender shall decline to pay said premium or additional premium, the rights of the Lender under this Lender's Loss Payable Endorsement shall not be terminated before ten (10) days after receipt of said written notice by the Lender.

4. Whenever this Company shall pay to the Lender any sum for loss or damage under this policy and shall claim that as to the insured no liability therefor exists, this Company, at its option, may pay to the Lender the whole principal sum and interest and other indebtedness due or to become due from the insured, whether secured or unsecured, (with refund of all interest not accrued), and this Company, to the extent of such payment, shall thereupon receive a full assignment and transfer, without recourse, of the debt and all rights and securities held as collateral thereto.

5. If there be any other insurance upon the within described property, this Company shall be liable under this policy as to the Lender for the proportion of such loss or damage that the sum hereby insured bears to the entire insurance of similar character on said property under policies held by, payable to and expressly consented to by the Lender. Any Contribution Clause included in any Fallen Building Clause Waiver or any Extended Coverage Endorsement attached to this contract of insurance is hereby nullified, and also any Contribution Clause in any other endorsement or rider attached to this contract of insurance is hereby nullified except Contribution Clauses for the compliance with which the insured has received reduction in the rate charged or has received extension of the coverage to include hazards other than fire and compliance with such Contribution Clause is made a part of the consideration for insuring such other hazards. The Lender upon the payment to it of the full amount of its claim, will subrogate this Company (pro rata with all other insurers contributing to said payment) to all of the Lender's rights of contribution under said other insurance.

6. This Company reserves the right to cancel this policy at any time, as provided by its terms, but in such case this policy shall continue in force for the benefit of the Lender for ten (10) days after written notice of such cancellation is received by the Lender and shall then cease.

7. This policy shall remain in full force and effect as to the interest of the Lender for a period of ten (10) days after its expiration unless an acceptable policy in renewal thereof with loss thereunder payable to the Lender in accordance with the terms of this Lender's Loss Payable Endorsement, shall have been issued by some insurance company and accepted by the Lender.

8. Should legal title to and beneficial ownership of any of the property covered under this policy become vested in the Lender or its agents, insurance under this policy shall continue for the term thereof for the benefit of the Lender but, in such event, any privileges granted by this Lender's Loss Payable Endorsement which are not also granted the insured under the terms and conditions of this policy and/or under other riders or endorsements attached thereto shall not apply to the insurance hereunder as respects such property.

9. All notices herein provided to be given by the Company to the Lender in connection with this policy and this Lender's Loss Payable Endorsement shall be mailed to or delivered to the Lender at its office or branch at................................
or, if none be specified, at its office in.........................................

Attached to Policy No...SMP 2397994.....CONTINENTAL INSURANCE CO.

Issued to....CORPORATION OF THE CATHOLIC ARCHBISHOP OF ANCHORAGE, ETAL..
Agency at....Anchorage, Alaska..........................Date....8/5/77.........

Approved:
   Board of Fire Underwriters of the Pacific,
   California Bankers' Association,
         Committee on Insurance.

Exhibit ___E___
Page ___55___ of ___100___    **55**

Rollins Burdick Hunter of Alaska, Inc.
840 K Street, Anchorage, Alaska 99501 / Telephone 907 279-2422

# ROLLINS BURDICK HUNTER

## ACKNOWLEDGEMENT OF POLICY CHANGE

Corporation of the Catholic
Archbishop of Anchorage
P.O. Box 2239
Anchorage, Alaska 99510

DATE:  July 11, 1977

Gentlemen:

In compliance with your request, we acknowledge the following policy change.

COMPANY : Pacific Insurance Company

POLICY NUMBER : SMP 2 39 79 94

COVERAGE : As Per Policy

CHANGE EFFECTIVE : 6/22/77

LOSS PAYABLE : Yukon Office Supply, Inc.
3150 C Street
Anchorage, Alaska 99501

ADDED :

DELETED :

OTHER CHANGE : Increase Blanket Real Property $6,000 due to addition of
one Savin 770 Copier, S# 270205474

☒  Endorsement and premium adjustment will follow.

☐  Your policy automatically provides for this change.
Premium adjustment will be made at audit.

Sincerely,

ROLLINS BURDICK HUNTER OF ALASKA, INC.

By

JB/JS/kw

LBH-012

Exhibit _____ E _____  56
Page __56__ of __100__

S.F. FORM

FORM 99
(Oct. 1968)

# CERTIFICATE OF INSURANCE

| Certificate issued to | Name and address of Insured |
|---|---|
| Yukon Office Supply, Inc.<br>3150 C Street<br>Anchorage, Alaska 99501 | Corporation of the Catholic<br>Archbishop of Anchorage<br>P.O. Box 2239<br>Anchorage, Alaska 99510 |

| Perils insured against | | $ 1,000. deductible, applying to |
|---|---|---|
| [X] Fire and Lightning<br>[X] Extended Coverage<br>[X] Vandalism & Malicious Mischief | [ ] Sprinkler Leakage<br>[ ]<br>[ ] | All Perils |

Location of property covered
(1)
(2)
(3)
(4)

| Policy Number | Insurer | Term From | Term To | Coverage & Locations | Amount of Insurance |
|---|---|---|---|---|---|
| SMP2397994 | Pacific Insurance Company | 4/15/75 | 4/15/78 | BL-BE-A | $8,921,074<br><br>Including one Savin 770 Copier S# 270205474 |

Legend:
SP—Specific insurance
BL—Blanket insurance
R —Reporting form—amount of ins.
   shown is limit of liability for all
   contributing insurance

B —Building(s)
BE—Building(s) & Equipment
E —Equipment
ES—Equipment & Stock
S --Stock

1—Location #1
2—Location #2
3—Location #3
4—Location #4
A—All locations

[ ] Mortgagee Clause (requires 10 day written notice of cancellation to mortgagee)
[ ] Lenders Loss Payable Endorsement (policy continues in force 10 days after written notice of
   cancellation is received by lender)
[X] Other payee clause (copy attached to this Certificate) (Form 346)
Policies contain clause indicated above. Loss, if any, payable to the party to whom this Certificate
is issued, unless otherwise noted below.

I certify that the above described policies exist and cover only in accordance with the policy terms.

_____     Agent     7/11/77
(SIGNATURE)                   (TITLE)    (DATE)

ROLLINS BURDICK HUNTER OF ALASKA, INC.     840 K Street     Anchorage, Alaska 99501
(FIRM AND ADDRESS)

THIS CERTIFICATE IS FOR INFORMATION ONLY; IT IS NOT A CONTRACT OF INSURANCE BUT
ATTESTS THAT A POLICY AS NUMBERED HEREIN, AND AS IT STANDS AT THE DATE OF THIS
CERTIFICATE, HAS BEEN ISSUED BY THE INSURER

Exhibit E     JB/JS/kw     57
Page 57 of 100

S.F. FORM

FORM 345
(Oct. 1945)

## LOSS PAYABLE CLAUSE

| DATED | ATTACHED TO AND FORMING PART OF | POLICY NO. | NAME OF INSURANCE COMPANY |
|-------|-------|-------|-------|
| 7/11/77 | | SMP 2 39 79 94 | Pacifice Insurance Company |

ISSUED TO
(INSURED'S NAME & MAILING ADDRESS)

Corporation of the Catholic Archbishop of Anchorage

AGENCY AT

Anchorage, Alaska

ROLLINS BURDICK HUNTER OF ALASKA, INC.

AGENT

Loss, if any, subject to all the terms and conditions of this policy and to the written agreement, if any, between this Insurer and the following named Payee, is payable to.......Yukon Office Supply, Inc.............................................

----------IF INTEREST OF PAYEE IS THAT OF CHATTEL MORTGAGE, IT IS NECESSARY TO INSERT AFTER PAYEE'S NAME THE WORDS "CHATTEL MORTGAGEE."----------

whose mailing address is..................(Chattel Mortgagee)...............................................
3150 C Street
Anchorage, Alaska 99501

346
Oct. 1945    JB/JS/kw

Exhibit _E_    58

Page _58_ of _100_

Rollins Burdick Hunter of Alaska, Inc.
840 K Street, Anchorage, Alaska 99501 / Telephone 907 279-2422

# ROLLINS BURDICK HUNTER

## ACKNOWLEDGEMENT OF POLICY CHANGE

Corporation of the Catholic
Archbishop of Anchorage
P.O. Box 2239
Anchorage, Alaska 99510

DATE:  July 11, 1977

Gentlemen:

In compliance with your request, we acknowledge the following policy change.

COMPANY             :   Pacific Insurance Company

POLICY NUMBER       :   SMP 2 39 79 94

COVERAGE            :   Fire, Extended Coverage, Special Extended Coverage

CHANGE EFFECTIVE    :   6/6/77

LOSS PAYABLE        :

ADDED               :   $50,000 Course of Construction on frame Rectory - Kenai,
                        Alaska

DELETED             :

OTHER CHANGE        :

☒  Endorsement and premium adjustment will follow.

☐  Your policy automatically provides for this change.
   Premium adjustment will be made at audit.

Sincerely,

ROLLINS BURDICK HUNTER OF ALASKA, INC.

By
                        JB/JS/kw

LBH.013

Exhibit ___E___   59
Page __59__ of _100_

*Catholic Christian Copier*

**CHANGE ENDORSEMENT**

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. SMP 2397994

of the ___CONTINENTAL INSURANCE CO.___

Name of Insurance Company

and becomes effective on __6/22/77__ at _____ standard time at the location of the described property.

(Date)

Name of Insured ___CORPORATION OF THE CATHOLIC ARCHBISHOP OF ANCHORAGE___

Location of Premises and Occupancy _____

Policy Term __3__ years, From __4/15/75__ To __4/15/78__ Loss Ded. Cl. No. 1 ____ applicable; Loss Ded. Cl. No. 2 ____ applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable: _____

It is agreed that:

(a) The policy is amended as follows:

1. Blanket Building and Contents is increased $6,000 to new total of $8,921,074 due to addition of one Savin 770 Copier, S# 270205474.

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Description | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☒ Add'l ☐ Return |
| BLKT | ALL | | $8,915,074 | $8,921,074 | | .420 | $ | $ | $37,469 |
| | | | $ | $ | | | $ | $ | $ |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☐ Add'l ☐ Return |
| C. Bodily Injury & Property Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $ _____

## PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, 2 | $ | $ | $ | $ |
| if payable in annual installments: 3. | $ | $ | $ | $ |
| Date of Change: | | $ 20.00 | | $ |
| Total for remainder of policy term: | | $ | | $ ☒ Additional ☐ Return |

.814

Form MLB-20 (Ed. 1-71)

Agency, By _____

ENDORSEMENT # 22

*— Proct. and Tng —*

## CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. __SMP 2397994__
of the __Pacific Insurance Company__
<span style="font-size:smaller">Name of Insurance Company</span>

and becomes effective on __6/6/77__ at _____ standard time at the location of the described property.
<span style="font-size:smaller">(Date)</span>

Name of Insured _____ Corporation of the Catholic Archbishop of Anchorage _____

Location of Premises and Occupancy _____

Policy Term: 3 years, From 4/15/75 To 4/15/78  Loss Ded. Cl. No. 1 ___ applicable; Loss Ded. Cl. No. 2 ___ applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable:_____
It is agreed that:

   (a) The policy is amended as follows:

In Consideration of additional premium as shown below the
following is added to policy.

$60,000 – course of construction coverage on Frame Rectory situated:
Kenai, Alaska. Perils covered: Fire, Extended Coverage, Special
Extended Coverage  MLB 103 is added to and becomes a part of policy.
Liability = OCP Code 16292 is also applicable. B.I. Rate .026;
P.D. Rate .017  B.I. Min.  $14.00, P.D. Min. $12.00

   (b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of
the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are
in lieu of the Limits of Liability stated in the policy and not in addition thereto.

### SECTION I — PROPERTY COVERAGE

| Coverage Descrip-tion | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☒ Add'l ☐ Return |
| COC | Kenai | Alaska | $ | $ | | | $ | $ | $192.00 |
| | | | $ | $ | | | $ | $ | $ |

### SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☒ Add'l ☐ Return |
| C. Bodily Injury & Prop-erty Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ 26.00 |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $ 218.00

### PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, 2 | $ | $ | $ | $ |
| if payable in annual installments: 3. | $ | $ | $ | $ |
| Date of Change: | | $ 187.00 | $ | $ |
| | | | | ☐ Additional |
| Total for remainder of policy term: | | $ | $ | ☐ Return |

Form MLB-20 (Ed. 1-71)     END #21     Agency By _____

61

Exhibit E
Page 61 of 100

CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. SMP 2397994
of the CONTINENTAL INSURANCE CO.
Name of Insurance Company

and becomes effective on 4/15/77 at \_\_\_\_\_ standard time at the location of the described property.
(Date)

Name of Insured CORPORATION OF THE CATHOLIC ARCHBISHOP OF ANCHORAGE

Location of Premises and Occupancy _____

Policy Term: 3 years, From 4/15/75 To 4/15/78 Loss Ded. Cl. No. 1 \_\_\_\_ applicable; Loss Ded. Cl. No. 2 \_\_\_\_ applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable: _____

It is agreed that:

(a) The policy is amended as follows:

SCHEDULED CAMERA EQUIPMENT IS DELETED FROM POLICY.

FORM M-52 Rev. 1/72 IS NO LONGER APPLICABLE

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Description | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☐ Add'l  ☒ Return |
| | | | $ | $ | | | $ | $ | $ |
| | | | $ | $ | | | $ | $ | $ |
| | | | | | | | | | 165.00 |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☐ Add'l  ☐ Return |
| C. Bodily Injury & Property Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $ 165.00

### PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, 2 | $ | $ | $ | $ |
| if payable in annual installments: 3. | $ | $ | $ | $ |
| Date of Change: | | $ | $ 165.00 | $ |
| Total for remainder of policy term: | | $ | $ 165.00 | ☐ Additional  ☒ Return |

Agency, By _____

Form MLB-20 (Ed. 1-71)

ENDORSEMENT #20

Exhibit E
Page 62 of 100

62

CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. ___SMP 2397994___
of the ___Pacific Insurance Company___
                          Name of Insurance Company

and becomes effective on ___2/15/77___ at _____ standard time at the location of the described property.
                                (Date)

Name of Insured ___Corporation of the Catholic Archbishop of Anchorage et al___

Location of Premises and Occupancy _____

Policy Term 3 years, From 4/15/75 To 4/15/78 Loss Ded. Cl. No. 1 ___applicable; Loss Ded. Cl. No. 2 ___applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable: _____
It is agreed that:

(a) The policy is amended as follows:

Blanket building and contents is increased as shown below due to

addition of Our Lady of Guadalupe (Church) situated: Wisconsin

Street, Anchorage, Alaska.

Building $720,000., Contents $40,500., Area 10,000 Sq. Ft.

90% Coinsurance

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of
the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are
in lieu of the Limits of Liability stated in the policy and not in addition thereto.

### SECTION I — PROPERTY COVERAGE

| Coverage Description | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☒ Add'l ☐ Return |
| Blanket | All | | $ 7,597,802 | $ 8,358,302 | | | $ | $ | $ 3,193. |
| | | | $ | $ | | | $ | $ | $ |

### SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☒ Add'l ☐ Return |
| C. Bodily Injury & Property Damage Liability | $ 500,000. Combined Single Limit each Occurrence | Aggregate | $ | $ | $ 252. |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $3,445.

### PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, 2  4/15/77 if payable in annual installments: 3. | $ 37,092. $ | $ 3,445. $ | $ $ | $ 40,537. $ |
| Date of Change: | | $ 358. | $ | $ |
| Total for remainder of policy term: | | $ 3,803. | $ | ☒ Additional ☐ Return |

ROLLINS BURDICK HUNTER OF ALASKA, INC.   Agency, By _____

Form MLB-20 (Ed. 1-71)

Endorsement #18        Exhibit E        JB/JS/kw  2/18/77

Page 63 of 100

## GENERAL CHANGE ENDORSEMENT

ema 12-27-76

This endorsement forms a part of the designated policy and applies, unless otherwise stated herein, as of the effective time and date of such policy.

| | | |
|---|---|---|
| Issued By | Pacific Insurance Company | 70 |

**Policy No.**
SMP 2397994

| | | |
|---|---|---|
| Producer's Name and Address | . LaBow, Haynes of Alaska, Inc. <br> . 840 K Street <br> . Anchorage, Alaska   99501 | Producer's Code <br> 54 080 080 |

**Effective**
11-1 ,19 76 at 12:01A
Hour and Minute

Named Insured and Address (Number and Street, Town or City, County and State)
. Corporation of the Catholic
. Archbishop of Anchorage, etal
. P.O. Box 2239
. Anchorage , Alaska   99510

P.R. .452

ON ACCOUNT OF THE FOLLOWING THE
ADDITIONAL PREMIUM IS $        82.
RETURN PREMIUM IS $
IF PREPAID OR DUE HEREWITH
IF ON DEFERRED PREMIUM PAYMENT

| IF ON DEFERRED PREMIUM PAYMENT PLAN: | | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|---|
| Dates of subsequent installments, if payable in annual installments: | 2. 4/15/77-78 | $ 36,910. | $ 182. | $ | $ 37,092. |
| | 3. | $ | $ | $ | $ |

**SECTION I**

**SECTION II**

Amending to $500,000. combined single limits.

**OTHER CHANGES**

This endorsement shall not be binding upon the company unless countersigned by a duly authorized representative of the company.

Countersigned by _____

PAC MPD 2701F

Exhibit *E*
Page 64 of 100

PRINTED IN U.S.A.

64

**CHANGE ENDORSEMENT**

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. **SMP2 39 79 94**

of the **Pacific Insurance Company**
Name of Insurance Company

and becomes effective on **10/27/76** at **Noon** standard time at the location of the described property.
(Date)

Name of Insured **Archdiocese of Anchorage**

Location of Premises and Occupancy

Policy Term **3** years, From **4/15/75** To **4/15/78** Loss Ded. Cl. No. 1 ____applicable; Loss Ded. Cl. No. 2 ____applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable: _____

It is agreed that:

   (a) The policy is amended as follows:

      1. Building Coverage only (location #3 , Little Flower
         Gift Shop) Deleted

      2. Liability Coverage is added for St. Francis House –
         Code 56991 – Stores, Clothing or wearing apparel

   (b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of
   the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are
   in lieu of the Limits of Liability stated in the policy and not in addition thereto.

### SECTION I — PROPERTY COVERAGE

| Coverage Description | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☐ Add'l  ☒ Return |
| Blanket | All | | $7,618,895 | $7,597,802 | | | $ | $ | $ 88.00 |
| | | | $ | $ | | | $ | $ | $ |

### SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☒ Add'l  ☐ Return |
| C. Bodily Injury & Property Damage Liability | $       each Occurrence | $       Aggregate | $ | $ | $ 52.00 |
| D. Premises Medical Payments | $       each Person | $       each Accident | $ | $ | $ |

TOTAL $ **-36.00**

### PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, **2** | $ | $ | $ | $ |
| if payable in annual installments: 3. **4/15/77** | $ 36,946. | $ | $ 36.00 | $36,910 |
| Date of Change: | | $ | $ 13.00 | $ |
| Total for remainder of policy term: | | $ | $ 49.00 | ☐ Additional  ☒ Return |

ROLLINS BURDICK HUNTER OF ALASKA By

Form MLB-20 (Ed. 1-71)

Exhibit **C**

Page **65** of **100**

65

CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. __SMP 2 39 79 94__
of the __Pacific Insurance Company__

Name of Insurance Company

and becomes effective on __10/10/76__ at Noon _____ standard time at the location of the described property.
(Date)

Name of Insured __Archdiocese of Anchorage__

Location of Premises and Occupancy _____

Policy Term: __3years,__ From__4/15/75__ To__4/15/78__ Loss Ded. Cl. No. 1 ____applicable; Loss Ded. Cl. No. 2 ____applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable:_____

It is agreed that:

(a) The policy is amended as follows:

Premises for Bishop's Attic II has moved to 1032 South Bailey
Street, Palmer, Alaska area 1600 Sq Ft. Section II Coverage
only applicable.

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of
the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are
in lieu of the Limits of Liability stated in the policy and not in addition thereto.

### SECTION I — PROPERTY COVERAGE

| Coverage Descrip-tion | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☐ Add'l ☐ Return |
| | | | $ | $ | | | $ | $ | $ |
| | | | $ | $ | | | $ | $ | $ |

### SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☒ Add'l ☐ Return |
| C. Bodily Injury & Property Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ 13.00 |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $_____

### PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, 2 | $ | $ | $ | $ |
| if payable in annual installments. 3. __4/15/77__ | $ 36,868. | $13.00 | $ | $36,881.00 |
| Date of Change: | | $ 7.00 | $ | $ |
| Total for remainder of policy term: | | $20.00 | $ | $ ☐ Additional ☐ Return |

.512
Form MLB-20 (Ed. 1-71)

ROLLINS BURDICK HUNTER OF AK Agency, By _____

End #14