CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. SMP 2 39 79 94
of the Pacific Insurance Company
                    Name of Insurance Company

and becomes effective on 10/15/76 at Noon standard time at the location of the described property.
                          (Date)

Name of Insured Archdiocese of Anchorage

Location of Premises and Occupancy

Policy Term: 3 years, From 4/15/75 To 4/15/78 Loss Ded. Cl. No. 1 applicable; Loss Ded. Cl. No. 2 applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable:
It is agreed that:

(a) The policy is amended as follows:

In Consideration of Premium shown below it is understood and agreed
that the description of Location #46 is changed to St. Ann's Convent;
Description of Location #47 is changed to Cathedral annex office.

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of
the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are
in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Description | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☐ Add'l ☐ Return |
| | | | $ | $ | | | $ | $ | $ |
| | | | $ | $ | | | $ | $ | $ |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☒ Add'l ☐ Return |
| C. Bodily Injury & Property Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | 65.00 |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | |

TOTAL $ 65.00

## PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, 2 | $ | $ | $ | $ |
| If payable in annual installments: 3. 4/15/77 | $ 36,881 | $ 65.00 | $ | $ 36,946.00 |
| Date of Change: | | $ 32.00 | $ | $ |
| Total for remainder of policy term: | | $ 97.00 | $ | ☐ Additional ☐ Return |

Rollins Burdick hunter of Alaska Agency, By _____

CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. SMP2 39 79 94
of the Pacific Insurance Company
Name of Insurance Company

and becomes effective on 10/27/76 at Noon standard time at the location of the described property.
(Date)

Name of Insured Archdiocese of Anchorage

Location of Premises and Occupancy

Policy Term: 3 years, From 4/15/75 To 4/15/78 Loss Ded. Cl. No. 1 applicable; Loss Ded. Cl. No. 2 applicable; Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable: _____

It is agreed that:
    (a) The policy is amended as follows:

        1. Building Coverage only (location #3 , Little Flower Gift Shop) Deleted

        2. Liability Coverage is added for St. Francis House - Code 56991 - Stores, Clothing or wearing apparel

    (b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Descrip-tion | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | □ Add'l ☒ Return |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | |
| Blanket | All | | $7,618,895 | $7,597,802. | | | $ | $ | $ 88.00 |
| | | | $ | $ | | | $ | $ | $ |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | ☒ Add'l □ Return |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | |
| C. Bodily Injury & Property Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ 52.00 |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $ -36.00

## PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, 2 | $ | $ | $ | $ |
| if payable in annual installments: 3. 4/15/77 | $ 36,946. | $ | $ 36.00 | $36,910 |
| Date of Change: | | $ | $13.00 | $ |
| Total for remainder of policy term: | | $ | $49.00 | □ Additional ☒ Return |

ROLLINS BURDICK HUNTER OF ALASKA Agency By _____

Form MLB-20 (Ed. 1-71)

# CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. __SMP 2 39 79 94__
of the __Pacific Insurance Company__
                                                    Name of Insurance Company

and becomes effective on __10/10/76__ at __Noon__ _____ standard time at the location of the described property.
                         (Date)

Name of Insured __Archdiocese of Anchorage__

Location of Premises and Occupancy _____

Policy Term: __3__ years, From __4/15/75__ To __4/15/78__ Loss Ded. Cl. No. 1 _____ applicable; Loss Ded. Cl. No. 2 _____ applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable: _____

It is agreed that:

(a) The policy is amended as follows:

Premises for Bishop's Attic II has moved to 1032 South Bailey
Street, Palmer, Alaska area 1600 Sq Ft. Section II Coverage
only applicable.

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of
the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are
in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Descrip-tion | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | ☐ Add'l ☐ Return |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | |
| | | | $ | $ | | | $ | $ | $ |
| | | | $ | $ | | | $ | $ | $ |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | ☒ Add'l ☐ Return |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | |
| C. Bodily Injury & Prop-erty Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ 13.00 |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $ _____

## PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, __2__ | $ | $ | $ | $ |
| If payable in annual installments: 3. __4/15/77__ | $ 36,868. | $13.00 | $ | $36,881.00 |
| Date of Change: | | $ 7.00 | $ | $ |
| Total for remainder of policy term: | | $20.00 | $ | ☐ Additional ☐ Return |

.512
Form MLB-20 (Ed. 1-71)

__ROLLINS BURDICK HUNTER OF AK__ Agency, By _____

Exhibit __E__
Page __69__ of __100__

CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. SMP 2 39 79 94

of the  Pacific Insurance Company

Name of Insurance Company

and becomes effective on  10/15/76  at  Noon  standard time at the location of the described property.

(Date)

Name of Insured  Archdiocese of Anchorage

Location of Premises and Occupancy _____

Policy Term: 3 years, From  4/15/75  To  4/15/78  Loss Ded. Cl. No. 1 ___applicable; Loss Ded. Cl. No. 2 ___applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable: _____

It is agreed that:
   (a) The policy is amended as follows:

In Consideration of Premium shown below it is understood and agreed
that the description of Location #46 is changed to St. Ann's Convent;
Description of Location #47 is changed to Cathedral annex office.

   (b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of
   the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are
   in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Descrip- tion | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☐ Add'l ☐ Return |
| | | | $ | $ | | | $ | $ | $ |
| | | | $ | $ | | | $ | $ | $ |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☒ Add'l ☐ Return |
| C. Bodily Injury & Prop- erty Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ 65.00 |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $  65.00

## PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments,  2 | $ | $ | $ | $ |
| if payable in annual installments. 3.  4/15/77 | $ 36,881 | $ 65.00 | $ | $ 36,946.00 |
| Date of Change: | | $ 32.00 | $ | $ |
| Total for remainder of policy term: | | $ 97.00 | $ | ☐ Additional ☐ Return |

Rollins Burdick hunter of Alaska Agency, By _____

Form MLB-20 (Ed. 1-71)

CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. SMP 239 7994 _____
of the PACIFIC INSURANCE _____

                                          Name of Insurance Company

and becomes effective on 12/29/75 at NOON _____ standard time at the location of the described property.
                          (Date)

Name of Insured ___ CORPORATION OF THE CATHOLIC ARCHBISHOP OF ANCHORAGE ETAL

Location of Premises and Occupancy _____

Policy Term 3 years, From 4/15/75 To 4/15/78 Loss Ded. Cl. No. 1 ___ applicable; Loss Ded. Cl. No. 2 ___ applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable: _____
It is agreed that:
    (a) The policy is amended as follows:

Under End't. #6 (eff. 12/29/75) Previous Installment amended
to read $31,836     Additional Premium $442.00 amount due at
subsequent installments $32,278.00

Under End't. #7 (eff. 12/7/75) Previous Installments amended
to read $32,278    Additional Premium $9.00, amount due at
subsequent installments $32,287.00

    (b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of
    the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are
    in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Description | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☐ Add'l<br>☐ Return |
| | | | $ | $ | | | $ | $ | $ |
| | | | $ | $ | | | $ | $ | $ |
| | | | | | | | | | |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☐ Add'l<br>☐ Return |
| C. Bodily Injury & Property Damage Liability | $<br>each Occurrence | $<br>Aggregate | $ | $ | $ |
| D. Premises Medical Payments | $<br>each Person | $<br>each Accident | $ | $ | $ |

TOTAL $_____

## PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments,  2  4/15/76 | $ | $ | $ | $ 32,287. |
| if payable in annual installments.  3.  4/15/77 | $ | $ | $ | $ 32,287 |
| Date of Change: | | $ | $ | $<br>☐ Additional<br>☐ Return |
| Total for remainder of policy term: | | $ | $ | $<br>☐ Additional<br>☐ Return |

Form MLB-20 (Ed. 1-71)

Agency, By _____

1-5-76  bjb          GENERAL CHANGE ENDORSEMENT

This endorsement forms a part of the designated policy and applies, unless otherwise stated herein, as of the effective time and date of such policy.

| Issued By | Pacific Insurance Company | 70 | Policy No. SMP 2 39 79 94 |
|---|---|---|---|

| Producer's Name and Address | LaBow, Haynes of Alaska, Inc. 840 K Street Anchorage, Alaska  99501 | Producer's Code 54 080 080 | Effective 12-7 , 19 75 at 12:01 A.M. |
|---|---|---|---|

| Named Insured and Address (Number and Street, Town or City, County and State) | Corporation of the Catholic Archbishop of Anchorage, etal P.O. Box 2239 Anchorage, Alaska  99510 | | ON ACCOUNT OF THE FOLLOWING THE ADDITIONAL PREMIUM IS $ waived RETURN PREMIUM IS $ IF PREPAID OR DUE HEREWITH IF ON DEFERRED PREMIUM PAYMENT |
|---|---|---|---|

P.R.  .353

| IF ON DEFERRED PREMIUM PAYMENT PLAN: | Previous Installments | Additonal Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, if payable in annual installments: 2. 4-15-76-77 | $ 31,836. | $ 9. | $ | $ 31,845. |
| 3. 4-15-77-78 | $ 31,836. | $ 9. | $ | $ 31,845. |

SECTION I

SECTION II

Increasing Property Damage Limits to $100,000.

OTHER CHANGES

This endorsement shall not be binding upon the company unless countersigned by a duly authorized representative of the company.

Countersigned by _____

PAC MPO 2797F                  Endorsement No. 7

PRINTED IN U.S.A.

CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. SMP 2 39 79 94

of the Pacific Insurance Company

Name of Insurance Company

and becomes effective on 11/19/75 at _____ standard time at the location of the described property.
(Date)

Name of Insured Corporation of the Catholic Archbishop of Anchorage, et. al.

Location of Premises and Occupancy _____

Policy Term: 3 years, From 4/15/75 To 4/15/78 Loss Ded. Cl. No. 1 ___applicable; Loss Ded. Cl. No. 2 ___applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable:_____

It is agreed that:

(a) The policy is amended as follows:

Following Location is added for liability only.
Lots 1 and 2 of Tundra Jewell Ranch Subdivision
Code 59991, Area $1,280  Estimated Receipts $10,000

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of
the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are
in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Description | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☐ Add'l ☐ Return |
| | | | $ | $ | | | $ | $ | $ |
| | | | $ | $ | | | $ | $ | $ |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☐ Add'l ☐ Return |
| C. Bodily Injury & Property Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $

### PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, 2  4/15/76 | $ 31,775. | $ 61.00 | $ | $ 31,836. |
| if payable in annual installments:  3. | $ 31,775. | $ 61.00 | $ | $ 31,836. |
| Date of Change: 11/19/75 | | $ 25.00 | $ | $ |
| | | | | ☒ Additional ☐ Return |
| Total for remainder of policy term: | | $ 147.00 | $ | |

ROLLINS BURDICK HUNTER OF ALASKA, INC.

Agency, By _____

Form MLB-20 (Ed. 1-71)

S.F. FORM

Form 438BFU
(Rev. May 1, 1942)

## LENDER'S LOSS PAYABLE ENDORSEMENT

1. Loss or damage, if any, under this policy shall be paid to....**National Bank of Alaska**
**Russian Jack Branch, P.O. Box 600**
**Anchorage, Alaska 99510**

its successors and assigns, hereinafter referred to as "the Lender," in whatever form or capacity its interests may appear and whether said interest be vested in said Lender in its individual or in its disclosed or undisclosed fiduciary or representative capacity, or otherwise, or vested in a nominee or trustee of said Lender.

2. The insurance under this policy, or any rider or endorsement attached thereto, as to the interest only of the Lender, its successors and assigns, shall not be invalidated nor suspended: (a) by any error, omission, or change respecting the ownership, description, possession, or location of the subject of the insurance or the interest therein, or the title thereto; (b) by the commencement of foreclosure proceedings or the giving of notice of sale of any of the property covered by this policy by virtue of any mortgage or trust deed; (c) by any breach of warranty, act, omission, neglect, or non-compliance with any of the provisions of this policy, including any and all riders now or hereafter attached thereto, by the named insured, the borrower, mortgagor, trustor, vendee, owner, tenant, warehouseman, custodian, occupant, or by the agents of either or any of them or by the happening of any event permitted by them or either of them, or their agents, or which they failed to prevent, whether occurring before or after the attachment of this endorsement, or whether before or after a loss, which under the provisions of this policy of insurance or of any rider or endorsement attached thereto would invalidate or suspend the insurance as to the named insured, excluding herefrom, however, any acts or omissions of the lender while exercising active control and management of the property.

3. In the event of failure of the insured to pay any premium or additional premium which shall be or become due under the terms of this policy or on account of any change in occupancy or increase in hazard not permitted by this policy, this Company agrees to give written notice to the Lender of such non-payment of premium after sixty (60) days from and within one hundred and twenty (120) days after due date of such premium and it is a condition of the continuance of the rights of the Lender hereunder that the Lender when so notified in writing by this Company of the failure of the insured to pay such premium shall pay or cause to be paid the premium due within ten (10) days following receipt of the Company's demand in writing therefor. If the Lender shall decline to pay said premium or additional premium, the rights of the Lender under this Lender's Loss Payable Endorsement shall not be terminated before ten (10) days after receipt of said written notice by the Lender.

4. Whenever this Company shall pay to the Lender any sum for loss or damage under this policy and shall claim that as to the insured no liability therefor exists, this Company, at its option, may pay to the Lender the whole principal sum and interest and other indebtedness due or to become due from the insured, whether secured or unsecured, (with refund of all interest not accrued), and this Company, to the extent of such payment, shall thereupon receive a full assignment and transfer, without recourse, of the debt and all rights and securities held as collateral thereto.

5. If there be any other insurance upon the within described property, this Company shall be liable under this policy as to the Lender for the proportion of such loss or damage that the sum hereby insured bears to the entire insurance of similar character on said property under policies held by, payable to and expressly consented to by the Lender. Any Contribution Clause included in any Fallen Building Clause Waiver or any Extended Coverage Endorsement attached to this contract of insurance is hereby nullified, and also any Contribution Clause in any other endorsement or rider attached to this contract of insurance is hereby nullified except Contribution Clauses for the compliance with which the insured has received reduction in the rate charged or has received extension of the coverage to include hazards other than fire and compliance with such Contribution Clause is made a part of the consideration for insuring such other hazards. The Lender upon the payment to it of the full amount of its claim, will subrogate this Company (pro rata with all other insurers contributing to said payment) to all of the Lender's rights of contribution under said other insurance.

6. This Company reserves the right to cancel this policy at any time, as provided by its terms, but in such case this policy shall continue in force for the benefit of the Lender for ten (10) days after written notice of such cancellation is received by the Lender and shall then cease.

7. This policy shall remain in full force and effect as to the interest of the Lender for a period of ten (10) days after its expiration unless an acceptable policy in renewal thereof with loss thereunder payable to the Lender in accordance with the terms of this Lender's Loss Payable Endorsement, shall have been issued by some insurance company and accepted by the Lender.

8. Should legal title to and beneficial ownership of any of the property covered under this policy become vested in the Lender or its agents, insurance under this policy shall continue for the term thereof for the benefit of the Lender but, in such event, any privileges granted by this Lender's Loss Payable Endorsement which are not also granted the insured under the terms and conditions of this policy and/or under other riders or endorsements attached thereto shall not apply to the insurance hereunder as respects such property.

9. All notices herein provided to be given by the Company to the Lender in connection with this policy and this Lender's Loss Payable Endorsement shall be mailed to or delivered to the Lender at its office or branch at.........................................................................
or, if none be specified, at its head office at...........................................................................................................

Attached to Policy No. **SMP2397994** of....**Pacific Insurance Company**

Issued to.....**Corporation of Catholic Archbishop of Anchorage**

Agency at....**Anchorage, Alaska**........Date....**11/19/75**

**Applicable to Location #25, Eagle River, Alaska**

Approved:
Board of Fire Underwriters of the Pacific,
California Bankers' Association,
Committee on Insurance.

**James R. McKeown**                                      Agent.
**JMcK/JS/aja**

Exhibit ___*E*___
Page __74__ of __100__   74

S.F. FORM



FORM 99
(Oct. 1968)

# CERTIFICATE OF INSURANCE

| Certificate issued to | Name and address of Insured |
|---|---|
| National Bank of Alaska<br>Russian Jack Branch<br>P.O. Box 600<br>Anchorage, Alaska 99510 | Corporation of the Catholic Archbishop<br>of Anchorage, et. al.<br>P.O. Box 2239<br>Anchorage, Alaska 99510 |

| Perils insured against | | $100.00 deductible, applying to |
|---|---|---|
| ☒ Fire and Lightning     ☐ Sprinkler Leakage | | **All Perils** |
| ☒ Extended Coverage     ☐ | | |
| ☒ Vandalism & Malicious Mischief     ☐ | | |

Location of property covered
(1) Various, including dwelling situated: Lot 1, Tract 8 SE 1/4
(2) Sec. 24 TS 13MR3W Seward Meridian, Eagle River, Alaska
(3)
(4)

| Policy Number | Insurer | Term From — To | Coverage & Locations | Amount of Insurance |
|---|---|---|---|---|
| SMP2397994 | Pacific Insurance Company | 4/15/75 — 4/15/78 | BL-BE-A | $6,590,945. |

**Legend:**

| | | |
|---|---|---|
| SP —Specific insurance | B —Building(s) | 1—Location #1 |
| BL—Blanket insurance | BE—Building(s) & Equipment | 2—Location #2 |
| R —Reporting form—amount of ins. | E —Equipment | 3—Location #3 |
| shown is limit of liability for all | ES—Equipment & Stock | 4—Location #4 |
| contributing insurance | S —Stock | A—All locations |

☐ Mortgagee Clause (requires 10 day written notice of cancellation to mortgagee)
☒ Lenders Loss Payable Endorsement (policy continues in force 10 days after written notice of cancellation is received by lender)
☐ Other payee clause (copy attached to this Certificate)
Policies contain clause indicated above. Loss, if any, payable to the party to whom this Certificate is issued, unless otherwise noted below.

I certify that the above described policies exist and cover only in accordance with the policy terms.

Exhibit _____ E
Page __75__ of __100__

| | | |
|---|---|---|
| (SIGNATURE) | Agent | 10/26/75 |
| | (TITLE) | (DATE) |

ROLLINS BURDICK HUNTER OF ALASKA, INC., 840 "K" Street, Anchorage, Alaska 99501
(FIRM AND ADDRESS)

THIS CERTIFICATE IS FOR INFORMATION ONLY; IT IS NOT A CONTRACT OF INSURANCE BUT
ATTESTS THAT A POLICY AS NUMBERED HEREIN, AND AS IT STANDS AT THE DATE OF THIS

75

CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. **SMP2397994**

of the **Pacific Insurance Company**
Name of Insurance Company

and becomes effective on **8/14/75** at **Noon** standard time at the location of the described property.
(Date)

Name of Insured **Corporation of the Catholic Archbishop of Anchorage, et al**

Location of Premises and Occupancy

Policy Term: 3 years, From **4/15/75** To **4/15/78** Loss Ded. Cl. No. 1 ___ applicable; Loss Ded. Cl. No. 2 ___ applicable;
Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable: _____

It is agreed that:

(a) The policy is amended as follows:

The following is added to policy:

1. Frame Parish Hall Under construction, Form MLB-103 applicable, $100 Deductible, 100% average clause, Situated: Soldotna, Alaska, approximately 150' from Rectory.  Amount of Liability - $80,000.

2. Owners, Contractors Protective Liability - Code 16292 Rates .016 B.I. and .008 P.D. Basis $80,000.

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Description | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | ☐ Add'l ☐ Return |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | |
| | | | $ | $ | | | $ | $ | $ 213.00 |
| | | | $ | $ | | | $ | $ | |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | ☒ Add'l ☐ Return |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | |
| C. Bodily Injury & Property Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | 19.00 |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $ 232.00

## PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, 2. | 4/15/75 | $ 30,837 | $ 232.00 | $ | $ 31,069 |
| if payable in annual installments: 3. | 4/15/76 | $ 30,837 | $ 232.00 | $ | $ 31,069 |
| Date of Change: | 8/14/75 | | $ 155.00 | $ | $ |
| Total for remainder of policy term: | | | $ 619.00 | $ | ☒ Additional ☐ Return |

ROLLINS BURDICK HUNTER
OF ALASKA, INC.

Form MLB-20 (Ed. 1-71)

76

# DEDUCTIBLE ENDORSEMENT

|  |  | FIRE | ECE | VMM |  |
|---|---|---|---|---|---|
| Basis of Insurance $6,472,683. | Full Coverage Rate | Incl. | Incl. | Incl. | |
| Deductible Amount $ 1,000. | Credit for Deductible Amount | Incl.% | Incl.% | Incl.% | % |
| Limit of Liability $6,471,683. | Rate for Deductible Insurance after Credit | Incl. | Incl. | Incl. | |

1. Each claim for loss or damage (separately occurring) shall be adjusted separately and from each such adjusted claim the sum of the deductible specified above shall be deducted. In the event of any recovery and/or salvage on a loss which has been or is being or is about to be paid hereunder, such recovery and/or salvage shall accrue entirely to the benefit of this Company under this policy until the sum paid by them has been made up.

2. The deductible specified above shall apply separately to each:

   ☐ Occurrence
   ☒ Location     } (Indicate one) except ........................................................................
   ☐ Item

   ### This endorsement does not apply to the Personal Effects
   ### Coverage extension afforded under this policy

3. It is a condition of this policy that the deductible amount specified shall be solely at the risk of the insured, and shall not be covered under any other policy of insurance, except as provided in Paragraph 4.

4. No additional insurance shall be permitted unless permission is granted by the completion of the following:

   A. Permission is granted to carry additional insurance in the amount of $.............................. applying to property

   situated at ........................................................................................................................
   which shall be deemed to be concurrent insurance.

   B. When additional concurrent insurance is carried in accordance with Item A of this paragraph, the deductible amount specified herein shall apply to this policy, only to the extent of the pro rata proportion which this policy bears to the total permitted insurance.

   C. Additional insurance carried in accordance with the foregoing shall be added to the sum set forth in this policy as "Basis of Insurance" for the purpose of determining compliance with any coinsurance, contribution, average, or distribution clause.

   D. Additional insurance which is permitted by the terms of this endorsement shall not violate the conditions of Paragraph 3, whether or not such additional insurance contains a deductible clause.

   E. When additional insurance is not disclosed and permission granted hereunder, the full amount of the deductible shall apply to any losses apportioned to this policy.

5. In consideration of the reduced rate(s) at which this insurance is written, this company shall in no event be liable with respect to any one loss for an amount greater than its pro rata proportion of the sum set forth as "Limit of Liability," or if more than one location be insured hereunder with a specific "Limit of Liability" applicable to each location, in no event shall this company be liable with respect to any location for an amount greater than its pro rata proportion of the "Limit of Liability" applicable thereto.

6. It is a condition of this policy that any coinsurance, contribution, average or distribution clause, which may be a part hereof, shall apply to the full value of the property insured, without reduction for the amount of the deductible specified herein, and that such deductible shall apply after any penalty has been assessed by the application of such coinsurance, contribution, average or distribution clause. For the purpose of determining compliance with any such coinsurance, contribution, average or distribution clause, the sum set forth as "Basis of Insurance" shall be applied to the full value of the property as aforesaid.

Nothing herein contained shall vary, alter, waive or extend any of the terms, representations, conditions or agreements of the policy other as above stated.

To be attached to and forming a part of Policy No. SMP 2397994 ............................. of the Pacific ............

Insurance Company

Issued to Corporation of the Catholic Archbishop of Anchorage, Etal ........................

Section No. ..........................

Endorsement No. .................... Effective 4-15-75 ............................................... Age

LaBow, Haynes of Alaska, Inc.

Exhibit E

Page 77 of 100

77

This endorsement, effective 4/15/75, forms part of policy No. SMP 2397994
issued to Corporation of the Catholic Archbishop of Anchorage, Etal
By _____ Pacific Insurance Company ____.

### AMENDATORY ENDORSEMENT

The following clause is added to Form MLB 104, Coverage B- Personal Property:

PERSONAL PROPERTY OF OTHERS:  The insured may apply at each location
up to 2%, but not exceeding $2,000, of the limit of liability specified
for Coverage B Personal Property at such location, as an additional
amount of insurance, to cover for the account of the owners thereof
(other that the named insured) direct loss by a peril insured against
to personal property, similar to that covered by this policy, belonging
to others while in the care, custody or control of the named insured
and only while on the described premises or within 100 feet thereof.

Loss shall be adjusted with the named insured for the account of the
owners of the property, except that the right to adjust any loss with
the owners is reserved to the Company and the receipts of the owners
in satisfaction thereof shall be in full satisfaction of any claim
by the named insured for which payments have been made.  As respects
personal property belonging to others, this provision shall replace
any loss payable provision of this policy.

The Coinsurance Clause of this form or any other form made a part of
this policy shall not apply to this coverage, and when applying said
clause to insurance covering property owned by the insured, the
value of personal property of others shall not be considered in the
determination of actual cash value.

When there is Contributing Insurance, the Company shall not be liable
for more than its pro rata share of the limit applying to personal
property of others.

LaBOW, HAYNES OF ALASKA, INC.

SCHEDU D PROPERTY FLOATER SUPPLEMEN L ENDORSEMENT

This supplemental endorsement, effective 4-15-75          forms a part of policy No. SMP 2397994

Issued by     **Pacific Insurance Company**
located (city and state)  Anchorage, Alaska             Date  4-15-75                    at its Agency

The terms and conditions of this supplemental endorsement shall apply only to the property covered hereunder and none of the terms and conditions of the policy or any other endorsement which may be attached thereto, except the cancelation provision, shall apply to the insurance hereunder.

If any of the property covered by this supplemental endorsement is also covered under any other provision of the policy to which this supplemental endorsement is attached, those provisions are hereby amended to exclude such property, the intent being that the coverage under this supplemental endorsement is the sole coverage on such property.

$ 76,500. Amount          Rate 1.163   $ Incl.  Premium

If the Supplemental Endorsement Period is more than one year and the premium is to be paid in installments, the total premium for this supplemental endorsement is $ Incl.  payable:

$ Incl.  on the Effective date,  $ Incl.  on the 1st Anniversary,  $ Incl.  on the 2nd Anniversary.

In consideration of the stipulations herein named and of the premium above specified the Company does insure
**Corporation of the Catholic Archbishop of Anchorage, Etal**
hereinafter called the Insured, whose address is

from 4-15-75          at noon, to  4-15-78              at noon, Standard Time at place of

issuance, to an amount not exceeding the amount(s) above specified, on the following described property:

As per Miscellaneous Articles Limited Form attached hereto.

**CONDITIONS**

1. Misrepresentation and Fraud. This entire supplemental endorsement shall be void if, whether before or after a loss, the Insured has concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the Insured therein, or in case of any fraud or false swearing by the Insured relating thereto.

2. Notice of Loss. The Insured shall as soon as practicable, report in writing to the Company or its agent every loss, damage or occurrence which may give rise to a claim under this supplemental endorsement and shall also file with the Company or its agent within ninety (90) days from date of discovery of such loss, damage or occurrence, a detailed sworn proof of loss.

THE PROVISIONS PRINTED ON THE BACK PAGE OF THIS SUPPLEMENTAL ENDORSEMENT
ARE HEREBY REFERRED TO AND MADE A PART HEREOF.
                                         LABOW, HAYNES CO. OF ALASKA, ) INC.

                                         ........................................................Agent.

*Authorized Repre tative*

# MISCELLANEOUS ARTICLES LIMITED FORM

### I. PROPERTY COVERED

On the following described property of the Insured:

| Description | Amount of Insurance |
|---|---|
| Personal Effects while located on the premises described under Form MLB 22 belonging to the insured, officers, partners or employees thereof, and limited to $4,500. on personal effects owned by any one individual. This insurance is in <u>excess</u> of the $500. limit for any one individual as covered under Form MLB 104. "IV. EXTENSIONS OF COVERAGE, A, 3. Personal Effects". A catastrophe limit of $31,500. applies at any one location. | $76,500. |

### II. PERILS COVERED

This policy insures only against direct loss or damage caused by:

'a) Fire or Lightning;

,b) Windstorm;

(c) Explosion;

(d) Riot or Civil Commotion;

(e) Aircraft or objects falling therefrom;

(f) Smoke due to a sudden, unusual and faulty operation of any stationary steam, hot water or hot air plant pertaining solely to the service of the building(s) at which property insured by this policy is covered;

~~(g) Collision, meaning thereby only accidental collision of~~ the vehicle upon which the insured property is being transported with any other vehicle or object (the striking or rubbing of any portion of the roadbed or the sinking of rails or ties of street, steam or electric railroads or the coming in contact with any stationary object in backing for loading or unloading purposes or the coming together of trucks and trailers during coupling or uncoupling, shall not be deemed collision);

(h) Upset, overturn or derailment of the vehicle upon which ~~the insured property is being transported,~~ including collapse of bridges;

(i) ~~Perils of the seas, rivers or inland waters, but only~~ ~~while the said property is on ferries.~~

(j) Vandalism and Malicious Mischief;

(k) Theft.

### III. EXCLUSIONS

This policy does not insure against loss or damage:

(a) caused by short circuit or other electrical injury or disturbance exclusive of lightning to electrical appliances, devices or wiring unless fire ensues and then for the loss or damage by fire only;

(b) caused by infidelity of insured's employees or persons to whom the insured property is entrusted, if this policy is written to include theft;

(c) caused by or resulting from: (1) hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack, (a) by any government or sovereign power (de jure or de facto), or by any authority maintaining or using military, naval or air forces; or (b) by military, naval or air forces; or (c) by an agent of any such government, power, authority or forces; (2) any weapon of war employing atomic fission or radio-active force whether in time of peace or war; (3) insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an occurrence, seizure or destruction under quarantine or Customs regulations, confiscation by order of any government or public authority, or risks of contraband or illegal transportation or trade;

(d) by nuclear reaction or nuclear radiation or radio-active contamination, all whether controlled or uncontrolled, and whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by the peril(s) insured against in this policy; however, subject to the foregoing and all provisions of this policy, direct loss by fire resulting from nuclear reaction or nuclear radiation or radioactive contamination is insured against by this policy.

### IV. TERRITORIAL LIMITS

This policy insures only while the property is in transit within and between the States of the United States, the District of Columbia, Puerto Rico or Canada excluding property shipped via the Panama Canal, or to or from Alaska, Hawaii, or Puerto Puerto, but subject always to the limitations, conditions, exclusions and exceptions stated herein..

### V. SPECIAL CONDITION

In consideration of the reduced rate and premium charged for this policy it is agreed that the Company shall be liable for no greater proportion of any loss than the amount hereby insured bears to 100% of the actual cash value of the property described herein at the time when such loss shall occur.

Subject to all the terms and conditions of the policy to which this form is attached.

Exhibit __E__

Page __80__ of __100__


80

SECTION II

Exhibit _E_
Page _81_ of _100_    81

# SMP LIABILITY INSURANCE FORM
## SECTION II LIABILITY COVERAGE

Form MLB-200
(Ed. 10-66)

### I. COVERAGE C — BODILY INJURY AND PROPERTY DAMAGE LIABILITY:

The Company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of bodily injury or property damage to which this insurance applies, caused by an occurrence and arising out of the ownership, maintenance or use of the insured premises and all operations necessary or incidental to the business of the named insured conducted at or from the insured premises and the Company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality, of the insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

  (1) any automobile or aircraft owned or operated by or rented or loaned to the named insured, or

  (2) any other automobile or aircraft operated by any person in the course of his employment by the named insured;

but this exclusion does not apply to the parking of an automobile on insured premises, if such automobile is not owned by or rented or loaned to the named insured;

(c) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to the named insured;

(d) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of any watercraft, if the bodily injury or property damage occurs away from the insured premises owned by, rented to or controlled by the named insured; but this exclusion does not apply to bodily injury or property damage included within the products hazard or the completed operations hazard or resulting from operations performed for the named insured by independent contractors or to liability assumed by the insured under an incidental contract;

(e) to bodily injury or property damage arising out of operations on or from premises (other than insured premises) owned by, rented to or controlled by the named insured, or to liability assumed by the insured under any contract or agreement relating to such premises;

(f) to bodily injury or property damage for which the insured or his indemnitee may be held liable, as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or as an owner or lessor of premises used for such purposes, by reason of the selling, serving or giving of any alcoholic beverage

  (1) in violation of any statute, ordinance or regulation,

  (2) to a minor,

  (3) to a person under the influence of alcohol, or

  (4) which causes or contributes to the intoxication of any person;

(g) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(h) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

Form MLB-200 (Ed. 10-66)

(i) to property damage to

  (1) property owned or occupied by or rented to the insured,

  (2) property used by the insured, or

  (3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the named insured;

(j) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(k) to bodily injury or property damage resulting from the failure of the named insured's products or work completed by or for the named insured to perform the function or serve the purpose intended by the named insured, if such failure is due to a mistake or deficiency in any design, formula, plan, specifications or advertising material or printed instructions prepared or developed by any insured; but this exclusion does not apply to bodily injury or property damage resulting from the active malfunctioning of such products or work;

(l) to property damage to the named insured's products arising out of such products or any part of such products;

(m) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(n) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work forms a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(o) to bodily injury and property damage arising out of demolition operations performed by or on behalf of the insured.

### II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the named insured is designated in the Declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor;

(b) if the named insured is designated in the Declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the Declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, member of the board of trustees, directors or governors or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,

  (i) an employee of the named insured while operating any such equipment in the course of his employment, and

  (ii) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

provided that no person or organization shall be an insured under this paragraph (e) with respect to:

Page 1 of 3

Exhibit E
Page 82 of 100
82

(1) bodily injury to any fellow employee of such person injured in the course of his employment, or

(2) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (ii).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

### III. SUPPLEMENTARY PAYMENTS

The Company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the Company, all costs taxed against the insured in any suit defended by the Company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the Company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the Company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the insured because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the Company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the insured for first aid to others at the time of an accident, for bodily injury to which this policy applies;

(d) reasonable expenses incurred by the insured at the Company's request, including actual loss of wages or salary (but not loss of other income) not to exceed $25 per day because of his attendance at hearings or trials at such request.

### IV. LIMITS OF LIABILITY — COVERAGE C

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the Company's liability is limited as follows:

(a) The limit of liability for Coverage C stated in the Declarations as applicable to "each occurrence" is the total limit of the Company's liability for all damages as a result of any one occurrence provided that with respect to any occurrence for which notice of this policy is given in lieu of security or when this policy is certified as proof of financial responsibility under the provisions of the Motor Vehicle Financial Responsibility Law of any state or province such limit of liability shall be applied to provide the separate limits required by such law for bodily injury liability and property damage liability to the extent of the coverage required by such law, but the separate application of such limit shall not increase the total limit of the Company's liability.

(b) Subject to the above provision respecting "each occurrence", the total liability of the Company for all damages because of all bodily injury and property damage which occurs during each annual period while this policy is in force commencing from its effective date and is described in any of the numbered subparagraphs below shall not exceed the limit of liability stated in the Declarations as "aggregate":

(1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including all property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the

named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all bodily injury and property damage included within the completed operations hazard and all bodily injury and property damage included within the products hazard.

Such aggregate limit shall apply separately to the property-damage described in subparagraphs (1) and (2) and separately with respect to each project away from the insured premises. Such aggregate limit shall apply separately to the bodily injury and property damage described in sub-paragraph (3).

For the purpose of determining the limit of the Company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

### V. COVERAGE D — PREMISES MEDICAL PAYMENTS:

The Company will pay to or for each person who sustains bodily injury caused by accident all reasonable medical expense incurred within one year from the date of the accident on account of such bodily injury, provided such bodily injury arises out of (a) a condition in the insured premises or (b) operations with respect to which the named insured is afforded coverage for bodily injury liability under this policy.

Exclusions:

This insurance does not apply:

(a) to bodily injury

(1) arising out of operations on or from premises (other than insured premises) owned by, rented to, or controlled by the named insured;

(2) arising out of the ownership, maintenance, operation, use, loading or unloading of

   (i) any automobile or aircraft owned or operated by or rented or loaned to the named insured, or

   (ii) any other automobile or aircraft operated by any person in the course of his employment by the named insured,

but this exclusion does not apply to the parking of an automobile on the insured premises if such automobile is not owned by or rented or loaned to the named insured;

(3) arising out of the ownership, maintenance, operation, use, loading or unloading of any watercraft, if the bodily injury occurs away from the insured premises;

(4) arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to the named insured;

(b) to bodily injury

(1) included within the completed operations hazard or the products hazard;

(2) arising out of operations performed for the named insured by independent contractors other than (i) maintenance and repair of the insured premises or (ii) structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) resulting from the selling, serving or giving of any alcoholic beverage (i) in violation of any statute, ordinance or regulation, (ii) to a minor, (iii) to a person under the influence of alcohol or (iv) which causes or contributes to the intoxication of any person, but this exclusion (b) 3 applies only if the named insured is a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or is an owner or lessor of premises used for such purposes;

(4) arising out of demolition operations performed by or on behalf of insureds;

(c) to bodily injury

(1) to the named insured, any partner therein, any tenant or other person regularly residing on the insured premises or any employee of the foregoing if the bodily injury arises out of and in the course of his employment therewith;

(2) to any other tenant if the bodily injury occurs on that part of the insured premises rented from the



Exhibit E
Page 83 of 100  83

named insured or to any employee of such a tenant if the bodily injury occurs on the tenant's part of the insured premises and arises out of and in the course of his employment for the tenant;

(3) to any person while engaged in maintenance and repair of the insured premises or alteration, demolition or new construction at such premises;

(4) to any person if any benefits for such bodily injury are payable or required to be provided under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(5) to any person practicing, instructing or participating in any physical training, sport, athletic activity or contest;

(d) to any medical expense for services by the named insured, any employee thereof or any person or organization under contract to the named insured to provide such services.

## VI. LIMITS OF LIABILITY — COVERAGE D:

The limit of liability for Coverage D stated in the Declarations as applicable to "each person" is the limit of the Company's liability for all medical expense for bodily injury to any one person as the result of any one accident; but subject to the above provision respecting "each person", the total liability of the Company under Premises Medical Payments Coverage for all medical expense for bodily injury to two or more persons as the result of any one accident shall not exceed the limit of liability stated in the Declarations as applicable to "each accident."

When more than one medical payments coverage afforded by this policy applies to the loss, the Company shall not be liable for more than the amount of the highest applicable limit of liability.

Form M LB-200 (Ed. 10-66)

Page 3 of 3

Exhibit _E_
Page _84_ of _100_    84



**COMPREHENSIVE GENERAL LIABILITY INSURANCE ENDORSEMENT**    Form MLB-202
(Ed. 1-73)

In consideration of the payment of the premium, in reliance upon the statements in the Declarations of the policy of which this endorsement is made a part, and subject to all the terms of this endorsement, the Company agrees with the named insured as follows:

**I. COVERAGE--BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

The Company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of bodily injury or property damage to which this insurance applies, caused by an occurrence, and the Company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

(1) any automobile or aircraft owned or operated by or rented or loaned to any insured, or

(2) any other automobile or aircraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to any insured;

(c) to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(e) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

(1) any watercraft owned or operated by or rented or loaned to any insured, or

(2) any other watercraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the named insured;

(f) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(h) to bodily injury or property damage for which the insured or his indemnitee may be held liable

(1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or

(2) if not so engaged, as an owner or lessor of premises used for such purposes,

if such liability is imposed

(a) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

(b) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;

but part (h) of this exclusion does not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (2) above;

(i) to property damage to

(1) property owned or occupied by or rented to the insured,

(2) property used by the insured, or

(3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of elevators at premises owned by, rented to or controlled by the named insured;

(j) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

(k) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(l) to property damage to the named insured's products arising out of such products or any part of such products;

(m) to loss of use of tangible property which has not been physically injured or destroyed resulting from

(1) a delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or

(2) the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured;

but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the named insured after such products or work have been put to use by any person or organization other than an insured;

(n) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(o) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work forms a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(p) to bodily injury or property damage for which insurance is afforded under

(1) the SMP Liability Insurance Coverage, or

(2) any Comprehensive Personal Liability Endorsement forming a part of this policy

or for which insurance would have been afforded but for the exhaustion of the limits of liability thereunder.

This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.

Form MLB-202 (Ed. 1-73)

Page 1 of 2

LIMIT OF LIABILITY—COVERAGE C

e limit of the Company's liability with respect to each occurrence
r this endorsement is the amount stated in the Declarations as
⊐ble to Coverage C of Section II of this policy and such limits apply
⌐     ance afforded by this endorsement in accordance with the
⌐      ⌐ision IV, Limits of Liability, of Section II.

OTHER PROVISIONS APPLICABLE TO THIS ENDORSEMENT

The following provisions applicable to Sections I and II of the policy
pplicable to this endorsement; War Risk and Governmental Action

Exclusion; Inspection and Audit; Cancellation; Subrogation; and subpara-
graph (2) of Policy Period, Territory.

B. The following terms and provisions applicable only to Section II are
applicable to this endorsement: Persons Insured; Supplementary Pay-
ments; Modification of Terms; Financial Responsibility Laws; Premium;
Insured's Duties in the Event of Occurrence, Claim or Suit; Other Insur-
ance; Action Against the Company; Nuclear Exclusion; and Definitions—
Section II.

Exhibit _E_
Page _86_ of _100_   86

GENERAL SCHEDULE — SECTION II

Form MLB-16
(Ed. 11-69)

☐ MLB-200, SMP Liability Insurance Form
    Description of Hazards and Locations

☒ MLB-202, Comprehensive General Liability Insurance
    Endorsement

| The rating classifications herein, except as specifically provided elsewhere, do not modify any of the provisions of the policy. | Code No. | Premium Bases † | Rates *B.I. | Rates P.D. | Advance Premiums *B.I. | Advance Premiums P.D. |
|---|---|---|---|---|---|---|
| | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration | | | |
| (a) Premises—Operations | | | | | | |
| (b) Escalators | | (d) Number Insured | (d) Per Landing | | *If Single Limit, Use B.I. Column. | |
| (c) Independent Contractors—Let or Sublet Work | | (e) Cost | (e) Per $100 of Cost | | Include Premium for Premises Medical Payment Insurance in B.I. Column. | |
| (d) Completed Operations | | (f) Receipts | (f) Per $1,000 of Receipts | | | |
| (e) Products | | (g) Sales | (g) Per $1,000 of Sales | | | |
| (a) Churches | 86612s | a) 93,638 | | | Included | |
| (a) Building or Premises – Office | 65121 | a) 6,600 | | | Included | |
| (a) Stores – retail – N.O.C. | 59991 | a) 150 | | | Included | |
| (a) Vacant Land – excluding real estate development | 65150 | b) 1,515 | | | Included | |
| (a) Stores – Clothing or wearing apparel – retail | 56991 | a) 1,800 | | | Included | |
| (a) Convents or Monasteries | 86611 | a) 6,000 | | | Included | |
| (a) Building or Premises not occupied by insured – Lessors Risk Only | 65198 | a) 2,000 | | | Included | |
| (a) Private Residences – initial residence | 65141 | d) 1 | | | Included | |
| (a) Private Residences – additional residences | 65143 | d) 3 | | | Included | |
| (a) Halls N.O.C. | 93120s | a) 2,000 | | | Included | |
| (a) Cemetaries including all buildings on property except private residences | 65501 | 413 acres | | | Included | |
| (a) Warehouse – private mercantile | 59993 | a) 700 | | | Included | |
| (a) Camps – boy or girl non profit | 70321 | 404 days | | | Included | |
| (a) Boats – canoes or rowboats | 44696s | d) 2 | | | Included | |

† Describe premium basis, if other than stated.

Form MLB-16 (Ed. 11-69)

Exhibit  E
Page  87  of  100    87



AMENDMENT OF LIMITS OF LIABILITY                    Form MLB-21
(Ed. 1-73)

COVERAGE C—BODILY INJURY AND PROPERTY DAMAGE LIABILITY

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

SMP LIABILITY INSURANCE
COMPREHENSIVE GENERAL LIABILITY INSURANCE

It is agreed that the policy is amended as follows:

1. The limits of liability stated in the Declarations as applicable to Coverage C—Bodily Injury and Property Damage Liability are amended to read as follows:

Bodily Injury Liability        $ 300,000 each occurrence
                               $ 300,000 aggregate

Property Damage Liability      $ 50,000 each occurrence
                               $ 50,000 aggregate

2. The Limits of Liability provision is replaced by the following:

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the Company's liability is limited as follows:

Coverage C—Bodily Injury Liability—The total liability of the Company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated as applicable to "each occurrence".

Subject to the above provisions respecting "each occurrence" the total liability of the Company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limits of bodily injury liability stated as "aggregate".

Coverage C—Property Damage Liability—The total liability of the Company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the Company for all damages because of all property damage to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated as "aggregate".

(1) all property damage arising out of premises or operations rated on a remuneration basis or contractors equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all property damage included within the products hazard and all property damage included within the completed operations hazard.

Such aggregate limit shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the named insured.

Bodily Injury and Property Damage Liability—For the purpose of determining the limit of the Company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

3. With respect to any occurrence for which notice of this policy is given in lieu of security or when this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

Form MLB-21 (Ed. 1-73)

Exhibit E
Page 88 of 100    88

**COLLEGES OR SCHOOLS ENDORSEMENT**
(Standard)

Form MLB-248
(Ed. 1-73)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

SMP LIABILITY INSURANCE

SCHEDULE

First Aid Coverage:

☒ (1) Excluding all students                                                      (Paragraph 2 (a))
☐ (2) Including all students                                                       (Paragraph 2 (b))

It is agreed that with respect to the operation of any college or school by or on behalf of the named insured:

1.  Additional Insureds: The "Persons Insured" provision is amended to include as an insured any of the following while acting within the scope of his duties as such:
    (a)  If the named insured is a private charitable or educational institution, any trustee or member of the Board of Governors thereof,
    (b)  If the named insured is a public board or commission, any executive officer or member thereof.

2.  First Aid: The insurance under the "Supplementary Payments" provision for first aid is subject to the following special provision:
    (a)  If an "x" is entered in the schedule in the block opposite "Excluding All Students", the insurance does not apply to first aid to any student or pupil.
    (b)  Subject to paragraph 2(a), unless an "x" is entered in the block opposite "Including All Students" the insurance does not apply to first aid to any student or pupil injured while engaged in any athletic activities (including calisthenic drills and gymnasium classes) directed or organized by any insured or by any person acting on behalf of the named insured,
    (c)  The insurance does not apply to expenses for services provided by the named insured or his employees or by any person or organization under contract with the named insured to provide such services.

3.  Infirmaries, Clinics, Hospitals, Professional Schools: If the college or school (A) has an infirmary with facilities for lodging and treatment, (B) has a public clinic or hospital or (C) gives instruction in cosmetic, tonsorial, dental, medical, mortuary or sanatory arts or skills, the insurance does not apply to (1) the rendering of or failure to render (a) medical, surgical, dental, X-ray or nursing service or treatment, or the furnishing of food or beverages in connection therewith, (b) any service or treatment conducive to health or of a professional nature, or (c) any cosmetic or tonsorial service or treatment; (2) the furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances; or (3) the handling of or performing of autopsies on dead bodies.

4.  Transportation of Pupils: With respect to the transportation of students or pupils, exclusions (b) and (e) of the policy are replaced by the following:
    The insurance does not apply to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of any aircraft, automobile or watercraft owned, operated or hired by or for the insured or any officer, employee or member of the teaching, supervisory or administrative staff hereof. For the purpose of this exclusion the word "hired" shall be deemed to include any contract to furnish transportation of pupils to and from schools.

    This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.

Form MLB-248 (Ed. 1-73)

Exhibit _____ E
Page __89__ of _100_          89

PERSONAL INJURY LIABILITY INSURANCE ENDORSEMENT        **Form MLB-220**
(Ed. 1-73)

In consideration of the payment of the premium, in reliance upon the statements in the Declarations of the policy of which this endorsement is made a part, and subject to all the terms of this endorsement, the Company agrees with the named insured as follows:

### SCHEDULE

The insurance afforded is only with respect to personal injury arising out of an offense included within such of the following groups of offenses as are indicated by specific premium charge or charges:

| Groups of Offenses | Provisional Premium |
|---|---|
| A. False Arrest, Detention or Imprisonment, or Malicious Prosecution .......................... | $ Included |
| B. Libel, Slander, Defamation or Violation of Right of Privacy.......................... | $ Included |
| C. Wrongful Entry or Eviction or other Invasion of Right of Private Occupancy .......................... | $ Included |

Minimum Premium $ Included        Total Provisional Premium $ Included

Limits of Liability: $ N/A _____ each person aggregate; $ 300,000. _____ general aggregate.

Insured's participation NIL _____ %

### I.    COVERAGE—PERSONAL INJURY LIABILITY

The Company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of injury (herein called "personal injury") sustained by any person or organization and arising out of one or more of the following offenses:

Group A —false arrest, detention or imprisonment, or malicious prosecution;

Group B —the publication or utterance of a libel or slander or of other defamatory or disparaging material, or a publication or utterance in violation of an individual's right of privacy; except publications or utterances in the course of or related to advertising, broadcasting or telecasting activities conducted by or on behalf of the named insured;

Group C —wrongful entry or eviction, or other invasion of the right of private occupancy;

if such offense is committed in the conduct of the named insured's business during the policy period within the United States of America, its territories or possessions, or Canada, and the Company shall have the right and duty to defend any suit against the insured seeking damages on account of such personal injury even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgment or settlements.

This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.

Form MLB-220 (Ed. 1-73)   Exclusion "C" Deleted        Page 1 of 2

Exhibit __E__

Page __90__ of __100__

90

PROFESSIONAL LIABILITY EXCLUSION ENDORSEMENT
Form C

Form MLB-237
(Ed. 10-66)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

SMP LIABILITY INSURANCE

COMPREHENSIVE GENERAL LIABILITY INSURANCE

Description of Operations:   CEMETARIES

It is agreed that with respect to any operation described above or designated in the policy as subject to this endorsement, the insurance does not apply to bodily injury or property damage due to the rendering of or failure to render any professional service.

This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.

Form MLB-237 (Ed. 10-66)

This endorsement forms a part of the policy to which attached,
effective on the inception date of the policy unless otherwise
stated herein.

Endorsement effective: 4-15-75

Policy number: SMP 2397994

Named Insured: Corporation of the Catholic Archbishop
of Anchorage, Etal

This endorsement modifies such insurance as is afforded by the
provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
MANUFACTURERS AND CONTRACTORS LIABILITY INSURANCE
OWNERS, LANDLORDS AND TENANTS LIABILITY INSURANCE

PRODUCTS HAZARD EXCEPTIONS

It is agreed that the products hazard does not include bodily
injury or property damage arising out of the named Insured's
products manufactured, sold, handled or distributed in connection
with (1) the use of any premises described in this endorsement,
owned by or rented to the named insured or (2) any operation,
described in this endorsement, conducted by or on behalf of the
named insured.

Description of Premises and Operations:
86612s - Churches - including products
70321 - Camps - including products
82111s - Schools - including products

Countersigned by _____
LaBow, Haynes of Alaska, Inc.

G610 (Ed. 7-66)



GENERAL SCHEDULE — SECTION II   (Page 2)     Form MLB-16
(Ed. 11-69)

☐ MLB-200, SMP Liability Insurance Form          ☒ MLB-202, Comprehensive General Liability Insurance
Description of Hazards and Locations                Endorsement

| The rating classifications herein, except as specifically provided elsewhere, do not modify any of the provisions of the policy. | Code No. | Premium Bases † | Rates *B.I. | Rates P.D. | Advance Premiums *B.I. | Advance Premiums P.D. |
|---|---|---|---|---|---|---|
| (a) Premises—Operations | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration | | *If Single Limit, Use B.I. Column. | |
| (b) Escalators | | (d) Number Insured | (d) Per Landing | | Include Premium for Premises Medical Payment Insurance in B.I. Column. | |
| (c) Independent Contractors—Let or Sublet Work | | (e) Cost | (e) Per $100 of Cost | | | |
| (d) Completed Operations | | (f) Receipts | (f) Per $1,000 of Receipts | | | |
| (e) Products | | (g) Sales | (g) Per $1,000 of Sales | | | |
| Personal Injury | 99980 | B.I. Premium | | | Included | |
| (c) Construction Operations owner - not railroads and excluding operations on board ships | 15292 | If any | | | Included | |
| (e) Retail stores - not food or drink | 59993 | g) 50,000 | | | Included | |
| Blanket Contractual | | | | | Included | |
| Alaskan Suits | | | | | Included | |

† Describe premium basis, if other than stated.

Form MLB-16 (Ed. 11-69)

Exhibit E
Page 93 of 100   93

(The Attaching f   · need be completed only when this endorsement is issued su    'ent to preparation of the policy)

COMPREHENSIVE GENERAL LIABILITY INSURANCE—MANUFACTURERS' AND CONTnₐₐTORS' LIABILITY INSURANCE—
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

LIABILITY

L 8231a
(Ed. 4-71)

## CONTRACTUAL LIABILITY INSURANCE
(Blanket Coverage—Broad Form)

This endorsement, effective   4-15-75
XXXMXMXXXXMXMX   , forms a part of policy No. SMP  2397994

issued to   Corporation of the Catholic Archbishop of Anchorage, Etal

by   Pacific Insurance Company

Authorized Representative
LaBow, Haynes of Alaska, Inc.
SCHEDULE

The insurance afforded for contractual liability is only with respect to such of the following Coverages as are indicated by a specific premium charge applicable thereto. The limit of the company's liability against each such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Limits of Liability | | | Coverages | | |
|---|---|---|---|---|---|
| each person | each occurrence | aggregate | | | |
| $ | $300,000. | | Contractual Bodily Injury Liability | | |
| | $ 50,000. | $ 50,000. | Contractual Property Damage Liability | | |
| Advance Premiums | | Rates | Premium Bases | Code No. | Designation of Contracts on File or Known to the Company |
| Bodily Injury | Property Damage | B.I.        P.D. | | | |
| | | (a) Per $100 of Cost (b) Per $1,000 of Sales | (a) Cost (b) Sales | | |
| Included | Included | Included | If any | 15193 – Blanket contractual |

| | | | |
|---|---|---|---|
| $Incl. | $ | Total Advance B.I. and P.D. Premiums | |
| $Incl. | Total Advance Premium | | |

The following exclusions do not apply with respect to any "construction agreement":

The company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the named insured as follows:

**I. COVERAGES—CONTRACTUAL BODILY INJURY LIABILITY
CONTRACTUAL PROPERTY DAMAGE LIABILITY**

The company will pay on behalf of the insured all sums which the insured, by reason of contractual liability assumed by him under any written contract of the type designated in the schedule for this insurance, shall become legally obligated to pay as damages because of

bodily injury or
property damage

to which this insurance applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend

(1) any arbitration proceeding wherein the company is not entitled to exercise the insured's rights in the choice of arbitrators and in the conduct of such proceedings, or

(2) any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

Exclusions

This insurance does not apply:

(a) to liability assumed by the insured under any incidental contract;

(b) (1) if the insured is an architect, engineer or surveyor, to bodily injury or property damage arising out of professional services performed by such insured, including

(i) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, and

(ii) supervisory, inspection or engineering services;

(over)

(2) if the Indemnitee of the Insured is an architect, engineer or surveyor, to the liability of the Indemnitee, his agents or employees, arising out of

"4) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, or the giving of or the failure to give directions or instructions by the Indemnitee, his agents or employees, provided such giving or failure to give is the primary cause of the bodily injury or property damage;

to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing;

to bodily injury or property damage for which the indemnitee may be held liable, as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or as an owner or lessor of premises used for such purposes, by reason of the selling, serving or giving of any alcoholic beverage (1) in violation of any statute, ordinance or regulation, (2) to a minor, (3) to a person under the influence of alcohol, or (4) which causes or contributes to the intoxication of any person;

to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

to any obligation for which the insured may be held liable in an action on a contract by a third party beneficiary for bodily injury or property damage arising out of a project for a public authority; but this exclusion does not apply to an action by the public authority or any other person or organization engaged in the project;

to property damage to

1) property owned or occupied by or rented to the insured,
2) property used by the insured, or
3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

to bodily injury or property damage resulting from the failure of the named insured's products or work completed by or for the named insured to perform the function or serve the purpose intended by the named insured, if such failure is due to a mistake or deficiency in any design, formula, plan, specifications, advertising material or printed instructions prepared or developed by any insured; but this exclusion [?] apply to bodily injury or property damage resulting from the [?] malfunctioning of such products or work;

to property damage to the named insured's products arising out of such products or any part of such products;

to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein.

Unless stated in the schedule as not applicable, the following exclusions also apply to contractual liability assumed by the insured under any agreement relating to construction operations.

This insurance does not apply:

to bodily injury or property damage arising out of construction, maintenance or repair of watercraft or loading or unloading thereof;

to bodily injury or property damage arising out of operations, within fifty feet of any railroad property, affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing;

to bodily injury or property damage included within the completed operations hazard or the products hazard;

to property damage included within
1) the explosion hazard,
2) the collapse hazard, or
3) the underground property damage hazard.

PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) the named insured is designated in the declarations as an individual, the person so designated;

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated

and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

Contractual Bodily Injury Liability—The limit of bodily injury liability stated in the schedule as applicable to "each person" is the limit of the company's liability for all damages because of bodily injury sustained by one person as the result of any one occurrence; but subject to the above provision respecting "each person", the total liability of the company for all damages because of bodily injury sustained by two or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence".

Contractual Property Damage Liability—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies shall not exceed the limit of property damage liability stated in the schedule as "aggregate". Such aggregate limit of liability applies separately with respect to each project away from premises owned by or rented to the named insured.

Contractual Bodily Injury and Property Damage Liability—For the purpose of determining the limit of the company's liability; all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

IV. ENDORSEMENT PERIOD; TERRITORY

This insurance applies only to bodily injury or property damage which occurs during the endorsement period within the policy territory.

V. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):

"contractual liability" means liability expressly assumed under a written contract or agreement; provided, however, that contractual liability shall not be construed as including liability under a warranty of the fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

"suit" includes an arbitration proceeding to which the insured is required to submit or to which the insured has submitted with the company's consent.

VI. ADDITIONAL CONDITION

Arbitration

The company shall be entitled to exercise all of the insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

Premium

The advance premium stated in the schedule is the estimated premium on account of such written contracts as are on file with or known to the company. The named insured shall notify the company of all other written contracts entered into during the endorsement period to which this insurance applies.

When used as a premium basis:

1. the word "cost" means the total cost of all work in connection with all contracts of the type designated in the schedule for this insurance with respect to which "cost" is the basis of premium, regardless of whether any liability is assumed under such contracts by the insured. It includes the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the insured, or others including all fees, allowances, bonuses or commissions made, paid or due. It shall not include the cost of any operations to which exclusions (m) or (n) apply, unless such exclusions are voided in the schedule.

2. the word "sales" means the gross amount of money charged by the named insured or by others trading under his name for all goods and products sold or distributed during the endorsement period and charged during the endorsement period for installation, servicing or repair, and includes taxes, other than taxes which the named insured and such others collect as a separate item and remit directly to a governmental division.



(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY—AUTOMOBILE

GU 8882
(Ed. 11-69)

GENERAL LIABILITY—AUTOMOBILE
FAMILY COMBINATION—SPECIAL PACKAGE

A 0021 - G 518

AMENDMENT OF SUPPLEMENTARY PAYMENTS — ALASKAN SUITS

This endorsement, effective    4-15-75
XXXXXXXXXXXXXX                          , forms a part of policy No. SMP  2397994

issued to    Corporation of the Catholic Archbishop of Anchorage, Etal

by    Pacific Insurance Company

Authorized Representative
LaBow, Haynes of Alaska, Inc.

SCHEDULE

The named insured elects:

☐ Limited Supplementary Payments                No Additional Premium

☒ Additional Supplementary Payments            Additional Premium $   Included

It is agreed that with respect to any suit in Alaska defended by the company under this policy, paragraph (a) of the Supplementary Payments Provision
is amended as follows in accordance with the option elected herein by the insured:

1. Limited Supplementary Payments
   If the named insured has elected not to pay the additional premium for the additional supplementary payments, the company shall not be obligated
   to pay that portion of any prevailing party's attorney's fees awarded by a court under "Alaska Civil Rule 82" which, when combined with judgments
   and payments, exceeds the limits of liability stated in the policy.

2. Additional Supplementary Payments
   If the named insured has elected to pay the additional premium, the company agrees to pay all attorney's fees taxed against the insured as costs
   under "Alaska Civil Rule 82".

[AUTHENTIC]

SPECIAL MULTI-PERIL POLICY





## The Continental Insurance Companies

GENERAL OFFICES
80 Maiden Lane, New York, New York 10038
DEPARTMENTAL OFFICES

Buckeye Department . . . . . . . . . . 1111 East Broad Street, Columbus, Ohio 43216
Eastern Department . . . . . . . . . . 80 Maiden Lane, New York, New York 10038
Foreign Department . . . . . . . . . . 80 Maiden Lane, New York, New York 10038
Northeastern Department . . . . . . . . . 333 Glen Street, Glens Falls, New York 12801
Pacific Department . . . . . . . . . . 100 Fine Street, San Francisco, California 94111
Southeastern Department . . . . . . . . . 161 Peachtree Street, N.E., Atlanta, Georgia 30303
Southwestern Department . . . . . . . . . 1310 Commerce Street, Dallas, Texas 75201
Western Department . . . . . . . . . . 360 West Jackson Boulevard, Chicago, Illinois 60606

Exhibit ___E___
Page ___97___ of ___97___

## THE FOLLOWING PROVISIONS APPLY TO SECTIONS I AND II

A. WAR RISK AND GOVERNMENTAL ACTION EXCLUSION: Under Section I as respects perils other than fire (which is otherwise provided for on Page 2 of this policy) and under Section II as respects liability assumed by the insured under any incidental contract or as to first aid or medical expense, this policy shall not apply to loss, bodily injury, or property damage caused, directly or indirectly, by or due to any act or condition incident to the following:

1. Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack, (a) by any government or sovereign power (de jure or de facto), or by any authority maintaining or using military, naval or air forces; or (b) by military, naval or air forces; or (c) by an agent of any such government, power, authority or forces, it being understood that any discharge, explosion or use of any weapon of war employing nuclear fission or fusion shall be conclusively presumed to be such a hostile or warlike action by such a government, power, authority or forces;

2. Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an occurrence; seizure or destruction under quarantine or custom's regulations, confiscation by order of any government or public authority, or risks of contraband or illegal transportation or trade.

B. LIBERALIZATION CLAUSE: If during the period that insurance is in force under this policy, or within 45 days prior to the inception date thereof, on behalf of the Company there be adopted, or filed with and approved or accepted by the insurance supervisory authorities, all in conformity with law, any changes in the form attached to this policy by which this form of insurance could be extended or broadened without increased premium charge by endorsement or substitution of form, then such extended or broadened insurance shall inure to the benefit of the insured hereunder as though such endorsement or constitution of form had been made.

C. INSPECTION AND AUDIT: The Company shall be permitted but not obligated to inspect the named insured's property and operations at any time. Neither the Company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the named insured or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

The Company may examine and audit the named insured's books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

D. CANCELLATION (NOT APPLICABLE IN THE STATES OF MAINE, MASSACHUSETTS AND MINNESOTA): The words "five days" in the cancellation provision on Page 2 of the policy are deleted and the words "ten days" are substituted therefor.

E. SUBROGATION: In the event of any payment under this policy, the Company shall be subrogated to all the insured's rights of recovery therefor against any person or organization and the insured shall execute and deliver instruments and papers and, do whatever else is necessary to secure such rights. The insured shall do nothing after loss to prejudice such rights.

F. CONFORMITY WITH STATUTE: The terms of this policy and forms attached hereto which are in conflict with the statutes of the state wherein this policy is issued are hereby amended to conform to such statutes.

G. POLICY PERIOD, TERRITORY:

1. Section I of this policy applies only to loss to property during the policy period while such property is within the fifty states of the United States of America and the District of Columbia.

2. Section II of this policy applies only to bodily injury or property damage which occurs during the policy period within the policy territory. "Policy territory" means:

  a. the United States of America, its territories or possessions, or Canada, or

  b. international waters or air space, provided the bodily injury or property damage does not occur in the course of travel or transportation to or from any other country, state or nation, or

  c. anywhere in the world with respect to damages because of bodily injury or property damage arising out of a product which was sold for use or consumption within the territory described in paragraph a. above, provided the original suit for such damages is brought within such territory.

H. TIME OF INCEPTION: To the extent that coverage in this policy replaces coverage in other policies terminating at 12:01 A.M. (Standard Time) on the inception date of this policy, this policy shall be effective at 12:01 A.M. (Standard Time) instead of at noon Standard Time.

## THE FOLLOWING PROVISIONS APPLY TO SECTION I

A. NUCLEAR CLAUSE: The word "fire" in this policy is not intended to and does not embrace nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, and loss by nuclear reaction or nuclear radiation or radioactive contamination is not intended to be and is not insured against by this policy, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by "fire" or any other perils insured against by this policy; however, subject to the foregoing and all provisions of this policy, direct loss by "fire" resulting from nuclear reaction or nuclear radiation or radioactive contamination is insured against by this policy.

B. NUCLEAR EXCLUSION: Loss by nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing is not insured against by this policy, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by any of the perils insured against by this policy, and nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, is not "explosion" or "smoke". This clause applies to all perils insured against hereunder except the perils of fire and lightning, which are otherwise provided for in the nuclear clause above.

C. NO CONTROL: This insurance shall not be prejudiced:

1. by any act or neglect of the owner of any building if the insured is not the owner thereof, or by any act or neglect of any occupant (other than the insured) of any building, when such act or neglect of the owner or occupant is not within the control of the insured, or

2. by failure of the insured to comply with any warranty or condition contained in any form or endorsement attached to this policy with regard to any portion of the premises over which the insured has no control.

PROTECTIVE SAFEGUARDS: It is a condition of this insurance that the insured

shall maintain, so far as is within his control such protective safeguards as are set forth by endorsement hereto.

Failure to maintain such protective safeguards shall suspend this insurance, only as respects the location or situation affected, for the time of such discontinuance.

E. IMPAIRMENT OF RECOVERY: Except as noted below, the Company shall not be bound to pay any loss if the insured shall have impaired any right of recovery for loss to the property insured; however it is agreed that:

1. as respects property while on the premises of the insured, permission is given the insured to release others in writing from liability for loss prior to loss, and such release shall not affect the right of the insured to recover hereunder, and

2. as respects property in transit, the insured may, without prejudice to this insurance, accept such bills of lading, receipts or contracts of transportation as are ordinarily issued by carriers containing a limitation as to the value of such goods or merchandise.

F. OTHER INSURANCE:

1. Loss by fire or other perils not provided for in 2. below: If at the time of the loss, there is other insurance available to the insured or any other insured or third party covering such loss or which would have covered such loss except for the existence of this insurance, then the Company shall be liable as follows:

  a. If such insurance is Contributing Insurance, defined as any insurance written in the name of the insured, upon the same plan, terms, conditions and provisions as contained in this policy whether collectible or not, the Company shall be liable for no greater proportion of any loss than the limit of liability under this policy bears to the whole amount of insurance covering such property.

b. If such Insurance is Specific Insurance, defined as any insurance other than that described as Contributing Insurance in a. above, the Company shall not be liable for any loss hereunder until the liability of such Specific Insurance has been exhausted, and then shall cover only such amount as may exceed the amount due from such Specific Insurance (whether collectible or not) after application of any contribution, coinsurance, average or distribution or other clauses contained in policies of such Specific Insurance affecting the amount collectible thereunder, not exceeding however, the applicable limit of liability under this policy.

2. Loss by burglary, robbery or theft or loss of personal property covered on an unspecified peril basis: Insurance under this policy shall apply as excess insurance over any other valid and collectible insurance which would apply in the absence of this policy.

3. When loss under this policy is subject to a deductible, the Company shall not be liable for more than its pro rata share of such loss in excess of the deductible amount.

G. NO BENEFIT TO BAILEE: This insurance shall in no wise inure directly or indirectly to the benefit of any carrier or other bailee for hire.

H. LOSS PAYABLE CLAUSE: Loss if any, shall be adjusted with the named insured and shall be payable to him unless other payee is specifically named hereunder.

I. REPORT TO POLICE: When either a loss or occurrence takes place, the insured shall give notice thereof to the proper police authority if loss or occurrence is due to a violation of a law.

## THE FOLLOWING PROVISIONS APPLY TO SECTION II

A. MODIFICATION OF TERMS: Provisions on Page 2, other than those pertaining to waiver, cancellation and concealment and fraud, do not apply.

B. FINANCIAL RESPONSIBILITY LAWS: When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The insured agrees to reimburse the Company for any payment made by the Company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

C. PREMIUM: All premiums for this insurance shall be computed in accordance with the Company's rules, rates, rating plans premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in the policy as "provisional premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each annual period (or part thereof terminating with the end of the policy period), the earned premium shall be computed for such period and, upon notice thereof to the named insured, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the Company shall return to the named insured the unearned portion paid by the named insured.

The named insured shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the Company at the end of the policy period and at such times during the policy period as the Company may direct.

D. INSURED'S DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT:

1. In the event of an occurrence, written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the insured to the Company or any of its authorized agents as soon as practicable.

2. If claim is made or suit is brought against the insured, the insured shall immediately forward to the Company every demand, notice, summons or other process received by him or his representative.

basis, whether primary, excess or contingent, the Company shall not be liable under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below:

1. Contribution by Equal Shares: If all of such other valid and collectible insurance provides for contribution by equal shares, the Company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid, and with respect to any amount of loss not so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid.

2. Contribution by Limits: If any other valid collectible insurance does not provide for contribution by equal shares, the Company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

G. ACTION AGAINST COMPANY: No action shall lie against the Company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the Company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the Company as a party to any action against the insured to determine the insured's liability, nor shall the Company be impleaded by the insured or his legal representative. Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the Company of any of its obligations hereunder.

H. NUCLEAR EXCLUSION:

1. This policy does not apply:

a. Under any Liability Coverage, to bodily injury or property damage

PAGE 5

nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to property damage to such nuclear facility and any property thereat.

2. As used in this provision: "hazardous properties" include radioactive, toxic or explosive properties; "nuclear material" means source material, special nuclear material or byproduct material, "source material", "special nuclear material", and "byproduct material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof; "spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor; "waste" means any waste material (1) containing byproduct material and (2) resulting from the operation by any person or organization of any nuclear facility included within the definition of nuclear facility under paragraph a. or b. thereof; "nuclear facility" means

a. any nuclear reactor,

b. any equipment or device designed or used for (1) separating the isotopes

of uranium or plutonium, (2) processing or utilizing spent fuel, or (3) handling, processing or packaging waste,

c. any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

d. any structure, basin, excavation, premises or place prepared or used for the storage or disposal of waste,

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations; "nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material; "property damage" includes all forms of radioactive contamination of property.

## DEFINITIONS—SECTION II

When used in the provisions applicable to Section II of this policy (including endorsements forming a part hereof):

"automobile" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include mobile equipment;

"bodily injury" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

"completed operations hazard" includes bodily injury and property damage arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the named insured. "Operations" include "operations", parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the named insured under the contract have been completed,

(2) when all operations to be performed by or on behalf of the named insured at the site of the operations have been completed, or

(3) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The completed operations hazard does not include bodily injury or property damage arising out of (1) operations in connection with the transportation of property, unless the bodily injury or property damage arises out of a condition in or on a vehicle created by the loading or unloading thereof, (2) the existence of tools, uninstalled equipment or abandoned or unused materials, or (3) operations for which the classification stated in the policy or in the Company's manual specifies "including completed operations";

"elevator" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet;

"incidental contract" means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) sidetrack agreement, or (5) elevator maintenance agreement;

"insured" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the Company's liability;

"insured premises" means (1) the premises designated in the Declarations, (2) premises alienated by the named insured (other than premises constructed for sale by the named insured), if possession has been relinquished to others, and (3) premises as to which the named insured acquires ownership or control and reports his intention to insure such premises under this policy and no other within 30 days after such acquisition; and includes the ways immediately adjoining such premises on land;

"medical expenses" means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices and necessary ambulance, hospital, professional nursing and funeral services;

"mobile equipment" means a land vehicle (including any machinery or apparatus attached thereto, whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the named insured, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors; pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"named insured" means the person or organization named in Item 1 of the Declarations of this policy;

"named insured's products" means goods or products manufactured, sold, handled or distributed by the named insured or by others trading under his name, including any container thereof (other than a vehicle), but "named insured's products" shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

"occurrence" means an accident, including continuous or repeated exposure to conditions, which results in bodily injury or property damage neither expected nor intended from the standpoint of the insured;

"products hazard" includes bodily injury and property damage arising out of the named insured's products or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs away from premises owned by or rented to the named insured and after physical possession of such products has been relinquished to others;

"property damage" means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an occurrence during the policy period.

IN WITNESS WHEREOF, this Company has executed and attested these presents; but this policy shall not be valid unless countersigned by the duly authorized Agent of this Company at the agency hereinbefore mentioned.

_Geoffrey Savery_
Secretary

_H E Johnson_
Executive Vice President

Exhibit E
Page 100 of 100 / 160