IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


CONTINENTAL INSURANCE COMPANY,
        Plaintiff,

vs.

CATHOLIC BISHOP OF NORTHERN
ALASKA,
        Defendant.
_____

Case No. 3:06-cv-00019RRB



DEPOSITION OF JUANITA BROWN,

Pages 1-75, inclusive

Commencing at 2:08 p.m.

Monday, February 5, 2007

Anchorage, Alaska




Alaska Stenotype Reporters
511 West Ninth Avenue
Anchorage, AK 99501-3520
Serving Alaska Since 1953


Rick D. McWilliams, RPR, Ret.        Telephone 907.276.1680
Fred M. Getty, RPR, Ret.             Email AkSteno@aol.com
                                       Fax 907.276-8016

Page 1

Juanita Brown                                                    3:06-cv-00019RRB

## Page 2

1              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA
2
3    CONTINENTAL INSURANCE COMPANY,
        Plaintiff,
4
     vs.
5
     CATHOLIC BISHOP OF NORTHERN
6    ALASKA,
        Defendant.
7    _____
     Case No. 3:06-cv-00019RRB
8
9
10          DEPOSITION OF JUANITA BROWN,
11   taken on behalf of the defendant, pursuant to notice, at
12   Alaska Stenotype Reporters, 511 West Ninth Avenue,
13   Anchorage, Alaska, before Rosie S. Scott, Certified
14   Shorthand Reporter for Alaska Stenotype Reporters and
15   Notary Public for the State of Alaska.
16
17
18
19
20
21
22
23
24
25

## Page 3

1              A-P-P-E-A-R-A-N-C-E-S
2
3    For the Plaintiff:  GUESS & RUDD
                By:  Gary A. Zipkin
4               510 L Street
                Suite 700
5               Anchorage, AK 99501
                (907) 793-2200
6
7
     For the Defendant:  COOK SCHUHMANN & GROSECLOSE
8               By:  Robert B. Groseclose
                714 Fourth Avenue
9               Suite 200
                Fairbanks, AK 99707
10              (907) 452-8154
11
12
13
14
15
16
17
18
19   Reported By:     Rosie S. Scott, Certified
                      Shorthand Reporter
20
21
22
23
24
25

## Page 4

1                    I-N-D-E-X
2
3
     EXAMINATION BY:                              PAGE
4
5    Mr. Groseclose                      5
6    Mr. Zipkin                    54
7    Further by Mr. Groseclose             68
8
9    EXHIBITS:
10   Exhibit 1, 2/20/75 Inter-office Memo          17
11   Exhibit 2, Documents                26
12   Exhibit 3, Documents                26
13   Exhibit 4, 11/06/73 Note            26
14   Exhibit 5, Premium Register                42
15   Exhibit 6, ISO Sample                 52
16   Exhibit 7, Application-SMP                 54
17
18
19
20
21
22
23
24
25

## Page 5

1    Anchorage, Alaska, Monday, February 5, 2007
2              JUANITA BROWN,
3         called as a witness herein on behalf of the
4         defendant, having been duly sworn upon oath
5         by Rosie S. Scott, Notary Public, was
6         examined and testified as follows:
7              EXAMINATION
8    BY MR. GROSECLOSE:
9         Q.   Could you state your full name for the record?
10        A.   Juanita Tressler Brown.
11        Q.   Can you spell your middle name?
12        A.   T-R-E-S-S-L-E-R.  It's my maiden name.
13        Q.   And an address for the record.
14        A.   650 Highlander Circle, Anchorage 99518.
15        Q.   And are you employed at this time?
16        A.   No, retired.
17        Q.   You haven't been deposed before, I think you
18   mentioned while we were off the record.
19        A.   No, I don't think so.  I can't remember ever
20   being deposed.  I remember being part of the same -- not
21   deposed personally.
22        Q.   Well, there are a couple of ground rules that
23   are useful for us to bear in mind.
24        A.   Okay.
25        Q.   One is that because she's recording what is

2 (Pages 2 to 5)

Juanita Brown                                            3:06-cv-00019RRB

Page 6

1  being said, it's necessary that we give an audible
2  response.
3      A.  All right.
4      Q.  A head nod isn't good enough.
5      A.  All right.  I'll try.
6      Q.  The other rule is while I'm asking questions,
7  wait for me to finish the question, and I will wait for
8  you to finish your answer.
9      A.  All right.
10     Q.  And if I jump in before you've finished your
11 answer just say so because I don't mean to cut you off.
12 But I might think you're done when you're not done.
13         The other thing, this is not an inquisition, so
14 if you want to take a break, by all means, you know, say
15 so and we can do so.  We generally break on the hour
16 roughly.  You know, we kind of figure we can all sit here
17 for about an hour and then want to stretch our legs.
18         I represent the Catholic Bishop of Northern
19 Alaska, which is the corporate name that is a counterpart
20 of the Diocese of Fairbanks.  Have you had any contact
21 that you can think of with my client over the years?
22     A.  Well, yeah, a long time ago, yes.
23     Q.  Okay.  A long time ago what contact did you
24 have with them?
25     A.  It would be in the '60s, an insurance account.

Page 7

1      Q.  Okay.  Let's get your work background.  And
2  maybe we can even start before that.  What education have
3  you had?  And by that I mean, have you finished high
4  school, college, that sort of thing?
5      A.  Yeah, high school.  And then I went to work in
6  the insurance industry in 1949, I guess it was.
7      Q.  Well, 1949 was a very good year because
8  Mr. Zipkin will point out that both he and I were both
9  born in that year, but he is older than I.  And I will,
10 of course, be very respectful of him because of that.
11         So in 1949 where did you begin working with the
12 insurance industry?
13     A.  In Harrisburg, Pennsylvania.  It was
14 Pennsylvania National Insurance company, formally
15 Pennsylvania Farmers Insurance Company, operated -- owned
16 and operated by -- started by Hovetter, H-O-V-E-T-T-E-R.
17     Q.  Okay.  And how -- what did you do with the
18 Pennsylvania Company that you worked with then?
19     A.  I started as a -- I guess as a secretary, a
20 stenographer.  I transcribed letters and stuff like that
21 using a disk or something of that nature.  I can't
22 remember what it was.
23     Q.  And when did you last work in the insurance
24 industry?
25     A.  Oh, gosh, '19 --

Page 8

1      Q.  Maybe I'll ask you to think about that one.
2  When did you retire?
3      A.  1990.
4      Q.  So you retired in 1990?
5      A.  Yeah.
6      Q.  So your career then, at least from '49 to 1990
7  was all insurance?
8      A.  Yes.
9      Q.  Business related?
10     A.  Yes.
11     Q.  Did you take time off between '49 and 1990 or
12 were you pretty well regularly employed throughout that
13 time?
14     A.  I had some time off.  Not a lot but, yes, I had
15 some time off.  I had two children.
16     Q.  So your husband is Greg Brown by the way?
17     A.  Yes.
18     Q.  So you took time off to raise your children?
19     A.  Well, when they were like three and six I went
20 back to work.
21     Q.  Okay.  When did you come to Alaska?
22     A.  '64, immediately following the earthquake.
23     Q.  It was probably a good time for insurance
24 adjusting to take place in Alaska.  Is that what brought
25 you up?  Did they need insurance adjusters?

Page 9

1      A.  No, my husband's company wanted to open up an
2  office up here and they needed people.  And my parents
3  lived in Seward, Alaska.  So it was kind of an
4  inclination for us to try and see if we liked it up here.
5      Q.  Okay.  So I take it your parents moved up to
6  Alaska after you were born and raised?
7      A.  Yeah.  I lived with my grandmother.  And my dad
8  was up here during the war and -- in Whittier and fell in
9  love with the country.
10     Q.  Okay.  What company did you start with in
11 Alaska in 1964?
12     A.  It was LaBow Haynes.
13     Q.  And what was your title or capacity with them?
14     A.  I was secretary.
15     Q.  Okay.  And did you remain a secretary -- and
16 then did you stay with LaBow, Haynes or its successor?
17     A.  Yes, I did.
18     Q.  Until you retired?
19     A.  No.  Gosh, I can't remember.  LaBow, Haynes was
20 sold to Rollins, Burdick, Hunter.  And I left them in
21 '19 -- gosh, it would be '90.
22     Q.  So in 1990 you left Rollins, Burdick and
23 Hunter?
24     A.  Yes.
25     Q.  And that's when you retired?

3 (Pages 6 to 9)

Juanita Brown                                                    3:06-cv-00019RRB

Page 10

1      A.   Uh-huh.
2      Q.   So basically, if I consider Rollins, Burdick,
3  the same as LaBow, Haynes because one acquired the other
4  right?
5      A.   Right.
6      Q.   You remained from '64 until '90 -- 26 years if
7  I've done my math correctly -- with them?
8      A.   Well, no, let me think.
9      Q.   Is there somebody else in between?
10     A.   Yeah, Frank B. Hall.
11     Q.   And did you -- were you with Frank B. Hall in
12  Anchorage?
13     A.   Yeah.  I'm trying to remember when I left LaBow
14  and why, but I did go to work for Frank B. Hall.  I can't
15  remember the year.
16     Q.   Okay.
17          MR. ZIPKIN:  Don't worry about it.  Really,
18  it's not a memory test.
19  BY MR. GROSECLOSE:
20     Q.   It's the best you can do.  So you left LaBow,
21  went to Frank B. Hall, and then came back to LaBow?
22     A.   No.  I stayed with Frank B. Hall until they
23  closed their office up here.  And then I went to work for
24  Ribelin & Lowell Company.
25     Q.   Okay.  So Ribelin & Lowell, did that become

Page 11

1  Rollins, Burdick?
2      A.   No, no.
3      Q.   Okay.  So then, when you retired, you were with
4  what company?
5      A.   I was with Frank B. Hall.  Gosh, let me think.
6  I know it, but I can't think of how it went together.
7      Q.   Okay.  Well, it's -- we can revisit that as --
8  if you recall it.
9      A.   Frank B. Hall closed their office up here and
10  then I went to Ribelin & Lowell.
11     Q.   And was that before or after LaBow, Haynes?
12     A.   After.  Definitely after.
13     Q.   So let's turn back the clock to when you
14  remembered Catholic Bishop of Northern Alaska and having
15  some contact with what I'll refer to as CBNA, Catholic
16  Bishop of Northern Alaska.  Who were you working with at
17  the time you learned of, or had some dealings with CBNA?
18     A.   I was working with Jim McKeown, M-C-K-E-O-W-N.
19  It was his account and I was an assistant.
20     Q.   And when you say it was "his account" was he an
21  insurance broker?
22     A.   Yes.
23     Q.   And were you, at that point, a broker or an
24  assistant broker?
25     A.   Assistant.

Page 12

1      Q.   Did you ever acquire a broker's license?
2      A.   Yes, I did.
3      Q.   Was that while you were with LaBow, Haynes or
4  did that happen after LaBow?
5      A.   Boy, I can't remember.
6      Q.   Okay.
7      A.   It was after LaBow.  It had to be.
8      Q.   All right.  So in any event, you were helping
9  Jim McKeown?
10     A.   Yes.
11     Q.   Helping him what?  Place insurance or monitor
12  insurance?
13     A.   It was like an assistant or secretary to.
14     Q.   Where is Jim McKeown now?  If you know.
15     A.   (Indicating).
16     Q.   You're pointing up.  So he passed away.  Do you
17  know when he passed away?
18     A.   He passed away probably in the '60s or early
19  '70s, quite a long time ago.  Heart attack.
20     Q.   Was that -- did he die while working then, in
21  the sense that he was not maybe at the job site, but
22  was -- had he retired from LaBow, Haynes?
23     A.   No, no.  He still worked there.  He was on a
24  trip.  They bought a car or something.  He went South to
25  pick it up, and then on the way back he had a heart

Page 13

1  attack and died.
2      Q.   What do you remember being the insurance needs
3  that you were exposed to CBNA?  What was the mission
4  there?
5      A.   Placement of the coverage and marketing,
6  checking different markets to see who would have the best
7  price, and the best coverage, and the service, and
8  everything else.
9      Q.   And do you remember who you placed insurance
10  with for CBNA?
11     A.   With several companies.
12     Q.   And do you remember which companies?
13     A.   I would say Home was one, Alaska National is
14  another and, of course, Continental.
15     Q.   Okay.
16     A.   I think Great American was involved there, too.
17     Q.   Now, when you say "placed insurance" do you
18  mean there were insurance policies issued for each of
19  those companies, or were you getting quotes?
20     A.   Well, I got quotes, and then I placed it --
21  gave them the order to write the coverage.
22     Q.   And what was the order as best you remember?
23  What was it that CBNA wanted?
24     A.   They just wanted good insurance coverage at a
25  reasonable price.

4 (Pages 10 to 13)

Juanita Brown                                          3:06-cv-00019RRB

Page 14

1    Q.   And what was the type -- in your view, what do
2   you mean by "good insurance coverage"?
3    A.   I mean, broad comprehensive, the broadest
4   element of coverage that you could buy at a reasonable
5   price.
6    Q.   Okay.  Did you -- did they fill out an
7   application for insurance?  How did that work?  Or would
8   you just interview them?
9    A.   Well, you talked to them, and you sat down like
10  we are, and we wrote out what they wanted, and how much
11  they wanted, and what they were willing to pay for it.
12   Q.   Do you remember meeting anybody with CBNA; and,
13  if so, who do you remember?
14   A.   Oh, yeah, I remember George Bowter.
15   Q.   Do you remember anybody before George Bowter?
16   A.   No, I don't.
17   Q.   Did you meet George -- did you ever travel to
18  Fairbanks with your business?
19   A.   Oh, yes.
20   Q.   And do you know if you -- have you ever been to
21  the Chancery Office or the business office of CBNA?
22   A.   I can't remember.
23   Q.   Or to George Bowter's office?
24   A.   I can't remember.  I know we met in several
25  different conference rooms like this, but I can't

Page 15

1   remember where it was.
2    Q.   Okay.  Was there ever -- did you ever work with
3   CBNA after Jim McKeown died?
4    A.   Yes, I did.
5    Q.   Were you your own broker at that point in time,
6   or were you the assistant to somebody else?
7    A.   I can't remember.
8    Q.   Okay.  Do you know -- when Jim died, who took
9   over the clients that he was working with -- the
10  insurance customers?
11   A.   I don't remember.
12   Q.   Who else was in the office, as best you
13  remember, with LaBow, Haynes when Jim McKeown was --
14  died?
15   A.   Okay.  There was Ed Dimock, D-I-M-O-C-K, Fred
16  Lamers.
17   Q.   Fred Lamers?
18   A.   Uh-huh.
19   Q.   And if you know of the whereabouts of any of
20  these people, that's going to be my follow-up question.
21   A.   I'm sure they're deceased.
22   Q.   Do you know of anybody else that is still
23  living that was with LaBow, Haynes?
24   A.   No, I don't.
25   Q.   So was the office less than 10 people?

Page 16

1    A.   Oh, no.  It was probably like 25 or -- yeah,
2   about 25 I'd say.
3    Q.   Did you know Evelyn Christopher?
4    A.   Yes.
5    Q.   And how did you know her?
6    A.   She worked for Continental Insurance Company.
7   And I dealt with them on the account, and I dealt with
8   her on issues involving the Bishop of Northern Alaska.
9    Q.   What issues do you remember working on?
10   A.   Well, the scope of coverage, mostly I'd say,
11  prices.
12   Q.   Do you know what the -- if they were -- if you
13  placed a general liability policy for them?
14   A.   Oh, yes.
15   Q.   And tell me what you remember about that.
16   A.   It was just a general liability, a standard
17  general liability policy with whatever additional
18  coverage you could buy, like personal injury and stuff
19  like that.
20   Q.   Let's use maybe Jim McKeown's death, or another
21  way to phrase it is while he was with the company.  While
22  he was alive and at LaBow, Haynes, were you an assistant
23  broker?  Did you ever get to the point of being your own
24  broker as that term is used?
25   A.   I can't remember.  I wasn't a broker at that

Page 17

1   time.  I just -- I can't remember.  I wasn't a broker, I
2   know that.
3    Q.   Do you -- well let me hand you what we'll mark
4   Exhibit 1 to your deposition.
5        (Exhibit 1 marked.)
6   BY MR. GROSECLOSE:
7    Q.   Mrs. Brown, take a minute to look at that.
8   I'll represent to you that that's a document that a
9   Mr. Robb has been asked questions about in the course of
10  his deposition.  But it refers to Jim McKeown, I think in
11  the first line.  And my question relates to the
12  transaction that's referenced there and as to any
13  knowledge you have about that, whether that -- whether
14  you were working with Mr. McKeown at the time.  We can go
15  off record if you want time to study that.
16       (Off record.)
17  BY MR. GROSECLOSE:
18   Q.   The very first paragraph of this document
19  indicates that Jim McKeown of the agency was in on
20  February 19, and delivered a new statement of values for
21  this insured preparing for renewal in April, correct?
22  Did I read that first sentence right?
23   A.   Yeah.  Meaning the value of the property, like
24  the church here, was at 3,000 or -- 30,000 and 300,000 --
25  making sure that the values of the property that we

Juanita Brown                                                                 3:06-cv-00019RRB

Page 18

1  insured were accurate.
2     **Q.  Okay.**
3     A.  To the best of our ability.
4     **Q.  Now, this document, under the subject line,**
5  **refers to the Archdiocese of Anchorage.  Did LaBow,**
6  **Haynes handle the insurance then, as best you remember,**
7  **for the Archdiocese of Anchorage?**
8     A.  Yeah.
9     **Q.  And do you understand that that's a different**
10 **organization than CBNA?**
11    A.  Yes.
12    **Q.  But further on in this memo, if I'm reading it**
13 **correctly, there's what I believe is the fifth paragraph**
14 **or sixth maybe down, see where it says, "He advises that**
15 **he will require three policies, one for Anchorage which**
16 **includes the liability of Juneau, one policy for Juneau,**
17 **Section I only, and one policy for the Fairbanks**
18 **coverage."  Did I read that correctly?**
19    A.  Yeah.  Section I would be the property
20 coverage.  Section II is the liability.
21    **Q.  Okay.  So in other words, Juneau, at least for**
22 **purposes of this memo, was only getting fire coverage,**
23 **but was getting liability included with the Anchorage,**
24 **policy.  Is that the way you interpret that?  It says**
25 **Anchorage which includes the liability of Juneau, and**

Page 19

1  then one policy for Juneau, Section I only.
2     A.  Right.  Section I of the property coverage.
3        MR. ZIPKIN:  For the record, I object that
4  you're asking this witness to interpret what someone else
5  meant when someone else wrote a memo 32 years ago.
6  BY MR. GROSECLOSE:
7     Q.  What do you understand the policy for Fairbanks
8  coverage is?  And what I'm really asking you is -- well,
9  let me maybe ask it this way:  Do you know if -- how many
10 years McKeown handled the insurance at LaBow, Haynes for
11 CBNA?
12    A.  No.  It was several years is all I can tell
13 you.  I don't know how many.
14    Q.  Do you -- I'm assuming from this letter that --
15 the reference, that Jim McKeown was alive in 1975?
16    A.  Yeah, I would say so.
17    Q.  Do you know when he passed away?
18    A.  No, but it was shortly thereafter; maybe two or
19 three years, when I say shortly.
20    Q.  Okay.  So when you say he worked with CBNA, you
21 knew him to have dealt with CBNA for a few years.  Can
22 you -- do you mean a few years prior to his death, a few
23 years prior to Exhibit 1, or can you be more specific?
24    A.  Well, I was a clerk really.  And Jim McKeown
25 was the authorized broker on the account.  And I would do

Page 20

1  whatever he told me he needed to be done, change the
2  vehicles or increase coverage in one area or property
3  values, whatever.
4     Q.  Okay.  You don't know when he first -- I guess
5  the other way to ask it is, you don't know when he first
6  acquired CBNA as a customer or a client?
7     A.  No, I don't.  I don't remember.
8     Q.  Did anybody else in your office, at that time
9  while Jim McKeown was alive and working there, handle or
10 broker, I guess, might be the term -- the insurance for
11 any Catholic organization?
12    A.  I don't think so.
13    Q.  Let me show you -- what's an SMP policy?
14    A.  Special multi-peril, meaning there's
15 specialized coverage format.  It included Section I
16 coverage and Section II.
17    Q.  And Section I coverage is, you've indicated is
18 fire protection?
19    A.  Yeah, it's property and Section II would be
20 liability.
21    Q.  Okay.  Do you know if under the liability
22 part -- well, first of all, under fire, the coverage
23 would be based on the value of the buildings; is that
24 right?
25    A.  That's right.

Page 21

1     Q.  And would a schedule with the customer or
2  client provide a listing of the buildings?
3     A.  Yes.
4     Q.  Who would prepare the values?  Would the
5  customer do that?
6     A.  Well, the customer would, yes.  We also had
7  engineers employed that would check the property to make
8  sure it was properly insured.
9     Q.  Do you know who you used as an engineer to
10 check on properties in the 1970s?
11    A.  No, I sure don't.  But you could take the
12 square footage of the building by -- there was a
13 directory on cause of construction.  And you could use
14 that formula as a guideline.
15    Q.  Okay.  I mentioned Julian Robb's name.  Did you
16 know Mr. Robb?
17    A.  No, I don't.
18    Q.  Do you remember dealing with anyone in Seattle
19 with the Continental office?
20    A.  I don't remember, but I'm sure I did.
21    Q.  You mentioned Evelyn Christopher who you knew
22 to be with Continental at the time?
23    A.  She was in Anchorage.
24    Q.  Was there anybody else that you knew to be with
25 Continental that you dealt with?

6 (Pages 18 to 21)

Juanita Brown                                                    3:06-cv-00019RRB

Page 22

1    A.  Her husband, Jim Christopher.
2    Q.  Anyone else?
3    A.  No.
4    Q.  Okay.  And do you know if Mr. Christopher is
5  deceased?  Do you know?
6    A.  I would think so.
7    Q.  Do you know when you would -- well, to back
8  up -- a broker, as I understand, is someone who would go
9  out and find sources for insurance for someone who wants
10  to be insured?
11    A.  Yes.
12    Q.  And as I understand it, a broker is not the
13  same as an insurance agent; would you agree or disagree?
14    A.  I agree.  It's not the same.  A broker has a
15  broader scope.  An agent can be affiliated with one
16  company and one company only, or he could be affiliated
17  with several.  But a broker is a broader license in the
18  sense that you can even go to Lloyds of London to pursue
19  your coverage.
20    Q.  Let me hand you what I will mark as Exhibit 2
21  to your deposition.  And I'll represent to you that this
22  is a document I've received in the course of this
23  litigation that purports to be an insurance policy for
24  the Archbishop of Anchorage?
25    A.  Archdiocese.

Page 23

1    Q.  Archdiocese.  Thank you.  And I will refer
2  you to -- well, there are actually going to be two
3  exhibits.  Exhibit 2 is one group of documents, Exhibit 3
4  will be another group.  And because Exhibit 3 begins with
5  kind of a coversheet with some information in it, I was
6  in hopes you could find if there's something comparable
7  to that in Exhibit 2.  And it looks like you have flipped
8  to a page of Exhibit 2 that's -- that does that; is that
9  right?
10    A.  I'm not sure I understand your question.
11    Q.  Okay.  Let's -- before we jump to Exhibit 3,
12  let's back up to Exhibit 2.  Is -- what I see here as
13  part of Exhibit 2 -- it appears to be the 6th page -- is
14  a document that starts up at the top?
15    A.  Declarations.
16    Q.  Yeah, is that the declaration sheet?
17    A.  Right.
18    Q.  And this has got LaBow, Haynes' name up at the
19  top; is that right?
20    A.  Yes.
21    Q.  And that's the office that you worked at on D
22  Street in Anchorage?
23    A.  519 D, right.
24    Q.  And this declaration sheet, as I understand it
25  for policy coverage, refers to an enclosure; does it not?

Page 24

1  Let me see if I can read this upside down -- under limits
2  of liability -- first there's a Section I and Section II
3  like you were talking about; is that right?
4    A.  Yes.
5    Q.  And on Section II, it then has limits of
6  liability.  I see an asterisk, which then refers to a
7  document, "Per MLB 21 attached."  Do you know what that
8  means?
9    A.  No, I don't.  I could probably identify it if I
10  saw it.
11    Q.  Okay.  Well, let me just, to kind of speed this
12  along, flip to a page that's toward the back of the
13  packet in Exhibit 2, that in the upper right-hand corner
14  says MLB 21.  Is this -- of a form that you've seen
15  before with policies?
16    A.  Oh, yeah, yes.
17    Q.  And in this case for the Archdiocese of
18  Anchorage.  Am I interpreting this correctly, that they
19  had an insurance policy from April 15 of '72 to
20  April 15th of '75?
21    A.  Right.
22    Q.  That had liability coverage of 100,000 for each
23  person, 300,000 for each occurrence, and 300,000 in the
24  aggregate; is that much correct?
25    A.  Right.  That's for bodily injury, property

Page 25

1  damage liability was for 50,000.
2        MR. ZIPKIN:  For the record, I just want to say
3  the document speaks for itself.
4  BY MR. GROSECLOSE:
5    Q.  Do you know if this is an SMP policy?
6    A.  Uh-huh.
7    Q.  Because it says so, doesn't it?
8    A.  Right.
9    Q.  And do you know anything about the numbering
10  and how the numbers for policies were determined?
11    A.  Just like 1, 2, 3, 4, 5.
12    Q.  Do you know who would assign the numbers?
13    A.  No, I don't.
14    Q.  Do you know if your office would assign the
15  numbers?
16    A.  No, they're assigned by the company.
17    Q.  Well, would policy -- would you receive, as a
18  broker, would you receive a copy of the policy?
19    A.  Yes.
20    Q.  Would you receive it as the representative of
21  your customer to where you would then have the policy?
22    A.  Right.  I would review it prior to delivering
23  it to the client to make sure that everything that was
24  ordered is there.
25    Q.  And in the case of CBNA based in Fairbanks,

Alaska Stenotype Reporters

Juanita Brown                                                    3:06-cv-00019RRB

Page 26

1   what would be -- what was the practice for handling
2   policies? Would you receive it directly from the company
3   and then pass it on?
4       A.   Yes.
5       Q.   Do you know if -- and when you do that, then I
6   assume you would mail it?
7       A.   Probably so. It comes to the agent to be
8   reviewed to make sure that the coverage is what was
9   ordered and then you pass it on to their customer.
10      Q.   In the time frame we're referring to -- well,
11  let me show you another document that we'll mark as
12  Exhibit 4.
13          MR. ZIPKIN: Can we stop just for a second.
14  The court reporter hasn't marked anything yet. Can we do
15  that?
16          (Exhibits 2, 3, 4 marked.)
17  BY MR. GROSECLOSE:
18      Q.   This is going to be hard to read and I
19  apologize that the quality is what it is, but I'm unaware
20  of a better copy at the moment.
21          MR. ZIPKIN: Can I borrow a sticky? Just one
22  will do.
23          MR. GROSECLOSE: Sure.
24          THE WITNESS: What was your question?
25  BY MR. GROSECLOSE:

Page 27

1       Q.   Okay. I haven't asked you yet.
2           I will represent to you, Mrs. Brown, that
3   Exhibit 4 appears to be a document that is almost in the
4   form of an old Teletype instrument or a Teletype kind of
5   communication.
6       A.   Probably.
7       Q.   Were Teletypes used in the time you worked in
8   the insurance industry?
9       A.   They weren't called Teletypes, they were called
10  a Telexes.
11      Q.   Were Telexes or telegrams used?
12      A.   Telex.
13      Q.   And does that appear to you to be a Telex of
14  some sort?
15      A.   It could be, yes.
16      Q.   And I see Evelyn Christopher's name toward the
17  base of it. Is there any indication that you see on that
18  where that information was shared with LaBow, Haynes?
19      A.   I would not think so, but there would be no
20  reason to share it with LaBow, Haynes because LaBow,
21  Haynes is the one that was asking to keep the policy
22  dates concurrent with the other -- Diocese.
23      Q.   So you understand that's a directive that
24  LaBow, Haynes is making -- explain what you mean by
25  keeping something concurrent?

Page 28

1       A.   In other words, the policy dates run
2   concurrent, with Juneau and Anchorage and Fairbanks all
3   being the same policy period.
4       Q.   And why was that; to your knowledge?
5       A.   Well, that's normal. If you have three
6   different insureds you want everything to be identical.
7       Q.   Assuming they're all under the same policy or
8   the same type of policy?
9       A.   Right. Same policy.
10      Q.   Well, do you understand them to all be under
11  the same policy or are they -- and by that I mean the
12  same policy number?
13      A.   I'm not sure what they mean here. I mean, I'm
14  not sure what they're asking. They're asking that the
15  policy date concur with the Diocese of Juneau and
16  Anchorage. In other words, it runs the same, April to
17  April, three years is normal. Oh, my, I did sign some
18  papers here, didn't I?
19      Q.   Okay. Thank you as far as Exhibit 4. You've
20  said you've signed some papers here. Maybe I could have
21  you look at -- you're looking at Exhibit 3; is that
22  right?
23      A.   Yeah.
24      Q.   And you recognize your signature as part of the
25  papers in Exhibit 3; is that right?

Page 29

1       A.   Yeah.
2       Q.   You're pointing to the MLB 20 form?
3       A.   Change endorsement.
4       Q.   So now, if you were signing at that point in
5   time, does that mean that you were a broker or could you
6   have signed as an assistant broker?
7       A.   No, I was a licensed broker to sign.
8       Q.   And at that point -- and what is the date of
9   your signature, as best as you can determine it there?
10      A.   I can't determine that.
11      Q.   But it's with regard to a policy period that
12  covers from April 15th of '75 to April 15th of '78; is
13  that right?
14      A.   Right. Yes.
15          MR. ZIPKIN: Well, actually, I don't know that
16  that's what the document says.
17          MR. GROSECLOSE: I'm looking at it upside down.
18          MR. ZIPKIN: I mean, up above there's reference
19  to.
20          THE WITNESS: That's effective in October. But
21  the policy term is '75 to '78. But this endorsement or
22  change endorsement is as of October 27, 1976, midterm
23  change.
24  BY MR. GROSECLOSE:
25      Q.   So does that then provide the time frame within

8 (Pages 26 to 29)

Juanita Brown                                                    3:06-cv-00019RRB

---

## Page 30

1  which you signed it? Would you have signed it in October
2  of '76?
3     A.  Yes, it was sometime around that era.
4     Q.  So this was a change, meaning that it was a
5  change after the policy was issued in April of '75?
6     A.  Right.
7     Q.  The change came about midstream; is that right?
8     A.  Right.
9     Q.  Now, you mentioned that you normally place
10  coverage for three years?
11     A.  Yes.
12     Q.  And would that have been true of the policies
13  for CBNA?
14     A.  Yes, any company. All companies wrote their
15  policies for three years. And any changes you made in
16  any of the coverage was issued -- or change endorsement
17  was issued.
18     Q.  The -- how about as far as the policy limits?
19  Do you know what the policy limits were for policies
20  issued to CBNA?
21     A.  No, they would vary. It could be --
22     Q.  Well, let's put it in time. If as the Telex,
23  or as Exhibit 4 references a policy to become effective
24  in October of 1973, do you know what the liability limits
25  were of the policy issued to CBNA in 1973?

---

## Page 31

1     MR. ZIPKIN: Assumes facts not in evidence.
2     THE WITNESS: No, I'm sorry, no.
3  BY MR. GROSECLOSE:
4     Q.  Do you know for Anchorage what the policy
5  limits were for Anchorage in 1972, '73? And I think
6  we're going to need to refer to Exhibit 2 for this. Do
7  you know what their policy limits were for Anchorage?
8     A.  No, I don't.
9     Q.  I think, if I remember correctly, Mrs. Brown,
10  the policy limits of Exhibit 2's policy had the asterisk
11  that then referred us to MLB 21, correct?
12     A.  Uh-huh.
13     Q.  And if we look back in the packet of items
14  that's part of Exhibit 2 -- maybe I'll hand it to you so
15  you don't have to look at it upside down like I am.
16     I want to say there's an MLB 21 in here. Why
17  don't we just take a minute and see if you can spot
18  that?
19     A.  I'm sorry, I have a lot of pain today so I'm
20  very shaky, but I'll find it. That's your comprehensive
21  liability form. It's a standard form used in the
22  industry.
23     Q.  Let me show you what's entitled -- was Pacific
24  Liability -- do you know what that company was or what
25  that is a reference to?

---

## Page 32

1     A.  Just identifying the form.
2     Q.  Okay. On what's in the lower left
3  P-A-C-L-I-A-B 3328, what is -- and I see limits and that
4  sort of thing. What is that?
5     A.  That's -- illustrates the limits of liability
6  under the general liability coverage. It was 100,000 for
7  each person, 300,000 each occurrence and 50,000 for
8  property damage.
9     Q.  But this isn't the same form as the MLB 21?
10     A.  I don't think so.
11     Q.  Let's see if I can speed this up. One of these
12  has an MLB 21. I remember seeing that.
13     Okay. Let me show you what is part of
14  Exhibit 2 toward the back of -- well, it looks like
15  roughly the -- within the last 10 pages of Exhibit 2
16  there's a form MLB 21, correct?
17     A.  Yes.
18     Q.  And this specifies coverage levels; does it
19  not?
20     A.  Right. That specifies the limits of liability
21  under the liability coverage.
22     Q.  Do you know -- and this, of course, relates to
23  the Archbishop of Anchorage, not CBNA. But at that point
24  in history, in the early 1970s to 1975, do you know of
25  any reason why CBNA, if it was placing insurance through

---

## Page 33

1  your office with Continental, would have had different
2  liability coverage?
3     A.  No, no. If they were insured, which is called
4  a Tri-Di account, it would be the same under the policy.
5     Q.  And tell me what you mean by Tri-Di account?
6     A.  Three dioceses.
7     Q.  Did you -- to your knowledge did LaBow, Haynes
8  provide coverage for one diocese and not the other two?
9     A.  It started with one and then it acquired the
10  other two.
11     Q.  Which one did it start with?
12     A.  As I recall, it would have been Anchorage.
13     Q.  Okay. And do you know when it acquired -- when
14  Tri-Di, by that name, came into use?
15     A.  I can't recall.
16     Q.  Did it ever involve, to your knowledge, all
17  three being insured under one policy as distinct from
18  each having a policy number?
19     A.  As I recall, yes.
20     Q.  As you look at this, at Exhibit 2, is there any
21  indication on that, of that covering more than the
22  Archdiocese of Anchorage?
23     A.  I don't see any reference.
24     Q.  And I'll have the same question as to
25  Exhibit 3, so maybe we should go off record, and maybe

---

9 (Pages 30 to 33)

Alaska Stenotype Reporters

Juanita Brown                                                          3:06-cv-00019RRB

**Page 34**

1   let you take a minute to look at this.
2       (Off record.)
3       THE WITNESS:  What was your question again?
4   BY MR. GROSECLOSE:
5       Q.  Is there any reference in Exhibit 2?
6       A.  To what?
7       Q.  To Tri-Di or to it covering more than the
8   Archdiocese of Anchorage?
9       A.  No.
10      Q.  I mean, I can tell you I've looked through it.
11  I didn't spot reference to that sort, but I'm not attuned
12  to some of the coding that maybe your office used for
13  things.
14      A.  It would be an endorsement attached that would
15  declare that.  And there is no such endorsement here.
16      Q.  Okay.  If you could -- was it the declaration
17  page that was roughly Page 6 or 7 into it?
18      A.  Yes.
19      Q.  All right.  So was there anything else in
20  Exhibit 2 that you wish to refer to?
21      A.  That's personal property.  To cover the
22  priests' personal effects.
23      Q.  Was an endorsement?
24      A.  Yeah, 2000.
25      Q.  We can come back to that at any point, but on

**Page 35**

1   Exhibit 3, on the declaration page, the very first page
2   of Exhibit 3, it refers to an SMP policy Number 2397994,
3   correct -- up in the upper right?
4       A.  Uh-huh.
5       Q.  And then beneath it, it has renewal of SMP
6   8288602.
7       A.  Whatever the number of this thing is, I'm not
8   sure.
9       Q.  I think that was Page 6 or 7.  So where do
10  you -- I see a number here that's entitled policies code.
11      A.  No, that's a producer's code.
12      Q.  And this says renewal of new.  Is this perhaps
13  before they even assign it a number?
14      A.  It didn't renew anything.  It was a new
15  account.
16      Q.  Okay.  So on Exhibit 2, the declaration page,
17  it's a new account as of that time?  Is that your
18  interpretation?
19      A.  Yeah.
20      Q.  So then it would be assigned in a number --
21  well, let me ask you this:  Is Exhibit 3 a renewal of
22  Exhibit 2?  Can you tell that?
23      A.  Well, if I could find a number on this thing.
24      Q.  Maybe the endorsements -- later endorsement
25  that you indicated having signed would have it.

**Page 36**

1       MR. ZIPKIN:  For the record, I'm going to
2   object that I can't tell, without carefully examining the
3   Exhibits, especially Exhibits 2 and 3, whether they are
4   correctly assembled.  There are indications I have
5   already seen that they are not correctly assembled.  So
6   to the extent that you are suggesting to this witness
7   that this exhibit, or that exhibit represents a policy
8   issued by my client to anyone, I reserve the right to
9   contest that.
10      THE WITNESS:  I can't see where they have a
11  number anywhere.  I'm sure it's here.
12  BY MR. GROSECLOSE:
13      Q.  Well, let's take a minute off record and try
14  and find it if we could.
15      (Off record.)
16  BY MR. GROSECLOSE:
17      Q.  Mrs. Brown, referring again to Exhibit 2,
18  during our break I've gone through and in the lower
19  right-hand corner I've started at the top and numbered
20  Page 1 through the very last page, which I think is 56.
21  And during our break you located what's on Page 25, as
22  bearing a reference to the policy number; is that right?
23      A.  No -- oh, yes.  Right.
24      Q.  SMP 8288602.
25      A.  Uh-huh.  It's the same as that.

**Page 37**

1       Q.  So if we compare Exhibit 2 to Exhibit 3, that
2   same SMP number that's in Exhibit 2 shows that Exhibit 3
3   is a renewal of Exhibit 2; is that right?
4       A.  Exactly, yes.
5       Q.  Okay.  Do you know what other options were
6   offered in the Archdiocese of Anchorage, CBNA or the
7   Diocese of Juneau for policy limits in 1972 to '78?
8       A.  No, I don't recall.
9       Q.  Okay.  Do you have any reason to conclude that
10  Anchorage had policy limits other than as stated in
11  Exhibits 2 and 3?
12      MR. ZIPKIN:  I assume you mean liability
13  limits.
14      MR. GROSECLOSE:  Liability, correct.  Thank
15  you.
16      THE WITNESS:  No.
17  BY MR. GROSECLOSE:
18      Q.  Do you have any reason to believe that CBNA
19  would have been given or requests -- would have been
20  either given or that it requested limits other than
21  similar to Anchorage?
22      A.  I'm not sure I understand your question.  They
23  wouldn't request limits -- property limits or liability
24  limits?
25      Q.  Liability.  Yeah, I'm focused on general

10 (Pages 34 to 37)

Page 38

1  liability.
2     A.   They followed the other Diocese.  Whatever they
3  did the others followed.
4     Q.   Okay.  Was there anything that you can think of
5  that's unique to this particular -- and I'm referring now
6  to the Archdiocese of Anchorage -- but I'm referring to
7  church clients, or church customers generally -- was
8  there anything about a church or a church organization
9  that made it different from what you would be
10 recommending or marketing as an insurance package in
11 those years?
12    A.   I don't -- I'm not sure, but I don't think so.
13 It followed this format of -- if there would be anything
14 different it would be on a change endorsement.  Other
15 than that it just follows the normal printed forms.
16    Q.   Now, tell me about the change endorsement.  And
17 there was one example there that I think you had.  Is
18 that something that when the company would have a change
19 you would then hear about it from the insurance company
20 and then you would notify your insurance customer?
21    A.   No, it would be the reverse.  You would get a
22 change from the customer and notify the company.
23    Q.   So let's look at the example I thought we
24 flagged earlier that you had your signature on it.  Are
25 you saying that originated with the customer?

Page 39

1     A.   Yeah.  It looks here like we've increased the
2  limits in Section II, which is liability, to a combined
3  single limit of 500,000.  And that probably resulted from
4  the fact that we bought an umbrella -- an umbrella being
5  on top of the basic limits to broaden the coverage.
6     Q.   Okay.
7     A.   And they would require certain underlying
8  amounts before they would agree to be an umbrella on top
9  of it.
10    Q.   Let's maybe do this to assist our record.
11 Exhibit 3, I'd like to number much like I did Exhibit 2.
12 Before I start numbering it, does this Exhibit 3 appear
13 to be the way you would expect a policy and a set of
14 policy documents to be assembled?
15    A.   Yes.
16    Q.   Well, let me, if I could, let's just take a --
17 is now a good time for a good break and I'll put a number
18 on those.
19    A.   I just need to stand a little bit.  I'll be all
20 right.
21       (Off record.)
22 BY MR. GROSECLOSE:
23    Q.   Mrs. Brown, while we were off record I placed a
24 number in the lower right-hand corner of each of the
25 pages that were part of Exhibit 3 that I handed you

Page 40

1  earlier.  And they number coincidentally 1 through 100.
2  And I do see on a number of the pages toward the back and
3  in particular, your signature, correct?
4     A.   Right.
5     Q.   And these are on change endorsements?
6     A.   Yes.
7     Q.   At least the example appearing on 52 is a
8  change endorsement.  Is Page 53 also a change
9  endorsement?  What is 53?
10    A.   "Add Daughters of Saint Paul as named insured."
11    Q.   Is that another location as best you
12 understand?
13    A.   No, it's a society, so to speak.  The Daughters
14 of Saint Paul are nuns.
15    Q.   Okay.  These documents will speak for
16 themselves.  But I assume that if CBNA was to have been
17 covered as part of this Exhibit 3, there would be some
18 reference to it.  Is that fair to assume?
19    A.   Your question being?
20    Q.   Well, I guess the other way to ask this, rather
21 than turning this into a reading lesson or going through
22 100 pages, do you have any reason to think CBNA is added
23 as a co-insured or additional insured as part of
24 Exhibit 3?
25    A.   Yes, I would think so.

Page 41

1     Q.   Okay.  And why do you say that?
2     A.   Well, I guess not.  They don't seem to be.
3     Q.   I'm not trying to put words in your mouth.  It
4  looks like there were some endorsements that added, like
5  you gave the example, the Daughters of Saint Paul, right?
6     A.   Yeah.  I don't see an endorsement adding
7  Fairbanks at all.
8     Q.   So the LaBow, Haynes office, if I were -- this
9  question doesn't relate to this document as much, but
10 generally, in terms of file retention -- we're in this
11 lawsuit because we can't find a policy that we believe
12 was issued.
13    A.   What's the allegation here?
14    Q.   The allegation is one of seeking the court to
15 declare, if there is a policy, what the terms are.
16       MR. GROSECLOSE:  Does that fairly summarize it?
17       MR. ZIPKIN:  We're searching for evidence, if
18 there is any, that Continental issued a policy covering
19 CBNA in providing certain coverages in the 1970s.
20       THE WITNESS:  Well, you've got them here, so
21 whatever this says is what it is.
22 BY MR. GROSECLOSE:
23    Q.   But these documents, I believe, relate to the
24 Archdiocese of Anchorage, right?
25    A.   Right.  Well, they were separate for many years

11 (Pages 38 to 41)

Juanita Brown                                              3:06-cv-00019RRB

Page 42

1  and before Fairbanks was added.
2      Q.  But you remember getting policies that you then
3  sent on to Fairbanks?
4      A.  Yeah, when they were added as a named insured,
5  yes.
6      Q.  Would LaBow, Haynes' office have kept copies of
7  those?
8      A.  Yes.
9      Q.  Do you know where LaBow, Haynes' files from
10  that period of time are?
11      A.  No, I don't.
12      Q.  Do you know what their file retention practice
13  was?
14      A.  No, I really don't.  I'm thinking micro.
15      Q.  Microfilming or microfishing?
16      A.  Or microfishing -- whatever the term.  But I
17  just don't remember.
18      Q.  You don't know if they had a storage facility
19  in Anchorage that they used for that?
20      A.  No, I don't.
21      Q.  Let me hand you what we can mark as Exhibit 5.
22          (Exhibit 5 marked.)
23  BY MR. GROSECLOSE:
24      Q.  Exhibit 5 is also document control CBNA INS
25  365, I'll represent to you.  And I'll represent to you

Page 43

1  that Mr. Robb, in his deposition, has talked about this
2  document being an accounting document that he believed
3  Continental had generated to show payments made to LaBow,
4  Haynes.
5      A.  Exactly.
6      Q.  So I guess my question to you is:  Do you
7  interpret that any different?  Do you know if that was a
8  LaBow, Haynes document that was prepared by LaBow,
9  Haynes?
10      A.  Well, according to what is on here the name of
11  the agent is LaBow, Haynes.
12      Q.  But would -- does agent Code 54 mean anything
13  to you?
14      A.  No, that's internal coding.
15      Q.  Internal to whom; to your knowledge?
16      A.  Company coding.
17      Q.  So you would agree then that this is likely a
18  Continental document?  By company you mean what?
19      A.  No, it's the agent's code.  The company
20  establishes codes for the agents.
21      Q.  But which company?  LaBow, Haynes?
22      A.  No, the insurance company.
23      Q.  All right.  So the insurance company.
24          MR. ZIPKIN:  To assist, you might use the
25  phrase, account current.

Page 44

1          THE WITNESS:  Yeah.
2          MR. ZIPKIN:  Does that help?
3          THE WITNESS:  Yeah.
4  BY MR. GROSECLOSE:
5      Q.  So account current --
6          MR. ZIPKIN:  It's the terminology used for this
7  document.  It's an account current showing amounts due
8  and owing.
9          THE WITNESS:  It just shows the amount that was
10  due and what was paid and what wasn't paid.  Just like a
11  bill from anybody.
12  BY MR. GROSECLOSE:
13      Q.  Would you agree with me that this shows a
14  premium either due or paid by CBNA of 13,000
15  approximately $500?
16          MR. ZIPKIN:  Do you want to point to it?  It
17  will help her.
18  BY MR. GROSECLOSE:
19      Q.  I'm looking at a $13,494 reference for Catholic
20  Bishop with an SMP 2390621.
21      A.  You know what, this has other named insureds on
22  it like Design Craft and Colorama Painting.  This is
23  probably a print out of an accounts payable, looks like
24  to me.
25      Q.  Are these other named -- Design Craft, were

Page 45

1  they customers of LaBow, Haynes?
2      A.  Yeah, various customers.
3      Q.  But looking at Catholic Bishop, the references
4  roughly 10 spaces down starts with Catholic Bishop, and
5  there's roughly five lines of Catholic Bishop, within
6  the -- in the far left-hand column SMP, and then there's
7  a number in the second column, isn't there?
8      A.  Yeah, there's a number right there 2390621.
9      Q.  Okay.  So does that suggest to you that there
10  was a policy?
11      A.  Yes, it definitely does, yes.
12      Q.  And help me with the other columns, to the
13  extent you can.  Do these numbers mean anything to you?
14      A.  Let's see.  They're probably policy period.
15  Like this would be July 7th, policy periods.
16      Q.  I'm looking at it upside down, but I don't --
17  there's a CO, looks like a source, CO, line, T-R-A-N --
18  must be transaction perhaps -- effective, E-F-F month,
19  year.
20      A.  Uh-huh, that's a policy period.
21      Q.  And am I correct that the references of
22  Catholic Bishop show a policy period of April '73 to
23  April '74 -- first entry there?  Do you see that?
24      A.  Here?
25      Q.  Yes.

12 (Pages 42 to 45)

Juanita Brown

3:06-cv-00019RRB

Page 46

1      A.   Yeah.
2      Q.   So start with the first Catholic Bishop entry.
3      A.   Yes.
4      Q.   And then next to that very first is a credit.
5  Do you have -- well, it looks like a credit of $42.  Do
6  you understand what that might be?
7      A.   It was a payment of some kind or a credit on
8  the account.
9      Q.   Okay.  And then the next line down is the one I
10 referred to earlier as being approximately $13,500 with a
11 commission -- it says Comm rate.  Do you know if the
12 commission rate was 20?
13     A.   It looks like it.  It indicates it was
14 20 percent.  Wow.
15     Q.   Was that common?  You're saying wow.
16     A.   That's pretty good commission.
17     Q.   What was it customarily?
18     A.   It could be anything.  It varied from year to
19 year really.  Looks like there's a lot of 15 percent
20 here.  It depends on the line of coverage, and -- it
21 depends on line of coverage primarily, whether it's
22 hazardous or not hazardous.  If it's very hazardous it
23 would be low commissions.  On a building area or personal
24 property it would be high because there wouldn't be that
25 much exposure.

Page 47

1      Q.   Did you ever deal with Father Frank Muller?
2  Is that a name that you have encountered before?
3      A.   I don't recall having dealt with him.
4      Q.   How about George Stack?
5      A.   No.
6      Q.   Bishop Robert Wayland?
7      A.   Not directly.  I dealt with his representative,
8  George Bowter.
9      Q.   Anyone -- when do you last remember dealing
10 with George Bowter?
11     A.   Gosh, I can't remember.  It was a very long
12 time ago.
13     Q.   Do you know what led to -- if I were to
14 represent to you that at some point CBNA changed it
15 insurance from Continental or through LaBow, Haynes to
16 Catholic Mutual, were you party to any of that?
17     A.   I was aware of the change, but I wasn't party
18 to it.  In other words, I lost the account to somebody
19 else.
20     Q.   And that's, I guess my question.  Do you know
21 why or how you lost the account?
22     A.   I think primarily George Bowter wanted to see
23 what else was out there in the marketplace and make sure
24 they had the right coverage.
25     Q.   Okay.  Was there -- was this the sort of thing

Page 48

1  where there was hard feelings?
2      A.   No, there was no hard feelings.
3      Q.   Do you know John Kohler or -- who might have
4  been doing business at one time by his name, John Kohler
5  Agency or by Rural Alaska Insurance Company?
6      A.   No, I never dealt with him.
7      Q.   You don't recall him ever telephoning or trying
8  to research what insurance coverages CBNA had in the
9  '70s?
10     A.   No.
11     Q.   Do you remember any other company that you --
12 insurance company now -- that placed insurance for CBNA
13 during the time you were with LaBow, Haynes?
14     A.   Well, Tri-Di, so to speak, which was Anchorage,
15 Juneau, and Fairbanks when they were combined.  I think
16 Home Insurance was combined one year or three years,
17 Alaska National was involved in one year that I remember.
18         You take the account, and you check it out, and
19 you market it and see who is going to give you the best
20 price for the best coverage.
21     Q.   So you were handling the insurance for CBNA
22 into the 1980s when -- if I were to suggest that there
23 was a period of coverage that Alaska National Insurance
24 placed then, did you have something to do with that?
25     A.   Probably, yeah.

Page 49

1      Q.   Did you know George Suddick?
2      A.   Yes.
3      Q.   And am I correct that George was aligned with
4  LaBow, Haynes in some fashion, maybe owned it or
5  something?
6      A.   He purchased the agency.
7      Q.   And when did he do that?
8      A.   In the '60s I think.
9      Q.   So he was the owner of LaBow, Haynes during the
10 time you were employed there?
11     A.   Well, there was Ed Dimock until Ed got ill --
12 got sick with Leukemia.  And the agency was put up for
13 sale and George Suddick bought it.
14     Q.   And you're certain that was in the '60s?
15     A.   I would think so, yes.
16     Q.   And I understand Mr. Suddick acquired an
17 interest in Alaska National Insurance, maybe owns it?
18     A.   Well, he left -- he owns it, right.  He did --
19 he started the company and he owns it, yeah.
20     Q.   So did -- was there some connection to CBNA
21 getting insurance from ANI that related back to LaBow,
22 Haynes?
23     A.   No, no.  It was treated like any other company.
24 You shop around and you check out coverage and prices.
25 And whoever offers you the best deal gets the account.

13 (Pages 46 to 49)

Juanita Brown                                                    3:06-cv-00019RRB

Page 50

1    Q.  What is your understanding, during the 1970s,
2  if a customer had general liability coverage, whether as
3  part of Section II to an SMP policy or as a general
4  liability stand-alone policy, as to defense cost?
5    A.  I can't remember.  I would think that it would
6  automatically be there, but I can't be sure.
7    Q.  If I were to represent to you that in Exhibits
8  2 and 3 there's policy language that refers to defense,
9  do you have reason to think it would be any different
10 than what was being marketed or given to the Archdiocese
11 of Anchorage?
12   A.  No, it's a standard ISO form, insurance
13 services office form.
14   Q.  Do you want to take a break?
15   A.  No, just let me stand.
16   Q.  Okay.
17   A.  I'll be okay.
18   Q.  What -- I've been led to believe that
19 Continental used ISO forms?
20   A.  Right, exactly.  These are ISO forms right here
21 (indicating).
22   Q.  So what you're referring to is Exhibit 2 is ISO
23 forms; is that right?
24   A.  Right.
25   Q.  And is that similarly the case with Exhibit 3?

Page 51

1    A.  Yes.
2    Q.  The 100 pages there?
3    A.  Yeah.
4    Q.  And you know that how?  And by that I mean, is
5  there a number or reference, something that says it is?
6    A.  No, just from experience in dealing with ISO
7  people, and what was available, their forms were used
8  nationally.  I mean, it was just a standard procedure to
9  have an ISO form.
10   Q.  Let me hand you what I'm -- well, I'll
11 represent to you came to me from ISO, that's a sample
12 application.  I don't see, as part of Exhibit 2 or 3, an
13 application form.  Would there be a -- with LaBow,
14 Haynes, in the time you were there, would applications be
15 filled out in a written way, or was it verbal information
16 that went back and forth?
17   A.  No, it was written.  It was a written form, but
18 this is a newer form here.
19   Q.  The ISO Number 2 that I've handed you is newer
20 than what you saw in the '70s?
21   A.  Yes, I'd say so.
22       MR. ZIPKIN:  I take it that's going to be
23 Exhibit 6?
24       MR. GROSECLOSE:  Yeah, we can make it Exhibit
25 6.

Page 52

1        (Exhibit 6 marked.)
2  BY MR. GROSECLOSE:
3    Q.  Is there any way to tell what the date of issue
4  was?  Well, this seems to, in the lower left, indicate
5  MLB 2 with an Ed. of 8-67?
6    A.  Right.
7    Q.  Which I interpret of being August of 1967?
8    A.  Right.
9    Q.  So when you say this is newer form, newer than
10 what you might have seen before that you mean?
11   A.  Right.
12   Q.  And do you have any reason to know if this form
13 of -- my note here -- I'm not trying to make this a trick
14 question -- says that it includes editions as of 1971.
15 Is that -- looking at Page ISO 005 that's part of
16 Exhibit 6, do you -- and I don't know, and I guess I'm
17 asking you, if this application form changed in any
18 meaningful way from 1971 until you retired?  Do you have
19 a memory of that?
20   A.  I don't think so.  They're pretty basic.  You
21 know, they're just trying to get information on a risk
22 that they're going to insure.
23   Q.  As I look down under property coverage on this
24 form it seems to -- well, okay, let me back up.
25       First of all, when do you know a customer is a

Page 53

1  candidate for special multi-peril as opposed to something
2  else?
3    A.  It's --
4    Q.  I mean, I assume they're not in there asking
5  for an automobile policy.
6    A.  You would put a private home under SMP.  In
7  other words, this is for commercial type.
8    Q.  So SMP would be like a homeowner's policy or a
9  business?
10   A.  Yes, definitely.
11   Q.  But then I've also heard the term comprehensive
12 general liability, which I thought was the commercial
13 equivalent to a homeowner's policy?
14   A.  No, no, no.  That is just a general liability
15 policy.
16   Q.  Okay.
17   A.  It says comprehensive general liability.
18   Q.  So it doesn't have fire coverage as such?
19   A.  No, strictly liability.
20   Q.  Okay.  Well, I believe, Mrs. Brown, that that
21 covers the questions that I have.  But what I would like
22 to do is look through my notes.  But by the same token I
23 suspect Mr. Zipkin may have a few questions for you, in
24 which case I'll be happy to let him proceed and I can
25 look through my notes as he does so.

14 (Pages 50 to 53)

Juanita Brown                                          3:06-cv-00019RRB

Page 58

1    Q. Now, this document talks about maybe adding the
2  Fairbanks Diocese in '73?
3    A. Exactly.
4    Q. Okay. Have you seen any document today that
5  shows that it was added to this policy?
6    A. I haven't seen one, but I know it was.
7    Q. Okay. Would it have been added with a separate
8  policy number or the same policy number?
9    A. Probably the same policy number just added as a
10 named insured and listing their property and anything
11 else that was available under the policy, that Fairbanks
12 would have automatically been included.
13   Q. As you sit here, memories fade, we all have
14 memory fading problems. Can you say that you know for a
15 fact, that the Fairbanks Diocese was added to the very
16 same policy, or is that your best belief or supposition?
17   A. Yes, I'll say I believe it was added.
18   Q. To the same policy?
19   A. Right.
20   Q. In other words, we have one policy number that
21 covered Anchorage, Juneau and Fairbanks?
22   A. Yes.
23   Q. Bear with me for a second. When I looked at
24 Exhibit 2 -- no, excuse me, Exhibit 3, for example,
25 Exhibit 3 is a policy that covers '75 to '78, right, 1975

Page 59

1  to 1978?
2    A. Yes.
3    Q. If Fairbanks was added in 1973 or 1974, why
4  don't we see Fairbanks named? Why does it just say
5  corporation of the Catholic Archbishop of Anchorage?
6    MR. GROSECLOSE: Objection.
7    THE WITNESS: Et al.
8  BY MR. ZIPKIN:
9    Q. Et al. Can you show me anywhere in here where
10 it specifically references Fairbanks?
11   A. I don't think so.
12   Q. I don't mean for you to have to go through
13 every page.
14   A. Well, that's the only way I'm going to know.
15   Q. Well, take your time. Look through all the
16 pages and see if you see anything that says, yes,
17 Fairbanks was added to that policy.
18   A. I do not see an amendment to the policy adding
19 Fairbanks.
20   Q. Let me look for a second. The second page of
21 Exhibit 3, the very next page has a title, "Named insured
22 endorsement," right?
23   A. Right.
24   Q. And it has four entities, right?
25   A. Right.

Page 60

1    Q. And it says, Corporation of the Catholic
2  Archbishop of Anchorage, Number 1?
3    A. Right.
4    Q. Number 2, Catholic Archdiocese of Anchorage?
5    A. Right.
6    Q. 3, Alaska Catholic Conference, Inc.?
7    A. Right.
8    Q. And 4 is Catholic Charities, right?
9    A. Right.
10   Q. Wouldn't you expect to see the Fairbanks
11 Diocese, CBNA listed on this page?
12   A. If, in fact, it was added at that time --
13 before that time it should be shown. If it was added
14 later, then it would be by an endorsement.
15   Q. Very good. But wouldn't that suggest to you --
16 wouldn't this page suggest -- the fact that CBNA is not
17 listed, doesn't that suggest that it wasn't on this
18 policy prior to 4/15/75?
19   A. Exactly.
20   Q. Okay. Does that lead you to say, it must not
21 have been issued a policy by Pacific Insurance or
22 Continental -- to CBNA prior to 4/15/75?
23   A. Yes.
24   Q. Okay. Then if we keep going, the declaration
25 in the policy, it's like a schedule of properties, it's

Page 61

1  called supplemental declarations, it's a list of all
2  sorts of properties, right?
3    A. Yes.
4    Q. This rectory and that office, none of them are
5  Fairbanks, are they?
6    A. No.
7    Q. Page after page.
8    A. Homer.
9    Q. Kenai, Homer, Dillingham -- without naming them
10 all?
11   A. Trappers Creek, Valdez.
12   Q. But nothing about Fairbanks?
13   A. No.
14   Q. Again, indicating when this policy was taken
15 out, Fairbanks was not included, right?
16   A. Right.
17   Q. And then one thing I tabbed -- because there
18 were pages in here that struck me as strange -- lenders
19 lost payable endorsement starting at Page 20, and you see
20 another one on Page 21, 22 --
21   MR. GROSECLOSE: Of Exhibit 3?
22 BY MR. ZIPKIN:
23   Q. Of Exhibit 3, yes. Which is purported to be
24 SMP 8288602, yet they reference an entirely different
25 policy number. What am I missing?

16 (Pages 58 to 61)

Alaska Stenotype Reporters

Juanita Brown

3:06-cv-00019RRB

Page 62

1    A.   No, no.   Well, this is the policy number.   This
2  is an old policy.   This is a renewal of it.
3    Q.   Okay.   So the new policy number is SMP 2397994?
4    A.   Exactly.
5    Q.   Okay.   That's why those have the different
6  numbers.   Terrific.   Thank you.   And I think we talked
7  about this one, but just to make sure it's clear, in
8  October of 1977, it looks like there was, for example,
9  this change to add another insured?
10   A.   Right.   Daughters of Saint Paul.
11   Q.   The Daughters of Saint Paul.
12   A.   Yes.
13   Q.   And your signature or stamp is there?
14   A.   Yeah.
15   Q.   By the way, is it a signature or a stamp?
16   A.   A stamp.
17   Q.   A stamp with your name, Juanita Brown?
18   A.   Right.
19   Q.   Very good.   So if we have this endorsement
20 adding the Sisters of Saint Paul, in '77, wouldn't you
21 expect that if the Fairbanks Diocese was added to the
22 policy by that date 8/1/77, we would see an endorsement
23 adding them?
24   A.   Exactly.
25   Q.   But you don't see that endorsement?

Page 63

1    A.   No, I don't.
2    Q.   In fact, there are additional endorsements that
3  follow.   The next page is 8/3/77 is another endorsement,
4  right?
5    A.   Right.   And it's Kenai, but nothing relating to
6  Fairbanks.
7    Q.   And as you follow all these endorsements, by
8  1977, there's not a single reference to Fairbanks in
9  these endorsements in 1977?
10   A.   No.
11   Q.   Okay.   Exhibit 5 had that reference
12 Mr. Groseclose asked about, this $13,000.   Do you see the
13 reference?
14   A.   Yes.
15   Q.   And it has an SMP number on the far left,
16 2390621?
17   A.   Yes.
18   Q.   That is a different policy number, first of
19 all, than what we were talking about, which was
20 2397994 -- it's different?   It's on here somewhere.   I
21 should put a mark by it.
22      MR. GROSECLOSE:   Do you want to highlight it?
23      MR. ZIPKIN:   Yeah, could you do that for us?
24 That's good.
25      MR. GROSECLOSE:   How about that?

Page 64

1  BY MR. ZIPKIN:
2    Q.   This is a different SMP number, right?
3    A.   Right.
4    Q.   Can you explain, first of all, why we have a
5  different SMP number?   What does it mean?   If you know.
6    A.   I don't know.
7    Q.   Okay.
8    A.   It's another policy.
9    Q.   And this other policy that we don't know about,
10 do we know whether it had liability coverage or not?
11   A.   No.
12      MR. GROSECLOSE:   Object to form.
13 BY MR. ZIPKIN:
14   Q.   Do we know, if it had liability coverage, what
15 the amount of the liability coverage would be?
16   A.   Know nothing of it.
17   Q.   We know nothing of the provisions of coverage?
18   A.   No.
19   Q.   Okay.
20   A.   Without seeing the policy --
21   Q.   Without seeing the policy what?
22   A.   You can't distinguish.   You can't say what's in
23 the policy if you can't see the policy.
24   Q.   Very good.   On these things, Exhibit 5, these
25 bills, I think I called them account current.   Is that a

Page 65

1  name you're familiar with, account current?
2    A.   Yeah.
3    Q.   It's like what is owed by the agency back to
4  this or that insurance company?
5    A.   Right.
6    Q.   Were those documents typically sent to you or
7  did they go to someone in accounting?
8    A.   They were produced by accounting and sent to
9  the manager of the office so he could tell who's paid up
10 and who's not.
11   Q.   I mean, are they documents that typically you
12 saw or dealt with when you worked for LaBow, Haynes?
13   A.   I might have seen them, but I didn't deal with
14 them or issue them or confer any detail.   It's
15 accounting.
16   Q.   You might have seen them, but you weren't
17 responsible for getting these bills paid?
18   A.   No.
19   Q.   And you weren't responsible for making sure all
20 the information was accurate?
21   A.   Well, I could question something if it didn't
22 look right.
23   Q.   But only if someone brought it to your
24 attention, I assume?
25   A.   Right.

17 (Pages 62 to 65)

Juanita Brown                                                    3:06-cv-00019RRB

Page 66

1    Q.   From your memory, I mean, can you tell us on
2  what day CBNA, the Fairbanks Diocese -- on what day or
3  what month or what year they were added to this policy,
4  SMP 2397994?
5    A.   I cannot state.  I have no recollection.
6    Q.   And there was testimony -- you were asked
7  questions about the documents that showed when the limits
8  were raised up to 500,000.  Do you remember that?
9    A.   Yeah, I saw that.
10   Q.   And you said that that probably was because an
11 umbrella policy was purchased, and the umbrella had a
12 certain minimum required underlying liability limits?
13   A.   Exactly.
14   Q.   Okay.  As of that date, do you know for a fact,
15 that the Fairbanks Diocese was on the policy that we're
16 talking about; was an additional insured on the date that
17 the limits were raised?
18   A.   No, I have no idea.
19      MR. GROSECLOSE:  Just for the record, the
20 policy you're talking about is Exhibit 3?
21      MR. ZIPKIN:  Right.  The one you've shown her.
22 BY MR. ZIPKIN:
23   Q.   This is the policy.  This policy right here,
24 Exhibit 3, SMP 239794, this is the policy you believe,
25 Mrs. Brown, covered at some point CBNA, and not just

Page 67

1  Anchorage and Juneau, and the other ones, right?
2      MR. GROSECLOSE:  Objection.  Mischaracterizes
3  her testimony.  She can answer.
4      THE WITNESS:  I'm not sure of your question.  I
5  only know what was stated in here.
6  BY MR. ZIPKIN:
7    Q.   Hang on.  I thought you said earlier you
8  believed CBNA, the Fairbanks Diocese, was added at some
9  point to that policy, Exhibit 3; is that not right?
10   A.   Yeah, I think it was.  But I have no -- '75 to
11 '78 -- yes, I would think it was.
12   Q.   Right.  I thought you said that you believed it
13 was.
14   A.   Yes.
15   Q.   And I even asked you, is that something you
16 firmly believe or something that you think was probable,
17 and I thought you said you firmly believe it?
18   A.   Right.
19   Q.   Okay.  But there's no piece of paper that
20 you've seen that confirms it?
21   A.   Right.
22   Q.   And when the paperwork refers to any other
23 policy, you don't know what those policies covered or
24 don't cover?
25   A.   Exactly.

Page 68

1      MR. ZIPKIN:  I think those are all the
2  questions I have.  Thank you very much.
3      MR. GROSECLOSE:  I do have a few more and I can
4  resume back over there.
5      MR. ZIPKIN:  Absolutely.
6           FURTHER EXAMINATION
7  BY MR. GROSECLOSE:
8    Q.   Mrs. Brown, did LaBow, Haynes have a dedicated
9  claims adjuster?
10   A.   No.
11   Q.   Do you remember working on any claims that
12 involved CBNA?
13   A.   No, you don't get involved with claims.  The
14 company does.  Whatever company is writing the coverage
15 gets involved.  All you do is get information about it,
16 and then you assign it to the company or refer it to the
17 company for handling.  You don't get involved in the
18 clients.
19   Q.   Do you recall any claims relating to the Saint
20 Catherine of Siena Church in 1975?
21   A.   No, I don't.
22      MR. ZIPKIN:  Beyond the scope of cross.
23      MR. GROSECLOSE:  I understand this is also
24 discovery.  I'm just trying to clean it up.
25      MR. ZIPKIN:  I just can't help myself.

Page 69

1  BY MR. GROSECLOSE:
2    Q.   A judge is going to be asked to decide if there
3  was an insurance policy and, if so, what the terms were.
4  You believe -- I've heard you say that with regard to
5  Exhibit 3, that CBNA may have been added to this, there's
6  just not a piece of paper you've seen that said that?
7    A.   Yes.
8      MR. ZIPKIN:  Mischaracterizes.  She didn't say
9  may have.  She said it was.
10 BY MR. GROSECLOSE:
11   Q.   Was.  Okay.  And secondly, you've been shown
12 documents that refer to yet a different SMP number with
13 the same prefix, 239, but with the next set of numbers
14 being different?
15   A.   Right.
16   Q.   Is that right?  Is that what Exhibit 4 is?
17 No, I'm sorry, Exhibit 5.
18      And that numbering system, I think you've
19 already indicated, isn't one that you assign, that's one
20 that the company assigns, right?
21   A.   Exactly.
22   Q.   Do you have any explanation for the company
23 using a number of the -- what we see here, SMP 2390621?
24   A.   They're just assigned as they come in or the
25 orders for the coverage.  They just automatically assign

18 (Pages 66 to 69)

Juanita Brown

3:06-cv-00019RRB

Page 70

1  the next one up.
2      Q.  So if CBNA had a separate policy, do you have
3  any reason to think the nature of that separate policy,
4  that SMP policy would be any different than what we see
5  for the Anchorage Diocese -- understanding, of course,
6  that the properties that they own would be different.
7      A.  Exactly.  The forms would be identical.
8      Q.  The forms would be identical, the terms of
9  coverage in terms of policy limits --
10     A.  No, not --
11     Q.  -- would they be any different?
12     A.  No, like the property coverage --
13     Q.  I'm not talking about property now.
14     A.  Liability, I don't know.
15     Q.  Section II.
16     A.  I don't know.
17     Q.  So it could be different?
18     A.  Yeah, it could be, right.
19     Q.  But do you have an opinion, based upon working
20 at LaBow, Haynes, and seeing the different customers and
21 clients that you placed insurance with in the 1970s --
22 well, let me ask it this way.
23         If we know up until an excess policy came about
24 for Anchorage, that their limits were 300,000 and the
25 aggregate, I think it was either 100 or 300 per

Page 71

1  occurrence.  Do you know if it was any different for
2  Juneau?
3      A.  I don't know.  I just know that the limits
4  would have to meet the umbrella company's requirements
5  for underlying coverage.
6      Q.  Okay.  If we accept Exhibit 5's, the accounting
7  folks' summary that there was an SMP policy in effect,
8  2390621, for the effective days that we see on this, if
9  that policy was to cease to exist, wouldn't there be some
10 type of cancellation notice that would have been
11 provided?
12     A.  It might have just expired without being
13 cancelled.  I have no idea what happened to it or
14 anything else.
15     Q.  Well, you've testified that there came a time
16 when Tri-Di came about, correct?
17     A.  That was a nickname, so to speak.
18     Q.  I understand, but that was a nickname that you
19 came to hear and use.  And I'm -- my question, I guess,
20 is when, in the course of the paperwork that you've seen
21 here, would you place that discussion as having come
22 about, or if you know even apart from this paperwork when
23 it came about?
24     A.  No, I don't know.
25     Q.  Does this paperwork in any way give you --

Page 72

1  refresh your memory or provide a time frame?
2      A.  Well, it refreshes my memory.  I remember the
3  account vividly, but I can't tell you the particulars of
4  every transaction that happened.
5      Q.  Okay.
6      A.  It was a very active account.  People were
7  changing cars all the time.  We had Demolition Dorothy
8  and every other week she hit a pole somewhere.
9      Q.  Demolition Dorothy?
10     A.  Sister Demolition.
11     Q.  And she was with the Fairbanks Diocese?
12     A.  I think it was Anchorage.  Anyhow, they
13 nicknamed her Demolition Dorothy.  She would back into
14 something or go around the corner and run into somebody,
15 like nobody was there but her.
16     Q.  And you'd know about that even though you
17 didn't do claims adjustment because they would come to
18 you first and then you would refer them on to the --
19     A.  They would report it to me, and then I reported
20 it to the company who gets back to the client and gets
21 the particulars.
22     Q.  Okay.  You talked about how your practice was
23 to forward the policy on to the customer and then you
24 would keep a policy yourself, right?
25     A.  Keep a copy.  But you check out the policy and

Page 73

1  make sure that everything is what you ordered, you know,
2  the coverage is what you ordered, and the limits and
3  everything is correct before you sent it on to the
4  client.
5      Q.  Do you have any suggestions for us as to where
6  we could track down this policy that's on Exhibit 5 that
7  you're looking at, that 2390621?
8      A.  I have no idea.
9      Q.  But if that policy, in fact, was issued to
10 Catholic Bishop, it would have come to your office I
11 would assume?
12     A.  It would have, yes.  The company issues the
13 policy and sends it to the producer, the agent or the
14 broker and he checks it out before delivering it to the
15 client.
16     Q.  And we've got here two sample policies of what
17 went to Anchorage, Exhibit 2 and Exhibit 3.  One is
18 roughly 50 pages and the other one is a hundred pages.
19 Is that the sort of thing we would be expecting to look
20 at for the missing policy, 2390621?
21     A.  Yes.
22         MR. GROSECLOSE:  Thank you, Mrs. Brown.  That's
23 all the questions I have.
24         MR. ZIPKIN:  I don't think I have any other
25 questions.  I want to make sure that we have all the

19 (Pages 70 to 73)

Juanita Brown                                             3:06-cv-00019RRB

Page 74

exhibits.

    MR. ZIPKIN:  Let me ask this, Mrs. Brown, like every other witness who is deposed, you have the right to see a transcript prepared, and to review it for any errors, or you and only you, can waive the right to review and sign and allow the reporter -- trust the reporter to do it exactly right.  It's your choice.  It's up to you.

    THE WITNESS:  I trust her.

    MR. ZIPKIN:  So you wish to waive signature?

    THE WITNESS:  Yeah, sure.

    MR. ZIPKIN:  I'm just making things simple.  I have nothing further.

    MR. GROSECLOSE:  Nothing here.  Thank you.

    (Proceedings concluded at 4:30 p.m.)

    (Signature waived.)

Page 75

REPORTER'S CERTIFICATE

    I, ROSIE S. SCOTT, CSR, hereby certify:

    That I am a Certified Shorthand Reporter for Alaska Stenotype Reporters and Notary Public for the State of Alaska; that the foregoing proceedings were taken by me in computerized machine shorthand and thereafter transcribed by me; that the transcript constitutes a full, true and correct record of said proceedings taken on the date and time indicated therein.

    Further, that I am a disinterested person to said action.

    IN WITNESS WHEREOF, I have hereunto subscribed my hand and affixed my official seal this _____ day of _____, 2007.

_____
ROSIE S. SCOTT
Certified Shorthand Reporter
My Commission Expires
8/16/08

20 (Pages 74 to 75)

Alaska Stenotype Reporters

Juanita Brown

3:06-cv-00019RRB

Page 1

**A**

ability 18:3
Absolutely 68:5
accept 71:6
account 6:25
  11:19,20 16:7
  19:25 33:4,5
  35:15,17 43:25
  44:5,7 46:8
  47:18,21 48:18
  49:25 64:25 65:1
  72:3,6
accounting 43:2
  65:7,8,15 71:6
accounts 44:23
accurate 18:1
  65:20
acquire 12:1
acquired 10:3
  20:6 33:9,13
  49:16
action 75:11
active 72:6
add 40:10 57:11
  62:9
added 40:22 41:4
  42:1,4 58:5,7,9
  58:15,17 59:3,17
  60:12,13 62:21
  66:3 67:8 69:5
adding 41:6 58:1
  59:18 62:20,23
additional 16:17
  40:23 63:2 66:16
address 5:13
adjuster 68:9
adjusters 8:25
adjusting 8:24
adjustment 72:17
advises 18:14
affiliated 22:15,16
affixed 75:13
agency 17:19 48:5
  49:6,12 65:3
agent 22:13,15
  26:7 43:11,12
  73:13

agents 43:20
agent's 43:19
aggregate 24:24
  70:25
ago 6:22,23 12:19
  19:5 47:12
agree 22:13,14
  39:8 43:17 44:13
AK 1:18 3:5,9
AkSteno@aol.c...
  1:20
al 59:7,9
Alaska 1:1,6,14
  1:17,18 2:1,6,12
  2:13,14,15 5:1
  6:19 8:21,24 9:3
  9:6,11 11:14,16
  13:13 16:8 48:5
  48:17,23 49:17
  57:4 60:6 75:4,5
aligned 49:3
alive 16:22 19:15
  20:9
allegation 41:13
  41:14
allow 74:6
amendment 59:18
American 13:16
amount 44:9
  64:15
amounts 39:8
  44:7
Anchorage 1:14
  1:18 2:13 3:5
  5:1,14 10:12
  18:5,7,15,23,25
  21:23 22:24
  23:22 24:18 28:2
  28:16 31:4,5,7
  32:23 33:12,22
  34:8 37:6,10,21
  38:6 41:24 42:19
  48:14 50:11
  56:11 57:6 58:21
  59:5 60:2,4 67:1
  70:5,24 72:12
  73:17
ANI 49:21

answer 6:8,11
  67:3
anybody 14:12,15
  15:22 20:8 21:24
  44:11
anyway 54:12
apart 71:22
apologize 26:19
  56:25
appear 27:13
  39:12
appearing 40:7
appears 23:13
  27:3
application 14:7
  51:12,13 52:17
  54:9,12 55:5,9
  55:14,21,25 56:3
applications
  51:14
Application-SMP
  4:16
approve 57:4
approximately
  44:15 46:10
April 17:21 24:19
  24:20 28:16,17
  29:12,12 30:5
  45:22,23 56:8,8
Archbishop 22:24
  32:23 59:5 60:2
Archdiocese 18:5
  18:7 22:25 23:1
  24:17 33:22 34:8
  37:6 38:6 41:24
  50:10 60:4
area 20:2 46:23
aside 55:13
asked 17:9 27:1
  57:10 63:12 66:6
  67:15 69:2
asking 6:6 19:4,8
  27:21 28:14,14
  52:17 53:4 57:5
asks 56:7
assembled 36:4,5
  39:14
assign 25:12,14

  35:13 68:16
  69:19,25
assigned 25:16
  35:20 69:24
assigns 69:20
assist 39:10 43:24
assistant 11:19,24
  11:25 12:13 15:6
  16:22 29:6
assume 26:6 37:12
  40:16,18 53:4
  65:24 73:11
Assumes 31:1
assuming 19:14
  28:7
asterisk 24:6
  31:10
attached 24:7
  34:14
attack 12:19 13:1
attention 65:24
attuned 34:11
audible 6:1
August 52:7
authorized 19:25
automatically
  50:6 58:12 69:25
automobile 53:5
available 51:7
  58:11
Avenue 1:17 2:12
  3:8
aware 47:17 57:20
A-P-P-E-A-R-A...
  3:1

**B**

B 3:8 10:10,11,14
  10:21,22 11:5,9
back 8:20 10:21
  11:13 12:25 22:7
  23:12 24:12
  31:13 32:14
  34:25 40:2 49:21
  51:16 52:24
  54:15,25 57:16
  65:3 68:4 72:13
  72:20

background 7:1
base 27:17
based 20:23 25:25
  70:19
basic 39:5 52:20
basically 10:2
bear 5:23 58:23
bearing 36:22
begins 23:4
behalf 2:11 5:3
belief 58:16
believe 18:13
  37:18 41:11,23
  50:18 53:20
  58:17 66:24
  67:16,17 69:4
believed 43:2 67:8
  67:12
beneath 35:5
best 10:20 13:6,7
  13:22 15:12 18:3
  18:6 29:9 40:11
  48:19,20 49:25
  58:16
better 26:20 57:3
Beyond 68:22
bill 44:11
bills 64:25 65:17
Bishop 1:5 2:5
  6:18 11:14,16
  16:8 44:20 45:3
  45:4,5,22 46:2
  47:6 57:4 73:10
bit 39:19
bodily 24:25
born 7:9 9:6
borrow 26:21
bought 12:24 39:4
  49:13
Bowter 14:14,15
  47:8,10,22
Bowter's 14:23
Boy 12:5
break 6:14,15
  36:18,21 39:17
  50:14
broad 14:3
broaden 39:5

Juanita Brown
Page 2

3:06-cv-00019RRB

**broader** 22:15,17
**broadest** 14:3
**broker** 11:21,23
  11:24 15:5 16:23
  16:24,25 17:1
  19:25 20:10 22:8
  22:12,14,17
  25:18 29:5,6,7
  73:14
**broker's** 12:1
**brought** 8:24
  65:23
**Brown** 1:10 2:10
  5:2,10 8:16 17:7
  27:2 31:9 36:17
  39:23 53:20
  62:17 66:25 68:8
  73:22 74:2
**building** 21:12
  46:23
**buildings** 20:23
  21:2
**Burdick** 9:20,22
  10:2 11:1
**business** 8:9 14:18
  14:21 48:4 53:9
**buy** 14:4 16:18

**C**

**called** 5:3 27:9,9
  33:3 56:17 61:1
  64:25
**cancellation** 71:10
**cancelled** 71:13
**candidate** 53:1
**capacity** 9:13
**car** 12:24
**career** 8:6
**carefully** 36:2
**cars** 72:7
**case** 1:7 2:7 24:17
  25:25 50:25
  53:24
**Catherine** 68:20
**Catholic** 1:5 2:5
  6:18 11:14,15
  20:11 44:19 45:3
  45:4,5,22 46:2

47:16 57:4 59:5
  60:1,4,6,8 73:10
**cause** 21:13
**CBNA** 11:15,17
  13:3,10,23 14:12
  14:21 15:3 18:10
  19:11,20,21 20:6
  25:25 30:13,20
  30:25 32:23,25
  37:6,18 40:16,22
  41:19 42:24
  44:14 47:14 48:8
  48:12,21 49:20
  56:18 57:23
  60:11,16,22 66:2
  66:25 67:8 68:12
  69:5 70:2
**cease** 71:9
**certain** 39:7 41:19
  49:14 66:12
**CERTIFICATE**
  75:1
**Certified** 2:13
  3:19 75:3,19
**certify** 75:2
**Chancery** 14:21
**change** 20:1 29:3
  29:22,23 30:4,5
  30:7,16 38:14,16
  38:18,22 40:5,8
  40:8 47:17 62:9
**changed** 47:14
  52:17
**changes** 30:15
**changing** 72:7
**Charities** 60:8
**check** 21:7,10
  48:18 49:24
  72:25
**checking** 13:6
**checks** 73:14
**children** 8:15,18
**choice** 74:7
**Christopher** 16:3
  21:21 22:1,4
**Christopher's**
  27:16
**church** 17:24 38:7

38:7,8,8 68:20
**Circle** 5:14
**claims** 68:9,11,13
  68:19 72:17
**clarification**
  55:17
**clean** 68:24
**clear** 62:7
**clerk** 19:24
**client** 6:21 20:6
  21:2 25:23 36:8
  72:20 73:4,15
**clients** 15:9 38:7
  68:18 70:21
**clock** 11:13
**closed** 10:23 11:9
**code** 35:10,11
  43:12,19
**codes** 43:20
**coding** 34:12
  43:14,16
**coincidentally**
  40:1
**college** 7:4
**Colorama** 44:22
**column** 45:6,7
**columns** 45:12
**combined** 39:2
  48:15,16
**come** 8:21 34:25
  69:24 71:21
  72:17 73:10
**comes** 26:7
**Comm** 46:11
**Commencing**
  1:12
**commercial** 53:7
  53:12
**commission** 46:11
  46:12,16 75:20
**commissions**
  46:23
**common** 46:15
**communication**
  27:5
**companies** 13:11
  13:12,19 30:14
**company** 1:3 2:3

7:14,15,18 9:1
  9:10 10:24 11:4
  16:6,21 22:16,16
  25:16 26:2 30:14
  31:24 38:18,19
  38:22 43:16,18
  43:19,21,22,23
  48:5,11,12 49:19
  49:23 55:15,16
  56:4 57:22 65:4
  68:14,14,16,17
  69:20,22 72:20
  73:12
**company's** 71:4
**comparable** 23:6
**compare** 37:1
**complete** 55:22
**comprehensive**
  14:3 31:20 53:11
  53:17
**computerized**
  75:6
**conclude** 37:9
**concluded** 74:15
**concur** 28:15 57:6
**concurrent** 27:22
  27:25 28:2
**confer** 65:14
**conference** 14:25
  60:6
**confirms** 67:20
**connection** 49:20
**consider** 10:2
**constitutes** 75:8
**construction**
  21:13
**contact** 6:20,23
  11:15
**contest** 36:9
**Continental** 1:3
  2:3 13:14 16:6
  21:19,22,25 33:1
  41:18 43:3,18
  47:15 50:19
  55:16,18 57:22
  57:22 60:22
**control** 42:24
**COOK** 3:7

**copies** 42:6
**copy** 25:18 26:20
  72:25
**corner** 24:13
  36:19 39:24
  72:14
**corporate** 6:19
**corporation** 59:5
  60:1
**correct** 17:21
  24:24 31:11
  32:16 35:3 37:14
  40:3 45:21 49:3
  71:16 73:3 75:8
**correctly** 10:7
  18:13,18 24:18
  31:9 36:4,5
**cost** 50:4
**counterpart** 6:19
**country** 9:9
**couple** 5:22 54:12
**course** 7:10 13:14
  17:9 22:22 32:22
  70:5 71:20
**court** 1:1 2:1
  26:14 41:14
**cover** 34:21 56:10
  67:24
**coverage** 13:5,7
  13:21,24 14:2,4
  16:10,18 18:18
  18:20,22 19:2,8
  20:2,15,16,17,22
  22:19 23:25
  24:22 26:8 30:10
  30:16 32:6,18,21
  33:2,8 39:5
  46:20,21 47:24
  48:20,23 49:24
  50:2 52:23 53:18
  64:10,14,15,17
  68:14 69:25 70:9
  70:12 71:5 73:2
**coverages** 41:19
  48:8
**covered** 40:17
  58:21 66:25
  67:23

Juanita Brown

covering 33:21
34:7 41:18
covers 29:12
53:21 58:25
coversheet 23:5
co-insured 40:23
Craft 44:22,25
credit 46:4,5,7
Creek 61:11
cross 68:22
CSR 75:2
current 43:25
44:5,7 64:25
65:1
customarily 46:17
customer 20:6
21:1,5,6 25:21
26:9 38:20,22,25
50:2 52:25 72:23
customers 15:10
38:7 45:1,2
70:20
cut 6:11

**D**

D 1:20 23:21,23
dad 9:7
damage 25:1 32:8
date 28:15 29:8
52:3 54:23,23
56:22 57:6,13
62:22 66:14,16
75:9
dates 27:22 28:1
Daughters 40:10
40:13 41:5 62:10
62:11
day 66:2,2 75:14
days 71:8
deal 47:1 49:25
65:13
dealing 21:18 47:9
51:6
dealings 11:17
dealt 16:7,7 19:21
21:25 47:3,7
48:6 65:12
death 16:20 19:22

deceased 15:21
22:5
decide 69:2
declaration 23:16
23:24 34:16 35:1
35:16 60:24
declarations
23:15 61:1
declare 34:15
41:15
dedicated 68:8
defendant 1:6 2:6
2:11 3:7 5:4
defense 50:4,8
definitely 11:12
45:11 53:10
delivered 17:20
delivering 25:22
73:14
Demolition 72:7,9
72:10,13
depends 46:20,21
deposed 5:17,20
5:21 74:3
deposition 1:10
2:10 17:4,10
22:21 43:1
Design 44:22,25
detail 65:14
determine 29:9,10
determined 25:10
die 12:20
died 13:1 15:3,8
15:14
different 13:6
14:25 18:9 28:6
33:1 38:9,14
43:7 50:9 54:23
55:18 61:24 62:5
63:18,20 64:2,5
69:12,14 70:4,6
70:11,17,20 71:1
Dillingham 61:9
Dimock 15:15
49:11
diocese 6:20 27:22
28:15 33:8 37:7
38:2 56:11,17

57:11,23 58:2,15
60:11 62:21 66:2
66:15 67:8 70:5
72:11
dioceses 33:6
directive 27:23
directly 26:2 47:7
directory 21:13
disagree 22:13
discovery 68:24
discussion 57:14
71:21
disinterested
75:10
disk 7:21
distinct 33:17
distinguish 64:22
DISTRICT 1:1,1
2:1,1
document 17:8,18
18:4 22:22 23:14
24:7 25:3 26:11
27:3 29:16 41:9
42:24 43:2,2,8
43:18 44:7 58:1
58:4
documents 4:11
4:12 23:3 39:14
40:15 41:23 65:6
65:11 66:7 69:12
doing 48:4
Dorothy 72:7,9,13
due 44:7,10,14
duly 5:4
D-I-M-O-C-K
15:15

**E**

earlier 38:24 40:1
46:10 67:7
early 12:18 32:24
earthquake 8:22
easier 54:1
Ed 15:15 49:11,11
52:5
edition 54:23,23
editions 52:14
education 7:2

effect 71:7
effective 29:20
30:23 45:18 56:7
71:8
effects 34:22
either 37:20 44:14
70:25
element 14:4
Email 1:20
employed 5:15
8:12 21:7 49:10
enclosure 23:25
encountered 47:2
endorsement 29:3
29:21,22 30:16
34:14,15,23
35:24 38:14,16
40:8,9 41:6
59:22 60:14
61:19 62:19,22
62:25 63:3
endorsements
35:24 40:5 41:4
63:2,7,9
engineer 21:9
engineers 21:7
entirely 61:24
entities 59:24
entitled 31:23
35:10
entry 45:23 46:2
equivalent 53:13
era 30:3
errors 74:5
especially 36:3
establishes 43:20
Et 59:7,9
Evelyn 16:3 21:21
27:16
event 12:8
evidence 31:1
41:17 57:21,21
exactly 37:4 43:5
50:20 55:20
57:12 58:3 60:19
62:4,24 66:13
67:25 69:21 70:7
74:7

EXAMINATION
4:3 5:7 54:4
68:6
examined 5:6
examining 36:2
example 38:17,23
40:7 41:5 58:24
62:8
excess 70:23
excuse 58:24
exhibit 4:10,11,12
4:13,14,15,16
17:4,5 19:23
22:20 23:3,3,4,7
23:8,11,12,13
24:13 26:12 27:3
28:19,21,25
30:23 31:6,10,14
32:14,15 33:20
33:25 34:5,20
35:1,2,16,21,22
36:7,7,17 37:1,1
37:2,2,3 39:11
39:11,12,25
40:17,24 42:21
42:22,24 50:22
50:25 51:12,23
51:24 52:1,16
54:9,17,18,19,21
54:22 56:20
58:24,24,25
59:21 61:21,23
63:11 64:24
66:20,24 67:9
69:5,16,17 71:6
73:6,17,17
exhibits 4:9 23:3
26:16 36:3,3
37:11 50:7 74:1
exist 71:9
expect 39:13
60:10 62:21
expecting 73:19
experience 51:6
expired 71:12
Expires 75:20
explain 27:24 64:4
explanation 69:22

Juanita Brown
Page 4

3:06-cv-00019RRB

**exposed** 13:3
**exposure** 46:25
**extent** 36:6 45:13
**eyes** 57:2
**E-F-F** 45:18

**F**

**facility** 42:18
**fact** 39:4 58:15
  60:12,16 63:2
  66:14 73:9
**facts** 31:1
**fade** 58:13
**fading** 58:14
**fair** 40:18
**Fairbanks** 3:9
  6:20 14:18 18:17
  19:7 25:25 28:2
  41:7 42:1,3
  48:15 56:13,17
  57:11,23 58:2,11
  58:15,21 59:3,4
  59:10,17,19
  60:10 61:5,12,15
  62:21 63:6,8
  66:2,15 67:8
  72:11
**fairly** 41:16
**familiar** 65:1
**far** 28:19 30:18
  45:6 63:15
**Farmers** 7:15
**fashion** 49:4
**Father** 47:1
**Fax** 1:21
**February** 1:13 5:1
  17:20
**feelings** 48:1,2
**fell** 9:8
**fifth** 18:13
**figure** 6:16
**file** 41:10 42:12
**files** 42:9
**fill** 14:6
**filled** 51:15
**filled-in** 55:12
**find** 22:9 23:6
  31:20 35:23

36:14 41:11
**finish** 6:7,8
**finished** 6:10 7:3
**fire** 18:22 20:18
  20:22 53:18
**firmly** 67:16,17
**first** 17:11,18,22
  20:4,5,22 24:2
  35:1 45:23 46:2
  46:4 52:25 57:7
  57:20 63:18 64:4
  72:18
**five** 45:5
**flagged** 38:24
**flip** 24:12
**flipped** 23:7
**focused** 37:25
**focusing** 57:23
**folks** 71:7
**follow** 63:3,7
**followed** 38:2,3,13
**following** 8:22
**follows** 5:6 38:15
  54:18
**follow-up** 15:20
**footage** 21:12
**foregoing** 75:5
**form** 24:14 27:4
  29:2 31:21,21
  32:1,9,16 50:12
  50:13 51:9,13,17
  51:18 52:9,12,17
  52:24 54:24 55:4
  55:8 64:12
**formally** 7:14
**format** 20:15
  38:13
**forms** 38:15 50:19
  50:20,23 51:7
  70:7,8
**formula** 21:14
**forth** 51:16
**forward** 72:23
**four** 59:24
**Fourth** 3:8
**frame** 26:10 29:25
  72:1
**Frank** 10:10,11

10:14,21,22 11:5
  11:9 47:1
**Fred** 1:20 15:15
  15:17
**full** 5:9 75:8
**further** 4:7 18:12
  68:6 74:13 75:10

**G**

**Gary** 3:3
**general** 16:13,16
  16:17 32:6 37:25
  50:2,3 53:12,14
  53:17
**generally** 6:15
  38:7 41:10
**generated** 43:3
**George** 14:14,15
  14:17,23 47:4,8
  47:10,22 49:1,3
  49:13
**getting** 13:19
  18:22,23 42:2
  49:21 65:17
**Getty** 1:20
**give** 6:1 48:19
  71:25
**given** 37:19,20
  50:10
**glasses** 57:2
**go** 10:14 17:14
  22:8,18 33:25
  59:12 65:7 72:14
**going** 15:20 23:2
  26:18 31:6 36:1
  40:21 48:19
  51:22 52:22
  54:17 59:14
  60:24 69:2
**good** 6:4 7:7 8:23
  13:24 14:2 39:17
  39:17 46:16 56:3
  60:15 62:19
  63:24 64:24
**gosh** 7:25 9:19,21
  11:5 47:11
**grandmother** 9:7
**Great** 13:16

**Greg** 8:16
**Groseclose** 3:7,8
  4:5,7 5:8 10:19
  17:6,17 19:6
  25:4 26:17,23,25
  29:17,24 31:3
  34:4 36:12,16
  37:14,17 39:22
  41:16,22 42:23
  44:4,12,18 51:24
  52:2 54:11,16,24
  56:16,24 59:6
  61:21 63:12,22
  63:25 64:12
  66:19 67:2 68:3
  68:7,23 69:1,10
  73:22 74:14
**ground** 5:22
**group** 23:3,4
  55:19
**guess** 3:3 7:6,19
  20:4,10 40:20
  41:2 43:6 47:20
  52:16 54:14
  71:19
**guideline** 21:14

**H**

**Hall** 10:10,11,14
  10:21,22 11:5,9
**hand** 17:3 22:20
  31:14 42:21
  51:10 75:13
**handed** 39:25
  51:19
**handle** 18:6 20:9
**handled** 19:10
**handling** 26:1
  48:21 68:17
**Hang** 67:7
**happen** 12:4
**happened** 71:13
  72:4
**happy** 53:24
**hard** 26:18 48:1,2
  56:20,21
**Harrisburg** 7:13
**Haynes** 9:12,16

9:19 10:3 11:11
  12:3,22 15:13,23
  16:22 18:6 19:10
  23:18 27:18,20
  27:21,24 33:7
  41:8 42:6,9 43:4
  43:8,9,11,21
  45:1 47:15 48:13
  49:4,9,22 51:14
  55:22 57:5 65:12
  68:8 70:20
**hazardous** 46:22
  46:22,22
**head** 6:4
**hear** 38:19 71:19
**heard** 53:11 69:4
**heart** 12:19,25
**help** 44:2,17 45:12
  68:25
**helped** 55:22,24
**helping** 12:8,11
**hereunto** 75:12
**high** 7:3,5 46:24
**Highlander** 5:14
**highlight** 63:22
**highlighted** 56:22
**history** 32:24
**hit** 72:8
**home** 13:13 48:16
  53:6
**homeowner's**
  53:8,13
**Homer** 61:8,9
**hopes** 23:6
**hour** 6:15,17
**Hovetter** 7:16
**hundred** 73:18
**Hunter** 9:20,23
**husband** 8:16
  22:1
**husband's** 9:1
**H-O-V-E-T-T-...**
  7:16

**I**

**idea** 66:18 71:13
  73:8
**identical** 28:6

Juanita Brown

70:7,8
**identify** 24:9
**identifying** 32:1
**II** 18:20 20:16,19
    24:2,5 39:2 50:3
    70:15
**ill** 49:11
**illustrates** 32:5
**immediately** 8:22
**inclination** 9:4
**included** 18:23
    20:15 58:12
    61:15
**includes** 18:16,25
    52:14
**inclusive** 1:11
**increase** 20:2
**increased** 39:1
**indicate** 52:4
**indicated** 20:17
    35:25 69:19 75:9
**indicates** 17:19
    46:13 57:21
**indicating** 12:15
    50:21 61:14
**indication** 27:17
    33:21
**indications** 36:4
**industry** 7:6,12,24
    27:8 31:22
**information** 23:5
    27:18 51:15
    52:21 65:20
    68:15
**injury** 16:18
    24:25
**inquisition** 6:13
**INS** 42:24
**instrument** 27:4
**insurance** 1:3 2:3
    6:25 7:6,12,14
    7:15,23 8:7,23
    8:25 11:21 12:11
    12:12 13:2,9,17
    13:18,24 14:2,7
    15:10 16:6 18:6
    19:10 20:10 22:9
    22:13,23 24:19

27:8 32:25 38:10
    38:19,20 43:22
    43:23 47:15 48:5
    48:8,12,12,16,21
    48:23 49:17,21
    50:12 55:15 56:4
    60:21 65:4 69:3
    70:21
**insure** 52:22
**insured** 17:21
    18:1 21:8 22:10
    33:3,17 40:10,23
    42:4 57:22 58:10
    59:21 62:9 66:16
    70:21
**insureds** 28:6
    44:21
**interest** 49:17
**internal** 43:14,15
**interpret** 18:24
    19:4 43:7 52:7
**interpretation**
    35:18
**interpreting**
    24:18
**interview** 14:8
**Inter-office** 4:10
**involve** 33:16
**involved** 13:16
    48:17 68:12,13
    68:15,17
**involving** 16:8
**ISO** 4:15 50:12,19
    50:20,22 51:6,9
    51:11,19 52:15
    54:8,24 55:8
**issue** 52:3 57:5
    65:14
**issued** 13:18 30:5
    30:16,17,20,25
    36:8 41:12,18
    60:21 73:9
**issues** 16:8,9
    73:12
**items** 31:13
**I-N-D-E-X** 4:1

_____
**J**
**Jim** 11:18 12:9,14

15:3,8,13 16:20
    17:10,19 19:15
    19:24 20:9 22:1
**job** 12:21
**John** 48:3,4
**Juanita** 1:10 2:10
    5:2,10 62:17
**judge** 69:2
**Julian** 21:15
**July** 45:15
**jump** 6:10 23:11
**Juneau** 18:16,16
    18:21,25 19:1
    28:2,15 37:7
    48:15 56:11
    58:21 67:1 71:2

_____
**K**
**keep** 27:21 60:24
    72:24,25
**keeping** 27:25
**Kenai** 61:9 63:5
**kept** 42:6
**kind** 6:16 9:3 23:5
    24:11 27:4 46:7
**knew** 19:21 21:21
    21:24
**know** 6:14,16 11:6
    12:14,17 14:20
    14:24 15:8,19,22
    16:3,5,12 17:2
    19:9,13,17 20:4
    20:5,21 21:9,16
    22:4,5,7 24:7
    25:5,9,12,14
    26:5 29:15 30:19
    30:24 31:4,7,24
    32:22,24 33:13
    37:5 42:9,12,18
    43:7 44:21 46:11
    47:13,20 48:3
    49:1 51:4 52:12
    52:16,21,25
    55:24 58:6,14
    59:14 64:5,6,9
    64:10,14,16,17
    66:14 67:5,23
    70:14,16,23 71:1

71:3,3,22,24
    72:16 73:1
**knowledge** 17:13
    28:4 33:7,16
    43:15 57:25
**Kohler** 48:3,4

_____
**L**
**L** 3:4
**LaBow** 9:12,16,19
    10:3,13,20,21
    11:11 12:3,4,7
    12:22 15:13,23
    16:22 18:5 19:10
    23:18 27:18,20
    27:20,24 33:7
    41:8 42:6,9 43:3
    43:8,8,11,21
    45:1 47:15 48:13
    49:4,9,21 51:13
    55:22 65:12 68:8
    70:20
**LaBows** 57:5
**Lamers** 15:16,17
**language** 50:8
**lawsuit** 41:11
**lead** 60:20
**learned** 11:17
**led** 47:13 50:18
**left** 9:20,22 10:13
    10:20 32:2 49:18
    52:4 63:15
**left-hand** 45:6
**legs** 6:17
**lenders** 61:18
**lesson** 40:21
**letter** 19:14
**letters** 7:20
**let's** 7:1 11:13
    16:20 23:11,12
    30:22 32:11
    36:13 38:23
    39:10,16 45:14
    55:13
**Leukemia** 49:12
**levels** 32:18
**liability** 16:13,16
    16:17 18:16,20

18:23,25 20:20
    20:21 24:2,6,22
    25:1 30:24 31:21
    31:24 32:5,6,20
    32:21 33:2 37:12
    37:14,23,25 38:1
    39:2 50:2,4
    53:12,14,17,19
    64:10,14,15
    66:12 70:14
**license** 12:1 22:17
**licensed** 29:7
**liked** 9:4
**limit** 39:3
**limits** 24:1,5
    30:18,19,24 31:5
    31:7,10 32:3,5
    32:20 37:7,10,13
    37:20,23,23,24
    39:2,5 66:7,12
    66:17 70:9,24
    71:3 73:2
**line** 17:11 18:4
    45:17 46:9,20,21
**lines** 45:5
**list** 61:1
**listed** 60:11,17
**listing** 21:2 58:10
**litigation** 22:23
**little** 39:19
**lived** 9:3,7
**living** 15:23
**Lloyds** 22:18
**located** 36:21
**location** 40:11
**locations** 57:7
**London** 22:18
**long** 6:22,23 12:19
    47:11
**look** 17:7 28:21
    31:13,15 33:20
    34:1 38:23 52:23
    53:22,25 55:12
    59:15,20 65:22
    73:19
**looked** 34:10
    58:23
**looking** 28:21

Juanita Brown
Page 6

3:06-cv-00019RRB

29:17 44:19 45:3
45:16 52:15 73:7
**looks** 23:7 32:14
39:1 41:4 44:23
45:17 46:5,13,19
55:4,8,21 56:22
56:23 57:10,13
62:8
**lost** 47:18,21
61:19
**lot** 8:14 31:19
46:19
**love** 9:9
**low** 46:23
**Lowell** 10:24,25
11:10
**lower** 32:2 36:18
39:24 52:4

**M**

**M** 1:20
**machine** 75:6
**maiden** 5:12
**mail** 26:6
**making** 17:25
27:24 65:19
74:12
**manager** 65:9
**mark** 17:3 22:20
26:11 42:21
54:13,17 63:21
**marked** 17:5
26:14,16 42:22
52:1 54:19
**market** 48:19
**marketed** 50:10
**marketing** 13:5
38:10
**marketplace**
47:23
**markets** 13:6
**material** 55:12
**materials** 54:17
**math** 10:7
**McKeown** 11:18
12:9,14 15:3,13
17:10,14,19
19:10,15,24 20:9

**McKeown's** 16:20
**McWilliams** 1:20
**mean** 6:11 7:3
13:18 14:2,3
19:22 27:24
28:11,13,13 29:5
29:18 33:5 34:10
37:12 43:12,18
45:13 51:4,8
52:10 53:4 59:12
64:5 65:11 66:1
**meaning** 17:23
20:14 30:4
**meaningful** 52:18
**means** 14:24 8
**meant** 19:5
**meet** 14:17 71:4
**meeting** 14:12
**memo** 4:10 18:12
18:22 19:5
**memories** 58:13
**memory** 10:18
52:19 58:14 66:1
72:1,2
**mentioned** 5:18
21:15,21 30:9
**met** 14:24
**micro** 42:14
**Microfilming**
42:15
**microfishing**
42:15,16
**middle** 5:11
**midstream** 30:7
**midterm** 29:22
**mind** 5:23
**mine** 57:3
**minimum** 66:12
**minute** 17:7 31:17
34:1 36:13
**Mischaracterizes**
67:2 69:8
**missing** 61:25
73:20
**mission** 13:3
**MLB** 24:7,14 29:2
31:11,16 32:9,12
32:16 52:5

**moment** 26:20
**Monday** 1:13 5:1
**monitor** 12:11
**month** 45:18 66:3
**mouth** 41:3
**moved** 9:5
**Muller** 47:1
**multi-peril** 20:14
53:1 55:5
**Mutual** 47:16
**M-C-K-E-O-W-N**
11:18

**N**

**name** 5:9,11,12
6:19 21:15 23:18
27:16 33:14
43:10 47:2 48:4
62:17 65:1
**named** 40:10 42:4
44:21,25 58:10
59:4,21
**names** 56:17
**naming** 61:9
**National** 7:14
13:13 48:17,23
49:17
**nationally** 51:8
**nature** 7:21 70:3
**necessary** 6:1
**need** 8:25 31:6
39:19 57:2
**needed** 9:2 20:1
**needs** 13:2
**never** 48:6
**new** 17:20 35:12
35:14,17 62:3
**newer** 51:18,19
52:9,9
**nickname** 71:17
71:18
**nicknamed** 72:13
**Ninth** 1:17 2:12
**nod** 6:4
**normal** 28:5,17
38:15
**normally** 30:9
**Northern** 1:5 2:5

6:18 11:14,16
16:8 57:4
**Notary** 2:15 5:5
75:4
**note** 4:13 52:13
54:14
**notes** 53:22,25
**notice** 2:11 71:10
**notify** 38:20,22
**November** 56:23
**number** 28:12
33:18 35:2,7,10
35:13,20,23
36:11,22 37:2
39:11,17,24 40:1
40:2 45:7,8 51:5
51:19 58:8,8,9
58:20 60:2,4
61:25 62:1,3
63:15,18 64:2,5
69:12,23
**numbered** 36:19
**numbering** 25:9
39:12 69:18
**numbers** 25:10,12
25:15 45:13 62:6
69:13
**nuns** 40:14

**O**

**oath** 5:4
**object** 19:3 36:2
64:12
**Objection** 59:6
67:2
**occurrence** 24:23
32:7 71:1
**October** 29:20,22
30:1,24 62:8
**offered** 37:6
**offers** 49:25
**office** 9:2 10:23
11:9 14:21,21,23
15:12,25 20:8
21:19 23:21
25:14 33:1 34:12
41:8 42:6 50:13
61:4 65:9 73:10

**official** 75:13
**oh** 7:25 14:14,19
16:1,14 24:16
28:17 36:23
**okay** 5:24 6:23 7:1
7:17 8:21 9:5,10
9:15 10:16,25
11:3,7 12:6
13:15 14:6 15:2
15:8,15 18:2,21
19:20 20:4,21
21:15 22:4 23:11
24:11 27:1 28:19
32:2,13 33:13
34:16 35:16 37:5
37:9 38:4 39:6
40:15 41:1 45:9
46:9 47:25 50:16
50:17 52:24
53:16,20 54:11
55:17 56:15,20
57:18 58:4,7
60:20,24 62:3,5
63:11 64:7,19
66:14 67:19
69:11 71:6 72:5
72:22
**old** 27:4 54:24
62:2
**older** 7:9
**ones** 67:1
**open** 9:1
**operated** 7:15,16
**opinion** 70:19
**opposed** 53:1
**options** 37:5
**order** 13:21,22
**ordered** 25:24
26:9 73:1,2
**orders** 69:25
**organization**
18:10 20:11 38:8
**originated** 38:25
**owed** 65:3
**owing** 44:8
**owned** 7:15 49:4
**owner** 49:9
**owns** 49:17,18,19

Juanita Brown

**P**

**Pacific** 31:23
  55:15,17 56:4
  57:22 60:21
**package** 38:10
**packet** 24:13
  31:13
**page** 4:3 23:8,13
  24:12 34:17,17
  35:1,1,9,16
  36:20,20,21 40:8
  52:15 59:13,20
  59:21 60:11,16
  61:7,7,19,20
  63:3
**pages** 1:11 32:15
  39:25 40:2,22
  51:2 54:12,14,15
  54:18 55:11
  59:16 61:18
  73:18,18
**paid** 44:10,10,14
  65:9,17
**pain** 31:19
**Painting** 44:22
**paper** 67:19 69:6
**papers** 28:18,20
  28:25
**paperwork** 67:22
  71:20,22,25
**paragraph** 17:18
  18:13
**parents** 9:2,5
**part** 5:20 20:22
  23:13 28:24
  31:14 32:13
  39:25 40:17,23
  50:3 51:12 52:15
  55:18
**particular** 38:5
  40:3
**particulars** 72:3
  72:21
**party** 47:16,17
**pass** 26:3,9
**passed** 12:16,17
  12:18 19:17

**Paul** 40:10,14
  41:5 62:10,11,20
**pay** 14:11
**payable** 44:23
  61:19
**payment** 46:7
**payments** 43:3
**Pennsylvania**
  7:13,14,15,18
**people** 9:2 15:20
  15:25 51:7 72:6
**percent** 46:14,19
**period** 28:3 29:11
  42:10 45:14,20
  45:22 48:23
**periods** 45:15
**person** 24:23 32:7
  75:10
**personal** 16:18
  34:21,22 46:23
**personally** 5:21
  55:24
**phrase** 16:21
  43:25
**pick** 12:25
**piece** 67:19 69:6
**place** 8:24 12:11
  30:9 54:8 71:21
**placed** 13:9,17,20
  16:13 39:23
  48:12,24 70:21
**Placement** 13:5
**placing** 32:25
**Plaintiff** 1:3 2:3
  3:3
**point** 7:8 11:23
  15:5 16:23 29:4
  29:8 32:23 34:25
  44:16 47:14
  56:15 57:10
  66:25 67:9
**pointing** 12:16
  29:2
**pole** 72:8
**policies** 13:18
  18:15 24:15
  25:10 26:2 30:12
  30:15,19 35:10

42:2 67:23 73:16
**policy** 16:13,17
  18:16,17,24 19:1
  19:7 20:13 22:23
  23:25 24:19 25:5
  25:17,18,21
  27:21 28:1,3,7,8
  28:9,11,12,15
  29:11,21 30:5,18
  30:19,23,25 31:4
  31:7,10,10 33:4
  33:17,18 35:2
  36:7,22 37:7,10
  39:13,14 41:11
  41:15,18 45:10
  45:14,15,20,22
  50:3,4,8 53:5,8
  53:13,15 55:5,14
  56:4,7,10,16,17
  57:5 58:5,8,8,9
  58:11,16,18,20
  58:25 59:17,18
  60:18,21,25
  61:14,25 62:1,2
  62:3,22 63:18
  64:8,9,20,21,23
  64:23 66:3,11,15
  66:20,23,23,24
  67:9,23 69:3
  70:2,3,4,9,23
  71:7,9 72:23,24
  72:25 73:6,9,13
  73:20
**practice** 26:1
  42:12 72:22
**prefix** 69:13
**premium** 4:14
  44:14
**prepare** 21:4
**prepared** 43:8
  74:4
**preparing** 17:21
**pretty** 8:12 46:16
  52:20
**price** 13:7,25 14:5
  48:20
**prices** 16:11 49:24
**priests** 34:22

**primarily** 46:21
  47:22
**print** 44:23
**printed** 38:15
**prior** 19:22,23
  25:22 60:18,22
**private** 53:6
**probable** 67:16
**probably** 8:23
  12:18 16:1 24:9
  26:7 27:6 39:3
  44:23 45:14
  48:25 58:9 66:10
**problems** 58:14
**procedure** 51:8
**proceed** 53:24
**proceedings** 74:15
  75:5,9
**produced** 65:8
**producer** 73:13
**producer's** 35:11
**properly** 21:8
**properties** 21:10
  60:25 61:2 70:6
**property** 17:23,25
  18:19 19:2 20:2
  20:19 21:7 24:25
  32:8 34:21 37:23
  46:24 52:23
  58:10 70:12,13
**protection** 20:18
**provide** 21:2
  29:25 33:8 72:1
**provided** 54:11
  71:11
**providing** 41:19
**provisions** 64:17
**Public** 2:15 5:5
  75:4
**purchased** 49:6
  66:11
**purported** 61:23
**purports** 22:23
**purposes** 18:22
**pursuant** 2:11
**pursue** 22:18
**put** 30:22 39:17
  41:3 49:12 53:6

54:21 55:13
  63:21
**P-A-C-L-I-A-B**
  32:3
**p.m** 1:12 74:15

**Q**

**quality** 26:19
**question** 6:7 15:20
  17:11 23:10
  26:24 33:24 34:3
  37:22 40:19 41:9
  43:6 47:20 52:14
  57:20 65:21 67:4
  71:19
**questions** 6:6 17:9
  53:21,23 54:6
  66:7 68:2 73:23
  73:25
**quite** 12:19
**quotes** 13:19,20

**R**

**raise** 8:18
**raised** 9:6 66:8,17
**rate** 46:11,12
**read** 17:22 18:18
  24:1 26:18 56:20
  57:9
**reading** 18:12
  40:21 56:21 57:2
  57:3
**really** 10:17 19:8
  19:24 42:14
  46:19
**reason** 27:20
  32:25 37:9,18
  40:22 50:9 52:12
  70:3
**reasonable** 13:25
  14:4
**recall** 11:8 33:12
  33:15,19 37:8
  47:3 48:7 56:2
  68:19
**receive** 25:17,18
  25:20 26:2
**received** 22:22

Juanita Brown
Page 8

**recognize** 28:24
**recollection** 66:5
**recommending** 38:10
**record** 5:9,13,18 17:15,16 19:3 25:2 33:25 34:2 36:1,13,15 39:10 39:21,23 54:14 66:19 75:8
**recording** 5:25
**rectory** 61:4
**refer** 11:15 23:1 31:6 34:20 68:16 69:12 72:18
**reference** 19:15 29:18 31:25 33:23 34:5,11 36:22 40:18 44:19 51:5 61:24 63:8,11,13
**referenced** 17:12
**references** 30:23 45:3,21 59:10
**referred** 31:11 46:10
**referring** 26:10 36:17 38:5,6 50:22
**refers** 17:10 18:5 23:25 24:6 35:2 50:8 67:22
**refresh** 72:1
**refreshes** 72:2
**regard** 29:11 69:4
**Register** 4:14
**regularly** 8:12
**relate** 41:9,23
**related** 8:9 49:21
**relates** 17:11 32:22
**relating** 63:5 68:19
**remain** 9:15
**remained** 10:6
**remember** 5:19 5:20 7:22 9:19 10:13,15 12:5

13:2,9,12,22 14:12,13,14,15 14:22,24 15:1,7 15:11,13 16:9,15 16:25 17:1 18:6 20:7 21:18,20 31:9 32:12 42:2 42:17 47:9,11 48:11,17 50:5 66:8 68:11 72:2
**remembered** 11:14
**renew** 35:14
**renewal** 17:21 35:5,12,21 37:3 62:2
**report** 72:19
**reported** 3:19 72:19
**reporter** 2:14 3:19 26:14 74:6,7 75:3,19
**Reporters** 1:17 2:12,14 75:4
**REPORTER'S** 75:1
**represent** 6:18 17:8 22:21 27:2 42:25,25 47:14 50:7 51:11
**representative** 25:20 47:7
**represents** 36:7
**request** 37:23
**requested** 37:20
**requests** 37:19
**require** 18:15 39:7
**required** 66:12
**requirements** 71:4
**research** 48:8
**reserve** 36:8
**respectful** 7:10
**response** 6:2
**responsible** 65:17 65:19
**resulted** 39:3

**resume** 68:4
**Ret** 1:20,20
**retention** 41:10 42:12
**retire** 8:2
**retired** 5:16 8:4 9:18,25 11:3 12:22 52:18
**reverse** 38:21
**review** 25:22 74:4 74:6
**reviewed** 26:8
**revisit** 11:7
**Ribelin** 10:24,25 11:10
**Rick** 1:20
**right** 6:3,5,9 10:4 10:5 12:8 17:22 19:2 20:24,25 23:9,17,19,23 24:3,21,25 25:8 25:22 28:9,22,25 29:13,14 30:6,7 30:8 32:20 34:19 35:3 36:8,22,23 37:3 39:20 40:4 41:5,24,25 43:23 45:8 47:24 49:18 50:20,20,23,24 52:6,8,11 54:7 54:25 55:3,6,7,9 55:10,15,22 56:9 56:11,12,13,18 56:19 57:3,8,9 57:12 58:19,25 59:22,23,24,25 60:3,5,7,8,9 61:2 61:15,16 62:10 62:18 63:4,5 64:2,3 65:5,22 65:25 66:21,23 67:1,9,12,18,21 69:15,16,20 70:18 72:24 74:3 74:5,7
**right-hand** 24:13 36:19 39:24
**risk** 52:21

**Robb** 17:9 21:16 43:1
**Robb's** 21:15
**Robert** 3:8 47:6
**Rollins** 9:20,22 10:2 11:1
**rooms** 14:25
**Rosie** 2:13 3:19 5:5 75:2,19
**roughly** 6:16 32:15 34:17 45:4 45:5 73:18
**RPR** 1:20,20
**RUDD** 3:3
**rule** 6:6
**rules** 5:22
**run** 28:1 57:7 72:14
**runs** 28:16
**Rural** 48:5

**S**
**S** 2:13 3:19 5:5 75:2,19
**Saint** 40:10,14 41:5 62:10,11,20 68:19
**sale** 49:13
**sample** 4:15 51:11 54:9 73:16
**sat** 14:9 54:2,2
**saw** 24:10 51:20 65:12 66:9
**saying** 38:25 46:15
**says** 18:14,24 24:14 25:7 29:16 35:12 41:21 46:11 51:5 52:14 53:17 54:23 55:4 57:3,17 59:16 60:1
**schedule** 21:1 60:25
**school** 7:4,5
**SCHUHMANN** 3:7
**scope** 16:10 22:15

68:22
**Scott** 2:13 3:19 5:5 75:2,19
**seal** 75:13
**searching** 41:17
**Seattle** 21:18
**second** 26:13 45:7 58:23 59:20,20
**secondly** 69:11
**secretary** 7:19 9:14,15 12:13
**Section** 18:17,19 18:20 19:1,2 20:15,16,17,19 24:2,2,5 39:2 50:3 70:15
**see** 9:4 13:6 18:14 23:12 24:1,6 27:16,17 31:17 32:3,11 33:23 35:10 36:10 40:2 41:6 45:14,23 47:22 48:19 51:12 54:9,22 59:4,16,16,18 60:10 61:19 62:22,25 63:12 64:23 69:23 70:4 71:8 74:4
**seeing** 32:12 64:20 64:21 70:20
**seeking** 41:14
**seen** 24:14 36:5 52:10 56:15 58:4 58:6 65:13,16 67:20 69:6 71:20
**sends** 73:13
**sense** 12:21 22:18
**sent** 42:3 65:6,8 73:3
**sentence** 17:22
**separate** 41:25 58:7 70:2,3
**service** 13:7
**services** 50:13
**Serving** 1:18
**set** 39:13 69:13
**Seward** 9:3

Juanita Brown

**shaky** 31:20
**share** 27:20
**shared** 27:18
**sheet** 23:16,24
**shop** 49:24
**shorthand** 2:14
  3:19 75:3,6,19
**shortly** 19:18,19
**show** 20:13 26:11
  31:23 32:13 43:3
  45:22 59:9
**showed** 54:24
  66:7
**showing** 44:7
  54:21
**shown** 56:16
  60:13 66:21
  69:11
**shows** 37:2 44:9
  44:13 55:14 58:5
**sick** 49:12
**side** 54:21,22
**sides** 54:15
**Siena** 68:20
**sign** 28:17 29:7
  74:6
**signature** 28:24
  29:9 38:24 40:3
  62:13,15 74:10
  74:16
**signed** 28:20 29:6
  30:1,1 35:25
**signing** 29:4
**similar** 37:21
  54:12
**similarly** 50:25
**simple** 74:12
**single** 39:3 63:8
**Sister** 72:10
**Sisters** 62:20
**sit** 6:16 58:13
**site** 12:21
**six** 8:19
**sixth** 18:14
**SMP** 20:13 25:5
  35:2,5 36:24
  37:2 44:20 45:6
  50:3 53:6,8 57:4

57:6 61:24 62:3
  63:15 64:2,5
  66:4,24 69:12,23
  70:4 71:7
**society** 40:13
**sold** 9:20
**somebody** 10:9
  15:6 47:18 56:1
  72:14
**sorry** 31:2,19
  69:17
**sort** 7:4 27:14
  32:4 34:11 47:25
  73:19
**sorts** 61:2
**source** 45:17
**sources** 22:9
**South** 12:24
**spaces** 45:4
**speak** 40:13,15
  48:14 71:17
**speaks** 25:3
**special** 20:14 53:1
  55:5
**specialized** 20:15
**specific** 19:23
**specifically** 59:10
**specifies** 32:18,20
**speed** 24:11 32:11
**spell** 5:11
**spot** 31:17 34:11
**square** 21:12
**Stack** 47:4
**stamp** 62:13,15,16
  62:17
**stand** 39:19 50:15
**standard** 16:16
  31:21 50:12 51:8
**stand-alone** 50:4
**start** 7:2 9:10
  33:11 39:12 46:2
  54:8
**started** 7:16,19
  33:9 36:19 49:19
**starting** 61:19
**starts** 23:14 45:4
**state** 2:15 5:9 66:5
  75:5

**stated** 37:10 67:5
**statement** 17:20
**STATES** 1:1 2:1
**stay** 9:16
**stayed** 10:22
**stenographer**
  7:20
**Stenotype** 1:17
  2:12,14 75:4
**sticky** 26:21
**stop** 26:13
**storage** 42:18
**strange** 61:18
**Street** 3:4 23:22
**stretch** 6:17
**strictly** 53:19
**struck** 61:18
**study** 17:15
**stuff** 7:20 16:18
  56:21
**subject** 18:4
**subscribed** 75:13
**successor** 9:16
**Suddick** 49:1,13
  49:16
**suggest** 45:9 48:22
  60:15,16,17
**suggesting** 36:6
**suggestions** 73:5
**Suite** 3:4,9
**summarize** 41:16
**summary** 71:7
**supplemental**
  61:1
**supposition** 58:16
**sure** 15:21 17:25
  21:8,11,20 23:10
  25:23 26:8,23
  28:13,14 35:8
  36:11 37:22
  38:12 47:23 50:6
  62:7 65:19 67:4
  73:1,25 74:11
**suspect** 53:23
**sworn** 5:4
**system** 69:18

T

**tabbed** 61:17
**take** 6:14 8:11,24
  9:5 17:7 21:11
  31:17 34:1 36:13
  39:16 48:18
  50:14 51:22
  59:15
**taken** 2:11 61:14
  75:6,9
**talked** 14:9 43:1
  62:6 72:22
**talking** 24:3 63:19
  66:16,20 70:13
**talks** 58:1
**telegrams** 27:11
**Telephone** 1:20
**telephoning** 48:7
**Teletype** 27:4,4
**Teletypes** 27:7,9
**Telex** 27:12,13
  30:22
**Telexes** 27:10,11
**tell** 16:15 19:12
  33:5 34:10 35:22
  36:2 38:16 52:3
  65:9 66:1 72:3
**term** 16:24 20:10
  29:21 42:16
  53:11 .
**terminology** 44:6
**terms** 41:10,15
  69:3 70:8,9
**Terrific** 62:6
**test** 10:18
**testified** 5:6 71:15
**testimony** 66:6
  67:3
**Thank** 23:1 28:19
  37:14 62:6 68:2
  73:22 74:14
**thing** 6:13 7:4
  32:4 35:7,23
  47:25 61:17
  73:19
**things** 34:13 64:24
  74:12
**think** 5:17,19 6:12
  6:21 8:1 10:8

11:5,6 13:16
  17:10 20:12 22:6
  27:19 31:5,9
  32:10 35:9 36:20
  38:4,12,17 40:22
  40:25 47:22
  48:15 49:8,15
  50:5,9 52:20
  54:8 59:11 62:6
  64:25 67:10,11
  67:16 68:1 69:18
  70:3,25 72:12
  73:24
**thinking** 42:14
**thought** 38:23
  53:12 54:13 67:7
  67:12,17
**three** 8:19 18:15
  19:19 28:5,17
  30:10,15 33:6,17
  48:16
**three-year** 56:10
**time** 5:15 6:22,23
  8:11,13,14,15,18
  8:23 11:17 12:19
  15:5 17:1,14,15
  20:8 21:22 26:10
  27:7 29:5,25
  30:22 35:17
  39:17 42:10
  47:12 48:4,13
  49:10 51:14
  56:21 57:23
  59:15 60:12,13
  71:15 72:1,7
  75:9
**title** 9:13 55:5
  59:21
**today** 31:19 56:16
  58:4
**token** 53:22
**told** 20:1
**top** 23:14,19
  36:19 39:5,8
**track** 73:6
**transaction** 17:12
  45:18 72:4
**transcribed** 7:20

75:7
**transcript** 74:4
  75:7
**Trappers** 61:11
**travel** 14:17
**treated** 49:23
**Tressler** 5:10
**trick** 52:13
**trip** 12:24
**Tri-Di** 33:4,5,14
  34:7 48:14 71:16
**true** 30:12 75:8
**trust** 74:6,9
**try** 6:5 9:4 36:13
**trying** 10:13 41:3
  48:7 52:13,21
  68:24
**turn** 11:13
**turning** 40:21
**two** 8:15 19:18
  23:2 33:8,10
  54:18 55:11
  73:16
**type** 14:1 28:8
  53:7 71:10
**typically** 65:6,11
**T-R-A-N** 45:17
**T-R-E-S-S-L-E-R**
  5:12

**U**

**Uh-huh** 10:1
  15:18 25:6 31:12
  35:4 36:25 45:20
  54:10
**umbrella** 39:4,4,8
  66:11,11 71:4
**unaware** 26:19
**underlying** 39:7
  66:12 71:5
**understand** 18:9
  19:7 22:8,12
  23:10,24 27:23
  28:10 37:22
  40:12 46:6 49:16
  68:23 71:18
**understanding**
  50:1 70:5

**unique** 38:5
**UNITED** 1:1 2:1
**updated** 55:4,8
**upper** 24:13 35:3
**upside** 24:1 29:17
  31:15 45:16
**use** 16:20 21:13
  33:14 43:24
  71:19
**useful** 5:23

**V**

**Valdez** 61:11
**value** 17:23 20:23
**values** 17:20,25
  20:3 21:4
**varied** 46:18
**various** 45:2
**vary** 30:21
**vehicles** 20:2
**verbal** 51:15
**view** 14:1
**vividly** 72:3
**vs** 1:4 2:4

**W**

**wait** 6:7,7
**waive** 74:5,10
**waived** 74:16
**want** 6:14,17
  17:15 25:2 28:6
  31:16 44:16
  50:14 54:13 57:6
  63:22 73:25
**wanted** 9:1 13:23
  13:24 14:10,11
  47:22
**wants** 22:9
**war** 9:8
**wasn't** 16:25 17:1
  44:10 47:17
  60:17
**way** 8:16 12:25
  16:21 18:24 19:9
  20:5 39:13 40:20
  51:15 52:3,18
  59:14 62:15
  70:22 71:25

**Wayland** 47:6
**week** 72:8
**went** 7:5 8:19
  10:21,23 11:6,10
  12:24 51:16
  73:17
**weren't** 27:9
  65:16,19
**West** 1:17 2:12
**we'll** 17:3 26:11
**we're** 26:10 31:6
  41:10,17 66:15
**we've** 39:1 73:16
**whereabouts**
  15:19
**WHEREOF**
  75:12
**Whittier** 9:8
**willing** 14:11
**wish** 34:20 74:10
**witness** 5:3 19:4
  26:24 29:20 31:2
  34:3 36:6,10
  37:16 41:20 44:1
  44:3,9 54:3 59:7
  67:4 74:3,9,11
  75:12
**words** 18:21 28:1
  28:16 41:3 47:18
  53:7 58:20
**work** 7:1,5,23
  8:20 10:14,23
  14:7 15:2
**worked** 7:18
  12:23 16:6 19:20
  23:21 27:7 65:12
**working** 7:11
  11:16,18 12:20
  15:9 16:9 17:14
  20:9 68:11 70:19
**worry** 10:17
**wouldn't** 37:23
  46:24 60:10,15
  60:16 62:20 71:9
**wow** 46:14,15
**write** 13:21
**writing** 68:14
**written** 51:15,17

51:17
**wrote** 14:10 19:5
  30:14

**Y**

**yeah** 6:22 7:5 8:5
  9:7 10:10,13
  14:14 16:1 17:23
  18:8,19 19:16
  20:19 23:16
  24:16 28:23 29:1
  34:24 35:19
  37:25 39:1 41:6
  42:4 44:1,3 45:2
  45:8 46:1 48:25
  49:19 51:3,24
  55:1,16 62:14
  63:23 65:2 66:9
  67:10 70:18
  74:11
**year** 7:7,9 10:15
  45:19 46:18,19
  48:16,17 56:5
  57:7 66:3
**years** 6:21 10:6
  19:5,10,12,19,21
  19:22,23 28:17
  30:10,15 38:11
  41:25 48:16
**yellow** 56:22

**Z**

**Zipkin** 3:3 4:6 7:8
  10:17 19:3 25:2
  26:13,21 29:15
  29:18 31:1 36:1
  37:12 41:17
  43:24 44:2,6,16
  51:22 53:23 54:1
  54:5,20 56:25
  57:1 59:8 61:22
  63:23 64:1,13
  66:21,22 67:6
  68:1,5,22,25
  69:8 73:24 74:2
  74:10,12

**$**

**$13,000** 63:12
**$13,494** 44:19
**$13,500** 46:10
**$42** 46:5
**$500** 44:15

**0**

**005** 52:15
**03** 56:24

**1**

**1** 4:10 17:4,5
  19:23 25:11
  36:20 40:1 54:14
  60:2
**1-75** 1:11
**10** 15:25 32:15
  45:4
**10/14/73** 57:7
**10/15/74** 57:7
**100** 40:1,22 51:2
  70:25
**100,000** 24:22
  32:6
**11/06/03** 56:23
**11/06/73** 4:13
**13,000** 44:14
**15** 24:19 46:19
**15th** 44:20 29:12
  29:12 56:8
**17** 4:10
**19** 7:25 9:21 17:20
**1949** 7:6,7,11
**1953** 1:18
**1964** 9:11
**1967** 52:7
**1970s** 21:10 32:24
  41:19 50:1 70:21
**1971** 52:14,18
**1972** 31:5 37:7
  56:5 57:23
**1973** 30:24,25
  57:14 59:3
**1974** 59:3
**1975** 19:15 32:24
  58:25 68:20
**1976** 29:22
**1977** 62:8 63:8,9

Juanita Brown

**1978** 59:1
**1980s** 48:22
**1990** 8:3,4,6,11
  9:22

---

**2**

**2** 4:11 22:20 23:3
  23:7,8,12,13
  24:13 25:11
  26:16 31:6,14
  32:14,15 33:20
  34:5,20 35:16,22
  36:3,17 37:1,2,3
  37:11 39:11 50:8
  50:22 51:12,19
  52:5 54:15 58:24
  60:4 73:17
**2's** 31:10
**2/20/75** 4:10
**2:08** 1:12
**20** 29:2 46:12,14
  61:19
**200** 3:9
**2000** 34:24
**2007** 1:13 5:1
  75:14
**21** 24:7,14 31:11
  31:16 32:9,12,16
  61:20
**22** 61:20
**239** 69:13
**2390621** 44:20
  45:8 63:16 69:23
  71:8 73:7,20
**239794** 66:24
**2397994** 35:2 62:3
  63:20 66:4
**25** 16:1,2 36:21
**26** 4:11,12,13 10:6
**27** 29:22

---

**3**

**3** 4:12 23:3,4,11
  25:11 26:16
  28:21,25 33:25
  35:1,2,21 36:3
  37:1,2,11 39:11
  39:12,25 40:17

**40:24** 50:8,25
  51:12 54:14
  58:24,25 59:21
  60:6 61:21,23
  66:20,24 67:9
  69:5 73:17
**3,000** 17:24
**3:06-cv-00019R...**
  1:7 2:7
**30,000** 17:24
**300** 70:25
**300,000** 17:24
  24:23,23 32:7
  70:24
**32** 19:5
**3328** 32:3
**365** 42:25

---

**4**

**4** 4:13 25:11 26:12
  26:16 27:3 28:19
  30:23 54:15
  56:20 60:8 69:16
**4/15/75** 60:18,22
**4:30** 74:15
**42** 4:14
**452-8154** 3:10
**49** 8:6,11

---

**5**

**5** 1:13 4:5,14 5:1
  25:11 42:21,22
  42:24 63:11
  64:24 69:17 73:6
**5's** 71:6
**50** 73:18
**50,000** 25:1 32:7
**500,000** 39:3 66:8
**510** 3:4
**511** 1:17 2:12
**519** 23:23
**52** 4:15 40:7
**53** 40:8,9
**54** 4:6,16 43:12
**56** 36:20

---

**6**

**6** 4:15 34:17 35:9

**51:23,25** 52:1,16
  54:9,22
**6th** 23:13 56:23
**60s** 6:25 12:18
  49:8,14 54:25
**64** 8:22 10:6
**650** 5:14
**67** 55:2
**68** 4:7

---

**7**

**7** 4:16 34:17 35:9
  54:17,18,19,21
**7th** 45:15
**70s** 12:19 48:9
  51:20
**700** 3:4
**71** 54:23
**714** 3:8
**72** 24:19 56:8
  57:16,24
**73** 31:5 45:22
  56:23,25 57:17
  57:19 58:2
**74** 45:23
**75** 24:20 29:12,21
  30:5 58:25 67:10
**76** 30:2
**77** 62:20
**78** 29:12,21 37:7
  58:25 67:11
**793-2200** 3:5

---

**8**

**8-67** 52:5
**8/1/77** 62:22
**8/16/08** 75:20
**8/3/77** 63:3
**8288602** 35:6
  36:24 61:24

---

**9**

**90** 9:21 10:6
**907** 3:5,10
**907.276-8016** 1:21
**907.276.1680** 1:20
**99501** 3:5
**99501-3520** 1:18

**99518** 5:14
**99707** 3:9

---