IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CATHOLIC BISHOP OF NORTHERN ALASKA, | ) ) ) ) |
| Defendant. | ) ) |

Case No. 3:06-cv-00019 TMB

### ORDER GRANTING CBNA's MOTION FOR SUMMARY JUDGMENT ON EXISTENCE, COVERAGE, AND TERMS OF POLICY COVERING CBNA

Based upon defendant Catholic Bishop of Northern Alaska's ("CBNA's") Motion for Summary Judgment and the court having found that there is no genuine issue of material fact as to CBNA having a policy of insurance issued by plaintiff Continental Insurance Company ("Continental"),

IT IS HEREBY ORDERED that CBNA's motion is GRANTED.

The court hereby declares that CBNA is a Continental "SMP" policy holder for the period of October 14, 1973 to April 15, 1979 with the terms of coverage as stated in Exhibits D and E of the documents presented with CBNA's motion.

IT IS SO ORDERED this _____ of _____.

_____
United States District Judge

COOK SCHUHMANN
& GROSECLOSE, INC.
714 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

CERTIFICATE OF SERVICE
This is to certify that on the 1st day

of October 2007, a copy of the foregoing is being mailed via first class mail fully prepaid to the following attorney(s) or party(s) of record:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501

Laura K. McNally and Philip C. Stahl
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

s/ Robert B. Groseclose
Alaska Bar No. 7605032

COOK SCHUHMANN
& GROSECLOSE, INC.
714 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154