Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>CATHOLIC BISHOP OF NORTHERN ALASKA,<br><br>    Defendant. | Case No. 3:06-cv-19-RRB |

STIPULATION FOR EXTENSIONS OF TIME

The parties, by and through their respective attorneys, hereby stipulate and agree that Oppositions to the pending Motions for Summary Judgment shall be due on or before November 9, 2007, and that Reply memoranda to said Oppositions shall be due on or before November 30, 2007.

Dated: 10/17/07

Guess & Rudd P.C.

By: _____
Gary A. Zipkin
AK Bar No. 7505048

Stipulation for Extensions of Time
Continental Ins. Co. v. Catholic Bishop; Case No. 3:06-cv-19 RRB
Page 1 of 2

COOK SCHUHMANN & GROSCLOSE, INC.

Dated: 10·12·07    By: /s/ Robert B. Groseclose
Robert B. Groseclose
AK Bar No. 7605032

O R D E R

IT IS SO ORDERED.

DATED at Anchorage, Alaska this _____ day of _____, 2007.

The Honorable ~~Ralph R. Beistline~~ T. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
17th day of October, 2007, a copy
of the foregoing document was served
electronically on:

Robert B. Groseclose, Esq.

Guess & Rudd P.C.

By:   S/Gary A. Zipkin

Stipulation for Extensions of Time
Continental Ins. Co. v. Catholic Bishop; Case No. 3:06-cv-19 RRB
Page 2 of 2