Case 3:06-cv-00019-TMB   Document 56   Filed 11/09/2007   Page 1 of 2

Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:       (907) 793-2200
Fax:    (907) 793-2299
E-mail:      gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY,<br>       Plaintiff,<br><br>vs.<br><br>CATHOLIC BISHOP OF NORTHERN ALASKA,<br><br>       Defendant. | Case No. 3:06-cv-19-TMB |

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.2(a), plaintiff Continental Insurance Company hereby requests oral argument on the following motions:

1.   Plaintiff's Motion for Summary Judgment (Dkt. 45).

2.   Defendant's Motion for Summary Judgment (Dkt. 47).

DATED at Anchorage, Alaska, this 9th day of November, 2007.

                      GUESS & RUDD P.C.
                      Attorneys for Plaintiff

                By:       s/ Gary A. Zipkin
                      510 L Street, Suite 700
                      Anchorage, Alaska  99501
                      Phone: 907-793-2200
                      Fax:   907-793-2299
                      Email: gzipkin@guessrudd.com
                      Alaska Bar No. 7505048

CERTIFICATE OF SERVICE
I hereby certify that on the
9th day of November, 2007, a copy
of the foregoing document was served
electronically on:

Robert B. Groseclose, Esq.
Laura K. McNally, Esq.
Philip C. Stahl, Esq.

Guess & Rudd P.C.


By:   s/ Gary A. Zipkin

F:\DATA\6024\3\pleading\29 request for oral argument MSJ.DOC