

[CBNA's Counsel's NOTE:   Given the poor copying quality of this telex [Brown Depo. at p.26], a cleaner, typed interpretation is attached. as, ].



Exhibit F to CBNA's Memo re S.J.

Page 7 of 7

**Exhibit F [Exhibit 4 to Juanita Brown's Deposition] is believed to read as follows:**

CTL SEATTLE

WL 1SCS 1-033780C310 11/06/73
LOS LAMSEUB  SEA
0295/01079 ND ANCHORAGE AK 57 11-06 307P AST
WX9104442056 CTL SEA

CONTINENTAL INSURANCE CO  ATTN JULIAN ROBB 624-0152
200 6TH AVE
SEATTLE WA 98823
DID YOU APPROVE SMP CATHOLIC BISHOP NORTHERN ALASKA FOR LABOW HAYNES?  THEY ARE ASKING ME TO ISSUE POLICY HERE.  THEY WANT DATES TO CONCUR WITH OTHER SMP FOR THE ANCHORAGE LOCATIONS SO FIRST YEAR TO RUN 10-14-73 TO 4-15-74.  PLEASE TELEX REPLY AS I AM TO BE IN THEIR OFFICE TOMORROW TO SET UP POLICY.
EVELYN CHRISTOPHER ANCHORAGE OFFICE

2111 EST

CTL SEATTLE

SMP 828 8602 *

*handwritten in original