IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| CATHOLIC BISHOP OF NORTHERN ALASKA, | ) ) ) ) |
| Defendant. | ) ) |

Case No. 3:06-cv-00019 TMB

## NOTICE OF BANKRUPTCY STAY (11 U.S.C. § 362(a))

Notice is hereby given of the filing of a petition by defendant Catholic Bishop of Northern Alaska ("CBNA") under Chapter 11 of the Federal Bankruptcy Code, 11 U.S.C. Sec. 101 et seq., in the Bankruptcy Court for the District of Alaska, Case No. 08-00110-DMD, on the 1st day of March 2008. Accordingly, any claims against CBNA are hereby stayed pursuant to 11 U.S.C. § 362(a).

Dated at Fairbanks, Alaska, this 3rd day of March 2008.

COOK, SCHUHMANN & GROSECLOSE, Inc.
Attorneys for Catholic Bishop of Northern Alaska

By:   s/Robert B. Groseclose
Alaska Bar No. 7605032

**CERTIFICATE OF SERVICE**
This is to certify that on the __3rd__ day of March 2008, a copy of the foregoing is being mailed via first class mail fully prepaid to the following attorney(s) or party(s) of record:

| Gary A. Zipkin, Esq.<br>Guess & Rudd, P.C.<br>510 L Street, Suite 700<br>Anchorage, AK 99501 | Laura K. McNally and Philip C. Stahl<br>Grippo & Elden LLC<br>111 S. Wacker Drive<br>Chicago, IL 60606 | s/Robert B. Groseclose<br>for Cook Schuhmann & Groseclose, Inc. |
|---|---|---|

Notice of Bankruptcy Stay
Ten Plaintiffs v. CBNA, Special Case No. 4BE-08-001CI
Page 1 of 1