IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CATHOLIC BISHOP OF NORTHERN ) <br> ALASKA, ) <br> ) <br> Defendant. ) | Case No. 3:06-cv-00019 TMB |

## MOTION TO REFER CASE TO BANKRUPTCY COURT

Defendant, Catholic Bishop of Northern Alaska, an Alaska religious corporation sole ("CBNA"), initiated a Chapter 11 reorganization proceeding by filing a voluntary petition in the United States Bankruptcy Court for the District of Alaska ("Bankruptcy Court") on March 1, 2008 (the "Petition Date") that is pending before the Bankruptcy Court under Case No. 08-00110 (the "Reorganization Case"). By this Motion, CBNA hereby respectfully requests an Order pursuant to this Court's Miscellaneous General Order number 503, dated May 17, 1985, and 28 U.S.C. § 157, referring the above captioned civil case to the Bankruptcy Court for adjudication as a "core proceeding" in the Reorganization Case under 28 U.S.C. § 157(b); or in the alternative, referring this matter to the Bankruptcy Court for adjudication as "related to" the Reorganization Case under the Bankruptcy Court's "non-core" jurisdiction pursuant to 28 U.S.C. § 157(c).

DATED this 24th day of April, 2008.

COOK, SCHUHMANN & GROSECLOSE

By: /s/ Robert B. Groseclose
Robert B. Groseclose
Alaska Bar No. 7605032

COOK, SCHUHMANN
& GROSECLOSE,
INC.
714 Fourth Ave.
Suite 200
Post Office Box 70810
Fairbanks, AK 99707

QBACTIVE\124448.00004\6196966.1

**CERTIFICATE OF SERVICE**

This is to certify that on the 24th day
of April, 2008, a copy of the foregoing
is being mailed via first class mail fully prepaid
to the following attorney(s) or party(s) of record:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501

Laura K. McNally and Philip C. Stahl
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

    /s/ Jamie Archibald
Jamie Archibald for Quarles & Brady LLP

**COOK, SCHUHMANN
& GROSECLOSE,
INC.
714 Fourth Ave.
Suite 200
Post Office Box 70810
Fairbanks, AK 99707**