IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CATHOLIC BISHOP OF NORTHERN ) <br> ALASKA, ) <br> ) <br> Defendant. ) | Case No. 3:06-cv-00019 TMB |

## PROPOSED ORDER APPROVING MOTION TO REFER CASE TO BANKRUPTCY COURT

This Court, having considered the Debtor's Motion To Refer Case to Bankruptcy Court (the "Motion"), the Memorandum of Counsel, declarations, exhibits and other evidence submitted in support of the Motion and finding good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The Motion is hereby granted and the above-captioned case will be referred to Bankruptcy Court for full and final determination of all matters in said case.

DATED:_____.

By:_____
U.S. District Court Judge

**COOK, SCHUHMANN & GROSECLOSE, INC.**
**714 Fourth Ave.**
**Suite 200**
**Post Office Box 70810**
**Fairbanks, AK 99707**

QBACTIVE\6205746.1