# EXHIBIT A

Susan G. Boswell, Esq. (AZ #004791)
Kasey C. Nye, Esq. (AZ#020610)
Lori L. Winkelman, Esq. (AZ#021400)
QUARLES & BRADY LLP
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
Telephone:     (520) 770-8700
Facsimile:     (520) 770-2222
Email: sboswell@quarles.com
Email: knye@quarles.com
Email: lwinkelm@quarles.com

Michael R. Mills, Esq. (AK #891174)
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
Telephone:     (907) 276-4557
Facsimile:     (907) 276-4152
Email: mills.mike@dorsey.com

Proposed Attorneys for Debtor, Catholic Bishop of Northern Alaska

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,<br><br>Debtor. | Case No. 08-00110-DMD<br><br>(Chapter 11) |

**DECLARATION OF BISHOP DONALD J. KETTLER IN SUPPORT OF CHAPTER 11 PETITION AND FIRST DAY MOTIONS**

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

QBACTIVE\6116589.1

31

I, Bishop Donald J. Kettler hereby declare under penalty of perjury of the laws of the United States as follows:

## I.   **INTRODUCTION**

A.   I am the sole director of the Catholic Bishop of Northern Alaska, an Alaska religious corporation sole ("CBNA") which is the civil entity that conducts the business of the Diocese of Fairbanks ("Diocese"). I am the Bishop of the Diocese which is the canonical entity encompassing the territory subject to my jurisdiction as Bishop and through which I carry out my canonical duties in accordance with the Code of Canon Law. The Code of Canon Law ("CIC") is the ecclesiastical law of the Roman Catholic Church.

B.   I have served as the Bishop of the Diocese since August 22, 2002 and am the fourth bishop of the Diocese which, as discussed in more detail below, was formed in 1962.

C.   I have degrees from Crosier Seminary, Onamia, Minnesota, and St. John's University, Collegeville, Minnesota. I was ordained a priest in St. Joseph Cathedral, Sioux Falls, South Dakota on May 29, 1970. I am also a Canon lawyer having received my degree in 1983 from Catholic University of America in Washington, D.C.

D.   I am submitting this Declaration in support of the Chapter 11 petition for CBNA that I authorized to be filed in the United States Bankruptcy Court for the District of Alaska on March 1, 2008 (the "Petition Date") and in support of the motions that were filed on or about the Petition Date and which CBNA has requested be heard as soon as the Court's calendar permits (collectively, the "First Day Motions").

E.   I make this Declaration based upon: (a) my personal knowledge; (b) the books and records of CBNA; (c) on well-known historical information; or (d) information obtained from persons within CBNA to whom I, as Bishop, have delegated certain responsibilities or to whom

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

those responsibilities are delegated pursuant to CIC. Those people are: (i) George Bowder, the Director of Finance for CBNA and the Finance Officer of the Diocese, a position dictated by Canon Law; (ii) Robert Hannon, my special administrative assistant and Chancellor of the Diocese (also a canonical position); and (iii) Ronnie Rosenberg, the human resources director and the in-house person who coordinates all of the litigation for CBNA.

## II.    HISTORY OF THE CATHOLIC CHURCH IN ALASKA AND CBNA

A.    Father Jean Séguin of the Oblates of Mary Immaculate, was the first Catholic missionary priest to enter Alaska in 1862-63. Formal ecclesiastical jurisdiction within the whole of Alaska first came about in 1894, when the Holy See separated Alaska from the Diocese of Vancouver Island and made it a Prefecture Apostolic with Father Tosi as Prefect Apostolic. At the same time, Alaska became an independent mission, entrusted to the Jesuits, with Father Paschal Tosi as General Superior.

B.    A Prefecture Apostolic is a district of a missionary territory under a prefect apostolic, and a Prefect Apostolic is a Roman Catholic clergyman and usually a priest with quasi-episcopal jurisdiction over the Prefecture Apostolic. Since, at that time, Alaska was not made into a Diocese, there would have been no Bishop to have been appointed or acting.

C.    In 1951, the Holy See established Alaska's first diocese, the Diocese of Juneau. This first diocese also included much of Southcentral Alaska.

D.    In 1962, the Missionary Diocese of Fairbanks was established and since that time has been ministering to the Catholic faithful, many of whom live under difficult conditions. The Diocese attempts to serve all the people of the community, regardless of their faith.

E.    The Diocese is the largest in the United States in geographical terms. It stretches from Tok, near the Canadian border, all the way across the state to Little Diomede near the

**DORSEY &**
**WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Declaration of Bishop Kettler                                                                                      Page 3 of 21
In re *Catholic Bishop of Northern Alaska,* Case No. 08-00110-DMD

QBACTIVE\6116589.1

border with Russia; from Barrow on the coast of the Arctic Ocean to Chefornak south of Nelson Island it encompasses almost 410,000 square miles. Within its boundaries, the Diocese is home to 14,500 Catholics, out of a general population of 161,000. Attached to this Declaration as Exhibit "1" is a map outlining the area the Diocese.

F.    The Diocese is the only fully missionary Catholic diocese in the United States, falling under the "Congregation for the Evangelization of Peoples" the Church's international missionary wing. The Diocese is among the poorest in the nation. Only eight (8) of its forty-six (46) parishes and missions are self-supporting. Many of the parishioners who attend these parishes live the subsistence lifestyle (subsisting on hunting, fishing and gathering). The viability of these parishes and the programs that are administered by the Diocese to support both parishioners and others who live under challenging conditions depend in large measure on donors from across the country and around the world.

G.    The importance of the mission and ministry of the Diocese cannot be understated. The Diocese and the workers in the parishes and programs who minister to the Catholic faithful and promote and administer programs that benefit all people in rural Alaska are a stable, enriching element in the lives of all the people served in these isolated and remote communities.

H.    The Diocese provides certain administrative functions to the parishes and other Roman Catholic entities and programs within its territory (similar to ways in which other dioceses function). This Diocese is funded differently from most other dioceses in the United States that derive their income from taxes or other fees assessed against the parishes within their geographic territory. However, because of the financial condition of most of the parishes and the mission of the Diocese to provide religious services even where there are not parishes, which is particularly difficult given the geographic challenges of this territory, the Diocese, parishes,

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

schools and programs must also depend upon the generosity of its donors, most of whom are from outside Alaska.

I.  There are nineteen (19) active priests working in the Diocese, roughly one priest for every twenty thousand (20,000) square miles.  Many of the parishes and missions within the geographic territory of the Diocese are lucky to see a priest every other month.  Twenty-six (26) permanent deacons also serve the Diocese along with two (2) Franciscan brothers and fourteen (14) nuns from various orders.  The Diocese and its missions, schools and ministries employ approximately one hundred forty (140) people, and a significant number of additional people offer their services as volunteers.

J.  There is only one Catholic school in the Diocese.  That school, Catholic Schools of Fairbanks ("CSF") consists of Immaculate Conception Elementary and Monroe Junior/Senior High, and is located in Fairbanks.  While CSF is part of CBNA and falls under the canonical guidance of the Bishop, the majority of funding comes from tuition and fundraising efforts of the Monroe Foundation, Inc., a separate non-profit corporation.

K.  The Diocese is also home to the oldest Catholic radio station in the country ("KNOM").  KNOM went on the air in July 1971, after years of planning, fund-raising and work.  The educationally oriented, public-service station has garnered dozens of awards for its news and programming.  It is wholly financed through listener and donor support and is staffed with a combination of paid employees and full-time volunteers who receive a small stipend.  The importance of KNOM to this region is discussed in later portions of this Declaration.

L.  The mission statement of CBNA reflects what we try to do and how we try to live our lives in northern Alaska.  Our mission statement is:

> We are people of God in the Roman Catholic Diocese of Fairbanks. Blessed with a rich variety of backgrounds and talents, we strive to be a living

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Declaration of Bishop Kettler
Page 5 of 21
In re *Catholic Bishop of Northern Alaska*, Case No. 08-00110-DMD

QBACTIVE\6116589.1

reflection of the Universal Church. Through our baptism, we continue Christ's mission to further the kingdom of God through the human family. We share our living faith by proclaiming the Gospel in word and example. Together we celebrate Christ's presence in worship and sacraments. In a spirit of justice, mercy and love, we dedicate ourselves not only to minister to the people in the urban and rural areas of our Diocese, but also to minister to the world community.

M.    We have many challenges in the Diocese. Because of the geographic challenges, we struggle to maintain our connections with our people. We connect not only through the dedication and service of the pastors, priests and other workers, but also through KNOM which is the only access to religious services for a number of people in the territory. We also have many financial challenges given the general poverty of the area and the people we serve.

## III.    WHAT THE DIOCESE AND CBNA DO

A.    The Diocese through the office of the Bishop provides spiritual guidance to pastors, parishes, volunteers and other faithful within its geographic territory.

B.    The Diocese along with the parishes, CSF, KNOM and others, through the Alaskan Shepherd, solicit donations for the various programs that are sponsored and supported by the Diocese -- all of which are part of the mission and ministry of the Diocese.

C.    Examples of these programs are:

1.    The Alaska Native Ministry which includes the Kateri Tekakwitha Center located in Galena, Alaska which serves eight (8) Athabascan Indian villages in the interior of Alaska and provides educational programs in the surrounding villages to educate individuals to become more proficient in administering their local parishes in the absence of priests, brothers and sisters;

2.    The Native Ministry Training Program based in the Yup'ik Eskimo village of St. Mary's which offers the very effective training of native Eskimo adults

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Declaration of Bishop Kettler

Page 6 of 21
In re *Catholic Bishop of Northern Alaska*, Case No. 08-00110-DMD

QBACTIVE\6116589.1

members and local leaders of the Church in the twenty-four (24) Yup'ik parishes within the geographic territory of the Diocese;

3.      The Children and Family Center provides faith-based enrichment and education activities for families and children.  This office includes the Diocesan Child Protection Officer;

4.      The Office of Worship supports and guides the sacramental, liturgical and spiritual life of the Diocese and parishes;

5.      Stephen Ministry Outreach offers one-on-one care for people with special needs by well trained Stephen ministers.  This ministry includes Catholic chaplaincy to the Fairbanks community hospital and nursing homes;

6.      The Urban Native Ministry serves as a liaison between the Diocese and the native peoples living in the Fairbanks urban area;

7.      The Diocesan Engineering Office provides services for the actual construction and/or maintenance of parish churches and facilities at a major savings in construction and maintenance costs;

8.      Deacon Programs which consist of:

    a.      The Rural Deacon Program formerly known as the Native Deacon Program which was founded in 1970 as the first program in the United States to train native men for the permanent diaconate.  Presently, the program has twenty (20) active deacons who minister as the leaders of prayer in eleven (11) of the twenty-four (24) villages that comprise the Yukon-Kuskokwim Region of the Diocese.

**DORSEY &**
**WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

b.    The Urban Deacon Program has historically functioned as a training program for deacons in urban areas of the Diocese and is currently being revamped.

9.    The Office of Religious Education through which the Diocese promotes the ministry of catechesis in the Diocese. Catechesis is the word that describes the essential ministry of the Roman Catholic Church through which the teachings of Christ have been passed on throughout the ages.

D.    CBNA carries out of the business functions of the Diocese and assists the parishes and other entities that operate within the geographic territory of the Diocese with respect to administrative matters. For example, CBNA provides a central payroll system to these entities, and CBNA performs the administrative function of paying employees of these entities as well as filing and paying the necessary withholding taxes associated with employees. In addition, CBNA administers the insurance program for health insurance for employees of CBNA, the parishes and related entities and liability and property insurance for these entities.

E.    While in the past CBNA has, from time to time, "fronted" the money for some of the parishes and others who participate in this program and who are not subsidized by the Diocese, CBNA has told all participants in the program that are not subsidized by the Diocese that there will be no further advancing of funds for payroll or other expenses. If money is not in the hands of CBNA prior to the time payroll or other payments are to be paid, the payments will not be made.

F.    As I previously stated, CSF is the only Catholic school in the Diocese. Therefore, any parents wanting their children to have the benefit of a Catholic education have no other options. CSF is, therefore, a critical and essential part of the ability of the Catholic faithful to

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Declaration of Bishop Kettler                                                                    Page 8 of 21
                                         In re *Catholic Bishop of Northern Alaska,* Case No. 08-00110-DMD

practice their religion.  CSF does not limit its enrollment only to Catholics.  CSF offers a unique educational opportunity to everyone who wants the value of a religious based education for their children.

G.    KNOM serves a 100,000+ square mile signal area.   It is a critical communications link, ready to broadcast life-saving information in addition to the religious services and spiritual programs that are vital to many who have no other access to these services.  For example, in late January, sustained gale force winds and heavy snow caused problems with some of KNOM's equipment.   Despite these problems, the KNOM staff kept the radio station on the air broadcasting life saving weather and safety information, along with encouraging inspirational messages.  KNOM broadcasts the Mass for those times when it is not available to the people in their local parish.  These are just two examples of the critical part KNOM plays in the lives of many within its broadcast area.

## IV.    THE SEX ABUSE SCANDAL AND THE PENDING LITIGATION

A.    Unfortunately, CBNA was not immune from the sex abuse scandal that has rocked the Catholic Church.

B.    Beginning in approximately the fall of 2002, claims alleging sex abuse at the hands of priests and other workers in the Church started being asserted against CBNA.  By the Petition Date, one hundred forty (140) lawsuits with one hundred fifty (150) plaintiffs had been filed against CBNA.  That number does not include claims that have not resulted in lawsuits either because there was a settlement or the person simply did not pursue a claim.

C.    CBNA's insurers have taken the position that their policies only potentially respond to claims where it is alleged that the abusive conduct occurred during a particular insurance policy period.  While CBNA is seeking insurance coverage for at least half of the claims, if the

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

abuse as alleged in the complaints is correct, the alleged abusive conduct for about half of the claims occurred at a time when CBNA did not have insurance policies in place for these types of claims.

D.     With regard to the policy periods of the available insurance policies, the bulk of the claims allege that abusive conduct occurred during the policy periods when CBNA was insured by Continental Insurance Company (currently doing business as and referred to in this Declaration as "CNA").

E.     At various times during the last year, CBNA, the plaintiffs, other defendants and various insurers have participated in formal mediation before the Honorable (retired) William Bettinelli.   CBNA has participated as have the plaintiffs; however, CNA has declined to participate in a manner that would have allowed the parties to engage in meaningful settlement negotiations.

F.     The Society of Jesus, Oregon Province, and the Society of Jesus, Alaska (collectively, the "Jesuits") previously were co-defendants in all of the suits in which CBNA is also a defendant.  In 2007, the Jesuits settled all of the lawsuits against them for $50 million. CBNA was not a part of that settlement.

G.     Rather than participate in any meaningful way in settlement negotiations of the pending litigation against CBNA, CNA filed a lawsuit in the United States District Court for the District of Alaska, Case No. 3:06-cv-19, *sub nom* <u>Continental Insurance Company v. Catholic Bishop of Northern Alaska</u>.  It is my understanding that CNA is seeking a ruling from the District Court that they did not insure CBNA during various time periods at issue.

H.     CBNA simply does not have the resources to settle the litigation without the meaningful participation of CNA.

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

I.    CBNA takes very seriously its responsibility to provide a safe environment in the programs, parishes and missions throughout the geographic territory of the Diocese.

J.    The United States Conference of Catholic Bishops adopted the "Charter for the Protection of Children and Young People" in June 2002 at its meeting in Dallas (the "Charter"). As part of the Charter, the Office of Child and Youth Protection ("OCYP") was established and is responsible for assisting dioceses in implementing the Charter and ensuring the consistent application of guidelines and procedures to prevent sexual abuse of minors and properly deal with allegations of misconduct.

K.    In accordance with the Charter, all clergy and staff, along with volunteers working with children, youth, and vulnerable adults, undergo criminal background checks.  Training in the recognition and prevention of child sexual abuse is provided to children, youth, parents, volunteers, staff and clergy.  In addition, clergy and staff receive additional training in ministerial misconduct and maintaining healthy boundaries.  These are critical programs which must continue to be funded and must be maintained so that what happened decades ago cannot be allowed to happen again.

L.    The Diocese maintains a Victim Assistance Coordinator to assist anyone who has been abused. Any current reports of abuse are promptly reported to civil law enforcement agencies. Past reports along with abuse policies are reviewed by the Child Protection Team which is comprised of community members.

M.    In order to measure how effectively each diocese adheres to the Charter, the OCYP developed and manages an appropriate compliance audit mechanism which is conducted by an the Gavin Group, Inc., an independent consulting firm founded by a retired FBI official. (the "Gavin Group").  The implementation of Diocesan abuse prevention programs has been audited

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

annually by the Gavin Group. The Diocese is in full compliance with the norms of the Charter and has received commendations for its efforts.

## V.    THE RELATIONSHIP BETWEEN THE DIOCESE, THE PARISHES AND CERTAIN RELATED ENTITIES

A.    There are many other Roman Catholic ecclesiastical and civil entities that operate within the geographic territory of the Diocese. These entities consist of the parishes and religious orders, such as the Oregon Province of Jesuits ("Jesuits"), Fairbanks Counseling and Adoption Agency ("FCA"), and the Monroe Foundation, Inc.

B.    FCA is a Catholic Resource Agency functioning within the territory of the Diocese. FCA is a professional family service agency and its programs and services include: (i) Adoption Services; (ii) Family Support Programs; (iii) Parenting Classes; (iv) Street Outreach Services for Homeless and Runaway Youth; and (v) Programs for Survivors of sexual abuse. FCA is separately incorporated and has an independent board of directors. I am not a member of that board nor do I appoint the members of the board of FCA.

C.    The Monroe Foundation, Inc. is a separate non-profit corporation whose sole purpose is to support and advance the goals and programs of CSF. Without the fundraising and support that Monroe Foundation gives to CSF, CSF could not survive.

D.    I recognize that there may be disputes with certain creditors about the legal relationship between the Diocese and the parishes within the geographic territory of the Diocese. I am describing briefly what I, as the Bishop of the Diocese, view that relationship to be. I am not a civil lawyer and do not intend to render any opinion as to any civil law relationship between the Diocese and the parishes.

E.    Parishes, are separate ecclesiastical entities in their own right and consist of established stable communities of the Christian faithful whose pastoral care is entrusted to a

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

QBACTIVE\6116589.1

pastor.  Although appointed by the diocesan bishop, a pastor receives his authority to function as a pastor from the office itself.  A pastor of a parish is responsible for caring for the members of the parish community as well as being the exclusive administrator of all property belonging to the parish. [*Per* CIC, canon ("c."). 515, §3: c. 532; c. 1279, §1].

F.    In particular, the pastor of a parish is charged by the CIC to see that the property of the parish is properly protected. [*Per* CIC c. 532].  Every administrator of the property of an ecclesiastical entity, such as the bishop of a diocese and the pastor of a parish, is bound to acquire, hold, administer and alienate such property in accordance with the CIC. [*Per* c. 1257, §1; c. 1282; c. 1284, §2, 3].

G.    Furthermore, under the CIC, the debts of a parish must be paid from the assets of the parish, and not from the assets of the diocese or of another parish. Similarly, the debts of a diocese must be paid from the assets of the diocese, and not from the assets of parishes within the diocese. [*Per* CIC, c. 639, §1].

H.    The diocesan bishop does have an oversight or monitoring role in regard to the parishes within a particular diocese to ascertain that they are themselves operating in accordance with the CIC.  [*Per* c. 392, §1; c. 1276, §1; c. 1279, §1].  The diocesan bishop has the right to receive an annual financial report from the parish.  [*Per* CIC. c. 1287, §1].  The diocesan bishop may establish by particular law the financial procedures under which a parish operates, including defining what acts require the permission of the diocesan bishop. [*Per* CIC, c. 1276, §2; c. 1281, §§1,2].

I.    CBNA is the entity listed on the various deeds to parish property as the "owner." However, in my lay person's view, this was simply a way for holding title and did not reflect the true ownership of the property which belonged to each of the parishes.

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

J.     Over the years I have been following the dispute that arose in Portland, Oregon and Spokane, Washington in their respective bankruptcy cases regarding ownership of parish property.   In order to avoid any confusion about the ownership of parish property in the geographic territory of the Diocese, on April 2, 2007, I executed amended and restated articles of incorporation for CBNA to make clear the long-standing pre-existing trust relationship between CBNA and the parishes with respect to property ownership.   It is also my understanding that a "notice of beneficial interest" was recorded by each parish to further give notice of the trust relationship.

K.     In carrying out the oversight responsibilities of the Diocese and the Bishop, it has long been the policy of the Diocese that excess deposits of parishes should be pooled for investment and management purposes.   This allows parishes to obtain a greater return than they would be able to get if they separately invested their funds and also allows for more professional management of the funds.   Historically, the monies have come to CBNA, as custodian and manager, to be deposited and invested.   Also, the parishes and other related entities, such as FCA who participated in the program were guaranteed a certain rate of return on their investments. The excess earnings were held in reserve in order to ensure that in times when the investments did not generate the guaranteed rate of return, there would be funds to cover the return to be paid. However, any funds in excess of the guaranteed return and not needed for reserves were to be paid to CBNA.   Over the years that reserve had built up to approximately $1,294,629.55 as of June 30, 2006.

L.     Approximately two years ago, I requested that CBNA, the Finance Council of the Diocese and parish administration explore whether there was another mechanism for investment of their excess funds that might better serve the parishes.   As a result, the Catholic Trust of

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Northern Alaska was formed (the "Trust") with George R. Elliott Jr., James Haselberger, Frederick A. Villa, Fr. Ross Tozzi, Harold Esmailka, Norman E Schmidt and myself, as Trustees.  The transfer of the investments from the parish deposit accounts to the Trust was completed in October 2007, even though, the establishment of the Trust and discussion regarding the manner in which the Trust would operate were ongoing since sometime in 2005.

M.    None of the reserves were transferred to the Trust.  The remaining reserves were paid to CBNA.

N.    CBNA provides administrative assistance to the Trustees for which it will receive a fee of approximately $7500 to $10,000 annually for doing so.

## VI.    **THE ENDOWMENT**

A.    Because of the many challenges that the Diocese, the parishes and missions have faced over the years of their existence, and in an effort to try and ensure that the vital programs within the Diocese and parishes can continue in some fashion, a collection of endowments was created by Bishop Robert Louis Whelan in approximately 1980 (collectively, the "Endowment"). The Endowment's purpose was to provide for the future of the Diocese, the parishes, the schools, the missions and the priests by ensuring the fiscal security of the Church, the parishes, schools, agencies and programs within the geographic territory of the Diocese.

B.    The Endowment was further refined and organized by Bishop Michael Kaniecki in approximately 1996.  The Endowment documents, among other things, describe certain established endowments to which a donor can donate.  The Endowment documents also allow for a donor to create an endowment to "meet specific personal giving objectives" that will then be administered by CBNA.  The Endowment's principal is preserved and cannot be used which is the case, to the best of my understanding, with any endowment.  The income or earnings from

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

the Endowment, however, are available either for restricted or unrestricted purposes depending upon the conditions imposed by the donor.

    C.    The Statement of Financial Affairs and the Schedules of Assets and Liabilities that I have reviewed and signed contain information regarding the Endowment and the nature of the restrictions.

## VII.    <u>REASONS FOR FILING REORGANIZATION CASE</u>

    A.    On March 1, 2008 (the "Petition Date"), I authorized the filing of the Chapter 11 reorganization case ("Reorganization Case").

    B.    I authorized the filing of the Reorganization Case in order to bring healing to victims, parishioners and other affected by the past acts of sexual abuse committed by clergy and others associated with the Diocese.

    C.    While the mission of a diocese is important to its people in all locations, I believe that the mission of the Fairbanks Diocese is even more important because of the economically disadvantaged areas it serves.

    D.    The Diocese is a stable, enriching element in the lives of the rural communities it serves. The areas suffer significant social maladies, such as alcoholism, domestic violence and suicide, which seem to plague Alaska's villages at greater rates than the national averages. A death in these communities literally reverberates in every cabin and household. The parish church serves as the focal point where the grieving gather, and the funeral rites, often led by Native Deacons, reconnects the people to cherished values. By offering both spiritual succor and common ground where all are welcome, the Catholic Church plays a distinctly crucial role in the continued vitality of village life.

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

E.    The unfortunate events which led to the litigation happened many years ago, and in spite of these historical allegations, which I and those involved in the mission and ministry take very seriously, the Diocese is and has been a pillar of the northern Alaska community.

F.    At the same time, it is critical that there be a way to bring healing to the victims, and I believe that this healing can be partially achieved by reorganizing CBNA's financial affairs pursuant to a plan of reorganization that will, among other things, fairly, justly, and equitably compensate the victims of sexual abuse by clergy, while allowing the Diocese to continue its ministry and mission.  It is through the Reorganization Case that the Diocese seeks to finally and comprehensively address the issues resulting from the abuse crisis that has caused great harm to the victims, has plunged CBNA into an even more dire financial condition, and has interfered with the Catholic Church's traditional ministries in the communities within the Diocese.

G.    At the same time, it is critical for CBNA to be able to maintain funding of programs within the Diocese which are essential to the financial reorganization of this religious organization, as well as providing for the continuation of the programs that the Diocese has put in place to educate and screen people working with the Diocese and to ensure that the Diocese can continue to provide care and counseling to those injured.  The ability of CBNA to reorganize its financial affairs and provide an orderly way to deal with victims of abuse, also allows the Diocese to continue programs recently started to respond to the crisis and to prevent future abuse.

H.    In addition, because CBNA depends almost entirely on the generosity of donors around the world, it is critical that those donors be assured that their donations go for the programs and ministries that they have historically supported.  I am mindful of the need to compensate the victims, but it is my goal in this Reorganization Case to be able to provide this

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

assurance to the donors, while at the same time finding a way to compensate victims.  If donations cease or are severely impacted, CBNA has no independent source of income nor income producing properties that can sustain its mission, much less compensate victims.

I.    Because of CBNA's financial condition and the numerous critical needs within the Diocese (including the needs of the victims), it is even more critical that there be meaningful participation by CBNA's insurers in order to be able to propose a plan of reorganization that achieves the healing that I want to bring to the victims, the parishioners and all associated with or dependent upon the Diocese and its mission and ministry.

## VIII.  SUPPORT OF FIRST DAY MOTIONS

A.    I have reviewed each of the First Day Motions.

B.    I am not a civil lawyer and do not in, this Declaration, make any statements regarding the legal effect of the First Day Motions.  However, with respect to the factual statements and allegations contained therein, I testify that they are correct to the best of my knowledge, information and belief.

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Declaration of Bishop Kettler

Page 18 of 21
In re *Catholic Bishop of Northern Alaska,* Case No. 08-00110-DMD

QBACTIVE\6116589.1

If called to testify in this matter, I would testify as set forth above under penalty of perjury of the laws of the United States.

RESPECTFULLY SUBMITTED this 2ⁿᵈ day of March, 2008.

Donald J Kettler
Bishop Donald J. Kettler

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Declaration of Bishop Kettler

In re *Catholic Bishop of Northern Alaska*, Case No. 08-_____-DMD

QBACTIVE\6116589.1

I hereby certify that a copy of the foregoing was served this 2nd day of March, 2008 on:

Kay Hill - U.S. Trustee
605 West 4th Avenue, Suite 258
Anchorage, Alaska 99501
Email: kay.hill@usdoj.gov

Robert B. Groseclose, Esq.
Cook, Schuhmann & Groseclose, Inc.
714 Fourth Ave., Suite 200
Fairbanks, AK 99701
Email: bob@alaskalaw.com

James I. Stang, Esq
Hamid Rafatjoo, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
Email: jstang@pszjlaw.com
Email: hrafatjoo@pszjlaw.com

David H. Bundy, Esq.
3201 C Street
Suite 301
Anchorage, AK 99503
Email: dhb@alaska.net

John C. Manly, Esq.
Manly, McGuire & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660
Email: jmanly@manlymcguire.com

Kenneth Roosa, Esq.
Christopher R. Cooke, Esq.
Cooke, Roosa & Valcarce, LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Email: Ken@CookeRoosa.com
Email: Chris@CookeRoosa.com

20 largest unsecured creditors

by first class mail and email, if available, or
by electronic means through the ECF system

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Declaration of Bishop Kettler

Page 20 of 21
In re *Catholic Bishop of Northern Alaska*, Case No. 08-00110-DMD

QBACTIVE\6116589.1

as indicated on the Notice of Electronic
filing.


By: /s/ Jane Friedman _____
       Jane Friedman, Paralegal
       Quarles & Brady LLP

**DORSEY &**
**WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Declaration of Bishop Kettler

Page 21 of 21
In re *Catholic Bishop of Northern Alaska*, Case No. 08-00110-DMD

QBACTIVE\6116589.1

# EXHIBIT 1

