IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CATHOLIC BISHOP OF NORTHERN ALASKA, | ) |
| | ) |
| Defendant. | ) |

Case No. 3:06-cv-00019

## APPLICATION FOR NON-RESIDENT ATTORNEY TO APPEAR AND PARTICIPATE

Pursuant to Rule 83.1 (C) (2), Rules of the United States District Court for the District of Alaska, Susan G. Boswell of Quarles & Brady, LLP, Tucson, Arizona, requests that she be permitted to appear and participate in the above matter as co-counsel for the defendant Catholic Bishop of Northern Alaska ("CBNA"). Applicant has been retained by CBNA and certifies that she is of good professional character and is a member in good standing of the Bar of Arizona. Attached is the original certificate of good standing, as well as the Declaration of Susan Boswell.

Applicant will be associated with Robert B. Groseclose of Cook Schuhmann & Groseclose, Inc., 714 4th Avenue, Suite 200, Fairbanks, Alaska 99701, telephone (907) 452-1855, who maintains his office in Fairbanks, Alaska, and is a member in good standing of the Bar of Alaska.

DATED: Tucson, Arizona, this 30th day of April, 2008

By: *signature*
Susan G. Boswell

QBACTIVE\6199035.1

## CONSENT TO PARTICIPATE

I hereby consent to the foregoing application and to the granting thereof.

Dated at Fairbanks, Alaska, this 5 day of May, 2008

           COOK SCHUHMANN & GROSECLOSE, INC.
           Attorneys for Defendant

           By: /s/ Robert B. Groseclose
           Robert B. Groseclose
           Cook Schuhmann & Groseclose, Inc.
           714 4th Avenue, Suite 200
           Fairbanks, Alaska 99701
           Phone: 907-452-1855
           Fax: 907-452-8154
           Email: bob@alaskalaw.com
           Alaska Bar No. 7605032

**CERTIFICATE OF SERVICE**
This is to certify that on the 5th day
of May, 2008 a copy of the foregoing
is being mailed via first class mail fully prepaid
to the following attorney(s) or party(s) of record:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501

Laura K. McNally and Philip C. Stahl
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

/s/ Carolyn Lane
for Cook Schuhmann & Groseclose, Inc.

Application of Non-Resident Attorney to Appear and Participate
Continental v. CBNA 3:06-cv-00019
Page 2 of 2
QBACTIVE\6199035.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CATHOLIC BISHOP OF NORTHERN ALASKA, | ) ) ) ) |
| Defendant. | ) ) ) |

Case No. 3:06-cv-00019 TMB

## DECLARATION OF SUSAN G. BOSWELL

I, Susan G. Boswell, declare as follows:

1.  I am an attorney and a member of Quarles and Brady, LLP attorneys for defendant, Catholic Bishop of Northern Alaska ("CBNA"), in this action. I make this declaration of my personal firsthand knowledge and, if called and sworn as a witness, I could and would testify competently to the facts stated herein.

2.  My home address is 4235 West Camino Pintoresco, Tucson, AZ 85745. I am a member of the law firm of Quarles & Brady, LLP, Tucson, Arizona 85701.

3.  I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. I have been admitted to practice in the following courts:

| *Title of Court* | *Admission Number* | *Admission Date* |
|---|---|---|
| State of Arizona | 4791 | 1977 |
| U.S. District Court for the District of Arizona | None | 1977 |
| State of Nevada | 4539 | 1992 |
| U.S. District Court District of Nevada | None | 1992 |
| United States Court of Appeals for the Ninth Circuit | None | 1990 (approximately) |

QBACTIVE\6199037.1

4.   I am not the subject of any pending disciplinary action in any jurisdiction or before any court to which I have been admitted to practice.

5.   I certify that I have read the local rules of this court and will faithfully abide by same.

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

Executed this 30th day of April, 2008, at Tucson, Arizona.

_____
Susan G. Boswell

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **SUSAN GAYLE BOSWELL,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on January 4, 1977, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 30th day of April, 2008.

_Leticia V. D'Amore_
Leticia V. D'Amore
Disciplinary Clerk