IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CONTINENTAL INSURANCE COMPANY,    )
                                  )
         Plaintiff,               )
                                  )
v.                                )
                                  )
CATHOLIC BISHOP OF NORTHERN       )
ALASKA,                           )
                                  )
         Defendant.               )
_____)

Case No. 3:06-cv-00019 TMB

## NOTICE REGARDING SERVICE ADDRESS
## FOR NON-RESIDENT ATTORNEYS

Defendant, Catholic Bishop of Northern Alaska ("CBNA"), by and through counsel, the law firm of Cook Schuhmann & Groseclose, Inc., gives notice that non-resident attorney Susan G. Boswell may be served by mail at Quarles & Brady Streich Lang LLP, One S. Church Ave., Suite 1700, Tucson AZ 85701. Her e-mail address is sboswell@quarles.com. Attorney David E. Paige may be served by mail at Quarles & Brady Streich Lang LLP, One Renissance Square, Two North Central Avenue, Phoenix, AZ 85004-2391. His e-mail address is dpaige@quarles.com.

DATED at Fairbanks, Alaska, this 9th day of May 2008.

                    COOK, SCHUHMANN & GROSECLOSE

                    By: s/Robert B. Groseclose
                        714 Fourth Avenue, Suite 200
                        Fairbanks, Alaska  99701
                        (907) 452-1855
                        (907) 452-8154
                        bob@alaskalaw.com
                        Alaska Bar No. 7605032

COOK SCHUHMANN
GROSECLOSE, INC.
4 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

**CERTIFICATE OF SERVICE**
This is to certify that on the 9th day of May 2008,
a copy of the foregoing document was served electronically on:

Gary A. Zipkin, Esq.

Laura K. McNally

Philip C. Stahl

s/Robert B. Groseclose
for Cook Schuhmann & Groseclose, Inc.

'OOK SCHUHMANN
GROSECLOSE, INC.
I4 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
AIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

Notice Regarding Service Addresses
CNA v. CBNA, 3:06-cv-19 TMB
Page 2 of 2