Gary A. Zipkin
**GUESS & RUDD P.C.**
510 L Street, Suite 700
Anchorage, Alaska  99501
Phone:  907-793-2200
Alaska Bar No. 7505048

**Attorneys for The Continental Insurance Company**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY,<br>             Plaintiff,<br>vs.<br>CATHOLIC BISHOP OF NORTHERN ALASKA,<br>             Defendant. | Case No. 3:06-cv-19-TMB |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.2(a), plaintiff Continental Insurance Company hereby requests oral argument on the defendant's Motion to Refer Case to Bankruptcy Court (Dkt. 62).

DATED at Anchorage, Alaska, this 12th day of May, 2008.

                                  GUESS & RUDD P.C.
                                  Attorneys for Plaintiff

                                  By:     s/ Gary A. Zipkin
                                            510 L Street, Suite 700
                                            Anchorage, Alaska  99501
                                            Phone: 907-793-2200
                                            Fax:    907-793-2299
                                            Email: gzipkin@guessrudd.com
                                            Alaska Bar No. 7505048

CERTIFICATE OF SERVICE

I hereby certify that on the
12th day of May, 2008, a copy
of the foregoing document was served
electronically on:

Robert B. Groseclose, Esq.
Laura K. McNally, Esq.
Philip C. Stahl, Esq.
Susan G. Boswell, Esq.
David E. Paige, Esq.

GUESS & RUDD P.C.


By:    s/ Gary A. Zipkin

F:\DATA\6024\3\pleading\31 request for OA (refer to Bk Ct).DOC