# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

CATHOLIC BISHOP OF NORTHERN
ALASKA, an Alaska religious
corporation sole,

Debtor.

Case No. F08-00110-DMD
Chapter 11

Filed On
5/19/08

## ORDER REQUIRING ELABORATE TERM SHEET
## AND ORDER SETTING CONTINUED TELEPHONIC STATUS AND
## SCHEDULING CONFERENCE

A status and scheduling conference was held on May 16, 2008. The following

parties made appearances:

| Name | Client | Telephonic or In Court |
|---|---|---|
| Susan Boswell | Debtor | Telephonic |
| Ford Elsaesser | Catholic Communities of Northern Alaska | Telephonic |
| Sara Lorber | Continental Insurance Co. | Telephonic |
| Charles Ekberg | Continental Insurance Co. | Telephonic |
| Laura McNally | Continental Insurance Co. | Telephonic |
| James Stang | Official Committee of Unsecured Creditors | Telephonic |
| Hamid Rafatjoo | Official Committee of Unsecured Creditors | Telephonic |
| Dennis LaGory | Catholic Mutual Relief Society of America | Telephonic |
| Michael Pompeo | Travelers Casualty and Surety Company | Telephonic |
| Clay Young | Travelers Casualty and Surety Company | In Court |
| John Wendlandt | Catholic Mutual Relief Society of America | In Court |
| David Bundy | Official Committee of Unsecured Creditors | In Court |
| Kay Hill | United States Trustee | In Court |
| Michael Mills | Debtor | In Court |

After hearing the comments of counsel and reviewing their memoranda, IT IS ORDERED:

    1.  The debtor shall submit an elaborate term sheet that fully sets out the

proposed treatment of unsecured tort claimants in this Chapter 11 proceeding to counsel for

the Unsecured Creditors Committee by **July 15, 2008**. The term sheet will not be filed with the court.

2. A continued status and scheduling conference will be held on **Thursday, August 14, 2008, at the hour of 9:00 a.m.**, before the undersigned, in the Historic Courtroom, Old Federal Building, 605 W. 4th Avenue, Anchorage, Alaska. A telephonic hearing has been scheduled. Out-of-town parties may participate telephonically by notifying the in-court clerks at 907/271-2655, ext. 2640 of their telephone numbers **at least three business days** prior to the hearing.

DATED: May 19, 2008.

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve: S. Boswell, Esq.
     F. Elsaesser, Esq.
     S. Lorber, Esq.
     C. Ekberg, Esq.
     L. McNally, Esq.
     J. Stang, Esq.
     H. Rafatjoo, Esq.
     D. LaGory, Esq.
     M. Pompeo, Esq.
     C. Young, Esq.
     J. Wendlandt, Esq.
     D. Bundy, Esq.
     K. Hill, Esq.
     M. Mills, Esq.
     Calendar

     05/19/08

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

CATHOLIC BISHOP OF NORTHERN
ALASKA, an Alaska religious
corporation sole,

Debtor.

Case No. F08-00110-DMD
Chapter 11

Filed On
5/19/08

## MEMORANDUM REGARDING
## STATUS AND SCHEDULING CONFERENCE

From my prospective, there are two categories of issues that should be
mediated prior to confirmation: (1) the liquidation of tort claims, their treatment under the
plan, and the funds payable by insurance companies upon such claims; (2) determination of
what is property of the estate with regard to a $16 million endowment and such other items
of property as the Unsecured Creditors Committee may claim to be property of the estate.
In my view, the first issue would be most efficiently and expeditiously mediated after the
December 2, 2008 claims bar date has passed. Issues regarding property of the estate could
be mediated on a faster track. With that in mind I request that the Unsecured Creditors
Committee draft an inventory of disputed property items that they consider property of the
estate and serve the list of disputed items on the debtor, the court and other interested parties
by **July 15, 2008**. It need not be filed. We could then discuss possible mediation of the
disputed items at the August 14, 2008 status and scheduling conference with an eye towards
mediating the property issues this fall. It may be beneficial to use different mediators for the

two issues.  In addition to the other mediators we discussed, Judge Herb Ross of Anchorage

would be available to mediate the second issue this fall.

DATED: May 19, 2008.

BY THE COURT

 /s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve: S. Boswell, Esq.
F. Elsaesser, Esq.
S. Lorber, Esq.
C. Ekberg, Esq.
L. McNally, Esq.
J. Stang, Esq.
H. Rafatjoo, Esq.
D. LaGory, Esq.
M. Pompeo, Esq.
C. Young, Esq.
J. Wendlandt, Esq.
D. Bundy, Esq.
K. Hill, Esq.
M. Mills, Esq.

05/19/08

# EXHIBIT C

PlnDue, DsclsDue, Efiled, OSL, 341concluded

## U.S. Bankruptcy Court
## Alaska (Fairbanks)
## Bankruptcy Petition #: 08-00110

*Assigned to:* Donald MacDonald IV
Chapter 11
Voluntary
Asset

*Date Filed:* 03/01/2008

**Debtor**
**Catholic Bishop of Northern Alaska**
1316 Peger Road
Fairbanks, AK 99709-5199
Tax id: 92-0019215
*aka*
**Catholic Diocese of Fairbanks**
*aka*
**The Diocese of Fairbanks**
*aka*
**CBNA**

represented by **David A. Paige**
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391
(602)230-5568
Fax : (602)229-5690
Email: dpaige@quarles.com

**Kasey C. Nye**
Quarles & Brady LLP
One South Church Avenue,
Suite 1700
Tucson, AZ 85701
520-770-8717
Fax : 520-770-2203
Email: knye@quarles.com

**Lori L. Winkelman**
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391
602-229-5452
Fax : 602-420-5033
Email: lwinkelm@quarles.com

**Michael R. Mills**
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite
600
Anchorage, AK 99501-5907
(907)276-4557
Fax : (907)276-4152
Email:
bankruptcyak@dorsey.com

**Robert B. Groseclose**

Cook, Schuhmann & Groseclose

714 Fourth Ave., Suite 200
Fairbanks, AK 99701
907-452-1855
Fax : 907-452-8154
Email: bob@alaskalaw.com

**Susan G. Boswell**
Quarles & Brady LLP
One South Church Avenue,
Suite 1700
Tucson, AZ 85701
520-770-8713
Fax : 520-770-2222
Email: sboswell@quarles.com

*U.S. Trustee*
**U.S. Trustee's Office**
605 West 4th Avenue, Suite 258
Anchorage, AK 99501-2252
(907) 271-2600

represented by **Kay (UST) Hill**
OFFICE OF THE U.S.
TRUSTEE
605 West 4th Avenue, Suite 258
Anchorage, AK 99501
(907)271-2600
Email: Kay.Hill@usdoj.gov

**William L. Courshon**
Office of the United States
Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000 x252
Fax : 206-553-2566
Email:
Bill.L.Courshon@usdoj.gov

*Creditor Committee*
**Official Committee of Unsecured Creditors**

represented by **David H. Bundy**
3201 C Street, Suite 301
Anchorage, AK 99503
(907)248-8431
Fax : (907)248-8434
Email: dhb@alaska.net

**James I. Stang**
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd, 11th
Floor
Los Angeles, CA 90067-4100
310-772-2354
Fax : 310-201-0760
Email: jstang@pszjlaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| 03/01/2008 | 1 | Chapter 11 Voluntary Petition. Fee Amount $1039. Filed by Susan G. Boswell on behalf of Catholic Bishop of Northern Alaska (Boswell, Susan) Modified on 3/3/2008 (ct/janet, ). **Receipt No. 539240, $1039.00 Paid 3/1/08.** (Entered: 03/01/2008) |
| 03/01/2008 | 2 | Motion to Appear pro hac vice for Susan Boswell Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/01/2008) |
| 03/01/2008 | 3 | Motion to Appear pro hac vice for Kasey Nye Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/01/2008) |
| 03/01/2008 | 4 | Motion to Appear pro hac vice for Lori Winkelman Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/01/2008) |
| 03/01/2008 | 5 | 20 Largest Unsecured Creditors Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/01/2008) |
| 03/01/2008 | 6 | Application to Employ Quarles & Brady LLP as General Reorganization and Restructuring Counsel for the Debtor and Debtor-In-Possession Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/01/2008) |
| 03/01/2008 | 7 | Application to Employ Dorsey & Whitney LLP as Local Counsel for Debtor and Debtor-In-Possession Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/01/2008) |
| 03/01/2008 | 8 | Application to Employ Cook, Schuhmann & Groseclose, Inc. as Special Litigation Counsel for the Debtor and Debtor-In-Possession Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) Modified on 3/4/2008 (ct/janet, ). **Note - the signed declaration page for Robert Groseclose is filed at DE# 39.** (Entered: 03/01/2008) |
| 03/01/2008 | 9 | Application to Employ Keegan, Linscott & Kenon, P.C. as Accountants & Financial Consultants for Debtor and Debtor-In-Possession Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) Modified on 3/4/2008 (ct/janet, ). **Note - the signed declaration page for Christopher Linscott is filed at DE# 40.** (Entered: 03/01/2008) |
| 03/01/2008 | 10 | Motion for Continuation of Utility Service and Approval of Adequate |

| | | |
|---|---|---|
| | | Assurance of Payment to Utility Company Under Section 366(b) *and Prohibiting Utility Service Providers from Altering, Refusing or Discontinuing Services* Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/01/2008) |
| 03/01/2008 | 11 | Motion Regarding Chapter 11 First Day Motions *MOTION FOR AN ORDER UNDER 11 U.S.C SECTIONS 105 AND 363 AUTHORIZING DEBTOR TO CONTINUE TO HONOR EMPLOYEE BENEFIT PLANS* Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/01/2008) |
| 03/01/2008 | 12 | Motion Regarding Chapter 11 First Day Motions *MOTION FOR AN ORDER UNDER 11 U.S.C. SECTION 107 AND FED. R. BANKR. P. 1007(J) AND 9018 AUTHORIZING DEBTOR TO FILE PORTIONS OF SCHEDULE F, THE MASTER MAILING LIST AND OTHER PLEADINGS AND DOCUMENTS UNDER SEAL AND RELATED RELIEF* Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/01/2008) |
| 03/01/2008 | 13 | Motion to Limit Notice *MOTION FOR ORDER ESTABLISHING OFFICIAL SERVICE LIST AND LIMITING NOTICE* Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/01/2008) |
| 03/01/2008 | 14 | Motion Regarding Chapter 11 First Day Motions *MOTION OF DEBTOR FOR ENTRY OF AN ORDER AUTHORIZING CONTINUED USE OF DEBTOR'S CASH MANAGEMENT SYSTEM, AND AUTHORIZING MAINTENANCE OF DEBTOR'S EXISTING BANK ACCOUNTS AND CONTINUED USE OF ITS BUSINESS FORMS* Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/01/2008) |
| 03/01/2008 | 15 | Declaration of Rev. Mr. George W. Bowder. Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (RE: 14 Motion Re: Chapter 11 First Day Motions, ). (Boswell, Susan) Modified on 3/4/2008 (ct/janet, ). **Note - the signed declaration page for George Bowder is filed at DE# 38.** (Entered: 03/01/2008) |
| 03/01/2008 | 16 | Motion *TO ESTABLISH MONTHLY PAYMENT PROCEDURES FOR PROFESSIONALS* Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/01/2008) |
| 03/01/2008 | 17 | Motion to Shorten Time *on First Day Motions* Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (related document(s)15 Declaration, 14 Motion Re: Chapter 11 First Day Motions,, 10 Motion for Continuation of Utility Service under Sec. 366(b), Motion for Continuation of Utility Service under Sec. 366(b), 13 Motion to Limit Notice, 12 Motion Re: Chapter 11 First Day Motions,, 11 Motion Re: Chapter 11 First Day |

|            |    | Motions, ). (Boswell, Susan) (Entered: 03/01/2008) |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 03/01/2008 | 18 | Notice of Hearing on *NOTICE OF FIRST DAY MOTIONS AND NOTICE OF HEARING* Filed by Susan G. Boswell on behalf of Catholic Bishop of Northern Alaska (related document(s)15 Declaration, 14 Motion Re: Chapter 11 First Day Motions,, 10 Motion for Continuation of Utility Service under Sec. 366(b), Motion for Continuation of Utility Service under Sec. 366(b), 17 Motion to Shorten Time,, 13 Motion to Limit Notice, 12 Motion Re: Chapter 11 First Day Motions,, 11 Motion Re: Chapter 11 First Day Motions, ). Hearing scheduled for 3/4/2008 at 03:00 PM at Anch - Historic Courtroom, Old Fed. Bldg. (Boswell, Susan) (Entered: 03/01/2008) |
| 03/02/2008 | 19 | Schedule A Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/02/2008) |
| 03/02/2008 | 20 | Schedule B Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/02/2008) |
| 03/02/2008 | 21 | Schedule B Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/02/2008) |
| 03/02/2008 | 22 | Schedule D Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/02/2008) |
| 03/02/2008 | 23 | Schedule E Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/02/2008) |
| 03/02/2008 | 24 | Schedule F Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/02/2008) |
| 03/02/2008 | 25 | Schedule G Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/02/2008) |
| 03/02/2008 | 26 | Schedule H Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/02/2008) |
| 03/02/2008 | 27 | Summary of Schedules Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/02/2008) |
| 03/02/2008 | 28 | Addendum regarding: *Summary of Schedules* Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (RE: 27 Summary of Schedules). (Boswell, Susan) (Entered: 03/02/2008) |
| 03/02/2008 | 29 | Statement of Financial Affairs. Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/02/2008) |

| 03/02/2008 | 30 | Notice *of Filing Statements and Schedules*. Filed by Susan G. Boswell on behalf of Catholic Bishop of Northern Alaska (related document(s)24 Schedule F - Creditors Holding Unsecured Nonpriority Claims, 19 Schedule A - Real Property, 20 Schedule B - Personal Property, 28 Addendum, 21 Schedule B - Personal Property, 27 Summary of Schedules, 26 Schedule H, 25 Schedule G, 23 Schedule E - Creditors Holding Unsecured Priority Claims, 22 Schedule D - Creditors Holding Secured Claims, 29 Statement of Financial Affairs). (Boswell, Susan) (Entered: 03/02/2008) |
|---|---|---|
| 03/02/2008 | 31 | Declaration of Bishop Donald J. Kettler. Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/02/2008) |
| 03/03/2008 | 32 | Hard Copy of Creditor Matrix. Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 03/03/2008) |
| 03/03/2008 | 33 | ****** Notice of Appearance and Request for Service by Kay (UST) Hill Filed by Kay (UST) Hill on behalf of U.S. Trustee's Office (Hill, Kay) (Entered: 03/03/2008) |
| 03/03/2008 | 34 | Ex Parte Order Permitting Non-Resident Attorney To Appear And Participate [Susan G. Boswell]. Serve: Boswell; Mills; UST. (Related Doc #2 Motion To Appear pro hac vice) (ct/lori) (Entered: 03/03/2008) |
| 03/03/2008 | 35 | Ex Parte Order Permitting Non-Resident Attorney To Appear And Participate [Kasey C. Nye]. Serve: Boswell; Nye; UST. (Related Doc #3 Motion To Appear pro hac vice) (ct/lori) (Entered: 03/03/2008) |
| 03/03/2008 | 36 | Ex Parte Order Permitting Non-Resident Attorney To Appear And Participate [Lori L. Winkleman]. Serve: Boswell; Winkelman; Mills; UST. (Related Doc #4 Motion To Appear pro hac vice) (ct/lori) (Entered: 03/03/2008) |
| 03/03/2008 | 37 | Declaration of Rev. Mr. George W. Bowder. Filed by Kasey C. Nye on behalf of Debtor Catholic Bishop of Northern Alaska (RE: 15 Declaration, 16 Generic Motion). (Nye, Kasey) (Entered: 03/03/2008) |
| 03/03/2008 | 38 | Notice of Filing Original Signature of *Rev. Mr. George W. Bowder*. Filed by Kasey C. Nye on behalf of Catholic Bishop of Northern Alaska (related document(s)15 Declaration). (Nye, Kasey) (Entered: 03/03/2008) |
| 03/03/2008 | 39 | Notice of Filing Original Signature of *Robert B. Groseclose*. Filed by Kasey C. Nye on behalf of Catholic Bishop of Northern Alaska (related document (s)8 Application to Employ). (Nye, Kasey) (Entered: 03/03/2008) |
| 03/03/2008 | 40 | Notice of Filing Original Signature of *Christopher G. Linscott*. Filed by |

| | | |
|---|---|---|
| | | Kasey C. Nye on behalf of Catholic Bishop of Northern Alaska (related document(s)9 Application to Employ). (Nye, Kasey) (Entered: 03/03/2008) |
| 03/03/2008 | 41 | ######### Notice of Appearance AND Request for Special Notice by David H. Bundy. Filed by David H. Bundy on behalf of Unofficial Tort Claimants Committee (Bundy, David) (Entered: 03/03/2008) |
| 03/03/2008 | 42 | Ex Parte Motion to Appear pro hac vice *by James I Stang and Hamid R Rafatjoo* Filed by David H. Bundy on behalf of Creditor Committee Unofficial Tort Claimants Committee (Attachments: # 1 James Stang Certificate of Good Standing# 2 Hamid Rafatjoo Certificate of Good Standing) (Bundy, David) (Entered: 03/03/2008) |
| 03/03/2008 | 43 | ######### Notice of Appearance AND Request for Special Notice by William L. Courshon. Filed by William L. Courshon on behalf of U.S. Trustee's Office (Courshon, William) (Entered: 03/03/2008) |
| 03/04/2008 | 44 | Response to *Motion for Order Limiting Notice* Filed by David H. Bundy on behalf of Creditor Committee Unofficial Tort Claimants Committee (RE: 13 Motion to Limit Notice). (Bundy, David) (Entered: 03/04/2008) |
| 03/04/2008 | 45 | Response to *Debtor's Cash Management Motion* Filed by David H. Bundy on behalf of Creditor Committee Unofficial Tort Claimants Committee (RE: 14 Motion Re: Chapter 11 First Day Motions, ). (Bundy, David) (Entered: 03/04/2008) |
| 03/04/2008 | 46 | Response to *Debtor's Motion to File Documents Under Seal* Filed by David H. Bundy on behalf of Creditor Committee Unofficial Tort Claimants Committee (RE: 12 Motion Re: Chapter 11 First Day Motions, ). (Bundy, David) (Entered: 03/04/2008) |
| 03/04/2008 | 47 | Limited Opposition to *Debtor's Motion re Utilities.* Filed by David H. Bundy on behalf of Creditor Committee Unofficial Tort Claimants Committee (RE: 10 Motion for Continuation of Utility Service under Sec. 366(b), Motion for Continuation of Utility Service under Sec. 366(b)). (Bundy, David) (Entered: 03/04/2008) |
| 03/04/2008 | 48 | Opposition to *Debtor's Motion re Employee Benefit Plans.* Filed by David H. Bundy on behalf of Creditor Committee Unofficial Tort Claimants Committee (RE: 11 Motion Re: Chapter 11 First Day Motions, ). (Bundy, David) (Entered: 03/04/2008) |
| 03/04/2008 | 49 | Ex Parte Motion to Appear pro hac vice *in a Specific Case* Filed by James I. Stang on behalf of Creditor Committee Unofficial Tort Claimants Committee (Stang, James) (Entered: 03/04/2008) |
| 03/04/2008 | 50 | Declaration of James I Stang and David H Bundy, attorneys for unofficial |

| | | |
|---|---|---|
| | | tort claimants committee. Filed by David H. Bundy on behalf of Creditor Committee Unofficial Tort Claimants Committee (Bundy, David) (Entered: 03/04/2008) |
| 03/04/2008 | 51 | Ex Parte Order Granting Application Of Non-Resident Attorneys To Appear In A Specific Case Pro Hac Vice [James I. Stang and Hamid R. Rafatjoo for Unoffical Tort Claimants Committee]. Serve: Mills; Boswell; Nye; Winkelman; Hill; Courshon; Bundy; Stang. (Related Doc #49 Motion To Appear pro hac vice) (ct/lori) (Entered: 03/04/2008) |
| 03/04/2008 | 52 | Certificate of Service *Supplemental Proof of Service* Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (RE: 10 Motion for Continuation of Utility Service under Sec. 366(b), Motion for Continuation of Utility Service under Sec. 366(b)). (Boswell, Susan) (Entered: 03/04/2008) |
| 03/04/2008 | 53 | Certification of *(Verification) Schedules, Statement of Financial Affairs and Creditor Matrix.* Filed by Michael R. Mills on behalf of Debtor Catholic Bishop of Northern Alaska (RE: 24 Schedule F - Creditors Holding Unsecured Nonpriority Claims, 19 Schedule A - Real Property, 20 Schedule B - Personal Property, 21 Schedule B - Personal Property, 27 Summary of Schedules, 32 Matrix, 26 Schedule H, 25 Schedule G, 23 Schedule E - Creditors Holding Unsecured Priority Claims, 22 Schedule D - Creditors Holding Secured Claims, 29 Statement of Financial Affairs). (Mills, Michael) (Entered: 03/04/2008) |
| 03/04/2008 | 54 | Request of Creditor for Notices or to be Added To the Matrix by Cooke Roosa LLC. With crt svc. (ct/maggie) (Entered: 03/05/2008) |
| 03/04/2008 | 55 | Proceeding Memo of A) Hearing on 10 Motion Under 11 U.S.C. Section 366 For Order Determining That Utilities are Adequately Protected; and Prohibiting Utility Service Providers From Altering, Refusing or Disconnecting Services; B) Hearing on 11 Motion For An Order Under 11 U.S.C. Sections 105 and 363 Authorizing Debtor To Continue to Honor Employee Benefit Plans; C) Hearing on 12 Motion For An Order Under 11 U.S.C. Section 107 and Fed. R. Bankr. P. 1007(J) and 9018 Authorizing Debtor To File Portions of Schedule F, The Master Mailing List And Other Pleadings and Documents Under Seal and Related Relief; D) Hearing on 13 Motion For Order Establishing Official Service List And Limiting Notice; E) Hearing on 14 Motion of Debtor For Entry of An Order Authorizing Continued Use of Debtor's Cash Managment System, And Authorizing Maintenance of Debtor's Existing Bank Accounts and Continued Use Of Its Business Forms; and F) Hearing on 17 Motion For Shortened Time on First Day Motions. **\*\*\* See proceeding memo for specifics/details regarding each motion. Orders will be lodged.** . (ct/lori) (Entered: 03/05/2008) |
| 03/05/2008 | 56 | Order Granting Debtor's Motion Determining That Utilities Are Adequately Protected And Prohibiting Utility Service Providers From Altering, Refusing |

| | | |
|---|---|---|
| | | Or Discontinuing Services. Serve: Boswell; Mills; Hill; Cooke; Stang; Bundy. (Related Doc # 10 Motion) (ct/lori) (Entered: 03/05/2008) |
| 03/05/2008 | 57 | Order Granting Debtor's Motion Authorizing Debtor To Continue To Honor Employee Benefit Plans. Serve: Boswell; Mills; Hill; Cooke; Stang; Bundy. (Related Doc # 11 Motion) (ct/lori) (Entered: 03/05/2008) |
| 03/05/2008 | 58 | Order Granting Order Shortening Time On First Day Motions. Serve: Boswell; Mills; Hill; Cooke; Stang; Bundy. (Related Doc #17 Motion For Shortened Time) (ct/lori) (Entered: 03/05/2008) |
| 03/05/2008 | 59 | Order Granting Debto's Motion Establishing Official Service List Limiting Notice And Requiring Section 341(a) Notice. Serve: Boswell; Mills; Hill; Cooke; Stang; Bundy; Case Mgr. (Related Doc #13 Motion To Limit Notice) (ct/lori) (Entered: 03/05/2008) |
| 03/05/2008 | 60 | Sua Sponte Order Supplementing Order Granting Debtor's Motion Establishing Official Service List And Limiting Notice. Serve: Boswell; Mills; Hill; Cooke; Stang; Bundy; Case Mgr. (related document(s)13 Motion to Limit Notice, 59 Order on Motion To Limit Notice) (ct/lori) (Entered: 03/05/2008) |
| 03/06/2008 | 61 | Order Granting Debtor's Motion Authorizing Debtor To File Portions Of Schedule F, The Master Mailing List And Other Pleadings And Documents Under Seal And Related Relief. Serve: Boswell; Mills; Hill; Cooke; Stang; Bundy; Case Mgr. (Related Doc # 12 Motion) (ct/lori) (Entered: 03/06/2008) |
| 03/05/2008 | 62 | Miscellaneous case 08-60110. Creation of OSL - Official Service List. Miscellaneous Event for the Purposes of Creating an OSL. This miscellaneous case is only being opened administratively for the purpose of creating a matrix. No further pleadings shall be docketed in the miscellaneous case. The miscellaneous OSL case number is: **08-60110**. (ct/janet, ) Modified on 3/6/2008 (ct/janet, ). (Entered: 03/06/2008) |
| 03/05/2008 | 63 | AKLBF 37B - Declaration of debtor and counsel (with original signatures), Re: Electronic Filing of Petition, Schedules and Statements (and Plan if Ch 12 or 13 Case). (ct/maggie) (Entered: 03/06/2008) |
| 03/06/2008 | 64 | Interim Order Granting Debtor's Motion Authorizing Continued Use Of Debtor's Cash Managment System, And Authorizing Maintenance Of Debtor's Existing Bank Accounts And Continued Use Of Its Business Forms. Serve: Boswell; Mills; Hill; Cooke; Stang; Bundy; Calendar. (Related Doc # 14 Motion) (ct/lori) (Entered: 03/06/2008) |
| 03/06/2008 | 65 | **[Under Seal]** Confidential *Master Mailing List*. **Please Note:** *only court employees have access to view these documents.* Filed by Michael R. Mills on behalf of Debtor Catholic Bishop of Northern Alaska (RE: 12 Motion Re: |

| | | |
|---|---|---|
| | | Chapter 11 First Day Motions, ). (Mills, Michael) (Entered: 03/06/2008) |
| 03/07/2008 | 66 | Amended Creditor Matrix. Fee Amount $26. Filed by Kasey C. Nye on behalf of Debtor Catholic Bishop of Northern Alaska (Nye, Kasey) Modified on 3/10/2008 (ct/janet, ). **Receipt No. 540561, $26.00 Paid 3/7/08.** (Entered: 03/07/2008) |
| 03/07/2008 | 67 | **[Under Seal]** Confidential *Schedule F*. **Please Note:** *only court employees have access to view these documents*. Filed by Kasey C. Nye on behalf of Debtor Catholic Bishop of Northern Alaska (Nye, Kasey) (Entered: 03/07/2008) |
| 03/07/2008 | 68 | Notice of Hearing on *Notice of 341 Creditors Meeting* Filed by Susan G. Boswell on behalf of Catholic Bishop of Northern Alaska 341(a) meeting to be held on 4/9/2008 at 10:00 AM at Room 250 - Old Federal Building (cred mtg room). (Boswell, Susan) (Entered: 03/07/2008) |
| 03/07/2008 | 69 | Certificate of Service *of Chapter 11 Bankruptcy Case, Meeting of Creditors and Deadlines* Filed by Kasey C. Nye on behalf of Debtor Catholic Bishop of Northern Alaska (RE: 68 Notice of Hearing, ). (Nye, Kasey) (Entered: 03/07/2008) |
| 03/07/2008 | 70 | Notice *of Amendment to Creditor Matrix*. Filed by Kasey C. Nye on behalf of Catholic Bishop of Northern Alaska (related document(s)66 Amended Creditor Matrix (Fee)). (Nye, Kasey) (Entered: 03/07/2008) |
| 03/10/2008 | 71 | Notice of Hearing on *Debtor's Cash Management Motion* Filed by Susan G. Boswell on behalf of Catholic Bishop of Northern Alaska (related document (s)64 Order on Motion Re: Chapter 11 First Day Motions,, 14 Motion Re: Chapter 11 First Day Motions,, Utility Event to Update Hearing Date(s)). Hearing scheduled for 4/9/2008 at 03:00 PM at Anch - Historic Courtroom, Old Fed. Bldg. (Boswell, Susan) (Entered: 03/10/2008) |
| 03/11/2008 | 72 | Notice of Hearing Combined with Objection Date for Motion re: *Approval of Monthly Payment Procedures for Professionals*. Filed by Michael R. Mills on behalf of Catholic Bishop of Northern Alaska (related document(s)16 Generic Motion). Objections due by 3/31/2008.Hearing scheduled for 4/9/2008 at 03:00 PM at Anch - Historic Courtroom, Old Fed. Bldg. (Attachments: # 1 Matrix Used for Service) (Mills, Michael) (Entered: 03/11/2008) |
| 03/12/2008 | 73 | Letter received from Mary Johns on behalf of CT Corp, regarding service of DE#10 Motion for Continuation of Utility Service under Sec. 366(b), Motion for Continuation of Utility Service under Sec. 366(b). (ct/robbi, ) (Entered: 03/12/2008) |
| 03/12/2008 | 74 | ######### Notice of Appearance AND Request for Special Notice by |

| | | |
|---|---|---|
| | | Charles R. Ekberg. Filed by Charles R. Ekberg on behalf of Continental Insurance Company (Ekberg, Charles) (Entered: 03/12/2008) |
| 03/12/2008 | 75 | Letter received from Mary Johns on behalf of CT Corp, regarding service of DE# 56 Order on Motion for Continuation of Utility Service). (ct/robbi, ) (Entered: 03/12/2008) |
| 03/13/2008 | 76 | Notice *of Filing Response to Letters Filed by CT Corporation*. Filed by Lori L. Winkelman on behalf of Catholic Bishop of Northern Alaska (related document(s)75 Document, 73 Document, 10 Motion for Continuation of Utility Service under Sec. 366(b), Motion for Continuation of Utility Service under Sec. 366(b)). (Winkelman, Lori) (Entered: 03/13/2008) |
| 03/14/2008 | 77 | Amended Application *for Employment of Keegan Linscott and Kenon* Filed by Lori L. Winkelman on behalf of Debtor Catholic Bishop of Northern Alaska (related document(s)9 Application to Employ, ). (Winkelman, Lori) (Entered: 03/14/2008) |
| 03/14/2008 | 78 | ****** Notice of Appearance and Request for Service by Stephen P. Baker Filed by Stephen P. Baker on behalf of irs (Baker, Stephen) (Entered: 03/14/2008) |
| 03/17/2008 | 79 | ######### Notice of Appearance AND Request for Special Notice by John C. Manly. Filed by John C. Manly on behalf of Unofficial Tort Claimants Committee (ct/janet, ) (Entered: 03/18/2008) |
| 03/18/2008 | 80 | Income Expense Report Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (RE: Utility Event - Update Deadlines (Schedules)). (Boswell, Susan) (Entered: 03/18/2008) |
| 03/21/2008 | 81 | Amended Income Expense Report Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) Modified on 3/21/2008 (ct/janet, ). (Entered: 03/21/2008) |
| 03/21/2008 | 82 | Supplemental Declaration of Michael R. Mills, attorney. Filed by Michael R. Mills on behalf of Debtor Catholic Bishop of Northern Alaska (RE: 7 Application to Employ). (Mills, Michael) (Entered: 03/21/2008) |
| 03/22/2008 | 83 | Request for Notice by Recovery Management Systems Corporation. (Singh, Ramesh) (Entered: 03/22/2008) |
| 03/24/2008 | 84 | Order Authorizing Debtor's Application For Order Authorizing Employment of Cook, Schuhmann & Groseclose, Inc. As Special Litigation Counsel For The Debtor And Debtor-In-Possession. Serve: Boswell; Mills; Cook Schuhmann & Groseclose; UST. (Related Doc #8 Application to Employ) (ct/lori) (Entered: 03/24/2008) |
| | | |

| 03/24/2008 | 85 | Order Authorizing Debtor's Application For Order Authorizing Employment Of Quarles & Brady LLP As General Reorganization And Restructuring Counsel For The Debtor And Debtor-In-Possession. Serve: Boswell; Mills; Quarels& Brady; UST. (Related Doc #6 Application to Employ) (ct/lori) (Entered: 03/24/2008) |
| 03/24/2008 | 86 | Amended Order Authorizing Debtor's Amended Application Authorizing Employment of Keegan, Linscott & Kenon, PC As Accountant And Financial Consultants For Debtor And Debtor-In-Possession. Serve: Nye; Winkelman; Mills; Boswell; Courshon; Hill; QC. (Related Doc #77 Amend Application), (Related Doc #9 Application to Employ) (ct/lori) (Entered: 03/24/2008) |
| 03/27/2008 | 87 | Ex Parte Motion to Appear pro hac vice *in a Specific Case* Filed by Charles R. Ekberg on behalf of Interested Party Continental Insurance Company (Ekberg, Charles) (Entered: 03/27/2008) |
| 03/27/2008 | 88 | Ex Parte Motion to Appear pro hac vice *by D. Christian and S. Lorber of Seyfarth Shaw LLP* Filed by Charles R. Ekberg on behalf of Interested Party Continental Insurance Company (Ekberg, Charles) Modified on 3/27/2008 (ct/janet, ). ***Mr. Ekberg's office was notified that he cannot file the motions to appear on behalf of Christian and Lorber.*** (Entered: 03/27/2008) |
| 03/27/2008 | 89 | Motion to Shorten Time *on Debtor's Motion for Authority to Use Restricted and Unrestricted Donations for Certain Construction Projects* Filed by Michael R. Mills on behalf of Debtor Catholic Bishop of Northern Alaska (Mills, Michael) (Entered: 03/27/2008) |
| 03/27/2008 | 90 | Supporting Declaration of Kasey Nye, attorney. Filed by Michael R. Mills on behalf of Debtor Catholic Bishop of Northern Alaska (RE: 89 Motion to Shorten Time). (Mills, Michael) (Entered: 03/27/2008) |
| 03/27/2008 | 91 | Order Granting Debtor's Motion For Shortened Time. Hearing on Construction Motion is scheduled for 4/9/2008 at 02:00 PM at Anch - Historic Courtroom, Old Fed. Bldg. Serve: Mills; Nye; Winkelman; Grosecloae; Baker; Boswell; Bundy; Ekberg; Rafatjoo; Stang; Cooke; Linscott; Manly; Hill; Courshon; Calendar. (Related Doc #89 Motion To Shorten Time) (ct/lori) (Entered: 03/27/2008) |
| 03/28/2008 | 92 | Notice of Intent to Take Compensation Pursuant to AK LBR 2016-2, for the following individual(s): *Bishop Donald J. Kettler.* Filed by Michael R. Mills on behalf of Debtor Catholic Bishop of Northern Alaska (Mills, Michael) (Entered: 03/28/2008) |
| 03/28/2008 | 93 | Emergency Motion *for Authority to Use Restricted and Unrestricted Funds for Certain Construction Projects* Filed by Kasey C. Nye on behalf of Debtor Catholic Bishop of Northern Alaska (Nye, Kasey) (Entered: 03/28/2008) |

| 03/28/2008 | 94 | Declaration of Rev. George W. Bowder. Filed by Kasey C. Nye on behalf of Debtor Catholic Bishop of Northern Alaska (RE: 93 Generic Motion). (Attachments: # 1 Exhibit 1 through 4# 2 Exhibit 5# 3 Exhibit 6 and 7) (Nye, Kasey) (Entered: 03/28/2008) |
|---|---|---|
| 03/28/2008 | 95 | Declaration of Sr. Kathy Radich. Filed by Kasey C. Nye on behalf of Debtor Catholic Bishop of Northern Alaska (RE: 93 Generic Motion). (Nye, Kasey) (Entered: 03/28/2008) |
| 03/28/2008 | 96 | Declaration of Bishop Donald J. Kettler. Filed by Kasey C. Nye on behalf of Debtor Catholic Bishop of Northern Alaska (RE: 93 Generic Motion). (Nye, Kasey) (Entered: 03/28/2008) |
| 03/28/2008 | 97 | Notice of Hearing Combined with Objection Date for Motion re: *Emergency Motion for Authority to Use Restricted and Unrestricted Funds for Certain Construction Projects.* Filed by Kasey C. Nye on behalf of Catholic Bishop of Northern Alaska (related document(s)93 Generic Motion). Objections due by 4/8/2008.Hearing scheduled for 4/9/2008 at 02:00 PM at Anch - Historic Courtroom, Old Fed. Bldg. (Nye, Kasey) (Entered: 03/28/2008) |
| 03/31/2008 | 98 | Motion *to file Appointment of Committee of Unsecured Creditors Under Seal* Filed by Kay (UST) Hill on behalf of U.S. Trustee U.S. Trustee's Office (Hill, Kay) (Entered: 03/31/2008) |
| 03/31/2008 | 99 | Notice of *Filing of the U.S. Trustee's Motion to File Appointment of Committee of Unsecured Creditors under Seal and for Order and Time for Filing Objections.* Filed by Kay (UST) Hill on behalf of U.S. Trustee's Office (related document(s)98 Generic Motion). Objections due by 4/2/2008. (Hill, Kay) (Entered: 03/31/2008) |
| 04/01/2008 | 100 | Ex Parte Order Granting Application Of Non-Resident Attorney To Appear In A Specific Case Pro Hav Vice [Charles R. Ekberg]. Serve: Ekberg; Mills; Nye; Winkleman; Groseclose; Baker; Boswell; Bundy; Rafatjoo; Stang; Cooke; Linscott; Manly; Hill; Courshon. (Related Doc #87 Motion To Appear pro hac vice) (ct/lori) (Entered: 04/01/2008) |
| 04/01/2008 | 101 | Order Authorizing Employment of Dorsey & Whitney As Local Counsel. Serve: Mills; Boswell; UST. (Related Doc #7 Application to Employ) (ct/lori) (Entered: 04/01/2008) |
| 04/02/2008 | 102 | ######### Notice of Appearance AND Request for Special Notice by Ford Elsaesser. Filed by Ford Elsaesser on behalf of Catholic Church Communities of Northern Alaska (Elsaesser, Ford) Modified on 4/3/2008 (ct/janet, ). **See DE# 107 for the correct image for this entry.** (Entered: 04/02/2008) |
| 04/02/2008 | 103 | Motion to Appear pro hac vice *Without Retention of Local Counsel* Filed by |

| | | |
|---|---|---|
| | | Ford Elsaesser on behalf of Interested Party Catholic Church Communities of Northern Alaska (Elsaesser, Ford) (Entered: 04/02/2008) |
| 04/02/2008 | 104 | Declaration of Ford Elsaesser-Attorney for Catholic Church Communities of Northern Alaska. Filed by Ford Elsaesser on behalf of Interested Party Catholic Church Communities of Northern Alaska (RE: 103 Motion to Appear pro hac vice. (Attachments: # 1 Exhibit Curriculum Vitae) (Elsaesser, Ford) (Entered: 04/02/2008) |
| 04/02/2008 | 105 | Declaration of Ford Elsaesser, Attorney for Catholic Church Communities of Northern Alaska. Filed by Ford Elsaesser on behalf of Interested Party Catholic Church Communities of Northern Alaska (RE: 103 Motion to Appear pro hac vice. (Attachments: # 1 Exhibit A List of parishes# 2 Exhibit B - Retention letter) (Elsaesser, Ford) (Entered: 04/02/2008) |
| 04/03/2008 | 106 | Certificate of No Objection re: *U.S. Trustee's Motion to File Appointment of Committee of Unsecured Creditors Under Seal.* Filed by Kay (UST) Hill on behalf of U.S. Trustee U.S. Trustee's Office (RE: 99 Notice of Motion,, 98 Generic Motion, 61 Order on Motion Re: Chapter 11 First Day Motions, ). (Hill, Kay) (Entered: 04/03/2008) |
| 04/03/2008 | 107 | CORRECTIVE ENTRY - in a previous docket entry (noted below) the image attached was incorrect ; the proper image is attached herewith. Filed by Ford Elsaesser on behalf of Interested Party Catholic Church Communities of Northern Alaska (RE: 102 Notice of Appearance / Special Notice). (Elsaesser, Ford) (Entered: 04/03/2008) |
| 04/03/2008 | 108 | Order Granting The United States Trustee's Motion To File Appointment Of Committee Of Unsecured Creditors Under Seal. Serve: Hill; Boswell; Mills; Bundy; Case Mgr. (Related Doc #98 Motion) (related document(s 99 Notice). (ct/lori) (Entered: 04/03/2008) |
| 04/03/2008 | 109 | **[Under Seal]** Confidential *Appointment of Committee of Unsecured Creditors.* **Please Note:** *only court employees have access to view these documents.* Filed by Kay (UST) Hill on behalf of U.S. Trustee U.S. Trustee's Office (RE: 99 Notice of Motion,, 108 Generic Order, 98 Generic Motion). (Hill, Kay) (Entered: 04/03/2008) |
| 04/03/2008 | 110 | Certificate of Service Filed by Ford Elsaesser on behalf of Interested Party Catholic Church Communities of Northern Alaska (RE: 105 Declaration,, 104 Declaration,, 107 Corrective Entry by Counsel (with proper image attached), Corrective Entry by Counsel (with proper image attached), 102 Notice of Appearance / Special Notice,, 103 Motion to Appear pro hac vice). (Elsaesser, Ford) (Entered: 04/03/2008) |
| 04/03/2008 | 111 | Certificate of Service *Appointment of Committee of Unsecured Creditors* Filed by Elaine on behalf of U.S. Trustee U.S. Trustee's Office (RE: 109 Confidential Document / Under Seal, ). (Elaine, ) (Entered: 04/03/2008) |

| 04/03/2008 | 112 | Ex Parte Application of Non-Resident Attorneys to Appear In A Specific Case Pro Hac Vice [AK LBR 2090-1(b)]. Filed by Sara E. Lorber , David C. Christian on behalf of Continental Insurance Company. With Certificates of Good Standing. (ct/janet, ) (Entered: 04/03/2008) |
|---|---|---|
| 04/04/2008 | 113 | Ex Parte Order Allowing Appearance Pro Hac Vice Without Retention Of Local Counsel [Ford Elsaesser and James S. MacDonald]. Serve: Nye; Winkleman; Mills; Groseclose; Boswell; Courshon; Hill; Elsaesser; MacDonald; Case Mgr. (Related Doc #103 Motion To Appear pro hac vice) (ct/lori) (Entered: 04/04/2008) |
| 04/08/2008 | 114 | Response to /Official Committee of Unsecured Creditor's Response to Debtor's Emergency Motion For Authority To Use Restricted And Unrestricted Funds For Certain Construction Projects. Filed by James I. Stang on behalf of Creditor Unofficial Tort Claimants Committee (related document(s)93 Generic Motion). (Stang, James) (Entered: 04/08/2008) |
| 04/08/2008 | 115 | Objection/Evidentiary Objections to Declarations of Bishop Donald J. Kettler, Rev. George W. Bowder and Sister Kathy Radich in Support of Emergency Motion For Authority to use Restricted and Unrestricted Funds for Certain Construction Projects [Ref. 93, 94, 95 and 96] Filed by James I. Stang on behalf of Creditor Unofficial Tort Claimants Committee (Stang, James) Modified on 4/8/2008 (ct/janet, ). **Related docs DE# 93 Motion, 94 Declaration, 95 Declaration, 96 Declaration.** (Entered: 04/08/2008) |
| 04/08/2008 | 116 | Ex Parte Application Of Non-Resident Attorneys To Appear In A Specific Case Pro Hac Vice [AK LBR 2090-1(b)] [Philip C. Stahl and Laura K. McNally of Grippo & Elden, LLC]. Filed by Laura K. McNally and Philip C. Stahl on behalf of Interested Party Continental Insurance Company; with certificates of admissions attached. **Note - Signatures appear to be copies and not originals.** (ct/lori, ) Modified on 4/8/2008 (ct/janet, ). (Entered: 04/08/2008) |
| 04/09/2008 | 117 | Reply to Committee Response Regarding Construction Motion Filed by Michael R. Mills on behalf of Debtor Catholic Bishop of Northern Alaska (related document(s)93 Generic Motion, 114 Response). (Attachments: # 1 Matrix Used for Service) (Mills, Michael) Modified on 4/10/2008 (ct/janet, ). **added related doc.** (Entered: 04/09/2008) |
| 04/09/2008 | 118 | Proceeding Memo of Hearing on Emergency Motion For Authority To Use Restricted And Unrestricted Funds For Certain Construction Projects. *** See pro memo for specifics/details. Court heard testimony of the witnesses and arguments of the parties. Matter is taken under advisement. Court will prepare order. *** (related document(s)93 Motion). (ct/lori) (Entered: 04/10/2008) |
| 04/09/2008 | 119 | Proceeding Memo of A) Final Hearing on Motion Of Debtor For Entry of An Order Authorizing Continued Use of Debtor's Cash Management System, |

| | | |
|---|---|---|
| | | And Authorizing Maintenance of Debtor's Existing Bank Accounts and Continued Use Of Its Business Forms [DE# 14]; *** *Parties have reached an agreement and will submit a stipulated order* ; *** B) Hearing on Motion to Establish Monthly Payment Procedure For Professionals [DE# 16]; *** *Parties have reached an agreement and will submit a stipulated order.* *** (related document(s)16 Motion, 14 Motion). (ct/lori) (Entered: 04/10/2008) |
| 04/10/2008 | 120 | Order Granting, In Part, Emergency Motion For Authority To Use Restricted And Unrestricted Funds For Certain Construction Projects Pending Ruling On Remainder Of Motion. Serve: Boswell; Mills; Stang; Bundy; Elsaesser; UST. (Related Doc #93 Motion) (ct/lori) (Entered: 04/10/2008) |
| 04/16/2008 | 121 | Amended Affidavit of Ford Elsaesser. Filed by Ford Elsaesser on behalf of Interested Party Catholic Church Communities of Northern Alaska (RE: 105 Declaration, ). (Elsaesser, Ford) (Entered: 04/16/2008) |
| 04/16/2008 | 122 | Notice *of Lodging Stipulated Order Establishing Monthly Payment Procedure for Professionals*. Filed by Susan G. Boswell on behalf of Catholic Bishop of Northern Alaska (related document(s)16 Generic Motion). (Boswell, Susan) (Entered: 04/16/2008) |
| 04/16/2008 | 123 | Notice *of Lodging Stipulated Order Granting Debtors Motion Authorizing Continued Use of Debtors Cash Management System and Authorizing Maintenance of Debtors Existing Bank Accounts and Continued Use of its Business Forms*. Filed by Susan G. Boswell on behalf of Catholic Bishop of Northern Alaska (related document(s)14 Motion Re: Chapter 11 First Day Motions, ). (Boswell, Susan) (Entered: 04/16/2008) |
| 04/16/2008 | 124 | Order Establishing Monthly Payment Procedure For Professionals. Serve: Nye; Winkleman; Mills; Groseclose; Boswell; Elsaesser; Bundy; Stang; Courshon; Hill. (Related Doc #16 Motion) (ct/lori) (Entered: 04/16/2008) |
| 04/16/2008 | 125 | Final Order Granting Debtor's Motion Authorizing Continued Use of Debtor's Cash Management System And Authorizing Maintenance Of Debtor's Existing Bank Accounts And Continued Use Of Its Business Forms. Serve: Nye; Winkleman; Mills; Groseclose; Boswell; Elsaesser; Bundy; Stang; Courshon; Hill. (related document(s)14 Motion Re: Chapter 11 First Day Motions) (ct/lori) (Entered: 04/16/2008) |
| 04/18/2008 | 126 | Memorandum on Debtor's Emergency Motion for Authority to Use Restricted and Unrestricted Funds for Certain Construction Projects. Serve: Boswell, Mills, Stang, Bundy, Elsaesser & UST. (related document(s)93 Generic Motion) (ct/janet, ) (Entered: 04/18/2008) |
| 04/18/2008 | 127 | Order Granting Emergency Motion for Authority to Use Restricted and Unrestricted Funds for Certain Construction Projects. Serve: Boswell, Mills, Stang, Bundy, Elsaesser & UST. (Related Doc #93) (ct/janet, ) (Entered: 04/18/2008) |

| 04/18/2008 | 128 | Order Setting Telephonic Status and Scheduling Conference and Requiring Notice. Hearing to be held on 5/16/2008 at 09:00 AM at Anch - Historic Courtroom, Old Fed. Bldg. Serve: Boswell, Mills, UST & Calendar. (ct/janet, ) (Entered: 04/18/2008) |
|---|---|---|
| 04/22/2008 | 129 | Application to Employ David H Bundy (Nunc Pro Tunc) as attorney from March 1, 2008. Filed by David H. Bundy on behalf of Creditor Committee Official Committee of Unsecured Creditors (Bundy, David) (Entered: 04/22/2008) |
| 04/22/2008 | 130 | Declaration of David H Bundy, attorney for the Official Committee of Unsecured Creditors. Filed by David H. Bundy on behalf of Creditor Committee Official Committee of Unsecured Creditors (RE: 129 Application to Employ Nunc Pro Tunc). (Bundy, David) (Entered: 04/22/2008) |
| 04/23/2008 | 131 | Application to Employ Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Filed by James I. Stang on behalf of Creditor Committee Official Committee of Unsecured Creditors (Stang, James) (Entered: 04/23/2008) |
| 04/23/2008 | 132 | Amended Creditor Matrix, and Amended Schedules: B, D, E, F. Fee Amount $26. Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Attachments: # 1 Amended Schedule B# 2 Amended Schedule D# 3 Amended Schedule E# 4 Amended Schedule F) (Boswell, Susan) Modified on 4/24/2008 (ct/janet, ). **Receipt No. 548474, $26.00 Paid 4/23/08.** (related DE#s 20 & 21 Sch B, 22 Sch D, 23 Sch E, 24 Sch F) Modified on 4/24/2008 (ct/janet, ). (Entered: 04/23/2008) |
| 04/23/2008 | 133 | Amended Summary of Schedules Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (RE: 132 Amended Matrix / Amended Schedules (fee), Amended Matrix / Amended Schedules (fee)). (Boswell, Susan) (Entered: 04/23/2008) |
| 04/23/2008 | 134 | Amended Statement of Financial Affairs. Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (related DE# 29 Stmt of Fin Affairs). Modified on 4/24/2008 (ct/janet) (Entered: 04/23/2008) |
| 04/24/2008 | 135 | Ex Parte Order Granting Application Of Non-Resident Attorneys To Appear In A Specific Case Pro Hac Vice [Philip C. Stahl and Laura K. McNally of Grippo & Elden LLC]. Serve: Nye; Winkleman; Mills; Groseclose; Boswell; Elsaesser; Bundy; Stang; Courshon; Ambarian; Stahl; Hill. (Related Doc #116 Motion To Appear pro hac vice) (ct/lori) (Entered: 04/24/2008) |
| 04/24/2008 | 136 | Adversary case 08-90019. Complaint for Declaratory Judgment by Catholic Bishop of Northern Alaska against Continental Insurance Company, Catholic Mutual Relief Society of America, The Catholic Relief Insurance Company of America, Alaska National Insurance Company, Travelers Casualty and |

| | | Surety Company formerly known as Aetna Casualty and Surety Company. Fee Amount $250 Filed by (Attachments: # 1 Exhibit A) (91 (Declaratory judgment)) (Boswell, Susan) (Entered: 04/24/2008) |
|---|---|---|
| 04/28/2008 | 137 | Notice *re Committee Applications to Emply Counsel*. Filed by David H. Bundy on behalf of Official Committee of Unsecured Creditors (related document(s)131 Application to Employ, 129 Application to Employ Nunc Pro Tunc). (Bundy, David) (Entered: 04/28/2008) |
| 04/28/2008 | 138 | Supplemental Declaration of David H Bundy, attorney. Filed by David H. Bundy on behalf of Creditor Committee Official Committee of Unsecured Creditors (RE: 129 Motion, 130 Declaration, 137 Notice). (Bundy, David) Modified on 4/29/2008 (ct/janet, ). **Added related documents.** (Entered: 04/28/2008) |
| 04/29/2008 | 139 | Supplemental Declaration of James I. Stang with Respect to the Official Committee of Unsecured Creditors? Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to that Committee. Filed by James I. Stang on behalf of Creditor Committee Official Committee of Unsecured Creditors (RE: 131 Application to Employ). (Stang, James) (Entered: 04/29/2008) |
| 04/29/2008 | 140 | Order Authorizing And Approving The Employment Of Pachulski Stang Ziehl & Jones LLP As Counsel To The Official Committee Of Unsecured Creditors. Serve: Nye; Winkleman; Mills; Groseclose; Boswell; Elsaesser; Bundy; Stang; Courshon; Hill. (Related Doc #131 Application to Employ) (ct/lori) (Entered: 04/29/2008) |
| 04/30/2008 | 141 | Motion to Appear pro hac vice *for David A. Paige* Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 04/30/2008) |
| 04/30/2008 | 142 | Certificate of Service *of Order dated April 18, 2008* Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (RE: 128 Setting Hearing). (Boswell, Susan) (Entered: 04/30/2008) |
| 04/30/2008 | 143 | Order Authorizing And Approving The Appointment Of David H. Bundy, PC As Counsel For The Offical Committee Of Unsecured Creditors [nunc pro tunc to 03/31/08]. Serve: Nye; Winkleman; Mills; Groseclose; Boswell; Elsaesser; Bundy; Stang; Courshon; Hill. (Related Doc #129 Application to Employ Nunc Pro Tunc) (ct/lori) (Entered: 04/30/2008) |
| 04/30/2008 | 144 | Ex Parte Order Permitting Non-Resident Attorney To Appear And Participate [David A. Paige of Quarles & Brady LLP]. Serve: Nye; Winkleman; Paige; Mills; Groseclose; Boswell; Elsaesser; Bundy; Stang; Courshon; Hill. (Related Doc #141 Motion To Appear pro hac vice) (ct/lori) (Entered: 04/30/2008) |

| 05/06/2008 | 145 | Motion *for Order Fixing Time for Filing Proofs of Claim; Approving Claim Forms; and Approving Manner and Form of Notice* Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Attachments: # 1 Exhibit Exhibit A - Tort Claim Form# 2 Exhibit Exhibit B - Other Claim Form# 3 Exhibit Exhibit C - Tort Claimants Bar Date Notice# 4 Exhibit Exhibit D - Non Tort Claimants Bar Date Notice# 5 Exhibit Exhibit E - Publication Notice) (Boswell, Susan) (Entered: 05/06/2008) |
| 05/06/2008 | 146 | Motion *for Order Appointing a Legal Representative to Represent the Interests of Future Tort Claimants* Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 05/06/2008) |
| 05/06/2008 | 147 | Notice of Hearing Combined with Objection Date for Motion re: *Fixing Time for Filing Proofs of Claim; Approving Claim Forms; Approving Manner and Form of Notice AND Motion for Order Appointing a Legal Representative to Represent the Interests of Future Tort Claimants.* Filed by Susan G. Boswell on behalf of Catholic Bishop of Northern Alaska (related document(s)146 Generic Motion, 145 Generic Motion, ). Objections due by 5/27/2008.Hearing scheduled for 5/29/2008 at 01:30 PM at Anch - Historic Courtroom, Old Fed. Bldg. (Boswell, Susan) (Entered: 05/06/2008) |
| 05/06/2008 | 148 | Monthly Reporting Requirements for Chapter 11 Debtor for the Filing Period Month ending March 31, 2008. Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Attachments: # 1 Part One# 2 Part Two# 3 Part Three) (Boswell, Susan) (Entered: 05/06/2008) |
| 05/07/2008 | 149 | Notice of Withdrawal of Claim re: POC#: 1 of Creditor *Wells Fargo Bank*. (Herrera, Cecilia) (Entered: 05/07/2008) |
| 05/07/2008 | 150 | Notice of Withdrawal of Claim re: POC#: 3 of Creditor *Wells Fargo Bank*. (Herrera, Cecilia) (Entered: 05/07/2008) |
| 05/07/2008 | 151 | Notice of Withdrawal of Claim re: POC#: 2 of Creditor *Wells Fargo Bank*. (Herrera, Cecilia) (Entered: 05/07/2008) |
| 05/06/2008 | 152 | Transcript hearing held on **March 4, 2008 RE: First Day's Motions.** Access to this transcript is restricted for five business days from the date of filing. Parties have five business days to file a *Notice of Intent to Request Redaction* of any social security numbers, financial account data, names of minor-age children, dates of birth, and home addresses. A party filing such a notice has 21 calendar days from that filing to file a list of items to be redacted indicating the location of the items within the transcript. The list must be filed with the court and a copy provided to the court reporter. The transcript will be made available to the general public if no request for redaction is timely filed or after requested redactions are made by the court reporter.

For the first 90 days after the transcript is filed, it will not be available on this |

| | | |
|---|---|---|
| | | site electronically. The transcript may be purchased from the court reporter during that period. Please call the Clerk of Court (907-271-2655) to obtain contact information for the court reporter. Alternately, any person may review without charge, but not copy, the transcript at the office of the Clerk of Court.<br><br>(related document(s)55 Proceeding Memo). (ct/janet, ) (Entered: 05/07/2008) |
| 05/09/2008 | 153 | Case Status Report . Filed by Susan G. Boswell on behalf of Debtor Catholic Bishop of Northern Alaska (Boswell, Susan) (Entered: 05/09/2008) |
| 05/12/2008 | 154 | Notice of *Motion for Limited Relief From Stay*. Filed by Brad E. Ambarian on behalf of Continental Insurance Company Objections due by 5/27/2008. (related DE# 155 Motion for Relief). (Ambarian, Brad) Modified on 5/13/2008 (ct/janet, ). **Mr. Ambarian's office has been notified that the parties served via email on this notice must be served via first class mail as they are not ECF participants.** Modified on 5/13/2008 (ct/janet, ). **Added related doc.** (Entered: 05/12/2008) |
| 05/12/2008 | 155 | Motion for Relief from Stay, re: *Section 362(d)(1)*. Receipt Number Other, Fee Amount $150. Filed by Brad E. Ambarian on behalf of Interested Party Continental Insurance Company (Ambarian, Brad) Modified on 5/13/2008 (ct/janet, ). **Receipt No. 19288, $150.00 Paid 5/13/08.** (Entered: 05/12/2008) |
| 05/12/2008 | 156 | Declaration of Gary Zipkin, counsel in USDC matter. Filed by Brad E. Ambarian on behalf of Interested Party Continental Insurance Company (Attachments: # 1 Exhibit A Civil Docket# 2 Exhibit B Complaint# 3 Exhibit C Answer to Complaint# 4 Exhibit D Memo in Support) (Ambarian, Brad) Modified on 5/13/2008 (ct/janet, ). **Related DE#155 Motion.** (Entered: 05/12/2008) |
| 05/14/2008 | 157 | Response to *Case Status Report* Filed by David H. Bundy on behalf of Creditor Committee Official Committee of Unsecured Creditors (RE: 153 Case Status). (Bundy, David) (Entered: 05/14/2008) |
| 05/16/2008 | 158 | Proceeding Memo of Status and Scheduling Conference. *** See proceeding memo for specifics/details. A Continued Status and Scheduling Conference is set for 8/14/2008 at 09:00 AM at Anch - Historic Courtroom, Old Fed. Bldg. ***(related document(s)128 Setting Hearing). (ct/lori) (Entered: 05/16/2008) |
| 05/19/2008 | 159 | Order Requiring Elaborate Term Sheet And Order Setting Continued Telephonic Status And Scheduling Conference. Term Sheet due 7/15/08. A Continued Status and Scheduling Conference is set for 8/14/2008 at 09:00 AM at Anch - Historic Courtroom, Old Fed. Bldg. Serve: Boswell; Elsaesser; Lorber; Ekberg; McNally; Stang; Rafatjoo; LaGory; Pompeo; Young; Wendlandt; Bundy; Hill; Mills; Calendar. (related document(s)158 Proceeding Memo) (ct/lori) (Entered: 05/19/2008) |

| 05/19/2008 | <u>160</u> | Memorandum Regarding Status And Scheduling Conference. Serve: Boswell; Elsaesser; Lorber; Ekberg; McNally; Stang; Rafatjoo; LaGory; Pompeo; Young; Wendlandt; Bundy; Hill; Mills. (related document(s)<u>159</u> Order) (ct/lori) (Entered: 05/19/2008) |
|---|---|---|
| 03/03/2008 | | Tax ID Review Complete - Official Form 21 not required. (ct/janet, ) (Entered: 03/03/2008) |
| 03/03/2008 | | Utility Event to update a deadline(s) related to schedules and statments Income Expense Report Due Date: 3/17/2008. (ct/janet, ) (Entered: 03/03/2008) |
| 03/03/2008 | | Petition Review Completed. (ct/janet, ) (Entered: 03/03/2008) |
| 03/04/2008 | | Utility Event - Attorney Michael R. Mills for Catholic Bishop of Northern Alaska added to case RE: DE# <u>7</u> Application to Employ. (ct/janet, ) (Entered: 03/04/2008) |
| 03/04/2008 | | Utility Event to note the matrix was updated on 3/3/08 to add the IRS at the following addresses - 915 2nd Avenue, MS 243, Seattle, WA 98174 and PO Box 21126, Philadelphia, PA 19114. (ct/janet, ) (Entered: 03/04/2008) |
| 03/05/2008 | | Utility Event - Attorney Christopher R. Cooke for Unofficial Tort Claimants Committee RE: DE# <u>54</u> Notice Request. (ct/janet, ) (Entered: 03/05/2008) |
| 03/06/2008 | | Utility Event to Set Final Hearing Date pursuant to DE# <u>64</u> Interim Order on <u>14</u> Debtor's Motion. A Final Hearing is scheduled for 4/9/2008 at 03:00 PM at Anch - Historic Courtroom, Old Fed. Bldg. (ct/lori) (Entered: 03/06/2008) |
| 03/07/2008 | | Utility Event to note the matrix has been updated RE: DE# <u>66</u> Amended Creditor Matrix. (ct/janet) (Entered: 03/07/2008) |
| 03/13/2008 | | Utility Event - Attorney Brad E. Ambarian for Continental Insurance Company added to case RE: DE# <u>74</u> Notice of Appearance / Special Notice. **Note - Brad Ambarian and Charles Ekberg have also been added to the OSL. The attorney firms of Seyfarth Shaw LLP & Grippo Elden LLC have not been added to the OSL or this case as EOA's must be submitted by those firms.** (ct/janet, ) (Entered: 03/13/2008) |
| 03/17/2008 | | Utility Event to note the OSL has been updated RE: DE# <u>78</u> Notice of Appearance by Stephen Baker. (ct/janet) (Entered: 03/17/2008) |
| 03/18/2008 | | Utility Event to note the OSL has been updated adding John C. Manley RE: DE# <u>79</u> Notice of Appearance / Special Notice. (ct/janet, ) (Entered: 03/18/2008) |
| 03/24/2008 | | Utility Event to note the OSL has been updated RE: DE# <u>83</u> Request for |

| | | |
|---|---|---|
| | | Notice by Creditor. (ct/janet, ) (Entered: 03/24/2008) |
| 03/24/2008 | | Utility Event to note the OSL has been updated adding Robert Groseclose; Christopher G. Linscott and Quarles & Brady LLP per DE# 86 Order To Employ, 84 Order To Employ, 85 Order To Employ. (ct/lori) (Entered: 03/24/2008) |
| 03/25/2008 | | Utility Event to note the OSL has been revised to remove duplicate entries for Quarles & Brady, Robert Groseclose & Christopher Linscott. (ct/janet, ) (Entered: 03/25/2008) |
| 04/03/2008 | | Utility Event to note the OSL has been updated to add Ford Elsaesser and James MacDonald RE: DE# 107 Corrective Entry, 102 Notice of Appearance. (ct/janet) (Entered: 04/03/2008) |
| 04/03/2008 | | Utility Event to note the OSL has been updated adding David Christian & Sara Lorber RE: DE# 112 Motion to Appear pro hac vice. (ct/janet, ) (Entered: 04/03/2008) |
| 04/09/2008 | | Utility Event to note the OSL has been updated to add attorneys Philip Stahl and Laura McNally RE: DE# 116 Motion to Appear pro hac vice. (ct/janet, ) (Entered: 04/09/2008) |
| 04/09/2008 | | Matter Set Under Advisement per hearing held on 04/09/08 Regarding DE# 118 Proceeding Memo of Hearing on Emergency Motion For Authority To Use Restricted and Unrestricted Funds For Certain Contruction Projects [DE# 93]. Matter Under Advisement Due by 6/9/2008. (ct/lori) (Entered: 04/10/2008) |
| 04/10/2008 | | TEXT ENTRY for '341 Meeting of Creditors Held on 4/9/2008. Matter has been CONCLUDED. Trustee's comments (if any): None Filed by U.S. Trustee's Office (Susan, ) (Entered: 04/10/2008) |
| 04/23/2008 | | Utility Event to note the matrix has been updated RE: DE# 132 Amended Matrix. (ct/janet, ) (Entered: 04/23/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/20/2008 14:07:32 | | |
| PACER Login: | qb0036 | Client Code: |
| | Docket | Search | 08-00110 Fil or Ent: filed Doc |

| Description: | Report | Criteria: | From: 0 Doc To: 99999999 Term: included Format: HTML |
|---|---|---|---|
| Billable Pages: | 14 | Cost: | 1.12 |