Susan G. Boswell, Esq. (AZ #004791; Admitted Pro Hac Vice)
QUARLES & BRADY LLP
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
Telephone:     (520) 770-8700
Facsimile:      (520) 770-2222
Email: sboswell@quarles.com

Robert B. Groseclose, Esq. (AK # 7605032)
COOK, SCHUHMANN & GROSECLOSE
714 Fourth Avenue, Suite 200
Fairbanks, AK 99707
Telephone:     (907) 452-1855
Facsimile:      (907) 452-8154
Email: bob@alaskalaw.com

Attorneys for Catholic Bishop of Northern Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> CATHOLIC BISHOP OF NORTHERN ) </br> ALASKA, ) </br> ) </br> Defendant. ) | Case No. 3:06-cv-00019 TMB |

## NOTICE OF ATTACHMENT OF CORRECTED SIGNATURE PAGE

PLEASE TAKE NOTICE that Defendant, Catholic Bishop of Northern Alaska ("CBNA"), attaches hereto and files herewith a corrected signature page to its "Reply Memorandum Supporting Motion to Refer Case to Bankruptcy Court", which was filed May 20, 2008, at Docket No. 70.

**Quarles & Brady LLP**
**One South Church Ave.**
**Suite 1700**
**Tucson, AZ 85701**

QBACTIVE\124448.00004\6252324.1

DATED this 21st day of May, 2008.

QUARLES & BRADY LLP

By: /s/ Susan G. Boswell
   Susan G. Boswell
   Arizona Bar No. 04791
   (Admitted Pro Hac Vice)

COOK, SCHUHMANN & GROSECLOSE
Robert B. Groseclose
Alaska Bar No. 7605032
714 Fourth Ave., Suite 200
Fairbanks, AK 99707

**CERTIFICATE OF SERVICE**

This is to certify that on the 21st day
of May, 2008, a copy of the foregoing
is being mailed via first class mail fully prepaid
to the following attorney(s) or party(s) of record:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501

Laura K. McNally and Philip C. Stahl
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

  /s/ Jamie Archibald
for Quarles & Brady, LLP

**Quarles & Brady LLP**
**One South Church Ave.**
**Suite 1700**
**Tucson, AZ 85701**

NOTICE OF ATTACHMENT

Page 2of 2
CIC v. CBNA Case No. 3:06-cv-00019 TMB

QBACTIVE\124448.00004\6252324.1