Susan G. Boswell, Esq. (AZ #004791; Admitted Pro Hac Vice)
QUARLES & BRADY LLP
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
Telephone: (520) 770-8700
Facsimile: (520) 770-2222
Email: sboswell@quarles.com

Robert B. Groseclose, Esq. (AK # 7605032)
COOK, SCHUHMANN & GROSECLOSE
714 Fourth Avenue, Suite 200
Fairbanks, AK 99707
Telephone: (907) 452-1855
Facsimile: (907) 452-8154
Email: bob@alaskalaw.com

Attorneys for Catholic Bishop of Northern Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, | Case No. 3:06-cv-00019 TMB |
| Plaintiff, | |
| v. | |
| CATHOLIC BISHOP OF NORTHERN ALASKA, | |
| Defendant. | |

**MOTION TO STRIKE LETTER FILED WITH COURT ON BEHALF OF TRAVELERS CASUALTY AND SURETY COMPANY SUPPORTING CONTINENTAL'S OBJECTION TO MOTION TO REFER CASE TO BANKRUPTCY COURT**

On May 14, 2008, counsel for Travelers Casualty and Surety Company ("Travelers"), sent a letter to this Court "to advise the Court that Travelers agrees with and supports the positions taken in Plaintiff's Response in Opposition to Defendant's Motion to Refer Case to Bankruptcy Court filed by Continental Insurance Company" (the "May 14 Letter"). Defendant

Catholic Bishop of Northern Alaska ("CBNA") respectfully requests that the Court enter an order pursuant to Rule 12(h) Fed. R. Civ. P. striking the May 14 Letter from the docket and the record in this case as redundant and immaterial. The above-captioned case has one plaintiff and one defendant and neither of those parties is Travelers. Travelers is not a party to this case, has not filed a motion to intervene in the case and has no interests implicated by the matter to which the May 14 Letter refers. Travelers' agreement or disagreement with any motion, memorandum or other document is irrelevant and not supported by any procedural rule in the manner in which it was presented to the Court. It is not a proper pleading even if Travelers had standing to participate, which it does not.

To the extent the May 14 Letter was intended to re-urge Continental's position, it is redundant and should also be struck.

Furthermore, there is no evidence that counsel who signed the letter, Mr. Altieri, is either admitted to the bar in the state of Alaska, or has he filed an application that would allow him to appear in the case in this Court.

Based on the foregoing, CBNA respectfully requests that the Court enter an order striking the May 14 Letter, and that the May 14 Letter be given no consideration with respect to the motion to refer the case to the Bankruptcy Court.

DATED this 27th day of May, 2008.

          QUARLES & BRADY LLP

          By:    /s/ Susan G. Boswell
             Susan G. Boswell
             Arizona Bar No. 04791
             (Admitted Pro Hac Vice)

**Quarles & Brady LLP**
**One South Church Ave.**
**Suite 1700**
**Tucson, AZ 85701**

MOTION TO STRIKE TRAVELERS LETTER          Page 2of 3
CIC v. CBNA Case No. 3:06-cv-00019 TMB
QBACTIVE\124448.00004\6252679.1

COOK, SCHUHMANN & GROSECLOSE
Robert B. Groseclose
Alaska Bar No. 7605032
714 Fourth Ave., Suite 200
Fairbanks, AK 99707

**CERTIFICATE OF SERVICE**

This is to certify that on the 27th day
of May, 2008, a copy of the foregoing
is being mailed via first class mail fully prepaid
and electronic mail, if available, to the following:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Email: gzipkin@guessrudd.com

Laura K. McNally and Philip C. Stahl
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606
Email: pstahl@grippoelden.com
lmcnally@grippoelden.com

James M. Altieri
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932
Email: james.altieri@dbr.com

___/s/ Jamie Archibald_____
for Quarles & Brady, LLP

**Quarles & Brady LLP**
**One South Church Ave.**
**Suite 1700**
**Tucson, AZ 85701**