IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, | Case No. 3:06-cv-00019 TMB |
| Plaintiff, | |
| v. | |
| CATHOLIC BISHOP OF NORTHERN ALASKA, | |
| Defendant. | |

**PROPOSED ORDER GRANTING MOTION TO STRIKE LETTER FILED WITH COURT ON BEHALF OF TRAVELERS CASUALTY AND SURETY COMPANY SUPPORTING CONTINENTAL'S OBJECTION TO MOTION TO REFER CASE TO BANKRUPTCY COURT**

Defendant Catholic Bishop of Northern Alaska ("CBNA") having moved to strike the May 14, 2008 letter which Travelers Casualty and Surety Company ("Travelers"), sent to this Court, and the Court having considered any opposition thereto:

IT IS HEREBY ORDERED that CBNA's "Motion to Strike Letter Filed with Court on Behalf of Travelers Casualty and Surety Company Supporting Continental's Objection to Motion to Refer Case to Bankruptcy Court" is GRANTED.

DATED this ____ day of _____, 2008.

By: _____
Hon. Timothy M. Burgess
District Court Judge

**Quarles & Brady LLP**
**One South Church Ave.**
**Suite 1700**
**Tucson, AZ 85701**

QBACTIVE\124448.00004\6257469.1