```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
        FAIRBANKS Division

        # 40101811 - SM
           May 9, 2008


    Code    Case #    Qty       Amount

    6855XX-N                    300.00 CH


         TOTAL→         300.00
```

Case # 3:06 cv 00019-TMB
FROM: APPLICATION FEE FOR
  NON RESIDENT ATTORNEYS TO
  APPEAR PRO HAC VICE;
  SUSAN BOSWELL & DAVID PAGE